ROB BONTA
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General
DONNA M. DEAN
Deputy Attorney General
State Bar No. 187104
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6509
 Fax:  (916) 731-2120
 E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | 5:21-cv-1694-JWH (KKx)<br><br>**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 21, 2022<br>Time: 9:00 a.m.<br>Courtroom: 9D<br><br>Judge: The Honorable John W. Holcomb<br><br>Trial Date: December 12, 2022<br>Action Filed: July 30, 2021 |

Defendants State of California and California Highway Patrol (CHP) Officer Andrew Ornelas hereby submit the following Statement of Undisputed Facts in Support of their Motion for Summary Judgment, Or, in the Alternative, Partial Summary Judgment:

//

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 1. | On August 6, 2020, just after 4:00 p.m., Officer Ornelas responded to a call regarding a collision on the eastbound I-10 freeway near the Haven Avenue exit in the city of Ontario. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., p. 16:1-18); Dean Decl., ¶¶ 4-5, Exs. 3-4 (Incident Detail Report, pp. 3, 4) |
| 2. | Officer Ornelas was wearing a blue uniform with yellow CHP insignia and badge. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 41:20-42:20 and Deposition Exhibit 1) |
| 3. | CHP Officers Jason Nichols and Jason Steen also assisted with the call. | Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., p. 6:5-21); Dean Decl., ¶¶ 4-5, Exs. 3-4 (Incident Detail Report, pp. 5, 7 [16:07:37 and 16:09:00], 8 [16:20:55]; Nichols Decl., ¶ 2; Steen Decl., ¶ 2 |
| 4. | As the officers were driving to the scene of the collision, they were further advised by dispatch that there were additional collisions and that the collisions were reportedly caused by a white Chevrolet Silverado truck. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 17:1-10, 19:4-10); Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., p. 6:13-21, 7:6-12); Dean Decl., ¶¶ 4-6, Exs. 3-6 (Incident Detail Report, pp. 6 [16:06:02, 16:06:07] and 7 [16:06:52, 16:06:53, 16:08:48 and Dispatch Audio at 0:09-0:23, 1:46-1:50)[1] |

---

[1] The times listed in the dispatch audio are the times the radio transmissions take place while the audio file is played.

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 5. | The officers were also told that the driver of the white Chevrolet Silverado truck, later identified as Decedent Charles Sesma, was a Hispanic male adult wearing brown pants and a brown shirt. | Dean Decl., ¶¶ 4-6, Exs. 3-6 (Incident Detail Report, p. 7 [16:07:48] and Dispatch Audio at 0:09-0:23. 1:00-1:07, 1:35-1:38); Ornelas Decl., ¶ 3; Nichols Decl., ¶ 2; Steen Decl., ¶ 2 |
| 6. | In addition, the officers were advised that Decedent had fled on foot, and, therefore, the call became a call for violation of California Vehicle Code section 20002, misdemeanor hit-and-run. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 17:1-10); Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., p. 6:7-21); Ornelas Decl., ¶ 3; Nichols Decl., ¶ 2; Steen Decl., ¶ 2; Dean Decl., ¶¶ 4-6, Exs. 3-6 (Incident Detail Report, p. 6 [16:06:06] and Dispatch Audio at 0:09-0:23, 1:00-1:07) |
| 7. | Officer Nichols was the first to spot Decedent. | Nichols Decl., ¶ 3; Dean Decl., ¶¶ 4-5, Exs. 3-4 (Incident Detail Report, p. 8 [16:19:50]) |
| 8. | Officer Nichols reported Decedent's location over the radio, telling the other officers Decedent was near a Costco parking lot and was hopping a fence to the railroad tracks and headed toward another nearby parking lot. | Nichols Decl., ¶ 3; Dean Decl., ¶¶ 4-6, Exs. 3-6 (Incident Detail Report, p. 8 [16:19:50, 16:20:42] and Dispatch Audio at 11:00-11:35, 11:53-12:02); Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 1:22-2:02; |

