1  ROB BONTA
   Attorney General of California
2  ELIZABETH ANGRES
   Supervising Deputy Attorney General
3  DONNA M. DEAN
   Deputy Attorney General
4  State Bar No. 187104
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013
    Telephone:  (213) 269-6509
6   Fax:  (916) 731-2120
    E-mail:  Donna.Dean@doj.ca.gov
7  *Attorneys for Defendants*
   *State of California and Andrew Ornelas*
8

9        IN THE UNITED STATES DISTRICT COURT

10       FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13  **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**  | Case No. 5:21-cv-1694-JWH (KKx)

14  **DECLARATION OF SERGEANT ANDREW ORNELAS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

15              Plaintiffs,

16       v.

17

18  **STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**

    Date:        October 21, 2022
19              Defendants.        Time:        9:00 a.m.
                                   Courtroom:   9D
20
    Judge:       The Honorable John W. Holcomb
21

22  Trial Date:   December 12, 2022
    Action Filed: July 30, 2021
23

24

25

26

27

28

## DECLARATION OF SERGEANT ANDREW ORNELAS

I, Sergeant Andrew Ornelas, do state and declare as follows:

1. I am employed by the California Highway Patrol (CHP) as a peace officer. In August 2020, I was assigned to the CHP-Rancho Cucamonga Area Office. I am a defendant in the above-captioned action. The matters set forth herein are within my personal knowledge and if called to I could and would testify competently regarding the matters.

2. On August 6, 2020, just after 4:00 p.m., I responded to a call regarding a collision on the eastbound I-10 freeway near the Haven Avenue exit in the city of Ontario.

3. As I was driving to the scene of the collision, I was further advised by dispatch that there were additional collisions and that the collisions were reportedly caused by a white truck. I was also told by dispatch that the driver of the white truck was a Hispanic male adult wearing brown pants and a brown shirt. In addition, I was advised that the driver of the white truck fled on foot. Therefore, the call became a call for violation of California Vehicle Code section 20002, misdemeanor hit-and-run.

4. After receiving information from Officer Jason Nichols that the subject, who was later identified as Charles Sesma, was walking along the railroad tracks, I drove to a parking lot that was adjacent to the railroad tracks. Officer Jason Steen also responded to that location. I initially saw Mr. Sesma walking near the railroad tracks adjacent to the parking lot. I got out of my patrol vehicle to speak to Mr. Sesma. A chain link fence topped with barbed wire separated Mr. Sesma from Officer Steen and me. I saw Mr. Sesma pick up a metal object that looked like a long pipe with a jagged edge. Mr. Sesma ignored commands to stop walking and to drop the pipe. Mr. Sesma continued walking westbound on the south side of the train tracks toward the railway overcrossing bridge above Haven Avenue.

//

5. I drove to the railroad bridge on Haven Avenue and parked my patrol vehicle under the bridge. When I arrived at Haven Avenue, I did not initially see Mr. Sesma, so I climbed up the embankment to the railroad bridge to look for him.

6. When Mr. Sesma ran at me with the pipe in his hands, I believed that I was in imminent danger of being killed or seriously injured by the pipe. I did not use my taser because I was faced with a lethal threat situation, in which Mr. Sesma was rapidly approaching me with the pipe. It is very difficult to hit a running person with both prongs of the taser, which is necessary for the taser to be effective. If the taser was ineffective, Mr. Sesma would have been able to get within range to strike me with the pipe. In addition, I had nowhere to go to retreat due to the uneven ground, the crushed stone surface that did allow for stable footing, and the locations of the railroad cars, the fence, and the steep embankment.

7. When Mr. Sesma got up after the initial volley of shots, I believed that he had not been struck by any bullets because he got up quickly and started running at me again.

8. Attached hereto as Exhibit 1 is a photograph that depicts the scene of the shooting. When I fired my weapon, I was standing at the top of the embankment near the end of the fence that is visible in the photograph. When Mr. Sesma finally fell, he was approximately where Evidence Markers 10 and 11 are visible in the photograph.

9. Once paramedics arrived and took over Decedent's medical care, I went back down the embankment and did not return to the scene of the shooting.

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct to the best of my knowledge. Executed this 14th day of September 2022, in Baldwin Park, California.

                                                s/ Andrew Ornelas
                                            Sergeant Andrew Ornelas

# EXHIBIT "1"

