Rob Bonta
Attorney General of California
Elizabeth Angres
Supervising Deputy Attorney General
Donna M. Dean
Deputy Attorney General
State Bar No. 187104
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6509
 Fax:  (916) 731-2120
 E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | Case No. 5:21-cv-1694-JWH (KKx)<br><br>**DECLARATION OF OFFICER JASON STEEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 21, 2022<br>Time: 9:00 a.m.<br>Courtroom: 9D<br><br>Judge: The Honorable John W. Holcomb<br><br>Trial Date: December 12, 2022<br>Action Filed: July 30, 2021 |

**DECLARATION OF OFFICER JASON STEEN**

I, Officer Jason Steen, do state and declare as follows:

1. I am employed by the California Highway Patrol (CHP) as a peace officer. I am assigned to the CHP-Rancho Cucamonga Area Office. The matters set forth herein are within my personal knowledge and if called to I could and would testify competently regarding the matters.

2. On August 6, 2020, just after 4:00 p.m., I responded to a call regarding hit-and-run accidents on the eastbound I-10 freeway near the Haven Avenue exit in the city of Ontario in which the driver fled on foot. Dispatch described the driver as a Hispanic male adult wearing brown pants and a brown shirt.

3. After receiving information from Officer Jason Nichols that the subject, later identified as Charles Sesma, was walking along the railroad tracks, I drove to a parking lot that was adjacent to the railroad tracks. Officer Andrew Ornelas also responded to that location. I initially saw Mr. Sesma, who matched the description that was provided by dispatch and Officer Nichols, walking near the railroad tracks adjacent to the parking lot. I got out of my patrol vehicle to speak to Mr. Sesma. A chain link fence topped with barbed wire separated Mr. Sesma from Officer Steen and me. I saw Mr. Sesma pick up a long pipe with a jagged edge. Mr. Sesma ignored commands to stop walking and to drop the pipe. Mr. Sesma continued walking westbound on the south side of the train tracks toward the railway overcrossing bridge above Haven Avenue.

4. Officer Ornelas then drove to the railroad bridge on Haven Avenue while I stayed in the parking lot to observe Mr. Sesma. From where I was located in the parking lot, I could see Mr. Sesma on the railroad bridge above Haven Avenue. Attached hereto as Exhibit 1 is an aerial photograph that depicts the scene of the incident from overhead. My patrol vehicle was parked in the parking lot that is visible in the lower right corner of the photograph (the exact location where I was parked cannot be seen in the photograph). Haven Avenue is the street depicted

running diagonally through the photograph under the railroad bridge. Mr. Sesma was sitting down on the railroad bridge above the center median of Haven Avenue.

5. I saw Officer Ornelas go up the embankment from Haven Avenue, and I jumped over the fence that is visible between the parking lot and the embankment to the railroad tracks and started going up the hill to the railroad tracks.

6. I heard Officer Ornelas shouting commands, but I could not see him as I climbed up the hill. I then heard shots fired. I arrived at the top of the hill just after shots were fired. Attached hereto as Exhibit 2 is another aerial photograph that depicts a closer view of the scene of the incident from overhead. When I arrived at the top of the hill, Officer Ornelas was standing near the right end of the fence that runs across the railroad bridge. I have placed an X on the photograph to mark Officer Ornelas's location. Officer Ornelas had his gun out, and Mr. Sesma was on the ground approximately fifteen feet away from Officer Ornelas. I also saw a metal pipe nearby that appeared to be the same pipe Mr. Sesma had picked up earlier.

7. Attached hereto as Exhibit 3 is a photograph that depicts the scene of the shooting. When I approached Officer Ornelas after he fired his weapon, he was standing at the top of the embankment near the end of the fence that is visible in the photograph. Mr. Sesma had fallen approximately where Evidence Markers 10 and 11 are visible in the photograph.

8. Immediately after the shooting incident, I requested that dispatch send emergency medical services. The police radio code for requesting emergency medical services is 1141.

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct to the best of my knowledge. Executed this 13TH day of September 2022, in Rancho Cucamonga, California.

*/s/ Jason Steen*
Officer Jason Steen

3

# EXHIBIT "1"



# EXHIBIT "2"



# EXHIBIT "3"

