Rob Bonta
Attorney General of California
Elizabeth Angres
Supervising Deputy Attorney General
Donna M. Dean
Deputy Attorney General
State Bar No. 187104
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6509
  Fax:  (916) 731-2120
  E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>                  Plaintiffs,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>                  Defendants. | Case No. 5:21-cv-1694-JWH (KKx)<br><br>**DECLARATION OF OFFICER JASON NICHOLS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:        October 21, 2022<br>Time:       9:00 a.m.<br>Courtroom: 9D<br><br>Judge:      The Honorable John W. Holcomb<br><br>Trial Date:  December 12, 2022<br>Action Filed: July 30, 2021 |

1

# DECLARATION OF OFFICER JASON NICHOLS

I, Officer Jason Nichols, do state and declare as follows:

1. I am employed by the California Highway Patrol (CHP) as a peace officer. In August 2020, I was assigned to the CHP-Rancho Cucamonga Area Office. The matters set forth herein are within my personal knowledge and if called to I could and would testify competently regarding the matters.

2. On August 6, 2020, just after 4:00 p.m., I responded to a call regarding a hit-and-run collision on the eastbound I-10 freeway near the Haven Avenue exit in the city of Ontario in which the driver fled on foot. Dispatch described the driver as a Hispanic male adult wearing brown pants and a brown shirt.

3. I was the first to spot the subject, who was later identified as Charles Sesma. Mr. Sesma, who matched the description given by dispatch, was walking along the railroad tracks near a Costco parking lot. I relayed this information over the radio. I also gave the other officers a description of the subject as a Hispanic male with scruffy hair, a dirty white shirt, and brown pants.

4. I next saw Mr. Sesma on a railroad bridge over Haven Avenue. I stopped my patrol vehicle on Haven Avenue and got out. I noticed that Mr. Sesma was holding an object in his hand that looked like a long rusty knife. Mr. Sesma suddenly ran towards Officer Ornelas. I could not see Officer Ornelas because he was behind some trees, but I knew his approximate location at the top of the embankment. I heard Officer Ornelas giving commands such as "Stop!" and "Drop it!" Mr. Sesma was closing the distance to Officer Ornelas very quickly, and he was approximately twenty feet away from Officer Ornelas when Officer Ornelas first fired his weapon.

5. I drew my service weapon, but I did not fire it because I was concerned that bullets could ricochet off the stopped railroad cars on the bridge.

//

//

6. After radioing for assistance, I went up the embankment to the railroad tracks. I saw a long metal pipe with a jagged edge lying on the ground.

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct to the best of my knowledge. Executed this 14 day of September 2022, in Sacramento, California.

_____
Officer Jason Nichols