Rob Bonta
Attorney General of California
Elizabeth Angres
Supervising Deputy Attorney General
Donna M. Dean
Deputy Attorney General
State Bar No. 187104
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6509
  Fax:  (916) 731-2120
  E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | Case No. 5:21-cv-1694-JWH (KKx)<br><br>**DECLARATION OF OFFICER WILLIAM KWON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:          October 21, 2022<br>Time:          9:00 a.m.<br>Courtroom:  9D<br><br>Judge:         The Honorable John W. Holcomb<br><br>Trial Date:    December 12, 2022<br>Action Filed: July 30, 2021 |

1

## DECLARATION OF OFFICER WILLIAM KWON

I, Officer William Kwon, do state and declare as follows:

1. I am employed by the California Highway Patrol (CHP) as a peace officer. I am assigned to the CHP-Rancho Cucamonga Area Office. I have served in the capacity of the MVARS Coordinator since May of 2017. As the MVARS Coordinator, I am familiar with the policies and procedures of the CHP with regards to the downloading and storage of video evidence.

2. The matters set forth herein are within my personal knowledge and if called to I could and would testify competently regarding the matters.

3. Many patrol vehicles used by CHP officers are equipped with a video and audio recorder known as a Mobile Video/Audio Recording System or "MVARS." A patrol vehicle's MVARS may be used to record events involving CHP officers, including traffic stops, other detentions such as arrests, and pursuits. The MVARS device can record events within the view of the camera, and can also record audio of conversations involving CHP officers, communications received or sent through the patrol vehicle's radio, and ambient noise.

4. My responsibilities as an MVARS Coordinator is to maintain the MVARS which are installed in the patrol units and download files in the event of critical incidents. These duties also include making copies as deemed necessary for legal proceedings.

5. The audio/video recordings identified as CHP-000504, CHP-000505-CHP-000506, and CHP-000507 are true and correct copies of the audio/video recordings taken on August 6, 2020, by the MVARS located in the patrol vehicle assigned to CHP Officer A. Ornelas, #20046 (CHP-000505-CHP-000506) (CHP – Rancho Cucamonga Area – Vehicle License No. 1484365), CHP Officer A. Cichella, #14350 (CHP-000504) (CHP – Inland Division, Special Enforcement

Unit – Vehicle License No. 1484470), and CHP Officer J. Steen, #17597 (CHP-000507) (CHP-Rancho Cucamonga Area – Vehicle License No. 1484425).

6. The audio/video recordings identified as CHP-000504, CHP-000505-CHP-000506, and CHP-000507 contain video that were taken contemporaneously with the events depicted in the videos and were downloaded from the vehicles in close proximity in time to the conclusion of those events. They were recorded, downloaded from the original systems, and kept and stored as part of the official CHP records in the ordinary course of operation of the CHP.

I declare under penalty of perjury under the laws of the State of California and the United Stated that the above information is true and correct to the best of my knowledge. Executed this 22 day of August 2022, in Rancho Cucamonga, California.

_____
Officer William Kwon