ROB BONTA
Attorney General of California
ELIZABETH ANGRES
Supervising Deputy Attorney General
DONNA M. DEAN
Deputy Attorney General
State Bar No. 187104
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6509
 Fax:  (916) 731-2120
 E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | Case No. 5:21-cv-1694-JWH (KKx)<br><br>**DECLARATION OF STACY BURRIS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:       October 21, 2022<br>Time:       9:00 a.m.<br>Courtroom:  9D<br><br>Judge:      The Honorable John W. Holcomb<br><br>Trial Date: December 12, 2022<br>Action Filed: July 30, 2021 |

1

## DECLARATION OF STACY BURRIS

I, Stacy Burris, do state and declare as follows:

1. I am a forensic supervisor employed by the Ontario Police Department. The matters set forth herein are within my personal knowledge and if called to I could and would testify competently regarding the matters.

2. On August 6, 2020, I responded to an officer-involved-shooting incident on a railroad bridge near Haven Avenue in the city of Ontario. Ontario Police Department recovered a rusty metal pipe at the scene of the incident. I saw the pipe at the scene of the incident. The pipe was collected and photographed by Heather Rushton, who worked under my supervision. I reviewed and approved the report by Ms. Rushton. The pipe measured approximately 10.75 inches long and 1.75 inches in diameter, and weighed approximately 5.8 pounds. The pipe also had a jagged edge. Attached hereto as Exhibit 1 are true and correct copies of photographs of the pipe recovered at the scene of the officer-involved-shooting incident.

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct to the best of my knowledge. Executed this 13 day of September 2022, in Ontario, California.

_____
Stacy Burris

# EXHIBIT "1"







