Rob Bonta
Attorney General of California
Elizabeth Angres
Supervising Deputy Attorney General
Donna M. Dean
Deputy Attorney General
State Bar No. 187104
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6509
  Fax:  (916) 731-2120
  E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | Case No. 5:21-cv-1694-JWH (KKx)<br><br>**DECLARATION OF ROCKY L. EDWARDS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:          October 21, 2022<br>Time:          9:00 a.m.<br>Courtroom:   9D<br><br>Judge:        The Honorable John W. Holcomb<br><br>Trial Date:   December 12, 2022<br>Action Filed:  July 30, 2021 |

1

## <u>DECLARATION OF ROCKY L. EDWARDS</u>

I, Rocky L. Edwards, declare as follows:

1.     I have been retained as a forensic firearms examiner expert by counsel for the defendants in the above-entitled matter.  My qualifications, as well as the qualifications of my colleague, Heather Heider, are set forth in the c.v.'s attached hereto as Exhibit 1.

2.     The following facts are within my personal knowledge, except those stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify thereto.

3.     I was retained by the State of California and California Highway Patrol Officer Andrew Ornelas to forensically evaluate the August 6, 2020, officer-involved shooting that gives rise to the instant lawsuit filed by plaintiffs in the case entitled *Sesma., et al. v. State of California, et al*., United States District Court for the Central District of California, Case No. 5:21-cv-1694-JWH (KKx).  As a retained expert, I was required by Rule 26 of the Federal Rules of Civil Procedure to prepare a report regarding my evaluation of the incident and my findings.  A true and correct copy of my Rule 26 report is attached hereto as Exhibit 2 and incorporated herein by reference.  My report accurately sets forth the materials I reviewed and the processes I employed in my evaluation of the incident and in reaching my conclusions.

4.     As part of my assignment, I was asked to evaluate the physical firearm related evidence in this matter and determine if the recovered firearm-related evidence is consistent with the statements of the involved California Highway Patrol (CHP) officers.  I was able to complete this assignment, as memorialized in my report.

5.     My evaluation is based upon the investigative materials provided.  My findings set forth on my report attached as Exhibit 2, including the following opinions:

2

(a)    As documented in the scene diagram, six (6) discharged cartridge cases (Items 1-6) were located on the south side of the railroad tracks near the east end of the overpass bridge [CHP-000827]. The maximum capacity of Ornelas' service/duty firearm was fifteen (15) cartridges in the magazine and one (1) cartridge in the chamber (total = 16 cartridges). The post incident inspection of Ornelas' service/duty weapon determined that following the OIS, the firearm was loaded with one (1) cartridge in the chamber and eight (8) cartridges in the magazine (total = 9), [CHP-000814]. Analysis of the audio portion of the scene video, [MVARS audio pattern annotated.pdf by Parris Ward], revealed a total of seven (7) shots fired.

(i)    The collection of the six (6) cartridge cases, the audio analysis and the post-incident inspection of Ornelas' service/duty firearm support a total of seven (7) shots fired during the OIS.

(ii)    Analysis of the audio of the incident revealed that during the OIS the first five (5) shots fired spanned approximately 1.1 seconds. There was an approximate 6.9 second pause, followed by an additional two (2) shots that spanned approximately 0.69 seconds. All shots, from start to finish, lasted approximately 8.7 seconds.

(b)    During autopsy, the Deputy Medical Examiner identified eight (8) GSW's and noted that GSW #3 (right chest) "…could be representative of the bullet having stuck an intermediary target before striking the chest or a possible reentry wound." [CHP-000415].

(i)    In the video frames provided in [Sesma Image Sequence.pdf by Parris Ward], Sesma is observed traveling along the railroad bridge from approximately frames 9094 to 9209. His arms moved back and forth as he traveled. At approximately frame 9210, Sesma appears to fall forward and disappears out of the field of view at approximately frame 9224. Sesma remains out of the field of view

until approximately frame 9444, where only his white t-shirt is visible slightly above the bridge's rail. Sesma's white t-shirt remains visible at this height until approximately frame 9458.

(ii)     Based upon the limited universe of this OIS, it is possible that both GSWs #3 (C) (right chest) and GSW #4 (D) (right chest) are the result of the reentry of the bullets responsible for GSWs #1 (A) and #2 (B) (tangential, graze or "gutter" GSWs to the face). This is consistent with Sesma having fallen forward and the last two (2) shots fired during the OIS. It is unknown whether the bullet associated with GSW #1 is associated with reentry GSWs #3 or #4 and similarly, it is unknown whether the bullet associated with GSW #2 is associated with reentry GSW #3 or #4. These GSWs cannot be sequenced beyond being associated with the last two (2) shots fired.  This is supported by the characteristics of all four (4) GSWs (the presence and location of the abrasion rims in GSWs 1 and 2, the parallel nature of GSWs 1 and 2, the visible lacerations associated with GSWs 1 and 2, the location of the abrasion collars in GSW 3 and 4 and the irregular nature of GSWs 3 and 4).

(c)     Based upon the wound characteristics observed in the provided photographs and the bullet path directions determined at autopsy, GSWs 7 (H) and 8 (I), Sesma's right waist and right knee, respectively, are consistent with shots fired while Sesma was front facing. GSW 7 (H) is consistent with Sesma's torso being upright.

(d)     The irregular characteristics of the entrance wound (F) associated with GSW 5 (right arm) is consistent with the entry of a destabilized bullet that may have struck an intermediary object prior to entering Sesma's arm.

//

(e)     The locations of the recovered physical evidence, the post incident inspection of Ornelas' service/duty firearm, the audio and video analysis performed by Parris Ward and the bullet paths of the GSWs detailed during autopsy (and through photography) support the statements of Officer Ornelas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2022, at __Corona_____,
California.

_Rocky L. Edwards_ (signature)

_____
_____Rocky L. Edwards

# EXHIBIT "1"

**Curriculum Vitae Rocky Edwards**
**Forensic Firearms & Toolmark Examiner**

ROCKY EDWARDS FORENSIC FIREARM & TOOLMARK EXAMINER & SHOOTING RECONSTRUCTION

## EDUCATION

| | |
|---|---|
| The University of the State of New York (Excelsior College) Bachelor of Science Degree | 1993 |
| El Paso Community College Associate of Science | 1988 |

## AWARDS

| | |
|---|---|
| Santa Ana Police Department, Departmental Wide Award for work in 3D Analysis | 2014 |
| August Vollmer Award, International Association of Chiefs of Police (IACP) | 2009 |
| Exceptional Quality Service Award – City of Santa Ana, CA | 2005 |
| Orange County District Attorney's Award of Excellence | 2005 |

## EXPERT QUALIFICATION STATEMENT

I have testified in over 550 cases in firearms-related cases as an expert witness. I began my career in law enforcement 42 years ago. I was trained as a Special Agent in the United States Army Criminal Investigation Division (CID) in 1984 and served as a Special Agent for twenty (20) years until my retirement in 1994. As a Federal Agent, I processed, diagrammed, and reconstructed crime scenes as part of the normal course of investigation. In 1989, I trained and studied at the US Army Crime Laboratory for two (2) years in the field of Forensic Firearm and Toolmark Examination. My training included microscopic analysis, the study of ammunition and ammunition components, gunpowder production and manufacturing techniques, reloading of ammunition, toolmark examination, gunshot wound analysis, processing of clothing for gunshot residues, bullet path interpretation, firearm functionality, and shooting reconstruction. I have been a Forensic Firearm Examiner for twenty-seven (27) years. I have worked as a Forensic Firearm Examiner in ASCLD Accredited Laboratories in the US Army and the Los Angeles Police Department. I have thirty-seven (37) years of crime scene processing as both a Special Agent (detective) and as a Forensic Firearm Examiner. Throughout my career I have utilized various scientific methods and techniques to collect, preserve and analyze physical evidence at crime scenes. I have investigated all categories of crimes, e.g. homicides, assaults, and officer involved shootings (OIS), and have conducted war/combat shooting reconstructions from incidents in Somalia and Yugoslavia.

I am qualified as an expert in California Superior Court in the areas of Forensic Firearm and Toolmark Examination as well as Shooting Reconstruction. I am qualified in the US Federal Court system as an expert in Forensic Firearm and Toolmark Identification. I have qualified as a Forensic Firearm Examiner in all branches of the military and NATO Countries (Britain and Canada). I am qualified as an expert in the states of New Mexico and Arizona. I have worked both for defense and prosecution at both the state and federal levels.

**Curriculum Vitae Rocky Edwards**
**Forensic Firearms & Toolmark Examiner**

I have been trained in firearm-related injuries and have studied at the Letterman Army Medical Center, Preside of San Francisco, and the Armed Forces Institute of Pathology in Washington, D.C. I have attended autopsies throughout my career. I also attended advanced training at the Southwestern institute of Forensic Sciences, Parkland Memorial Hospital, Dallas Texas, in microscopic examination, wound ballistics and the analysis and study of ricochet bullets. See below for further details.

## CRONOLOGICAL SUMMARY OF EXPERIENCE

**Shooting Reconstruction, Bullet Path Analysis, Wound Ballistics, Forensic Firearm & Toolmark Examiner**

Responsible for the forensic examination of firearms, ammunition and ammunition components; the microscopic examination of questioned bullets, cartridge cases and toolmarks; the restoration of obliterated serial numbers; distance determinations (both gunshot residue and shotgun pattern analysis); fracture or physical matches; bullet path analysis, trajectory analysis and the examination of security devices; crime scene Investigation; responsible for the diagramming, preparation of written reports regarding findings and the presentation of those findings in State and Federal Jurisdictions; court qualified in 3D topographical comparative analysis of fired bullets; advises local jurisdictions on policies regarding forensic firearm examinations

I possess additional expertise in the processing of gunshot residues (GSR) and bullet impacts on clothing.