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
|  |  | Ofc. Steen CHP-000507 Title01.mpg at 1:30-2:00)[2] |
| 9. | Officer Nichols gave the other officers Decedent's description as a Hispanic male with scruffy hair, a dirty white shirt, and brown pants. | Nichols Decl., ¶ 3; Dean Decl., ¶¶ 4-6, Exs. 3-6 (Incident Detail Report, p. 8 [16:20:42] and Dispatch Audio at 11:35-11:45, 11:53-2:02) |
| 10. | Officers Ornelas and Steen drove to the parking lot identified by Officer Nichols and spotted Decedent walking near the railroad tracks located adjacent to the parking lot. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 17:24-18:13, 20:22-21:16, 21:23-22:1); Dean Decl., ¶ 6, Exs. 5-6 (Dispatch Audio at 12:35-12:47); Ornelas Decl., ¶ 4; Steen Decl., ¶ 3; Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 1:22-2:40; Ofc. Steen CHP-000507 Title01.mpg at 1:30-2:50) |
| 11. | Officers Ornelas and Steen stopped their marked CHP patrol vehicles, stepped out of their vehicles, and instructed Decedent to stop. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 19:11-19); Ornelas Decl., ¶ 4; Steen Decl., ¶ 3; Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 2:40- |

---

[2] The times listed in the videos are the times the incidents take place while the video file is played.

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
|  |  | 3:17; Ofc. Steen CHP-000507 Title01.mpg at 2:50-3:20) |
| 12. | At that location, a chain link fence topped with barbed wire separated the officers from Decedent. | Ornelas Decl., ¶ 4; Steen Decl., ¶ 3; Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 2:40-3:17; Ofc. Steen CHP-000507 Title01.mpg at 2:50-3:20) |
| 13. | Decedent looked at the officers but did not comply. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 19:22-25); Ornelas Decl., ¶ 4; Steen Decl., ¶ 3; Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 2:40-3:17; Ofc. Steen CHP-000507 Title01.mpg at 2:50-3:20) |
| 14. | Decedent then picked up a long, rusted metal pipe with a jagged edge. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 19:14-20:11, 44:21-45:7 52:5-14, and Deposition Exhibit 4); Ornelas Decl., ¶ 4; Steen Decl., ¶ 3; Dean Decl., ¶¶ 4-6, Exs. 3-6 (Incident Detail Report, p. 8 [16:22:43] and Dispatch Audio at 13:36-13:54); Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas |

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | | CHP-000505 Title01.mpg at 2:40-3:17, 3:35-3:49; Ofc. Steen CHP-000507 Title01.mpg at 3:00-3:07) |
| 15. | The pipe was approximately 10¾ inches long and 1¾ inches in diameter. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 20:9-11, 44:21-45:7 52:5-14, and Depo. Ex. 4); Burris Decl., ¶¶ 1-2, Ex. 1 |
| 16. | Officers Ornelas and Steen gave Decedent orders to drop the pipe. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 19:11-19); Ornelas Decl., ¶ 4; Steen Decl., ¶ 3; Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 2:40-3:17, 3:35-3:49; Ofc. Steen CHP-000507 Title01.mpg at 3:00-3:07) |
| 17. | Decedent did not drop the pipe and began walking away from the officers. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 19:11-20:5, 20:12-17); Ornelas Decl., ¶ 4; Steen Decl., ¶ 3; Dean Decl., ¶¶ 4-6, Exs. 3-6 (Incident Detail Report, p. 8 [16:22:43] and Dispatch Audio at 13:36-13:54); Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 2:40-3:17, 3:35- |