## POSITIONS HELD & RESPONSIBLITES

**Firearm and Tool-mark Examiner & Consultant, Stockton Police Department**          **2013 to Present**

Responsible for the forensic examination of firearms, ammunition and ammunition components; the microscopic examination of questioned bullets, cartridge cases and toolmarks; the restoration of obliterated serial numbers; distance determinations (both gunshot residue and shotgun pattern analysis); fracture or physical matches; and the examination of security devices.

Responsible for the preparation of written reports regarding findings, the presentation of findings in judicial or non-judicial proceedings and gunshot wound analysis; provides training and lectures to officers and detectives; Creates and implements policy regarding forensic firearm examinations and procedures; evaluates firearm security-related policies and procedures; completes crime scene investigations, shooting reconstruction, diagramming of crime scenes related to firearm evidence and trajectory analysis.

**Firearm and Tool-mark Examiner, Santa Ana Police Department**          **1996 to 2016**

Responsible for the examination of firearms, ammunition and ammunition components; the microscopic examination of questioned bullets, cartridge cases and toolmarks; the restoration of obliterated serial numbers; distance determinations (both gunshot residue and shotgun pattern analysis); fracture or physical matches; and the examination of security devices.

Responsible for the preparation of written reports regarding findings, the presentation of findings in judicial or non-judicial proceedings and gunshot wound analysis; provides training and lectures to officers and detectives; Creates and implements policy regarding forensic firearm examinations and procedures; evaluates firearm security-related policies and procedures; completes crime scene investigations, shooting reconstruction, diagramming of crime scenes related to firearm evidence and trajectory analysis; provides forensic analysis on assigned Officer Involved Shootings.

**Curriculum Vitae Rocky Edwards**
**Forensic Firearms & Toolmark Examiner**

---

**Firearm and Tool-mark Examiner, Consultant, Los Angeles Police Department**          **1993 to 1996**

Responsible for the examination of firearms, ammunition and ammunition components; the microscopic examination of questioned bullets, cartridge cases and toolmarks; the restoration of obliterated serial numbers; distance determinations (both gunshot residue and shotgun pattern analysis); fracture or physical matches; and the examination of security devices.

Responsible for the preparation of written reports regarding findings, the presentation of findings in judicial or non-judicial proceedings and gunshot wound analysis; provides training and lectures to officers and detectives; Creates and implements policy regarding forensic firearm examinations and procedures; evaluates firearm security-related policies and procedures; completes crime scene investigations, shooting reconstruction, diagramming of crime scenes related to firearm evidence and trajectory analysis; provides forensic analysis on assigned Officer Involved Shootings.

**Firearm and Tool-mark Examiner, United States Army Criminal Investigation Laboratory Ft.**
**Gillem, Georgia and Frankfurt Germany- Casework with US Army, US Navy, US Air Force & US**
**Marines NATO Forces - Britain & Canada**          **1989 to 1993**

Responsible for the examination of firearms, ammunition and ammunition components; the microscopic examination of questioned bullets, cartridge cases and toolmarks; the restoration of obliterated serial numbers; distance determinations (both gunshot residue and shotgun pattern analysis); fracture or physical matches; and the examination of security devices.

Responsible for the preparation of written reports regarding findings, the presentation of findings in judicial or non-judicial proceedings and gunshot wound analysis; provides training and lectures to officers and detectives; Creates and implements policy regarding forensic firearm examinations and procedures; evaluates firearm security-related policies and procedures; completes crime scene investigations, shooting reconstruction, diagramming of crime scenes related to firearm evidence and trajectory analysis; provided forensic firearm-related European Theater coverage and assisted in crime scene reconstruction on incidents which occurred in Desert Storm, Somalia and Yugoslavia.

**Special Agent, United States Army Criminal Investigation Command (CID)**
**3rd Region Ft Polk Field Office, Leesville, La & 6th Region, Ft Bliss Field Office, El Paso, TX**          **1983 to 1989**

Special Agent/Team Chief investigating and supervising Special Agents in the investigation of felony crimes, e.g. homicides, firearm-related incidents, sex crimes, drug-related offenses and economic crimes in the United States Army; processed, photographed, collected evidence, diagrammed, reconstructed and analyzed crime scenes; collected and preserved physical and testimonial evidence; supervised and trained probationary Criminal Investigators/Special Agents; provided written reports and testified in C Court proceedings; managed informants and conducted threat assessments of key and suspected targets (personnel and key area targets); assigned to Protective Services of dignitaries.

**Curriculum Vitae Rocky Edwards**
**Forensic Firearms & Toolmark Examiner**

---

**Military Police Investigator (MPI), 2nd Region, Frankfurt Germany**                    **1980 to 1983**

Military Police Investigator responsible for the investigation of misdemeanor crimes, e.g. burglary, theft, vandalism, minor drug-related offenses, etc.; interviewed witnesses, completed suspect interrogations; crime scene processing, diagramming; and other duties as assigned.

**Military Police (MP), 230th MP Company, Rhine Ordinance Barracks, Kaiserslautern, Germany**                    **1978 to 1980**

Military Police Officer responsible for patrol of Kaiserslautern, Germany; detained and apprehended suspects; interviewed witnesses; conducted traffic and crowd control; completed accident investigation; provided convoy escort; trained in combat MP duties and field exercises.

**Military Police (MP), 164th Military Police Company, Miesau, Germany**                    **1977 to 1978**

Military Police Officer responsible for security and convoy transport of nuclear devices; monitored operations and security of military/civilian personnel servicing and working on nuclear devices.

**Curriculum Vitae Rocky Edwards**
**Forensic Firearms & Toolmark Examiner**

## TECHNICAL/SPECIALIZED TRAINING

- Forensic Shooting Incident Reconstruction Course, Forensic Science Consultants, San Diego County Sheriff's Office, San Diego, CA
- US Army Criminal Investigation Laboratory Firearm & Tool-mark (Firearm, Microscopic Comparisons, Tool-Mark Examiner, Wound Ballistics, Shooting Reconstruction, Clothing Analysis) Training Course, 2 years
- Wound Ballistic Training Course, Letterman Army Medical Center, Presidio of San Francisco, CA
- Wound Ballistic Training Course of Study at the US Armed Forces Institute of Pathology, Washington, DC Wound Ballistic Study at Medical Examiner's Office, Boston, MA
- Advanced Training in Comparative Analysis and Ricochet Analysis, Southwestern Institute of Forensics Services, Dallas, Tx
- US Army Criminal Investigation Academy, Ft. McClellan, Alabama, Sixteen (16) weeks training as a Special Agent in Army CID.
- US Army Military Police Academy, Vilseck Germany. Eight (8) weeks training as a Military Police Investigator.
- Street Survival Training, Dallas, TX
- Glock Police Armorers Course (Pistol), Smyrna, GA
- Smith & Wesson Armorer's Course (Pistol/Revolver), Smith and Wesson Factory, Springfield, MA Sturm, Ruger & Co. Armorers Course (Pistol, Revolver, Rifle and Shotgun) Ruger Factory, Newport, NH Sig Sauer Inc, Armors Course, Ilion, NY
- Beretta and M-16 Armors Training Course, Aberdeen Providing Grounds, Aberdeen, MD
- Opposing Forces Weapons Center, (WARSAW PACT WEAPONS), ie. AK47, AKM, AKMS, FPK, RPK and DUSKA Machine Gun.
- Remington Arms Inc, Armorer's Course, Remington Factory, Ilion, NY
- Charter Arms Inc. Factory Tour and Manufacturing Techniques, Shelton, Connecticut
- Dan Wesson, Factory Tour and Manufacturing Techniques, Monson, Massachusetts H&K Armorers Course, San Antonio, TX
- Winchester Arms Company, Manufacturing Techniques and Factory Tour, New Haven, CT Marlin Firearms Company, Manufacturing Techniques and Factory tour, North Haven, CT Savage Arms Company, Manufacturing and Factory Training Tour, West Springfield, MA Colt firearms Manufacturing Plant, Hartford, CT
- Colt firearms Manufacturing Plant (Factory 2), West Hartford, CT
- TECHNICAL/SPECIALIZED TRAINING (Continued)
- Winchester Ammunition Manufacturing Plant Training Tour, Olin, IL Remington Ammunition Manufacturing Plant Training Tour, Lonoke, AR
- Surreptitious Entry/Technical Surveillance Course, Atlanta, GA Foley-Belsaw Basic and Advanced Locksmith Course, Atlanta, GA
- Medeco High Security Locksmith Course, Medeco Factory, Salem, VA
- Serial Number Restoration Course, California Criminalistics Institute (CCI), Santa Ana, CA Firearms Collection, Smithsonian Institute, Washington, DC
- Firearms Collection, National Rifle Association, Washington, DC Radford Army Ammunition Plant (propellant), Radford, VA
- Thompson Center Arms, Manufacturing Tour and Plant, Rochester, NH Beretta USA Inc., Firearms Manufacturing Plant, Accokeek, MD
- West Point Firearms Collection, West Point Museum, States Military Academy, West Point, NY
- American Lock Company, Manufacturing Tour and Plant, Crete, IL Stanley Tools, Manufacturing Plant, Cheraw, SC
- Cooper Tools, Manufacturing Plant, Sumter, SC
- Wilson Arms Company, Manufacturing Plant, Bradford, CT

**Curriculum Vitae Rocky Edwards**
**Forensic Firearms & Toolmark Examiner**

- H.K. Porter Tool Manufacturing Plant, Statesboro, GA Schrade Knife Manufacturing Plant, Ellenville, NY Camilius Knife Manufacturing Plant, Camilius, NY Utica Knife Manufacturing Plant, Utica, NY
- Marksman and Beeman BB & Air Rifle Manufacturing Plant, Huntington Beach, CA

- Drug Enforcement Cover/Surveillance Course, Drug Enforcement Administration (DEA), Anniston, AL Protective services Course, Military Police School, Department of the Army, Fort McClellan, AL Advanced Fraud Investigations Course (White Collar/Economic Crimes), Ft. Mc Clellan, AL Philippines National Police Crime Laboratory International Tour, Manila, Philippines

## MEMBERSHIPS

- Distinguished Member, Association of Firearm and Toolmark Examiners (AFTE)