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | | 3:49; Ofc. Steen CHP-000507 Title01.mpg at 3:00-3:07) |
| 18. | Officers Ornelas and Steen told Decedent to stop walking away, drop the pipe, and come their direction. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 19:11-20:5, 20:12-17); Ornelas Decl., ¶ 4; Steen Decl., ¶ 3; Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 2:40-3:17, 3:35-3:49; Ofc. Steen CHP-000507 Title01.mpg at 3:00-3:07) |
| 19. | As the officers continued ordering Decedent to stop, Decedent continued to walk away, heading westbound on the south side of the train tracks toward the railway overcrossing bridge above Haven Avenue. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 19:11-20:5, 20:12-17); Ornelas Decl., ¶ 4; Steen Decl., ¶ 3; Dean Decl., ¶¶ 4-6, Exs. 3-6 (Incident Detail Report, p. 8 [16:22:43 and Dispatch Audio at 13:36-13:54); Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 2:40-3:17, 3:35-3:49; Ofc. Steen CHP-000507 Title01.mpg at 3:00-3:07) |
| 20. | Officer Steen remained in the parking lot to keep an eye on Decedent while Officer Ornelas got into his vehicle and drove | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 20:22-21:16, 22:25-23:18); Ornelas Decl., ¶ 5; Steen Decl., ¶ 4; Kwon Decl., ¶¶ 1-6 and |

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| | toward Haven Avenue to stop Decedent there. | videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 3:17-4:20; Ofc. Steen CHP-000507 Title01.mpg at 3:28-5:10) |
| 21. | Officer Ornelas stopped on Haven Avenue below the railway overcrossing bridge. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 20:22-21:16, 22:25-23:18); Ornelas Decl., ¶ 5; Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 4:20) |
| 22. | Officer Ornelas did not initially see Decedent after he stopped his patrol vehicle on Haven Avenue. | Ornelas Decl., ¶ 5 |
| 23. | Officer Ornelas got out of his vehicle and climbed up the embankment on the east side of Haven Avenue to the railway overcrossing bridge to locate Decedent. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 23:19-24:1); Ornelas Decl., ¶ 5; Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 4:20-5:00) |
| 24. | As Officer Ornelas was approaching the top of the bridge, Officer Nichols arrived and stopped his patrol vehicle near Officer Ornelas's patrol vehicle. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 24:21-25:5); Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., pp. 7:13-8:14); Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 4:57) |

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 25. | After Officer Ornelas reached the top of the bridge, he located Decedent sitting down on the railway bridge over Haven Avenue. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 23:19-24:13, 26:20-27:24); Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., pp. 7:13-9:6); Nichols Decl., ¶ 4; Dean Decl., ¶¶ 4-5, Exs. 3-4 (Incident Detail Report, p. 8 [16:23:13, 16:23:50]); Steen Decl., ¶¶ 4-5 |
| 26. | When Officer Ornelas reported over the radio that he had located the subject, Decedent quickly got up with the metal pipe in his hand and began running toward Officer Ornelas. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 27:25-30:3, 33:18-34:10, 52:5-14); Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., pp. 9:17-14:7); Nichols Decl., ¶ 4; Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 5:00-5:18) |
| 27. | Officer Ornelas was standing on an inclined surface of crushed stone. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 30:18-21, 31:7-18, 39:6-13); Ornelas Decl., ¶¶ 6, 8, Ex. 1 |
| 28. | To Officer Ornelas's left was the sloping embankment and a fence, and to his right were stopped rail cars. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., p. 39:6-13); Ornelas Decl., ¶¶ 6, 8, Ex. 1 |

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 29. | Officer Ornelas did not use his taser because he did not believe it would be effective against an armed, running subject. | Ornelas Decl., ¶ 6 |
| 30. | Officer Ornelas drew his handgun and gave Decedent orders to stop and to drop the pipe. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 27:25-30:3); Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., p. 9:11-16); Nichols Decl., ¶ 4; Steen Decl., ¶ 6; Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 5:00-5:18) |
| 31. | Decedent did not comply with these commands but instead continued running toward Officer Ornelas with the pipe in his hand. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 29:11-30:3, 49:9-18); Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 5:00-5:18) |
| 32. | Officer Ornelas fired his handgun at Decedent. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 11:19-12:12, 30:4-31:6; 39:6-13); Edwards Decl., ¶¶ 1-6, Exs. 1-2; Ward Decl., ¶¶ 1-7, Exs. 1-2 |
| 33. | Decedent was approximately 20 to 25 feet away from Officer | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 11:19-12:12, 30:4- |