## PROFESSIONAL TRAINING COURSES/SEMINARS

| | |
|---|---|
| Annual Training Conference, Association of Firearm and Toolmark Examiners, Omaha, NB | 1990 |
| Annual Training Conferences, Association of Firearm and Toolmark Examiners; Houston, TX | 1991 |
| Annual Training Conference, Association of Firearm and Toolmark Examiners, Miami, FL | 1992 |
| Training Conference, International Association of Forensic Sciences, Dusseldorf, Germany | 1993 |
| Annual Training Conference, Association of Firearm and Toolmark Examiners, Indianapolis, IN | 1995 |
| Annual Training Conference, Association of Firearm and Toolmark Examiners, Annapolis, Ma | 1997 |
| Annual Training Conference, Association of Firearm and Toolmark Examiners, St. Louis, MO | 2000 |
| Annual Training Conference, Association of Firearm and Toolmark Examiners, San Antonio, TX | 2002 |
| Annual Training Conference, Association of Firearm and Toolmark Examiners, San Francisco, CA | 2007 |
| Annual Training Conference, AFTE Henderson, NV | 2010 |
| Annual Training Conference, Association of Firearm and Toolmark Examiners, Chicago, IL | 2011 |
| Annual Training Conference Association of Firearm and Toolmark Examiners Seattle, WA | 2013 |
| Annual Training Conference Association of Firearm and Toolmark Examiners, San Diego, CA | 2014 |
| Annual Training Conference Association of Firearm and Toolmark Examiners, Dallas, TX | 2016 |
| Annual Training Conference Association of Firearm and Toolmark Examiners, New Orleans, LA | 2016 |
| Homicide Investigators Conference, New Orleans, LA | 2016 |
| Annual Training Conference, Association of Firearm and Toolmark Examiners, Denver, CO | 2017 |
| Annual Training Conference, Association of Firearm and Toolmark Examiners, Charleston, Virgina | 2018 |
| Annual Training Conference, Association of Firearm and Toolmark Examiners, Chicago, IL | 2019 |
| NE Regional Training Conference, AFTE, FBI Academy Quantico, Virgina | 2019 |

**Curriculum Vitae Rocky Edwards**
**Forensic Firearms & Toolmark Examiner**

---

## FORENSIC SCIENCE PRESENTATIONS

- "The Advance Combat Rifles" (Combat rifles tested by the United States Army for the future), presented before members of the 22nd Annual Meeting for the Association of Firearm and Tool Mark Examiners, (AFTE), Houston, Texas, 1991
- Tracking Firearm Related Incidents, (AFTE Training Seminar) Dallas, TX
- Tracking Firearm Related Incidents, Interpol Forensic Firearm Seminar, Pretoria, South Africa
- 3D Topographical Examinations using the IBIS Bulletrax System, Interpol Forensic Firearm Seminar, Montreal, Canada
- 3D Topographical Examinations Using IBIS Bulletrax System, Cancun, Mexico

## AGENCY ASSISTS

- Federal Bureau of Investigations (FBI)
- Alcohol Tobacco & Firearms (ATF)
- Hawthorne Police Department (HPD)
- Anaheim Police Department (APD)
- Inglewood Police Department (IPD)
- Simi Valley Police Department (SVPD)
- Oxnard Police Department (OPD)
- Tustin Police Department (TPD)
- Fullerton Police Department (FPD)
- El Cajon Police Department (ECPD)
- Canadian Military (Quebec Canada)

## FORENSIC SCIENCE PUBLICATIONS

- Rocky L. Edwards, "Circumferential Fractures", AFTE Journal 1991
- Rocky L. Edwards & Michael I. Kelley, "Straight-Line Knives"', AFTE Journal 1992
- Rocky L. Edwards & Michael I. Kelley, "FPK Sniper Rifle: AFTE Journal 1993
- Rocky L. Edwards & James Moss, "MFS Ammunition"., AFTE Journal 1993
- Rocky L. Edwards "Fighting Gang Violence through NIBIN" Forensic Technology Inc. Website

## GUEST SPEAKER APPEARENCES

- Association of Firearm and Toolmark Examiners (AFTE) Training Seminar, San Francisco, 2006
- 13 Critical Tasks Workshop presented to District Attorney's, ATF and Law Enforcement, Indiana 2008
- International Forensic Science Symposium, South Africa 2006
- International Forensic Science Symposium, Mexico 2008
- European Network of Forensic Science Institutes (ENFSI), Cyprus 2010
- International Forensic Firearms Symposium, Interpol, Lyon, France 2011
- Association of Firearms & Toolmark Examiners (AFTE) Training Seminar, "3D Analysis of Fired Bullets Through Obliterated Barrels," Chicago, ILL, 2011
- International Forensic Science Symposium, Montreal Canada, 2013
- Association of Firearm & Toolmark Examiners (AFTE) Training Seminar Dallas, TX 2014

**Curriculum Vitae Rocky Edwards**
**Forensic Firearms & Toolmark Examiner**

<u>**CERTIFICATIONS**</u>

- Certified by the United States Department of the Army to Conduct Forensic Examinations for Department of Defense as a Firearm & Toolmark Examiner.

**TESTIMONY**

*2014 – Present: Trial and Deposition Testimony (Note: Testimony from 1990 to 2013 not listed)*

| Case Name | Case Number | Type of Testimony |
|---|---|---|
| People v. Foshay | CR-20124578 | Deposition Jury Trial |
| United States v. Perez | Unk | Jury Trial |
| People v. Andrade | 106812 | Jury Trial |
| People v. Miller et al. | 105785 | Jury Trial |
| People v. Quiruz | 103586 | Jury Trial |
| People v. Ruiz | 108254 | Jury Trial |
| People v. McDonald et al. | 117008 | Jury Trial |
| People v. McKenzie | 115377 | Jury Trial |
| People v. Corrales et al. | 116547 | Jury Trial |
| People v. Edwards et al. | 119923 | Jury Trial |
| People v. Richardson | 120882 | Jury Trial |
| People v. Torn et al. | 121959 | Jury Trial |
| People v. Farley | 121923 | Jury Trial |
| People v. Queen | 122965 | Jury Trial |
| People v. Gomez | 10CF3362 | Jury Trial |
| People v. Brambila | 10VF3025 | Jury Trial |
| People v. Castro | 09CF1139 | Jury Trial |
| People v. Tlamasico | 10CF1258 | Jury Trial |
| People v. Rodriquez | 12CF0355 | Preliminary Hearing |
| People v. Romero | 10CF2439 | Jury Trial |
| People v. Carter | 12CF0863 | Jury Trial |
| People v. Gomez | 12CF1430 | Jury Trial |
| People v. Figueroa | 10CF0530 | Jury Trial |
| People v. Mendoza | 11CF3286 | Preliminary Hearing |
| People v. Uriate et al. | 11CF0192 | Jury Trial |
| People v. Carranza | 11CF2429 | Jury Trial |
| People v. Flores | 11CF2519 | Preliminary Hearing |
| Juvenile Matter | J149878 | Jury Trial |
| People v. Gonzalez | 09CF1140 | Jury Trial |
| People v. Nhem et al. | 10CF0102 | Jury Trial |
| People v. Cabezas et al. | 11CF0862 | Jury Trial |
| People v. Orozco et al. | 12NF3903 | Jury Trial |
| People v. Estudilla et al. | 12NF3769 | Jury Trial |
| People v. Velasquez et al. | 13CF2197 | Jury Trial |

| | | |
|---|---|---|
| People v. Balanzar | 13CF0451 | Jury Trial |
| People v. Marquez | 13CF2128 | Preliminary Hearing |
| People v. Quirino | 14CF1858 | Jury Trial |
| People v. Lopez | 10CF3188 | Jury Trial |
| People v. Merida et al. | 10CF1982 | Jury Trial |
| People v. Cerda | 12CF3286 | Jury Trial |
| People v. Sanchez et al. | 12HF1198 | Jury Trial |
| People v. Montes | 12CF2292 | Jury Trial |
| People v. Alcala | 12CF3455 | Jury Trial |
| People v. Vega | 07CF2786 | Jury Trial |
| People v. Burciaga | 10CF2410 | Jury Trial |
| People v. Salinas | 12CF3719 | Jury Trial |
| People v. Ayala | 12CF0772 | Jury Trial |
| People v. Lopez | 14CF2507 | Jury Trial |
| People v. Medina | 13CF1715 | Jury Trial |
| People v. Dannelley | 14CF2336 | Jury Trial |
| People v. Wojtal | 14CF0232 | Jury Trial |
| People v. Daniels | 14CF0866 | Jury Trial |
| People v. Tellez | 13CF2980 | Jury Trial |
| People v. Quezada et al. | 14CF2240 | Grand Jury |
| People v. Sanchez | 08CF1227 | Jury Trial |
| People v. McDonald | 14CF2681 | Grand Jury Jury Trial |
| People v. Mendez et al. | 15CF0568 | Jury Trial |
| People v. Sotelo et al. | 12C1604 | Jury Trial |
| People v. Ochoa | 13CF3311 | Preliminary Hearing |
| Escobedo v. City of Los Angeles | CV15-04911-DSF(RAO) | Designated, Settled |
| DeLeon v. City of Los Angeles | CV16-03721FMO (RAO) | Report written, Pending |
| Sarasith v. City of Los Angeles | CV16-02548 JAK (MRWx) | Deposition, Settled |
| Curry v. City of Los Angeles | CV16-04125DSF (PJW) | Deposition, Testified,Hung Jury , Settled |
| Watkins v. City of Los Angeles | CV17-00485 JFW (FFMx) | Report, Testified Defense Prevailed |
| Nicholson v. City of Los Angeles | CV15-07594DDP (RAO) | Deposition, Summary Judgement |
| Jimmy Truong v. State of CA | DA Case No: 16F01554 | Testified |
| Mendez v. City of Los Angeles | CV18-1230 | Federal Complaint withdrawn |
| Sanchez v. City of Los Angeles | CV18-1230 | Federal Complaint withdrawn |
| Dominquez v. City of Los Angeles | CV17-04557 DMG | Designated, Deposition, trial, Defense Verdict |
| M.A.C. v. City of Los Angeles | CV16-04477 DMG | Designated, Deposition, Defense Verdict |
| McCullum v. City of Los Angeles | CV14-03262 DMG | Designated, Deposition Completed |