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
|  | Ornelas when he initially fired his handgun at Decedent. | 31:18; 52:21-53:11, 57:5-9); Nichols Decl., ¶ 4 |
| 34. | Decedent fell, but then quickly got back up, still holding the pipe, and began to run toward Officer Ornelas again. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 31:19-32:20, 34:15-22, 49:19-50:1, 57:10-14) Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., pp. 15:20-16:8); Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 5:15-5:18); Edwards Decl., ¶¶ 1-6, Exs. 1-2; Ward Decl., ¶¶ 1-7, Exs. 1-2 |
| 35. | Officer Ornelas initially believed that Decedent had not been struck by any bullets when he got back up. | Ornelas Decl., ¶ 7 |
| 36. | Officer Ornelas fired two additional rounds at Decedent and Decedent again fell. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 11:19-12:12, 32:16-33:5); Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 5:15-5:18); Edwards Decl., ¶¶ 1-6, Exs. 1-2; Ward Decl., ¶¶ 1-7, Exs. 1-2 |

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 37. | Decedent was approximately 20 feet away from Officer Ornelas when he fired his second round of shots at Decedent. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 11:19-12:12, 32:16-33:5, 53:12-23, 56:16-57:3) |
| 38. | Decedent was approximately 15 feet away from Officer Ornelas when he fell the second time. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 11:19-12:12, 31:16-33:5, 54:24-55:2); Ornelas Decl., ¶¶ 6, 8, Ex. 1; Steen Decl., ¶¶ 4-8, Exs. 1-3 |
| 39. | From the time Decedent began running toward Officer Ornelas until the last shot was fired, less than 20 seconds had passed. | Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 5:00-5:18); Edwards Decl., ¶¶ 1-6, Exs. 1-2; Ward Decl., ¶¶ 1-7, Exs. 1-2 |
| 40. | Officer Nichols drew his handgun when Decedent began running toward Officer Ornelas's location. | Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 5:00-5:18); Nichols Decl., ¶ 5 |
| 41. | Officer Nichols did not fire his handgun for fear that bullets could ricochet off the railroad car and hit Officer Ornelas or the other officers on scene. | Nichols Decl., ¶ 5 |
| 42. | Officer Ornelas, aided by Officers Nichols, Steen, and other officers | Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., pp. 14:11-17, 16:14-24, 18:7-17); Kwon Decl., ¶¶ 1-6 and |

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
|  | approached Decedent and ordered him to stay down on the ground. | videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 5:18-5:40) |
| 43. | Officer Ornelas, a former emergency medical technician, and other officers immediately began administering first aid to Decedent. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 7:19-25, 35:24-36:4, 57:15-22); Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., pp. 17:25-18:25); Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 5:40-12:30) |
| 44. | Officer Steen immediately requested emergency medical services. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 35:14-23); Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., p. 18:18-19); Dean Decl., ¶¶ 4-6, Exs. 3-6 (Incident Detail Report, p. 9 [16:24:12] and Dispatch Audio at 15:39-15:47); Steen Decl., ¶ 8 |
| 45. | Paramedics arrived and took over Decedent's care. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 51:11-15); Dean Decl., ¶ 3, Ex. 2 (Nichols Depo., p. 19:1-7); Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 12:45-12:55) |

| Defs' SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 46. | Officer Ornelas did nothing to delay or prevent the medical treatment by the paramedics. | Ornelas Decl., ¶ 9; Kwon Decl., ¶¶ 1-6 and videos referenced therein (Ofc. Ornelas CHP-000505 Title01.mpg at 12:45-12:55) |
| 47. | Decedent died from his injuries. | First Amended Complaint (Dkt. 25), ¶ 25 |
| 48. | The pipe was recovered at the scene. | Dean Decl., ¶ 2, Ex. 1 (Ornelas Depo., pp. 36:14-22); Steen Decl., ¶ 6; Nichols Decl., ¶ 6; Burris Decl., ¶¶ 1-2, Ex. 1 |

Dated: September 14, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
ELIZABETH S. ANGRES
Supervising Deputy Attorney General

s/ Donna M. Dean

DONNA M. DEAN
Deputy Attorney General
*Attorneys for Defendants
State of California and
Andrew Ornelas*

LA2021603706
65399983.docx