| | | |
|---|---|---|
| Barron vs State of California | 30-2017-00911997CUCRCJC | Designated, Working |
| Barragan vs City of Los Angeles | 2:17cv-04364-R-AGR | Report Rendered, Settled |
| Risher Vs City of Los Angeles | CV17-00995 | Designated, Working |
| Vaughn vs City of Los Angeles | F067-15 | Report, Pending Trial |
| Santibanez vs City of Los Angeles | CV17-04189 ODW | Report, Trial Pending |
| Villanueva vs State of California | 8:17-CV-01302-JLS-KES | Report, Trial – State Prevailed |
| Gonzales vs City of Los Angeles | CV17-06432 R (SSX) | Report, Defense Verdict |
| SJCDA Jury Trial 06937 DA# CR-2017 - 35081 | Jury Testimony ref: CR# SP16-26227/26-06937 | Report, Testimony, Guilty Verdict |
| SJCDA Trial Aaron Moore Trial (17-22579, 17-23512, and 17-24492) | Aaron Moore Trial (17-22579, 17-23512, and 17-24492) | Report, Two plaintiffs plead guilty, 3rd Defendant guilty all counts |
| DeAndrew Jordan vs State of California | 17-47789 | Plead Guilty |
| Jerrell Brown | (Minnesota) MPD CAPRS 8-268508 | Appeal – Defense Case - working |
| MJLH et.al vs City of Pasadena | Case No: 2:18-03249 | Report – Designated as a Consultant |
| Mora v City of Garden Grove | Case No: 8:19-cv-00418-JLS-JDE | Settled |
| Nelson v City of Los Angeles | Case No: 08-07-20581 | Working |
| Ewnetu et. al. v.  County of Los Angeles | Case No: BC702015 | Working |
| Morgan v. City of LA | Case No: CV17-06693 (JEMx) | Rule 26 Report Submitted, Depo Pending Feb 3, 2020. |
| Barrillas-Flores v City of LA | Case No. F076-17 | Designated - Working |
| Hernandez v City of LA | Case No.  009-18 | Designated - Working |
| Sandoval v City of LA | Case No. F082-17 | Designated - Working |
| Magana v City of LA | Case No. F036-18 | Designated - Working |
| | | |

| | | |
|---|---|---|
| Cooke vs State of California | Case No. F016-17 | Designated - State Court-Working |

**Additional Testimonial Experience**

- Provided testimony for both Prosecution and Defense in the following courts: United States Military Court (United States and Germany)
- United States Military Article 32 Hearings (United States and Germany)
- Canadian Military Court (Canada & Germany)
- Superior Court Los Angeles
- Superior Court Kern County Superior Court
- Ventura County Court
- San Bernardino County Superior Court
- San Diego County
- Superior Court Orange County
- Superior Court Riverside County
- Superior Court San Joaquin County
- Federal Court, Duong Trial, FBI, AUSA, San Jose, CA (Federal Trial) Prosecution
- Court qualified expert witness in using advanced ICM 3D analysis in bullet comparisons, Gonzales vs. State of California, 2012.
- Oregon Case, Christensen Death Row Federal Appeals Court Resentenced-Murder 1 - Manslaughter Reconstruction (Removed from Death Row)
- Federal Court, Los Angeles, CA

## HEATHER E. HEIDER - CURRICULUM VITAE (2018)

**CURRENT POSITION**

- Forensic Services Supervisor for the Santa Ana Police Department

- Consultant in Forensic Crime Scene Investigation, Reconstruction, Photography, Diagramming, Friction Skin Examination, and Policy/Procedure

**EDUCATION**

High School:   Don Antonio Lugo High School, Chino, CA (1994)

College:       California State Polytechnic University, Pomona
               Bachelor of Science Degree
               Major in Physics with an Emphasis in Mathematics (2000)

**WORK EXPERIENCE**

1996 – 1998    Field Police Cadet
               Chino Police Department

1998 – 2001    Forensic Specialist 1
               Santa Ana Police Department

2002 – 2003    Forensic Specialist 2
               (Lead Forensic Specialist 2 in December 2003)
               Santa Ana Police Department

2003 – Present Forensic Services Supervisor
               Santa Ana Police Department

## HEATHER E. HEIDER - CURRICULUM VITAE (2018)

**SYNOPSIS OF CURRENT PROFESSIONAL RESPONSIBILITIES**

- Supervises, trains and evaluates Santa Ana Police Department Forensic Services Section personnel, including the Firearms, Photo Lab, Latent Print/Chemistry, DNA Administration and Crime Scene Units.

- Serves as primary crime scene investigator on major crime scenes.

- Prioritizes and assigns work to subordinates.

- Develops and administers training programs.

- Develops and implements policy and procedure.

- Provides support in departmental goal setting and budget preparation.

- Maintains a thorough working knowledge of ballistic (IBIS), friction skin (ABI), and DNA (CODIS) databases.

- Acts as liaison and coordinates with outside local, state, and federal agencies.

- Provides crime scene investigation and reconstruction consultation on a case by case basis.

- Produces three dimensional (3D) illustrations and graphics for use in crime scene documentation and reconstruction visualization.

**CONTINUING EDUCATION**

- California Law Enforcement Telecommunications System (CLETS), Chino Police Department, June 2, 1997 (4 Hours)

- Crime Scene Investigation and Reconstruction, California Police Officer Standards and Training (POST) Course #2310-31650-99004, Sacramento County Sheriff's Department, November 7-13, 1999 (60 hours)

- Footwear Impression Evidence, The International Association for Identification, Santa Ana, California, January 22-26, 2001 (40 Hours)

- Bloodborne and Airborne Pathogens, Santa Ana Police Department, April 11, 2001 (4 Hours)

- Collection of Trace Evidence and Transfers, Forensic Scientist Penny Lafferty, Orange County Sheriffs Department Forensic Services Section, Santa Ana, California, September 18, 2001 (1 Hour)

- Basic Fingerprint Comparison and Identification, The International Association for Identification, Scottsdale, Arizona, March 18-20, 2002 (24 Hours)

- Firearms Terminology, Documentation and Safe Handling. Ammunition Components, Rocky Edwards, Forensic Firearms Examiner, Santa Ana Police Department, June 14, 2002 (1 Hour)

## HEATHER E. HEIDER - CURRICULUM VITAE (2018)

- Latent Print Techniques, California Department of Justice, California Criminalistics Institute, Sacramento, California, August 19-23, 2002 (40 Hours)

- Fundamentals of Supervision: Management Training, Long Beach City College, Fall Semester 2002 (1.5 Units)

- Advanced Palm Print Comparison Techniques, Ron Smith and Associates, Mesa, Arizona, June 11-13-2003 (24 Hours)

- Civilian Supervisory Course, POST, Golden West College Criminal Justice Training Center, September 8-19, 2003 (80 Hours)

- Bloodstain Pattern Identification, Forensic Pieces, International Association for Identification, Ontario, California, April 2005 (40 Hours)

- Applied Supervision, Santa Ana College Public Service Institute, May 12, 2005 (0.2 Units)

- National Weapons of Mass Destruction (WMD) Standardized Awareness Program AWR-160, US Department of Homeland Security, August 16, 2005 (8 Hours)

- Basic Search Warrants, Santa Ana Police Department, POST, August 24, 2005 (8 Hours)

- Photoshop - Intermediate, Santa Ana College Public Service Institute, October 2005 (0.2 Units)

- Emergency Response to Terrorism Incidents, Department of Homeland Security, Santa Ana, California, April, 12-13, 2006 (16 Hours)

- Hazardous Waste Operations and Emergency Response (HAZWOPER) 29 CFR 1910.120, Pacific Safety Council, El Cajon, California, May 15-19, 2006 (40 Hours)

- Advanced Bloodstain Pattern Workshop, Ron Smith and Associates, Ontario, California, August 14-18, 2006 (40 Hours)

- National Incident Management System (NIMS)/Standardized Emergency Management (SEMS) Basic Course for Response Personnel ICS100, ICS200, ICS700, American Homeland Solutions, POST# 1174-20778-06023, October 25, 2006 (8 Hours)

- Introduction to Arson Investigations, Santa Ana Fire Department, Santa Ana, California, June 7, 2007

- 2007 Leadership Training, California Peace Officer Association (CPOA), October 1, 2007

- Footwear and Tire Track Workshop, Orange County Sheriff's Department Forensic Science Services, Irvine, California, October 2007

- Emergency Management Institute's ICS-300 Intermediate ICS for Expanding Incidents, FEMA Center for Domestic Preparedness, December 11, 2007 (1.8 Units)

## HEATHER E. HEIDER - CURRICULUM VITAE (2018)

- Emergency Management Institute's ICS-400 Advanced ICS Command and General Staff – Complex Incidents, FEMA Center for Domestic Preparedness, February 28, 2008 (1.4 Units)

- DNA/Cold Case Summit, California District Attorneys Association, Sacramento, California, April 23-24, 2008 (16 Hours)

- Qualification for Collection and DNA Flags, California Department of Justice Bureau of Forensic Services, Riverside, California, 2008

- What Every Law Enforcement Officer Should Know About DNA Evidence: Investigators and Evidence Technicians, President's DNA Initiative, September 7, 2009

- Ethics: To Hell and Back, National Institute of Justice, RTI International, Certificate Number: 921181783, September 7, 2009

- Standard Operating Procedure (SOP) Writing for ISO 17025, National Institute of Justice, RTI International, Certificate Number 921197828, September 7, 2009

- Incident Response to Terrorist Bombings Awareness Level Training, New Mexico Tech Energetic Materials Research and Testing Center, September 24, 2009, 4 hours

- Electrical Safety Awareness for First Responders, Southern California Edison and Orange County Forensic Supervisors Group, Santa Ana, California October 28, 2009

- Laboratory Safety OSHA 29 CFR 1910.1450, Target Safety and NFPA Partnership, March 1, 2010

- Bloodborne Pathogens Safety OSHA 29 CFR 1910.1030, Target Safety and NFPA Partnership, March 1, 2010

- Footwear and Tire Tread, Forensic Scientist Matt Johnson, Orange County Crime Laboratory, Orange County Forensic Supervisors' Group, Santa Ana, California, June 3, 2010

- Forensic Photography, Ravi Perera, Cypress Police Department, Santa Ana, California, June 3, 2010

- Blood Spatter, James Conley, Forensic Services Supervisor, Anaheim Police Department, Orange County Forensic Supervisors' Group, October 20, 2009

- Forensic Arson Investigations, Orange County Arson Task Force and Orange County Forensic Investigators' Association, Orange, California December 6, 2010 (8 Hours)

- Automated Fingerprint Identification System, University of West Virginia, June 3-6, 2011 (34 Hours)

- DNA Evidence Collection, POST, Orange County Crime Laboratory and Orange County District Attorney's Office, June 7, 2011 (4 Hours)

- Forensic Entomology, Forensic Entomologist David K. Faulkner and The Orange County Forensic Investigators Association, Anaheim, California, September 13, 2011 (4 Hours)

## HEATHER E. HEIDER - CURRICULUM VITAE (2018)

- Forensic Firearms, A Brief Overview, SAPD Forensic Ballistic Technician and ATF Contractor Stephen Hawkins, Orange County Forensic Supervisors' Group, Santa Ana, California, October 3, 2011

- Shooting Incident Reconstruction using Laser, String and Protrusion Rods, Ricardo Tomboc, San Bernardino Police Department, Santa Ana Police Department, June 20, 2000

- Forensic Shooting Incident Reconstruction, Lucien & Michael Haag of Forensic Science Consultants, Inc., Billings, Montana, July 23-27, 2018 (40 Hours)

- Crime Scene Investigation, West Virginia University Extended Learning, February 27, 2012 (3.84 Units)

- Los Angeles FBI Evidence Response Team, Meredith Burke, FBI, Orange County Forensic Supervisors' Group, Santa Ana, California, April 17, 2012

- Los Angeles FBI Evidence Response Team – Las Vegas Shooting Overview, FBI Special Agent Rebecca Marriot, Orange County Forensic Supervisor's Group, Orange County Crime Lab, California, May 2018

- Respiratory Protection and Fit Testing, Environmental Health and Safety International, Inc., Santa Ana, California, September 9, 2012

- Current Issues in Friction Ridge Identification, William F. Leo, M.S. CLPE, Anaheim, California, November 7, 2012 (5 Hours)

- Ethics in Forensic Science, California Department of Justice, California Criminalistics Institute, Santa Ana, California, January 16, 2013 (8 Hours)

- Latent Print Advanced Testimony Workshop, Federal Bureau of Investigation Laboratory Division, Orange, California, March 28-29, 2013 (16 Hours)

- Scientific Analysis (ACE-V): From the Laboratory to the Witness Stand, Ron Smith and Associates, Tustin, California, April 15-19, 2013 (40 Hours)

- Supervisor Orientation of IIPP & Safety, Environmental CCR T8 3203, Environmental Health and Safety International, Santa Ana, California, May 2, 2013 (8 Hours)

- AFIS Court Testimony, SAFRAN Morpho, Seattle, Washington, May 6, 2013 (1.5 Hours)

- MorphoBIS (Biometric Identification System) Palmprint, SAFRAN Morpho, Seattle, Washington, May 6, 2013 (2 Hours)

- MorphoBIS (Biometric Identification System) Palmprint, SAFRAN Morpho, Seattle, Washington, May 6, 2013 (2 Hours)

- MorphoBIS (Biometric Identification System) Latents Best Practice, SAFRAN Morpho, Seattle, Washington, May 6, 2013 (2 Hours)

## HEATHER E. HEIDER - CURRICULUM VITAE (2018)

- Hazard Communication and GHS Training, Environmental, Health and Safety International, November 14, 2013 (4 Hours)

- Latent Expert Workstation Record Archive, SAFRAN Morpho, Orange County Crime Laboratory, July 14-15, 2014 (16 Hours)

- Complex Latent Print Examinations, Ron Smith and Associates, Santa Ana, California, November 17-21, 2014 (40 Hours)

- Swipes, Wipes and Transfers (Bloodstains), Forensic Technology Center of Excellence, November 25, 2014

- Forensic Digital Imaging for Latent Print Examiners, Ron Smith and Associates, Orange, California, February 17-20, 2015 (32 Hours)

- California Law Enforcement Telecommunications System Update, Santa Ana, California, February 11, 2015

- Examination of Simultaneous Impressions, Ron Smith and Associates, Santa Ana, California, March 10, 2015 (16 Hours)

- DNA Evidence Collection, POST, Orange County Crime Laboratory and The Orange County District Attorney's Office, April 9, 2015 (4 Hours)

- Error and Uncertainty in Bloodstain Pattern Analysis, Forensic Technology Center of Excellence, February 28 to March 3, 2017

- California Law Enforcement Telecommunications System Update, Santa Ana, California, March 19, 2017 Fundamentals of Supervision and Management, Long Beach City College, Fall 2002 (1 Unit)

- Bloodstain Pattern Identification, Forensic Pieces, Ontario, California (40 Hours)

**SOFTWARE PROFICIENCY**

- Adobe Photoshop
- Adobe Lightroom
- Adobe Premiere Pro
- DAZ
- ARAS 360 Diagramming
- CADZONE (CrimeZone)
- Microsoft Visio
- Google Sketchup
- Microsoft Outlook, Word, Excel, PowerPoint, Visio, Access, & Publisher

## HEATHER E. HEIDER · CURRICULUM VITAE (2018)

**WORKSHOPS AND SEMINARS**

- The Southern California Association of Fingerprint Officers 11th Annual Training Seminar, in partnership with Long Beach City College, Covina, California, October 11-12, 2002

- California State Division, International Association for Identification 87th Educational Seminar, Palm Springs, California, May 4-8, 2003

- Southern California Association of Fingerprint Officers 13th Annual Training Conference: "Forensic Issues and the Future," Pomona, California, October 1-2, 2004

- Southern California Association of Fingerprint Officers 14th Annual Training Conference, Pomona, California, September 30 – October 1, 2005

- California State Division International Association for Identification 90th Training Seminar, Ontario, California, May 8-11, 2006

- Southern California Association of Fingerprint Officers 15th Annual Training Conference, Diamond Bar, California, September 29-30, 2006

- Southern California Association of Fingerprint Officers 16th Annual Training Conference, Riverside, California, October 2, 2007

- California State Division International Association for Identification 92nd Annual Training Conference, Ontario, California, May 5 - 8, 2008

- Southern California Association of Fingerprint Officers 20th Annual Training Conference, Ontario, California, September 30 – October 1, 2011

- SAFRAN MorphoTrak Users Educational Conference, Seattle, Washington, May 6 – 9, 2013

- Crime Gun Intelligence Seminar, Ultra Electronics Forensic Technology and Alcohol Tabaco Firearms and Explosives (ATF), Anaheim, California, August 23, 2016


**COMMITTEES AND PANELS**

- Public Safety Advisory Board, Regional Occupational Programs of Orange County
  (Panelist)          November 6, 2007

- Public Safety Advisory Board, Regional Occupational Programs of Orange County
  (Panelist)          December 28, 2008

- Santa Ana Police Chief's Strategic Planning Commission  2009-2010 Orange County
  Regional Access Network (RAN) - Technical Advisory Committee
  (Chair, Co-Chair, Member)          2011-2015

## HEATHER E. HEIDER - CURRICULUM VITAE (2018)

- Orange County Forensic Investigators' Association (OCFIA)
  (Co-Founder / Secretary)        2011-2013

- Orange County Forensic Supervisors' Group (OCFSG)
  (Founder/Chair)                 2009-Present

- Los Angeles County Forensic Supervisors' Group (LACFSG)        2008-Present

- Santa Ana Police Department Body Worn Camera Acquisition Committee 2015

- Santa Ana Police Department Tritech Computer Aided Dispatch (CAD) Report Management System (RMS), & Case Tracking Committee        2016-Present

- Anaheim/Santa Ana Urban Area Security Initiative Homeland Security
  Forensic Mutual Aid Committee (Exercise and Evaluation Program Participant)    2008-2009

- Serendipity Wildlife Foundation, CSI Advisory Committee, csiwildlife.org.    2018-Present


**INVITED SPEAKER/PRESENTER/TRAINER**

- Photoshop Enhancement of Latent Fingerprints, Santa Ana Police Department Forensic Services Section, Latent/Chemistry Unit, January 14, 2004

- Forensic Science, Orange County District Attorney's Office Summer Youth Education Camp, October 7, 2003

- Forensic Science, City of Santa Ana Student Government Day, April 3, 2003

- Crime Scene Management, Santa Ana Police Department Supervisors, November 15, 2004

- Forensic Science, Orange County District Attorney's Office Summer Youth Educational Camp, August 14, 2009

- Firearms Evidence, Santa Ana Police Department Investigations Bureau Personnel, August 5, 2004

- Forensic Photography (Training Program), Heather Heider, Jeff Carlson, Santa Ana Police Forensic Specialists and Detectives, June-July 2006

- Volume Crime DNA, Orange County Auto Theft Investigators' Association (OCATT), Orange Police Department, May 7, 2008

- Fingerprint Exemplar Collection, Santa Ana School Police, March 18, 2008

- Friction Skin Training Program, Orange County Regional Access Network (RAN), Santa Ana, California, May 15, 2008

- Fingerprints, California Highway Patrol, Santa Ana, California, February 12, 2008

## HEATHER E. HEIDER - CURRICULUM VITAE (2018)

- CPC 296 Coordination, Santa Ana Police Department Investigations Bureau Personnel, July 30, 2008

- DNA, City of Santa Ana Public Safety Committee Meeting, Santa Ana, California, October 9, 2008

- DNA and Volume Crime, Santa Ana Police Department Investigations Bureau Personnel, February 16, 2009

- Crime Scenes and Contamination, Santa Ana Police Department Investigations Bureau Personnel, June 9, 2009

- The Difference Between Suspect Samples, Santa Ana Police Department Investigations Bureau Personnel, August 5, 2009

- DNA Collection, Santa Ana Police Department Investigations Bureau Personnel, April 9, 2010

- Crime Scene Investigation Criteria and DNA, Santa Ana Police Department Communications Section, April 22, 2010

- Crime Scene Investigation, Summer Science Academy, Ontario-Montclair School Unified School District, Ontario, California, June 25, 2010

- Interesting Forensics…, Science, Technology, Engineering and Mathematics (STEM), Ontario-Montclair Unified School District, Ontario, California, June 23, 2011

- Forensic Science for Women in Math and Science, Chaffey College, Chino, California, December 2, 2011 Forensic Science, Gifted and Talented Education (GATE), Rancho Cucamonga School District, April 3, 2012 Crime Scene Investigation, Santa Ana Police Department Citizens' Academy, January 3, 2017

- Careers in Forensic Science, California State Fullerton, Criminal Justice, May 1, 2017

- Science, Technology, Engineering, and Mathematics Careers in Law Enforcement, Eureka! Girls' STEM Academy, Girls Incorporated of Orange County, Orange Coast College, July 31, 2017

- Buccal Swab Collection for Detectives, Santa Ana Police Investigations Bureau Personnel, continuous trainings

- Forensics for New Officers, Santa Ana Police Department, continuous & on-going trainings

## HEATHER E. HEIDER - CURRICULUM VITAE (2018)

**AWARDS AND ACCOLADES**

- 2007   Investigations Bureau of the Quarter (Class B Commendation)

- 2008   Non-Sworn Supervisor of the Year

- 2010   Non-Sworn Supervisor of the Year

- 2010   City of Santa Ana Exceptional Quality Service Recipient

**POLICY CREATION**

- Santa Ana Police Department Quality Service Manual
- Santa Ana Police Department Safety Manual
- Santa Ana Police Department Crime Scene Investigation Unit Operations Manual
- Santa Ana Police Department Crime Scene Unit Training Program
- Santa Ana Police Department Latent Print/Chemistry Unit Operations Manual
- Santa Ana Police Department Latent Print/Chemistry Unit Training Program
- Santa Ana Police Department Firearms Unit Operations Manual
- Santa Ana Police Department DNA Collection Bureau Order
- Santa Ana Police Department Officer Involved Shootings Forensic Services Response Protocol

**STATE AND FEDERAL AGENCY CONSULTATION CASEWORK**

- McCullum v. City of Los Angeles [Case #: CV14-03262-DMG]
- Escobedo v. City of Los Angeles [Case #: CV15-04911-DSF (RAO)]
- Nicholson v. City of Los Angeles [Case #: CV15-07594-DDP (RAO)]
- DeLeon v. City of Los Angeles [Case #: CV16-03721-FMO]
- M.A.C. v. City of Los Angeles [Case #: CV16-04477-DMG]
- Sarasith v. City of Los Angeles [Case #: CV16-02548-JAK (MRWx)]
- Curry v. City of Los Angeles [Case #: CV16-04125-DSF (PJW)]
- Watkins v. City of Los Angeles [Case #: CV17-00485-JFW (FFMx)]
- Santibanez v. City of Los Angeles [Case #: CV17-04189-ODW]
- Vaughn v. City of Los Angeles [Case #: CV16-03086-AB-AJW]
- Dominguez v. City of Los Angeles [Case #: CV17-04557-DMG]
- Morgan v. City of Los Angeles [Case #: CV17-06693 (JEMx)]
- Risher v. City of Los Angeles [Case #: CV17-00995-MWF (KKx)]
- Barron v. State of California [Case #: 30-2017-00911997CUCRCJC]
- Villanueva v. State of California [Case #: 8:17-CV-01302-JLS (KESx)]
- Sanchez v. City of Los Angeles [Case #: CV17-3235-GW (AJWx)]
- Mendez v. City of Los Angeles [Case #: CV17-00227-JAK (ASx)]

EXHIBIT "2"

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

To:            Donna Dean, Deputy Attorney General

From:          Rocky Edwards and Heather Heider, Investigators
               Rock Forensics, Inc.
               160 W. Foothill Parkway #105-190
               Corona, CA  92882

Date:          July 8, 2022

Subject:       Candido Sesma and Cecilia Sesma v. State of CA
               Case No. CIV SB 2120207

**INTRODUCTION**

This comprehensive evaluation is being submitted by Rocky Edwards (Edwards) and Heather Heider (Heider) of Rock Forensics, Inc.

**SCOPE OF INVESTIGATION**

Rock Forensics, Inc. was requested to evaluate and report findings regarding the Thursday, August 6, 2020, Officer Involved Shooting (OIS) that occurred at the railroad overpass at Haven Avenue, north of Airport Drive and south of Guasti Road in Ontario, California. Specifically, Rock Forensics, Inc. was asked to evaluate the physical firearm-related evidence in this matter and determine if the recovered firearm-related evidence is consistent with the statements of the involved California Highway Patrol (CHP) officer. This evaluation was based upon the below listed investigative materials provided.

**INCIDENT SYNOPSIS**

Following several reports of hit and run traffic collisions on a nearby interstate, CHP officers located subject Sesma on the railroad overpass/bridge. The encounter resulted in an officer involved shooting whereby Sesma was killed.

**INVESTIGATIVE MATERIALS REVIEWED**

- UP5522_FIC_2020-08-06_16-29_59447.lavi
- UP5265_FIC_2020-08-06_16-29_59448.lavi
- Sesma Complaint.pdf
- Protective Order and Attachment A.pdf
- Plaintiff Cecilia Sesma's Responses to Deft State Request for Production of Documents Set One.pdf
- Plaintiff Cecilia Sesma's Responses to Deft State Interrogatories Set One.pdf
- Plaintiff Candido Sesma's Responses to Deft State Requests for Production of Documents Set One.pdf

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

- Plaintiff Candido Sesma's Responses to Deft State Interrogatories Set One.pdf
- Ornelas video admonishment.WMA
- Ornelas interview.WMA
- OPTAC UP Drop Box TIR Self Run Instructions updated 7.13.2020.docx
- Nichols intv- part 1.WMA
- Nichols intv- part 2.WMA
- Letter to Rocky Edwards re materials for review 3-9-22.pdf
- Gunshot Residue (GSR) Analysis Report.pdf
- First Amended Complaint For Damages.pdf
- 2020-08-08 0524.wpl
- CHP-000010-CHP-000019 GCP-Candido Sesma.pdf
- CHP-000020-CHP-0000029 GCP-Cecilia Sesma.pdf
- CHP-000030-CHP-000039 GCP-Estate.pdf
- CHP-000040-CHP-000049 GCP-Sesma.pdf
- CHP-000050-CHP-000497- CIIT_Redacted.pdf
- CHP-000498 ACC Export - 2020-08-07 04.02.37 PM.avi
- CHP-000499 ACC Export - 2020-08-07 04.04.49 PM.avi
- CHP-000500 ACC Export - 2020-08-07 04.09.44 PM.jpg
- CHP-000501 Surveillance Video - Embassy Suites
- CHP-000502 DG-39. North Lot 8_20200806_160200 (2) - DG-39. North Lot 8.avi
- CHP-000504 Title03.mpg
- CHP-000505 Title01.mpg
- CHP-000506 Title02.mpg
- CHP-000507 Title01.mpg
- CHP-000508 14750643-1.WMA
- CHP-000511 14750644.WMA
- CHP-000512 CHP Dispatch Audio.wav
- CHP-000513_ 1 CHP OIS Part 1.wav
- CHP-000513_2 CHP OIS Part 2.wav
- CHP-000514 Dispatch Audio-Ontario P.D *(4 files)*
- CHP-000515-CHP-000574 Canyon Ridge- part 1.pdf
- CHP-000575-CHP-000638 Canyon Ridge- part 2.pdf
- CHP-000639-CHP-000709 Temecula Valley- part 1.pdf
- CHP-000710-CHP-000787 Temecula Valley- part 2.pdf
- CHP-000788 Photos-LA County Autopsy *(Images 15370001.jpg - 15370100.jpg)*
- CHP-000789 Photos-Ontario Police
- CHP-000789 Photos-Ontario Police-Armory Photos *(Images IMG_0118.JPG - IMG_0130.JPG)*
- CHP-000790-CHP-001178 Ontario Police Department OIS DR 200800297.pdf
- CHP-001179-CHP-001210 LD20.pdf
- CHP-001211 Deadly.pdf
- CHP-001212-CHP-001233 HPM 70.6, Ch. 1.pdf
- CHP-001234-CHP-001243 HPM 70.6, Ch. 2 Discharge of Firearms.pdf
- CHP-001244-CHP-001365 LD_20_V-5.3.pdf
- CHP-001366 Non-deadly.pdf

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

- CHP-001367 LD20-MOD 3.pptx
- CHP-001368 LD20-MOD 4.pptx
- CHP-001369 LD20-MOD 5.pptx
- CHP-001370 LD20-MOD 6.pptx
- CHP-001371 LD20-MOD 2.pptx
- CHP-001372 Media1.wmv
- CHP-001373 Media2.wmv
- CHP-001374 Media3.wmv
- CHP-001375 Media4.wmv
- CHP-001376 Media5.wmv
- CHP-001377 Media6.wmv
- CHP-001378 Media7.wmv
- CHP-001379 Media8.wmv
- CHP-001380 Media9.wmv
- CHP-001381 Media10.wmv
- CHP-001382 Media11.wmv
- CHP-001383 Media12.wmv
- CHP-001384 Media13.wmv
- CHP-001385 Media14.wmv
- CHP-001386 Media15.mpeg
- CHP-001387 Media16.wmv
- CHP-001388 Media17.wmv
- CHP-001389 Media18.wmv
- CHP-001390 Media19.wmv
- CHP-001391 Media20.wmv
- CHP-001392 Media21.wmv
- CHP-001393 Media22.wmv
- CHP-001394 Media23.wmv
- CHP-001395 Media24.wmv
- CHP-001396 Media25.wmv
- CHP-001397-CHP-002180 Policy combined.pdf
- Letter to Rocky Edwards regarding materials for review 6-22-22.pdf
- Andrew Ornelas 05-19-2022_full.pdf
  - OrnelasA 1.pdf
  - OrnelasA 1.pdf
  - OrnelasA 1.pdf
  - OrnelasA 1.pdf
  - OrnelasA 1.pdf
  - OrnelasA 1.pdf
  - OrnelasA 1.pdf
- Jason Nichols 05-20-2022_full.pdf
- MVARS audio pattern annotated 1.pdf
- Audio timing spreadsheet.pdf
- Sesma Image Sequence.pdf
- Sesma Shooting Clip+Frame Numbers.mp4

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

**INVESTIGATIVE PROCESS**

Rock Forensics, Inc. conducted a detailed evaluation of all investigative materials provided. A firearm-related evaluation and review was completed.

**Ammunition involved**

The CHP officer involved in the OIS was utilizing .40 caliber Federal Premium HST 180 grain jacketed hollow point (JHP) cartridges at the time of the OIS. [CHP-000842]

**Scene**

    a.  The OIS occurred on the railroad bridge / overpass located above Haven Avenue, north of Airport Drive and south of Guasti Road in the city of Ontario, California.



> **Graphic 1**  (above) is a visual representation of the approximate location of the OIS. The graphic utilizes a Google Earth Underlay.

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207



Graphic 2 (above) is a visual representation of the approximate location of the OIS. The graphic utilizes a Google Earth Underlay.

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---



**Graphic 3**  (above) is a visual representation of the approximate location of the OIS. The graphic utilizes a Google Earth Underlay.

---

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

_____



---

**Graphic 4**  (above) is a visual representation of the approximate location of the OIS. The graphic utilizes a Google Earth Underlay.

---

2.  At the time of the OIS, the temperature was approximately 83° F.
    *[https://www.wunderground.com/history/daily/us/ca/mojave/KBFL/date/2020-10-2]*

3.  The OIS occurred during hours of daylight, at 4:23 PM. [CHP-000054]

4.  The Ontario Police Department recovered the following firearm-related evidence from the scene:

    a.  Six (6) .40 caliber Federal 40 S&W discharged cartridge cases (Ontario PD Item 200459, evidence placards 1-6).

    b.  Three (3) projectiles from autopsy (Ontario PD Item 203161).

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

5.  The Ontario Police Department recovered a solid metal pipe (Ontario PD Item 200460, evidence
    placard 7).





Ontario PD Image 3850171.jpg

Ontario PD Image 3850168.jpg

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207



CHP-000493

**Discharged Cartridge Cases**

**Metal Pipe**

MAIT Diagram [CHP-000493] with the discharged cartridge cases and metal pipe identified within the graphic.

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

**Charles Gabriel Sesma ("Sesma")**

1. At the time of the OIS, Sesma was described as a 44-year-old male who was 71" (5'11") in height and weighed approximately 201lbs. [CHP-000436]

2. During autopsy, the Deputy Medical Examiner documented eight (8) gunshot wounds (GSWs) as follows:

   a. **GSW #1** (also labeled **"A"** by the Deputy Medical Examiner at autopsy) was to Sesma's **face**.

      1. The injury was described as a tangential GSW with an **indeterminate direction**.

      2. The wound spanned a distance from 2 ½" to 7" from the top of the head and was centered at 1 ¾" right of the anterior midline.

         1. The wound was slightly diagonal from 7 to 1 o'clock.

         2. A marginal abrasion was noted the 12 o'clock position with a pointed tip with greatest width of 3/16".

      3. The range of fire of indeterminate.



GSW #1

Perforating

Graphic 5

Graphic 5 represents a visual approximation of the location of GSW #1 as described by the Deputy Medical Examiner (DME) during autopsy. [autopsy report.pdf]

---

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

b.  **GSW #2** (also labeled **"B"** by the Deputy Medical Examiner at autopsy) was to Sesma's **face.**

   1.  The injury was described as a tangential GSW with an **indeterminate direction**.

   2.  The wound spanned from below the lower lip to approximately the bridge of the nose, a distance from 5" to 9 3/4" from the top of the head and was centered at 3 ¼ " right of the anterior midline.

   3.  The wound was slightly diagonal from 7 to 1 o'clock.

   4.  No definite abrasion was observed.

   5.  The range of fire was indeterminate.



**GSW #2**

**Perforating**

**Graphic 6**

**Graphic 6** represents a visual approximation of the location of GSW #2 as described by the Deputy Medical Examiner (DME) during autopsy. [autopsy report.pdf]

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

_____

c. **GSW #3** (also labelled **"C"** by the Deputy Medical Examiner at autopsy) was to Sesma's right upper chest.

1. The injury was described as a ¾" x ½" ovoid entrance with an irregular border and an irregular marginal abrasion encircling the wound.

2. The injury was located 13 ¾" from the top of the head and centered 2 ½" right of the anterior midline.

3. Soot, unburned gunpowder particles and stippling were not observed surrounding the skin.

4. A projectile **(labelled projectile 2 of 3 by the DME)** was recovered in association with GSW #3, 15 ¼" below the top of the head and 3" right of the anterior midline.

5. The bullet path was **front to back, left to right and downward.**

6. The Deputy Medical Examiner noted that "The irregularity of the entrance wound and presence of adjacent abrasions, described separately in blunt force trauma, could be representative of the bullet having struck an intermediary target before striking the chest or a possible reentry wound." [CHP-000415]



# GSW #3

## Penetrating
## (Bullet 2 of 3 Recovered)

# Graphic 7

**Graphic 7** represents a visual approximation of the location of GSW #3 as described by the Deputy Medical Examiner (DME) during autopsy. [autopsy report.pdf]

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

___

d. **GSW #4** (also labelled D**.** by the Deputy Medical Examiner at autopsy) was to Sesma's right upper chest.

    1. The associated entrance wound was described as approximate ½" x ½" "ovoid" and was located 15 ¾" from the top of his head and 4 ¾" right of the anterior midline. There was a marginal abrasion greatest at the 3 o'clock position that was ¾" x 3/4".

        1. Just superior, at the 12 o'clock position, there was a "...distinct linear abrasion measuring 2" x 3/8". [CHP-000415]

    2. Soot, unburned gunpowder particles, and stippling were not observed.

    3. The bullet path was from **front to back, right to left, and downward**.

    4. A bullet **(labelled 3 of 3 by the DME**) was recovered from the right chest pleural cavity.

    5. The range of fire was indeterminate.



# GSW #4
## Penetrating
## (Bullet 3 of 3 Recovered)

# Graphic 8

**Graphic 8** represents a visual approximation of the location of GSW #4 as described by the Deputy Medical Examiner (DME) during autopsy. [autopsy report.pdf]

___

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

e. <u>**GSW #5**</u> (also labelled "E" & "F" by the Deputy Medical Examiner at autopsy) was to Sesma's right arm.

1. The associated entrance **("F")** wound was described as a "square irregular" wound located 9 ½" below the top of the shoulder and centered ½" lateral of the medial line of the limb. The wound measured ¾" x 1".

2. Soot, unburned gunpowder, and stippling were not observed.

3. The associated exit **("E")** wound was located on the right arm 8" from the top of the shoulder and ¾" medial of the midline of the limb. The exit wound was described as a square wound with jagged irregular edges measuring 1" x 1".

4. No marginal abrasion was seen.

5. The direction of the bullet path was **left to right and upward**.

6. No bullet was collected in association with the GSW and the range of fire was indeterminate.



# GSW #5
## Perforating

# Graphic 9

> **Graphic 9** represents a visual approximation of the location of GSW #5 (F, E) as described by the Deputy Medical Examiner (DME) during autopsy. [autopsy report.pdf]

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

f.   **GSW #6** (also labelled **"G"** & **"J"** by the Deputy Medical Examiner at autopsy) was to the posterior of Sesma's right arm.

1.   The associated entrance ("**J**") wound was described as a 3/8" x ½" ovoid with a marginal abrasion from the 8 o'clock to the 11 o'clock positions that measured 3/16" in its greatest dimension. The entrance wound was located 16" from the top of the shoulder and 1" lateral of the midline of the limb.

2.   No soot, unburned gunpowder, or stippling was observed.

3.   The associated exit wound ("**G**") was located on the anterior right arm 14 ½" from the top of the shoulder and centered ½" lateral of the midline of the limb. The exit wound was described as an irregular shaped 1 ½" x 1" wound. At the 6 o'clock position was an adjacent associated wound measuring 1" x ¼" with exposed muscle.

4.   The direction of the bullet path was **back to front, right to left and upward**.

5.   No bullet was recovered in association with the GSW and the range of fire was indeterminate.



GSW #6
Perforating

G (Exit)

J (Entrance)

Graphic 10

**Graphic 10** represents a visual approximation of the location of GSW #6 (J, G) as described by the Deputy Medical Examiner (DME) during autopsy. [autopsy report.pdf]

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

g. **GSW #7** (also labelled **"H"** by the Deputy Medical Examiner at autopsy) was to Sesma's right torso.

1. The GSW was described as a tangential wound that spanned a height of 23" to 25" from the top of the head and centered 7 ¾" right of the anterior midline. The GSW measured 3" in length. The greatest depth of the wound was at the 9 o'clock position and measured ½" in depth. The GSW was most shallow at the 3 o'clock position with a noted marginal abrasion of ½" in greatest width.

2. Soot, unburned gunpowder, and stippling were not observed.

3. The direction of the gunshot wound was **indeterminate.**

4. No bullets were collected in association with the GSW and the range of fire was indeterminate.



# GSW #7
## Perforating

Graphic 11 represents a visual approximation of the location of GSW #7 (H) as described by the Deputy Medical Examiner (DME) during autopsy. [autopsy report.pdf]

## Graphic 11

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

   h.  **GSW #8** (also labelled **"I"** by the Deputy Medical Examiner) was to Sesma's right anterior leg.

     1. The entrance wound "**I**" was described as "ovoid," measured ½" x 3/8", and was located 21 ¼" from the right iliac crest and centered 1 ¾" medial of the midline of the limb. There was an eccentric marginal abrasion of approximately 1/8" in greatest width.

     2. Soot, unburned gunpowder, and stippling were not observed.

     3. A bullet **(labelled 1 of 3 by the DME)** was recovered from the right leg soft tissues and was palpable under the skin at 26" from the top of the right iliac crest and centered ½" lateral of the midline of the limb. Just superior to the projectile was a laceration at 12 o'clock 1 ¼" superior to the palpable bullet and measured ¼" x 1/8".

     4. There was no associated exit wound.

     5. The direction of the bullet path was **front to back, left to right, and downward**.

     6. The range of fire was indeterminate.



# GSW #8

## Penetrating
## (Bullet 1 of 3 Recovered)

**Graphic 12** represents a visual approximation of the location of GSW #8 ("I") as described by the Deputy Medical Examiner (DME) during autopsy. [autopsy report.pdf]

## Graphic 12

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

3.  At the time of the OIS, Sesma was wearing dark colored sneakers, gray or green sweatpants, and a white t-shirt. [CHP-000065]

    a.  Based upon examination of the photographs taken by the Ontario PD forensic science team of the t-shirt, six (6) possible bullet-related defects A-F were documented.



Ontario PD Photograph 3850198.jpg depicting Sesma's white t-shirt.

---

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207



Ontario PD Photograph 3850216.jpg depicting Sesma's white t-shirt
and possible bullet-related defects A-D (as labelled by OPD).

Ontario PD Photograph 3850246.jpg
depicting Sesma's white t-shirt and
possible bullet-related defects E-F (as
labelled by OPD).



Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

b.  Based upon examination of the photographs taken by the Ontario PD forensic science team of the sweatpants, one (1) possible bullet-related defect G was documented to the front right knee area.

c.  Examination of the Ontario PD photographs did not identify additional possible bullet-related defects in Sesma's clothing or shoes.



LEFT: Ontario PD Photograph 3850294.jpg depicting Sesma's sweatpants.



RIGHT: Ontario PD Photograph 3850303.jpg depicting possible bullet-related defect "G" (as labelled by OPD) in Sesma's sweatpants.

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

**CHP Officer Andrew Ornelas ("Ornelas")**

1.  At the time of the OIS, Ornelas was described as 6'2" tall and right-handed. [CHP-000059, Andrew
    Ornelas 05-19-2022_full.pdf, pp. 42]

2.  At the time of the OIS, Ornelas' service/duty firearm was a .40 caliber, semi-automatic Smith and
    Wesson, model M&P pistol (SN: JBV4928). [Image 38592959.jpg, CHP-000081]

    a.  During the post-incident firearm inspection, the service/duty firearm was found to have no
        non-factory modifications or alterations and no defects noted. [CHP-000181]

    b.  Post incident inspection of Ornelas' magazines determined the capacity to be 15 cartridges
        each.

    c.  During the post-incident firearm inspection, the service/duty firearm was found to have one
        (1) cartridge in the chamber, and 15 cartridges in the magazine. A second magazine was found
        to have 15 cartridges in the magazine and a third magazine was found to have eight (8)
        cartridges in its magazine. [CHP-000814]

        1.  During both interview and deposition, Ornelas stated that he had performed a
            tactical reload of his service/duty weapon. [CHP-000055, Andrew Ornelas 05-19-
            2022_full.pdf, pp. 35]

    d.  The ammunition utilized by Ornelas during the OIS was .40 caliber Federal Premium HST 180
        grain, jacketed hollow point (JHP). [CHP-000842]

**PROFESSIONAL OPINIONS**

A firearms-related evaluation was completed based upon a review of the provided documentation of the
incident and inspection of the noted firearm-related evidence resulting in the following professional
opinions:

1.  As documented in the scene diagram, six (6) discharged cartridge cases (Items 1-6) were located on
    the south side of the railroad tracks near the east end of the overpass bridge [CHP-000827]. The
    maximum capacity of Ornelas' service/duty firearm was fifteen (15) cartridges in the magazine and
    one (1) cartridge in the chamber (total = 16 cartridges). The post incident inspection of Ornelas'
    service/duty weapon determined that following the OIS, the firearm was loaded with one (1) cartridge
    in the chamber and eight (8) cartridges in the magazine (total = 9), [CHP-000814]. Analysis of the audio
    portion of the scene video, [MVARS audio pattern annotated.pdf by Parris Ward], revealed a total of
    seven (7) shots fired.

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

a. The collection of the six (6) cartridge cases, the audio analysis and the post-incident inspection of Ornelas' service/duty firearm support a total of seven (7) shots fired during the OIS.

b. Analysis of the audio of the incident revealed that during the OIS the first five (5) shots fired spanned approximately 1.1 seconds. There was an approximate 6.9 second pause, followed by an additional two (2) shots that spanned approximately 0.69 seconds. All shots, from start to finish, lasted approximately 8.7 seconds. [Audio timing spreadsheet.pdf]

## Shot Times From MVARS Audio

| Shot | Time | Video Frame* |
|------|------|--------------|
| 1 | 5:07.03 | 9199 |
| 2 | 5:07.31 | 9207 |
| 3 | 5:07.58 | 9216 |
| 4 | 5:07.86 | 9224 |
| 5 | 5:08.14 | 9233 |
| | | |
| 6 | 5:15.06 | 9440 |
| 7 | 5:15.75 | 9460 |

*Represents 2 frames prior to video-audio stream sync to account for the distance sound traveled, from the shooting location to the in-car microphone.

Table from [Audio timing spreadsheet.pdf] by Parris Ward.

2. During autopsy, the Deputy Medical Examiner identified eight (8) GSW's and noted that GSW #3 (right chest) "…could be representative of the bullet having stuck an intermediary target before striking the chest or a possible reentry wound." [CHP-000415]

a. In the video frames provided in [Sesma Image Sequence.pdf by Parris Ward], Sesma is observed traveling along the railroad bridge from approximately frames 9094 to 9209. His arms moved back and forth as he traveled. At approximately frame 9210, Sesma appears to fall forward and disappears out of the field of view at approximately frame 9224. Sesma remains out of the field of view until approximately frame 9444, where only his white t-shirt is visible slightly above the bridge's rail. Sesma's white t-shirt remains visible at this height until approximately frame 9458.

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207





Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207





Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

3. Based upon the limited universe of this OIS, it is possible that both GSWs #3 (C) (right chest) and GSW #4 (D) (right chest) are the result of the reentry of the bullets responsible for GSWs #1 (A) and #2 (B) (tangential, graze or "gutter" GSWs to the face). This is consistent with Sesma having fallen forward and the last two (2) shots fired during the OIS. It is unknown whether the bullet associated with GSW #1 is associated with reentry GSWs #3 or #4 and similarly, it is unknown whether the bullet associated with GSW #2 is associated with reentry GSW #3 or #4. These GSWs cannot be sequenced beyond being associated with the last two (2) shots fired.

   a. This is supported by the characteristics of all four (4) GSWs (the presence and location of the abrasion rims in GSWs 1 and 2, the parallel nature of GSWs 1 and 2, the visible lacerations associated with GSWs 1 and 2, the location of the abrasion collars in GSW 3 and 4 and the irregular nature of GSWs 3 and 4).[1]



Graphic 13

**Graphic 13** represents a simplified visual representation of how the bullets that caused GSWs #1 and #2 (face) may have reentered the body at GSWs #3 and #4. The graphic is only meant to assist the reader in visualizing this scenario. The graphic represents possible positioning of Sesma's head and torso during these two (2) shots fired.

---

[1] Heninger MM. An Unusual Feature of Graze Gunshot Wounds. Acad Forensic Pathol. 2016 Jun;6(2):291-300. doi: 10.23907/2016.030. Epub 2016 Jun 1. PMID: 31239900; PMCID: PMC6507010.

---

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

4. Based upon the wound characteristics (Heninger, 2016) observed in the provided photographs and the bullet path directions determined at autopsy, GSWs 7 (H) and 8 (I), Sesma's right waist and right knee, respectively, are consistent with shots fired while Sesma was front facing. GSW 7 (H) is consistent with Sesma's torso being upright.



Graphic 14

**Graphic 14** represents a simplified visual representation of the bullet path associated with GSW 7 (H). The graphic is only meant to assist the reader in visualizing this scenario.

Forensic Firearm Evaluation Report
Candido Sesma and Cecilia Sesma v. State of CA
Case No. CIV SB 2120207

---

5.  The irregular characteristics of the entrance wound (F) associated with GSW 5 (right arm) is consistent with the entry of a destabilized bullet that may have struck an intermediary object prior to entering Sesma's arm.

6.  The locations of the recovered physical evidence, the post incident inspection of Ornelas' service/duty firearm, the audio and video analysis performed by Parris Ward and the bullet paths of the GSWs detailed during autopsy (and through photography) support the statements of Officer Ornelas.


*It should be noted that Rock Forensics, Inc. did not have an opportunity to examine any of the recovered bullets, the pipe or the clothing worn by Sesma at the time of the OIS. Any future examination of said evidence will result in a supplemental report which may or may not change these opinions.*


*Should additional information become available for review, these opinions are subject to change.*


-------------------------------------------------- END --------------------------------------------------


_Rocky L. Edwards_                                07/08/2022
Rocky L. Edwards                                  Date

_Heather E. Heider_                               07/08/2022
Heather E. Heider                                 Date

---