1   ROB BONTA
    Attorney General of California
2   ELIZABETH ANGRES
    Supervising Deputy Attorney General
3   DONNA M. DEAN
    Deputy Attorney General
4   State Bar No. 187104
      300 South Spring Street, Suite 1702
5     Los Angeles, CA  90013
      Telephone:  (213) 269-6509
6     Fax:  (916) 731-2120
      E-mail:  Donna.Dean@doj.ca.gov
7   *Attorneys for Defendants*
    *State of California and Andrew Ornelas*
8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13  **CANDIDO SESMA AND CECILIA**          Case No. 5:21-cv-1694-JWH (KKx)
    **SESMA, INDIVIDUALLY AND AS**
14  **SUCCESSORS IN INTEREST TO**          **DECLARATION OF PARRIS**
    **CHARLES SESMA, DECEASED,**           **WARD IN SUPPORT OF**
                                           **DEFENDANTS' MOTION FOR**
15                          Plaintiffs,    **SUMMARY JUDGMENT, OR, IN**
                                           **THE ALTERNATIVE, PARTIAL**
16       v.                                **SUMMARY JUDGMENT**

17
    **STATE OF CALIFORNIA; AND**           Date:        October 21, 2022
18  **DOES 1-20, INCLUSIVE,**              Time:        9:00 a.m.
                                           Courtroom:   9D
19                          Defendants.
                                           Judge:       The Honorable John W.
20                                                       Holcomb

21                                         Trial Date:   December 12, 2022
                                           Action Filed: July 30, 2021
22

23

24

25

26

27

28

                                    1

## DECLARATION OF PARRIS WARD

I, Parris Ward, declare as follows:

1.      I have been retained as a forensic video analyst expert by counsel for the defendant in the above-entitled matter.

2.      The following facts are within my personal knowledge, except those stated on information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify thereto.

3.      I was retained by the State of California and California Highway Patrol Officer Andrew Ornelas to forensically evaluate the August 6, 2020, officer-involved shooting that gives rise to the instant lawsuit, in the case entitled *Sesma, et al. v. State of California, et al.*, United States District Court for the Central District of California, Case No. 5:21-cv-1694-JWH (KKx).  As a retained expert, I was required by Rule 26 of the Federal Rules of Civil Procedure to prepare a report regarding my evaluation of the incident and my findings.  A true and correct copy of my Rule 26 report is attached hereto as Exhibit 1 and incorporated herein by reference.  My report accurately sets forth the materials I reviewed and the processes I employed in my evaluation of the incident and in reaching my conclusions.

4.      As part of my assignment, I was asked to analyze audio-video recordings pertaining to the officer-involved shooting of Charles Sesma, on August 6, 2020.  I was able to complete this assignment, as memorialized in my report.

5.      My conclusions are set forth in my report at page 11, including the following:

(a)      While the MVARS units in Officer Cichella's and Officer Ornelas' vehicles captured images of Mr. Sesma as he ran east on the railroad overcrossing, the images are of low resolution and lack detail.  The audio from Officer Ornelas' MVARS, however, is helpful in understanding the timing of the shooting.

(b)     Officer Ornelas initially fired 5 shots in 1.1 seconds. Approximately 6.9 seconds later, he fired two more shots in a period of 0.69 seconds.

(c)     Images from Officer Ornelas' MVARS camera can be correlated with the audio after accounting for the sound delay due to the significant distance (approximately 91 feet) between the shooting location and the in-car microphone.

(d)     The video frames, once properly matched to the audio, show that Mr. Sesma was upright and running east on the railroad overcrossing for the first 3 shots. After dropping from view of the camera, he can be seen rising up again and moving eastward at the time of the last 2 shots.

6.     I was also asked to prepare a supplemental report addressing opinions by plaintiffs' experts. Those opinions are set forth in the supplemental report attached hereto as Exhibit 2. I was able to complete this assignment, as memorialized in my supplemental report.

7.     My conclusions are set forth in my supplemental report at pages 6 through 7, including the following:

(a)     The video images from the MVARS recordings cannot reliably answer the questions of whether Mr. Sesma was holding the metal pipe or whether he held it above his head at any time because they are of such poor quality.

(b)     It is false and deceptive to suggest that because video images enlarged by a forensic expert do not clearly show the pipe in Mr. Sesma's hand or that he ever held it above his head that neither happened.

(c)     The audio track from the Officer Ornelas' MVARS recording captured multiple contemporaneous observations regarding whether Mr. Sesma in fact had a metal object or pipe in his hand. So, while the poor image quality of the video does not reliably confirm whether Mr. Sesma had

the pipe in his hand, comments heard on the audio track confirm that Officer Ornelas believed he did.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 13, 2022, at LOS ANGELES, California.

_____
Parris Ward

EXHIBIT "1"

 **Biodynamics Engineering, Inc.**

Phone: (310) 454-0924
Fax: (310) 454-8747

Post Office Box 722
Pacific Palisades, CA 90272

July 8, 2022

Donna Dean
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, California 90013

## Forensic Audio / Video Analysis Report
Re: Sesma v. State of California
Federal Rule of Civil Procedure 26(a)(2)(B)

Dear Ms. Dean,

At your request I have compiled a statement of my opinions and detailed the work I have completed regarding my analysis of the Mobile Video and Audio Recording Systems (MVARS) recordings pertaining to the fatal officer involved shooting (OIS) of Charles Sesma. My work and opinions are summarized below.

Rule 26 documents (curriculum vitae, testimony list, and fee schedule) are attached in Appendices A-C. To date, I have reviewed the following documents and media files in preparation of this report:

## Materials Reviewed

**Media Files:**

    *CHP-000504 Title03.mp4*
    *CHP-000505 Title01.mp4*

**Image Files:**

    *Scene Photos (134)*
    *Aerial Photos (15)*

**Documents Received:**

San Bernardino County DA Public Release Memorandum
California Highway Patrol MAIT Scene Diagram

## <u>Summary</u>

On August 6, 2020 at approximately 4:07 PM, California Highway Patrol (CHP) Officer Andrew Ornelas responded to the scene of a motor vehicle collision on the I-10 freeway eastbound near Haven Avenue exit, in Ontario, California.  Multiple 911 calls reported additional collisions, each involving a white Chevrolet Silverado pickup.  It was reported that the pickup ultimately crashed through a fence and came to rest in a field near the freeway.  The driver of the pickup, later identified as Charles Sesma, fled on foot.  Police began searching the area for Mr. Sesma and spotted him near the railroad tracks located adjacent to the Park 'n Fly lot.  Mr. Sesma was seen picking up and swinging a rusted metal pipe.  He walked away, westbound along the south side of the railroad tracks.

At approximately 4:22 PM, Officer Ornelas stopped his patrol vehicle on Haven Avenue below the railway overcrossing bridge and exited his vehicle.  He climbed up the right (east) embankment to the train tracks.  Officer Ornelas located Mr. Sesma, who was sitting down on the railway bridge directly over Haven Avenue.  Mr. Sesma then quickly got up, raised the pipe above his head, and began running toward Officer Ornelas' position.  After yelling out commands to "stop" and "drop it," Officer Ornelas reportedly fired (4-5) shots from his handgun.  Mr. Sesma initially fell, but then got back up, still holding the pipe and again began moving toward Officer Ornelas, who fired (2-3) more rounds.  Mr. Sesma fell again and was placed in handcuffs.

The incident was partially captured by two MVARS in-car cameras in vehicles stopped on Haven Avenue south of the railroad bridge.  The analysis of the audio from those video files is the subject of this report.

The scene is shown in the arial photo below in Figure 1.  The locations of the two CHP units that produced the MVARS recordings, as well as the approximate location of where the shooting took place are shown.



**Figure 1. Aerial view of the railroad bridge crossing Haven Ave. in Ontario where the shooting took place. CHP vehicles from which MVARS dash camera recordings were recovered are noted.**

## Examination Notes

In analyzing the work done on this case, I used forensic tools and methodologies that are widely utilized in the forensic video analysis scientific community. Those tools are listed below in Table 2. Still images presented in conjunction with this document are true and accurate representations of the data acquired from the original videos submitted.

Video, at its most basic level, is simply a series of individual pictures or "frames" that when displayed quickly and sequentially give the illusion of motion. To be as precise as possible in this report, I may refer to individual frame numbers rather than elapsed time or time code numbers.

## Tools Utilized for the Examination

The software tools used for my forensic analysis are shown below in Table 1.

**Table 1.  Software used for forensic analysis.**

| Software | Manufacturer | Version |
|---|---|---|
| **Amped FIVE** - Forensic Video Processing Software | Amped Software | Build 20220428 Rev. 24474 |
| **Adobe Audition** – Professional Audio Editing Software | Adobe Systems | Version CC 2022 |
| **Adobe Premiere Pro** – Non-linear Editing Software | Adobe Systems | Version CC 2022 |
| **Adobe Photoshop** – Image Editing Software | Adobe Systems | Version CC 2022 |
| **Corel Draw** – Illustration Software | Corel Corporation | Version 2021 |

## Media Analyzed

I reviewed video files recorded by MVARS units from two CHP vehicles.  The file characteristics are described in Table 2.

**Table 2.  CHP MVARS video files analyzed.**

| File Name | Description | Number of Frames | Frame Rate (FPS) | Resolution |
|---|---|---|---|---|
| *CHP-000504 Title03.mp4* | CHP 1484470 Cichella-Half Screen, Limited or no Audio | 70,005 | 29.97 | 480x480 |
| *CHP-000505 Title01.mp4* | CHP 1484365 Ornelas | 31,875 | 29.97 | 480x480 |

### CHP In-Car MVARS

Officer Cichella's and Officer Ornelas' CHP Ford Police Interceptor Utility Vehicles were equipped with CHP's Mobile Video and Audio Recording Systems (MVARS).  The system was manufactured by WatchGuard and was marketed under the name "DV-1."  The system consists of a forward-facing camera mounted near the rearview mirror with a console and monitor mounted to the roof.  The system records video and audio to a DVD-RW disc that has been inserted into the control unit.  The system also records audio from a microphone inside the vehicle and from a transmitter worn by an officer.  See Figure 2.



**Figure 2.  CHP MVARS forward-facing camera and officer-worn audio transmitter.**

The CHP MVARS is an antiquated design by current standards.  The forward-facing standard-definition camera is mounted such that it looks through the upper portion of the windshield of the vehicle.  Images from these systems are generally of low image quality, especially in difficult lighting conditions, and files can be susceptible to recording errors.   In this case, Officer Cichella's and Officer Ornelas' cameras captured Mr. Sesma running across the railroad overpass bridge, but the images are low quality with limited detail.  See Figure 3.



**Figure 3.  Images from Officer Cichella's and Officer Ornelas' MVARS units showing Mr. Sesma as he ran east on the railroad bridge toward Officer Ornelas.**

Officer Ornelas' MVARS camera recorded at a resolution of 480x480 pixels.  The top of the image where Mr. Sesma is seen running, has a blue color cast because of the window tint at the top of the windshield.  The system recorded a stereo audio stream at a sampling rate of 48khz.  Audio channel 1 captured audio from Officer Ornelas' body-worn microphone, while channel 2 captured sound from inside his vehicle.

Officer Cichella's MVARS was set to record a half screen image from the forward-facing camera, so instead of producing 480x480 pixel images, the images are only 352x283 pixels.  The audio recorded by Officer Cichella's MVARS can barely be heard, so it is of little value.

As stated above, both cameras captured images of Mr. Sesma running across the railroad overpass bridge toward Officer Ornelas' location, however the images lack detail.  The audio captured by Officer Ornelas' MVARS unit is helpful in understanding the timing of the shots, and when they occurred.

## Audio Analysis

Audio recordings can be a more accurate way of determining shot timing than looking for visual cues in the video frames of a video because audio has a higher sampling rate than video.  Video recordings in the U.S. typically have a frame rate of 30 or fewer images per second; while the sampling rate for audio is much higher.  Audio from the MVARS recordings are sampled at 48,000 samples per second.  Spectral frequency and waveform patterns can show visually when shots can be heard in the audio stream, as well as when people are speaking.  In this case, we have no visual cues as to when the shots occurred, such a muzzle flashes or gun smoke, but the sounds of the gunshots can be heard on the audio track of Officer Ornelas' MVARS video.

Audio channel 2 provides the best audio patterns of the gunshots.  This is because the audio was recorded by the microphone inside Ornelas' vehicle.  The normally loud sounds of the gunshots were attenuated because of the distance between the source and the microphone, and because the microphone is contained inside the vehicle.   Sudden loud sounds in close proximity to a microphone can overload the recording device causing the signal to become clipped or distorted.  Such is the case with the channel 1 audio from Ornelas' body-worn mic.  His body-worn mic also picked up his shouted commands as shots were being fired.

To precisely correlate the images seen on the video to the sounds heard on the audio track, it first must be determined whether the audio stream is properly synchronized to the video stream.  During the encoding of the file, it is not unusual for a slight offset to occur between the picture and audio.  In this case, audio sync for channel 2 audio can be confirmed by other events recorded by the system, such as the closing of the car door as Officer Ornelas exited his vehicle.  Frame-by-frame analysis shows that the sound of the door closing can be heard precisely when slight camera motion is seen from the car rocking on it suspension from the door being closed.

The distance between the microphone and source of the sounds must also be considered.  Images seen on the video are generated by light rays, which travel much faster than sound waves.  Anyone who has watched a fireworks show from a distance knows that the booms from the fireworks are heard some period of time after the explosion can be seen.  The speed of sound though the air is affected by temperature and atmospheric density.  Generally, it is defined as 1,125 feet per second through air at 69° F.  The MAIT diagram of the scene shows that distance

between where shots were fired to the interior of the Officer Ornelas' patrol vehicle was just over 90 feet.  That would equate to a delay of approximately 0.08 seconds between the sound and recorded picture.  Because the video was recorded at 29.97 frames per second, 0.08 seconds is equivalent to approximately 2.4 frames of video.  Therefore, to properly match the video images to the sounds at that distance, an offset of at least -2 frames must be used.



**Figure 4.  CHP MAIT scene diagram shows that the distance from Officer Ornelas' patrol vehicle to where the shooting happened was approximately 91 feet.**

The sound patterns from Officer Ornelas' MVARS show that a series of 5 shots was followed by 2 additional shots about 6.9 seconds later.  The first series of 5 shots occurs in a period of 1.1 seconds, while the last two shots are 0.69 seconds apart.  Below, Figures 5-7 show the sound patterns of the MVARS audio from Officer Ornelas patrol unit.  The greenish patterns at the top of the image is the waveform display for both audio channels.  Channel 1 (top) is the body-worn transmitter.   Channel 2 (bottom) is the in-car microphone. Below that are orange and red patterns.  This is the spectral frequency display for the same two audio channels.  The waveform display shows the overall audio amplitude or loudness.  The spectral frequency display shows loudness at different frequencies.  Spoken words create a kind of horizontal zebra pattern in the spectral display, whereas gunshots exhibit a vertical spike with a lot of intensity in the lower frequency range.



**Figure 5.  Audio pattern from Officer Ornelas' MVARS video showing when shots occurred.**



**Figure 6.  Audio pattern for the first series of 5 shots.**



**Figure 7.  Audio pattern for the second series of shots (2).**

Table 3 below details the timing of each shot in terms of minutes and seconds on the video.  It also shows approximate video frame that corresponds to each time point, based on sound delay due to distance.

**Table 3.  Shot timing form MVARS audio.**

| Shot | Time | Video Frame* |
|------|------|------|
| 1 | 5:07.03 | 9199 |
| 2 | 5:07.31 | 9207 |
| 3 | 5:07.58 | 9216 |
| 4 | 5:07.86 | 9224 |
| 5 | 5:08.14 | 9233 |
| 6 | 5:15.06 | 9440 |
| 7 | 5:15.75 | 9460 |

*Represents 2 video frames prior to video-audio stream sync to account for the distance sound traveled, from the shooting location to the in-car microphone.

The audio on Officer Cichella's MVARS is extremely limited.  The sound of the gunshots can just barely be heard.   The timing, however, is consistent with Officer Ornelas' MVARS recording.

By correlating the video frames on Officer Ornelas' MVARS video to the gunshot sounds, as shown in Table 3, we can see that Mr. Sesma was standing upright and running toward Officer

Ornelas when the first shots were fired.  We see his body from the waist up.  He then drops below camera view.  Figure 8 shows enlarged and cropped images of Mr. Sesma running east on the railroad bridge toward Officer Ornelas' location at the times of the first 3 shots being fired.



**Figure 8.  Cropped images from video frames corresponding to the first 3 shots, showing Mr. Sesma running east.**

After the first 5 shots, Mr. Sesma out of view of the MVARS camera.  When the last two shots are fired, Mr. Sesma's white shirt can again be seen on camera and moving east again.  Figure 9 shows video frame 9450, occurring between shots 6 and 7.



**Figure 9.  Frame 9450, occurring between shots 6 and 7 shows Mr. Sesma's white shirt as he gets up and moves east.**

*Sesma v. State of California*

## <u>Conclusions</u>

1. While the MVARS units in Officer Cichella's and Officer Ornelas' vehicles captured images of Mr. Sesma as he ran east on the railroad overcrossing, the images are of low resolution and lack detail.  The audio from Officer Ornelas' MVARS, however, is helpful in understanding the timing of the shooting.

2. Officer Ornelas initially fired 5 shots in 1.1 seconds.  Approximately 6.9 seconds later, he fired two more shots in a period of 0.69 seconds.

3. Images from Officer Ornelas' MVARS camera can be correlated with the audio after accounting for the sound delay due to the significant distance (approximately 91 feet) between the shooting location and the in-car microphone.

4. The video frames, once properly matched to the audio, show that Mr. Sesma was upright and running east on the railroad overcrossing for the first 3 shots.  After dropping from view of the camera, he can be seen rising up again and moving eastward at the time of the last 2 shots.

*Parris Ward*

Parris Ward

*July 8, 2022*

*All of the opinions in this report are expressed with a reasonable degree of scientific certainty and are based on the author's education, training, and experience.  As additional information becomes available, the author reserves the right to amend and revise this report.*

## _Parris Ward Background and Education_

My background, education, and academic activities are as follows:

- I have been employed by Biodynamics Engineering, Inc. (BEI) since 1988, where I am responsible for the development of scientific visualization of injury events through computer animation and simulation. I also provide forensic analysis of audio and video recordings. I currently serve on BEI's Board of Directors.

- I am a Certified Forensic Video Technician through training with LEVA International (Law Enforcement & Emergency Services Video Association).

- I have received training and a certificate in shooting analysis and reconstruction.

- I have testified as an expert in the areas of computer animation, video authentication and analysis, analysis of audio recordings, and high-speed imaging.

- I have been producing video, audio and photographic evidence, as well as computer animations and simulations for use in litigation for more than 25 years.

- I have produced more than 80 computer animations and simulations for use in civil and criminal cases in multiple jurisdictions, including both federal and state courts.

- My work in the case of _People v. Duenas_ (2012) 55 Cal.4th 1, a capital murder case, was upheld by the California Supreme Court and now serves as an important precedent regarding the admissibility of computer animation in criminal cases.

- I have consulted on more than 100 shooting cases and I have produced computer models and/or animations of more than 40 shooting events, including the capital murder case noted above. I have also consulted as an outside expert with the Los Angeles Police Department Force Investigation Division in the internal investigations of officer involved shooting incidents.

- I am certified in the use of Faro Technologies Focus 3D laser scanners and FaroArm digitizers, as well as Faro Scene and CAM2 software.

- I have conducted research and done analysis in the field of injury biomechanics for more than 30 years.

- I received my Juris Doctorate in 1988. My qualifications, including my education, background, training and experience, are set forth in my curriculum vitae, attached hereto.

- I have studied high-speed photography and videography at MIT. I have studied current standards in video production and technology, as well as computer animation and modeling at UCLA.

- I am a member of the American Academy of Forensic Sciences and the Society of Forensic Engineers and Scientists.

Attachment A is my curriculum vitae – Parris Ward, J.D.

Attachment B is my trial and deposition testimony.

Attachment C is the fee schedule for Biodynamics Engineering, Inc. (BEI).

Rule 26 Report Attachment A

**Curriculum Vitae – Parris Ward, J.D.**

*CURRICULUM VITAE*

# Parris Ward, J.D.
### *Forensic Video & 3D Modeling Specialist*

**Biodynamics Engineering, Inc.**
P.O. Box 722
Pacific Palisades, CA  90272

Phone: (310) 454-0924
Fax: (310) 454-8747
**Email:  ParrisWard@aol.com**
April 2021

## Education

| 1988 | **Juris Doctor** |
| | Pepperdine University Law School, Malibu, California |

| 1985 | **Bachelor of Arts, Journalism** |
| | Pepperdine University, Seaver College, Malibu, California |

| 1980-92 | **Various classes in computer science** |
| | Santa Monica College, Santa Monica, California |

## Continuing Education

2019      *LEVA Level 4 Training, Scottsdale, AZ*
- Advanced Forensic Video Analysis and the Law

2019      *LEVA Digital Multimedia Evidence International Training Symposium, Denver, CO*
- Forensic Audio Analysis – Intermediate
- FFMPEG for Validation and Analysis

2019      *LEVA Training, Huntington Beach, CA*
- Adobe Photoshop for Forensic Video Analysts

2018      *LEVA Level 3 Training, Kansas City, MO*
- Principles of Forensic Video / Image Compare and Contrast

2018      *LEVA Digital Multimedia Evidence International Training Symposium, San Antonio, TX*
- One Tool…Amped FIVE

2017      *LEVA Level 2 Training, Nashville, TN*
- Digital Multimedia Evidence Processing

2017      *LEVA Level 1 Training, Kansas City, MO*
- Forensic Video Analysis & the Law

2017      *Amped Software Training, Henderson, NV*
- Forensic Multimedia Analysis with Amped FIVE

Parris Ward
*Curriculum Vitae*                                                                                                          *Page 2*

| | | |
|---|---|---|
| 2016 | *LEVA Digital Multimedia Evidence International Training Symposium, Scottsdale, AZ* | |

- Forensic Video Analysis with Amped FIVE

2016        *Forensic Training Foundation, San Bernardino County Sheriff's Crime Lab*
- Shooting Analysis and Reconstruction Training

2015        FARO *Technologies Inc., Los Angeles, California*
- FARO Laser Scanner Training & Certification

2004        *Massachusetts Institute of Technology*
- High Speed Photography and Videography for Motion and Analysis: Systems and Techniques

2001        *FARO Technologies Inc., Los Angeles, California*
- FaroArm Training & Certification

1992-01    *University of California at Los Angeles, Extension*
- Principles and Practice of Video & Recording Systems
- Fundamentals of 3D Studio Max
- Latest Developments in Video Special Effects
- Introduction to AutoCAD
- Fundamentals of Adobe AfterEffects

1989        *Medi/Legal Institute, Los Angeles, California*
- Anatomy for Attorneys

## Academic Honors and Achievements

Editor in Chief, *The Corsair,* Santa Monica College student newspaper
Managing Editor, *The Graphic,* Pepperdine University student newspaper
Co-Editor-in-Chief, *The Advocate* Pepperdine University School of Law student newspaper
Dalsimer Moot Court Competition
European Moot Court Competition, London
Achievement Scholarship, Pepperdine University
State-wide journalism awards for writing, photography, layout, and political cartooning

## Certifications

2017        ***Certified Forensic Video Technician*** by LEVA International
2015        ***Focus 3D Laser Scanner Certification*** by Faro Technologies
2001        ***Faro Arm Digitizer Certification*** by Faro Technologies

## Teaching

2015-Present    ***Force Science Institute*** *– Instructor on imaging technology*
Taught classes on "Body Cameras & Other Recordings in Law Enforcement."

Parris Ward
*Curriculum Vitae*                                                                                       *Page 3*

## Employment History

1988 - Present    ***Biodynamics Engineering, Inc.***
*Director & Forensic Expert*
Responsible for forensic video analysis, 3D computer modeling and the
development of visual aids for litigation including forensic photography,
video produtions, computer animations, and simulations.  Also
responsible for conducting laboratory testing requiring high-speed image
capture and analysis.  Trained in 3D laser scanning and 3D digitizing
using the FaroArm digitizer.  Trained in shooting reconstruction.
Experienced in photo documentation of evidence including use of high
magnification techniques.  Prepared numerous videotapes, DVDs and
video files for use in litigation since 1980. Experienced in the forensic
enhancement of video images for use as evidence.   Knowledgeable in the
use of a wide range of video equipment, including professional recording
systems, cameras, high-speed video and film systems, non-linear editing
systems and digital compositing software.  Created various 2-D and 3-D
computer generated animations for litigation.  Has provided expert
testimony in the areas of 3D animation & simulation, shooting
reconstruction, forensic video and audio analysis, and high-speed
imaging. Currently serving on Biodynamics Engineering, Inc. Board of
Directors.

1987    ***Rose, Klein & Marias --*** *Law Clerk*
Prepared various legal documents, interviewed clients, and assisted in
managing a large class action suit.

1982    ***Palisadian Post --*** *Photographer*
Managed photo department for a community newspaper.  Covered major
news events, as well as community affairs.  Designed photo layouts for
advertising.

1980    ***Digital Enterprises --*** *Programmer*
Wrote computer code for a 3D CAD program used to plot the drilling
path of under-sea oil wells.

## Professional Affiliations

American Academy of Forensic Sciences (AAFS)
Force Science Institute
International Association for Identification (IAI)
International Association of Forensic & Security Metrology (IAFSM)
Law Enforcement & Emergency Services Video Association International (LEVA)
Society of Forensic Engineers and Scientists (SFES)

Parris Ward
*Curriculum Vitae*                                                                           *Page 4*

## Presentations and Publications

Ward P, "*Biomechanical Considerations in 3D Reconstruction of Shooting Events*," Paper #E27, 72[th] Annual Meeting of the American Academy of Forensic Sciences (AAFS), Anaheim, CA, February 2020.

Pozzi MC, Ward CC, Saczalski KJ, Ward P, and Bosch DR, "*Rear Seat Crashworthiness: Predictable Failures of Seats, Belts, Liftgates, Vehicle Structures, and Loss of Occupant Survival Space in Rear Impacts, Especially in the Third Row*," Paper #D26, 72[th] Annual Meeting of the American Academy of Forensic Sciences (AAFS), Anaheim, CA, February 2020.

Bosch DR, Pozzi MC, Saczalski KJ, Ward CC, and Ward P, "*Criminal Engineering and Science Without Consequences: Why?*" Paper #D33, 72[th] Annual Meeting of the American Academy of Forensic Sciences (AAFS), Anaheim, CA, February 2020.

Ward P, "*Analyzing Video Evidence in Officer-Involved Shooting Cases*," Paper #C10, 70th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Seattle, WA, February 2018.

Ward P, "*3D Reconstruction of Shooting Incidents Using Laser Scanning and Computer Modeling*," Paper #E73, 70th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Seattle, WA, February 2018.

Ward P, "*Can You Believe It When You See It?  Forensic Analysis of Digital Video from Surveillance Systems and Cell Phones*," presented to the Society of Forensic Engineers and Scientists, Monterey, California, November 2017.

Ward P and Lewinski WJ, "*Analyzing Law Enforcement Officer Reaction Time in Shooting Events Using 3D Computer Animation*," Paper #E43, 67th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Orlando, FL, February 2015.

Ivory MA, Ward P, Hoffman MR, and Ward CC, "*A Multidisciplinary Analysis of a Complex Motorcycle Fatality*," Paper #D46, 67th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Orlando, FL, February 2015.

Ward P, "*3D Reconstruction of Non-Lethal Shooting Incidents Using Computed Tomography (CT) Scan Data*," Paper #C16, 66th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Seattle, WA, February 2014.

Hoffman MR, Ward CC, Ward P, and Ivory MA, "*Officer Fatally Shot in the Line of Duty: Murder or Suicide*?"  Paper #C15, 66th Annual Meeting of the American Academy of Forensic Sciences (AAFS), Seattle, WA, February 2014.

Hoffman MR, Ward CC, Ward P, and Ivory MA, "*Who Pulled the Trigger?  Blood Evidence and Bullet Path Determine Whether Shooter Was Friend or Foe*," presented at the 65th Anniversary Meeting of the American Academy of Forensic Sciences, Washington, DC, and February 2013.

Ivory MA, Hoffman MR, Ward P, and Ward CC, "*Evaluation of Head Protection Provided by Sports Helmets*," presented at the 65th Anniversary Meeting of the American Academy of Forensic Sciences, Washington, DC, February 2013.

Yoshida DM, Hoffman MR, Ivory MA, and Ward P, "*Road Debris, Windshield Penetration, and Resultant Injury*," presented to the Society of Forensic Engineers and Scientists, Incline Village, Nevada, October 2012.

Ivory MA, Hoffman MR, Ward P, and Ward CC, "*Comparison of DOT Certified Motorcycle Helmets and Novelty Helmets in Head Drop Tests*," presented at the 64th Annual Meeting of the American Academy of Forensic Sciences, Atlanta, Georgia, February 2012.

Furbish CJ, Ward P, Der Avanessian H, "*Increased Risk of Submarining and Lower Extremity Injuries Associated with Obesity in Frontal Impacts*," presented at the 62nd Annual Meeting of the American Academy of Forensic Sciences, Seattle, Washington, February 2010.

Furbish CJ, Der Avanessian H, Ward CC, Ward P, Ward J, "*Use of MADYMO as a Tool for Reconstructing Pedestrian Impacts***,"** presented at the Annual Meeting of The Society of Forensic Engineers and Scientists, Tempe, Arizona, March 2009.

Hoffman MR, Ivory MA, and Ward P, "*Restraint Analysis in Ambulance Rollover Accident,*" presented to the Society of Forensic Engineers and Scientists, Tempe, Arizona, March 2009.

Furbish CJ, Ward P, Der Avanessian H, "*Determining Vehicle Speed in a Fatal Pedestrian Impact: A Case of Tampered Evidence*," presented at the 61st Annual Meeting of the American Academy of Forensic Sciences, Denver, Colorado, February 2009.

Ward P, Laviano C, "*A Uniform Method for Visual Analysis and Comparison of Airbag Deployments*," presented at the 59th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, Texas, February 2007.

Hoffman MR, Ward CC, Ward P, "*Discrepancy between Dummy Measured Injury Criteria during Static Out-of-Position Airbag Deployments and Actual Human Injury Outcome*," presented at the 59th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, Texas, February 2007.

Ward C, Ward P, Hoffman MR, Laviano CW. "*Automobile Belt Fit Limitations Relative to the Pelvis: a Radiographic Study*," presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, Washington, February 2006.

Hoffman MR, Ward P, and Ward CC. "*Serious Airbag Injuries: Causation Analysis*," presented at the AIEG Airbag Summit, Memphis Tennessee, June 2005.

Ward C and Ward P. "*Application of Biomechanical Engineering and Computational Technologies to Forensic Science*," presented at the Sino International Forensic Medicine Seminar, Beijing, China, May 2004.

Ward P. "*State of the Art in High Speed Digital Video Imaging,*" presented to the Society of Forensic Engineers and Scientists, Yosemite, California, March 2004.

Ward P. *"Use of 3D Computer Animation to Evaluate Complex Shooting Events,"* presented at and abstracted in the proceedings of the 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas Texas, February 2004.

Ward P. "*Computer Animation in Criminal Shooting Cases,*" presented to the California State Division of the International Association for Identification Annual Meeting, Monterey, California, April 2002.

Ward P. "*Recent Developments in Digital Imaging*," presented to the Society of Forensic Engineers and Scientists, Yosemite, California, March 2002.

Ward P. "*Computer Animation and Simulation in Shooting Cases*," presented to the Society of Forensic Engineers and Scientists, San Diego, California, January 2002.

Khadilkar AV, Der Avanessian H, Ward P, Laviano CW, Paver JG, and Ward CC. *"Safety Performance Evaluation of Selected Child Safety Seats Under Angled Impacts in Car-To-Car Crash Tests,"* BED-Volume 50, Bioengineering Conference of the American Society of Mechanical Engineers, June 2001.

Ward P, "*Computer Animation in Criminal Shooting Cases*," presented at and abstracted in the proceedings of The 53rd Annual Meeting of the American Academy of Forensic Sciences, Seattle, Washington, February 2001.

Ward CC, Der Avanessian H, Ward P, and Paver JG.   *"Investigation of Restraint Function on Male and Female Occupants in Rollover Events,"* SAE #2001-01-0177, International Congress and Exposition, Detroit, Michigan, March 2001.

Ward P. "*Computer Animation in Criminal Shooting Cases*," presented to the Society of Forensic Engineers and Scientists, Waikoloa, Hawaii, April 1999.

Ward CC, Khadilkar AV, Ward P, and Harmon N.   *"Airbag Deployment Testing Using a Hybrid III Test Dummy Head to Evaluate Head Injury Potential*," presented at and abstracted in the proceedings of the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, Florida, February 1999.

Ward C and Ward P. "*The Air Bag Injury Crisis*," presented to the Society of Forensic Engineers and Scientists, Napa, California, January 1999.

Khadilkar AV, Laviano C, Ward P, Hoffman M, and Shyer BN. *"Dynamic Response of Vehicles and Occupants During Full-Scale Sideswipe Crash Tests,"* Advances in Bioengineering, presented at the ASME International Mechanical Engineering Congress and Exposition, Anaheim, California, November 1998.

Hoffman MR, Ward CC, and Ward P. "*Catastrophic Spine Injury Mechanisms Associated with Moderate and Severe Rear-End Automobile Impacts*" presented at the Third World Congress of Biomechanics, Sapporo, Japan, August 1998.

Ward P. "*The Digital Darkroom: A Review of the State of the Art of Digital Imaging*," presented to the Society of Forensic Engineers and Scientists, Yosemite, California, April 1998.

Ward P and Fackler M. "*Reconstructing and Evaluating Shooting Events with 3D Computer Animation*," presented at the American Academy of Forensic Sciences 50th Annual Meeting, San Francisco, California, February 1998 (abstracted in the proceedings).

Khadilkar A, Ward P, and Laviano C. "*Inadvertent Unlatching of Child Safety Seat Harness Buckles in Car-to-Car Crash Tests,*" presented at the American Academy of Forensic Sciences 50th Annual Meeting, San Francisco, California, February 1998 (abstracted in the proceedings).

Ward P. "*Evaluating Videotapes Used as Evidence for Signs of Alteration*," presented at the American Academy of Forensic Sciences 48th Annual Meeting, Nashville, Tennessee, February 1996 (abstracted in the proceedings).

Ward P and Braun A. *"The Rodney King Video: Audio and Video Enhancements Used,"* presented at the American Academy of Forensic Sciences 47th Annual Meeting, Seattle, Washington, February 1995 (abstracted in the proceedings).

Der Avanessian H and Ward P. "*MADYMO in Litigation:  A Horse Riding Accident,*" presented at the 5th International MADYMO User's Meeting, Ft. Lauderdale, Florida, November 1994.

Ward P. "*The State of the Art of Digital Video*," presented to the Society of Forensic Engineers and Scientists, Yosemite, California, April 1994.

Ward P and Ward J. "*Videotaped Beating of Rodney King:  Audio and Video Enhancements Used in the Federal Civil Rights Trial,*" presented at the International Association of Forensic Sciences 13th Meeting, Düsseldorf, Germany, August 1993 (Published in the proceedings).

Ward P.  *"Applications for 3D Modeling and Animation in Litigation,"* presented at the American Academy of Forensic Sciences 45th Annual Meeting, Boston, Massachusetts, February 1993 (abstracted in the proceedings).

Ward P.  *"Rear Shoulder Belt Retrofit:  Is it Worth the Effort?"* presented at the American Academy of Forensic Sciences 43rd Annual Meeting, Anaheim, California, February 1991 (abstracted in the proceedings).

Ward P.  *"Comparison of Videotape Formats,"* presented to the Society of Forensic Engineers and Scientists, Cabo San Lucas, Mexico, May 1990.

Ward P.  *"Documenting Seat Belt Marks Using Macro Photography,"* presented at the American Academy of Forensic Sciences 42nd Annual Meeting, Cincinnati, Ohio, February 1990 (abstracted in the proceedings).

## Research & Testing

*January 2013*          Conducted a series of bloodstain spatter tests to determine effects of velocity, angle of impact and surface texture on bloodstain patterns.

*April 2012*            Conducted and provided high-speed imaging support for a series of static deployments of passenger-side frontal airbags.  Analyzed contact mark patterns and upper extremity dummy kinematics for fully powered and

Parris Ward
*Curriculum Vitae*                                                                                                          *Page 8*

_____

|   |   |
|---|---|
| | depowered airbags, as well as front-mounted and top-mounted deployment doors. Deployments were recorded with high-speed video. |
| *February 2012* | Performed testing to determine the velocity necessary for a 10-pound section of angle iron to penetrate a windshield and the amount of force generated by the angle iron at various speeds. |
| *November 2011* | Performed a series of head-drop tests with various sports helmets onto an asphalt surface utilizing an instrumented Hybrid III dummy head to determine the protective properties of the various helmets. |
| *September 2011* | Performed high-speed video capture and analysis of a Ford Super Club Wagon (15 passenger) and an offset head-on impact between an Oldsmobile Cutlass Ciera and a Kia Spectra. *Results presented at SATAI Conference, September 23-24, 2011, Glendale, AZ.* |
| *September 2011* | Performed instrumented 7 mph and 10 mph rear-to-barrier mounted cement truck bumper crashes using Hyundai Sonatas. |
| *July-August 2011* | Performed tests to determine the force and displacement necessary to release latch plates from buckles on driver's seatbelts from 1993-1997 Toyota Corollas. |
| *July 2011* | Provided video support for testing of the "Tatsu" roller coaster at Six Flags Magic Mountain amusement park in Valencia, CA. |
| *June 2011* | Performed tests to measure the retraction speed of driver's seat belts from 1996-1997 Toyota Corollas with various loads on the belt at the time of buckle release. |
| *May 2011* | Performed drop tests of an instrumented Hybrid III head wearing both a D.O.T. approved helmet and a novelty helmet, Phoenix, AZ. |
| *January 2010* | Performed a series of static deployments of driver-side frontal airbags. Steering column reaction force was measured, and the deployments were recorded with high-speed video. |
| *July 2010* | Performed high-speed video capture and analysis of a glancing broadside vehicle collision demonstration using a Mercury Sable and Pontiac Grand Am with remote vehicle control at Luke AFB. *Results presented at SATAI conference, July 16-17, 2010, Phoenix, AZ.* |
| *July 2009* | Performed video support for instrumented low-speed trash truck-to-car sideswipe collision testing with an instrumented human volunteer. This test measured acceleration time histories for the occupant's head and spine. |
| *June 2009* | Provided high-speed video support in instrumented low-speed car-to-car collision testing with instrumented human volunteers. Brake force application and displacement were monitored in aware and unaware |

Parris Ward
*Curriculum Vitae*                                                                                                           *Page 9*

---

|               | conditions.  Additionally, instrumented brake pedal force-displacement testing was conducted for various types of braking maneuvers using a Ford Taurus.  *Results presented at ARC-CSI Conference, May 24-27, 2010, Las Vegas, NV.* |
|---------------|---|
| *May 2007*    | Performed high-speed video support for low-speed pickup-to-barrier impact tests.  Relationships between vehicle damage and velocity change were established.  An instrumented human volunteer was used in one test and acceleration time histories for the occupant's head and spine were measured. |
| *April 2007*  | Performed live gun firing and ejection pattern testing to determine how fast specific law enforcement officers could fire an automatic handgun and document the resulting pattern of shell casings. |
| *June 2003*   | Performed live gun firing and ejection pattern testing to determine how fast specific law enforcement officers could fire an automatic handgun and document the resulting pattern of shell casings. |
| *May 2003*    | Performed live gun firing and ejection pattern testing to determine how gun orientation and motion affects the ejection pattern of shell casings. |
| *September 2002* | Videotaped and analyzed 15 driver and passenger seat back strength tests to evaluate seat performance in rear-end impacts. |
| *April 2002*  | Documented and analyzed a series of ski padding tests using high-speed and digital video. |
| *August 2001* | Designed and participated in the drop-testing and evaluation of the performance of various driver's seats using a 50% Hybrid III dummy. |
| *2000-2003*   | Supported test projects for the Defense Threat Reduction Agency (DTRA).  Coordinated projects to provide Anthropomorphic Test Devices (ATDs) in office cubicles that are subjected to staged bomb blasts.  Developed test protocol for high-speed film analysis.  Participated in collecting post-test data.  Performed analysis on high-speed film images to determine velocities of debris. |
| *March 2000*  | Participated in the performance evaluation of eight 250+ horsepower sports cars.  Evaluation included acceleration, handling characteristics, and braking. |
| *April 1998*  | Conducted multiple series of experimental airbag deployments of driver-side and passenger-side frontal airbags with and without a Hybrid III dummy head.  Created test protocols and fixture designs.  Performed all high-speed image capture and analysis. |
| *December 1997* | Participated as a technician and videotaped a passenger car and garbage truck 20 mph sideswipe test.  Tests revealed acceleration time histories |

Parris Ward
*Curriculum Vitae*                                                                                          *Page 10*

for the driver's head and spine.  Effect of closing velocity, impact angle and sheet metal damage were studied.  Measured head accelerations were compared to those experienced during other non-injury activities.

*October 1997*      Videotaped and analyzed over 50 head impact tests using a helmeted and un-helmeted Hybrid III dummy head to evaluate the performance of various A-pillars, A-pillar padding, helmets, and roll bar padding.

*June 1997*         Videotaped and analyzed low-speed vehicle-to-vehicle, as well as vehicle-to-barrier impact tests.  Various impact angles were studied. Instrumented vehicles used included a pickup with rigidly mounted bumpers, and a passenger car with foam energy-absorbing bumpers. Relationships between vehicle damage and velocity change were established.  Tests revealed acceleration time histories for the occupants' heads and spines.

*June 1997*         Performed 30 mph vehicle-to-vehicle crash tests with a child anthropomorphic test dummy in a child seat.  Occupant kinematics and the performance of the child seat were studied using video analysis.

*November 1996*     Videotaped and analyzed a series of 2 to 5 mph vehicle-to-barrier frontal impact tests with instrumented volunteers in instrumented vehicles. Studied effect of closing velocity and restraint use on occupant kinematics.  Tests were conducted at Karco Engineering, Adelanto, CA.

*April 1996*        Videotaped and analyzed a series of 10 to 22 mph curb climbing tests with instrumented volunteers in an instrumented vehicle.  Effect of curb height, impact angle, closing velocity, and restraint use on occupant kinematics was studied.

*July 1995*         Videotaped and analyzed a series of low-speed rear-end impact tests with human volunteers, conducted at the Southwestern Association of Technical Accident Investigators Low Speed Seminar, Phoenix, Arizona.

*March 1995*        Provided high-speed video capture and analysis for a series of impact tests to assess the inertial release characteristics of over 50 side-release and end-release safety belt buckles.

*Jan. & May 1993*   Assisted in testing to determine the forces generated by the use of "less then lethal" projectiles for the Los Angeles Police Department.

*September 1992*    Provided high-speed film capture and analysis of a series of log ride tests. Testing was performed at Six Flags Magic Mountain Amusement Park, Valencia, California.

*June 1992*         Videotaped and analyzed a series of 6.6 to 10.6 mph vehicle-to-vehicle impact tests.  These tests were conducted with various impact configurations, using instrumented volunteers in the vehicles.  Effect of closing velocity, impact angle and sheet metal damage were studied.

|  |  |
|---|---|
|  | Measured head accelerations were compared to those experienced during other non-injury activities. |
| *August 1991* | Videotaped and analyzed a series of 10 mph vehicle-to-vehicle front-to-rear impact tests.  1981-83 Ford Escorts were used with instrumented human volunteers and anthropomorphic dummies.  Tests revealed acceleration-time histories for the occupants' heads and spines.  Knee, wrist, shoulder and temporomandibular joint displacements were also studied.  Relationships between vehicle damage and closing velocities were established.  These tests were conducted at Mobility Systems and Equipment Company, San Bernardino, California. |
| *March 1991* | Videotaped 5 mph and 10 mph pendulum-to-vehicle rear impact tests.  1987 Lincoln Town Car was used with instrumented human volunteer.  Tests revealed acceleration-time histories for the occupant's head and spine.  These tests were conducted at Mobility Systems and Equipment Company, San Bernardino, California. |
| *1981* | Assisted LA County Medical Examiner Thomas Noguchi, M.D. with homicide investigations. |

Rule 26 Report Attachment B

**Trial & Deposition Testimony – 10 Years**

**Parris Ward, J.D.**

## TRIAL TESTIMONY BY PARRIS WARD, J.D.

| Attorney | Case | Testimony Date |
|---|---|---|
| Kratofil, J | People v. Harrington | 06/08/2022 |
| Kratofil, J | People v. Harrington | 04/20/2022 |
| Schwartz, B | People v. Josue Loreto | 03/17/2022 |
| Kratofil, J | Harrington Hearing | 10/31/2019 |
| Colvin, R | Archibald v. County of San Bernardino | 03/12/18 |
| Wood, S | State v. Betty Shelby | 05/15/17 |
| Hadden, W | Kirsch/Johnson v. County of Santa Barbara | 12/12/16 |
| Gonzales, D | Beets v. County of Los Angeles | 10/7 & 10/19/2015 |
| Busaila, M | United States v. Johnson | 09/10/15 |
| Busaila, M | Ayala/Ortiz Board of Rights | 07/16/15 |
| Nistorescu, A | People v. Evans & Cacho | 10/24/14 |

## DEPOSITION TESTIMONY BY PARRIS WARD, J.D.

| Attorney | Case | Testimony Date |
|---|---|---|
| Dean, D | Gonzalez v. State of California | 01/28/2022 |
| Dean, D | Diaz v. County of Ventura | 10/25/2021 |
| Wood, S | Simpson v. Little | 09/04/2020 |
| Youngdahl, M | French v. Santa Barbara County, et al. | 01/30/2020 |
| Wellock, J | Suazo v. Emery, City of Lynn | 12/19/2019 |
| Eade, M | Askew v. Whitworth | 03/07/2019 |
| Cohen, H | Alderman v. City of Bakersfield | 08/28/2018 |
| Colvin, R | Archibald v. County of San Bernardino | 02/08/2018 |
| Johnson, R | Mendoza v. GM | 11/20/2017 |
| Gonzales, D | Ramirez v. County of Los Angeles | 05/26/2016 |
| Gonzales, D | Martinez v. County of Los Angeles | 12/03/2015 |
| Pratt, K | Davies v. Lakewood | 09/24/2015 |
| Gonzales, D | K.C.R. v. County of Los Angeles | 11/24/2014 |

Rule 26 Report Attachment C

**Biodynamics Engineering, Inc. Fee Schedule**



# Hourly Fee Schedule

## Biodynamics Engineering, Inc.

P.O. Box 722
Pacific Palisades, CA  90272
Phone: (310) 454-0924

### Effective January 1, 2022

**(Rates subject to change upon notice)**

**Parris Ward, J.D., Forensic Video & 3D Modeling Specialist**

| | |
|---|---|
| Testimony | **$ 325** |
| Other work and travel | **$ 225** |

**Jennifer Ward, Senior Biomedical Researcher** — **$ 150**

**Technical Report Editor** — **$ 100**

**Laboratory Testing Technicians** — **$ 100**

**Research Assistants** — **$ 90**

**Office/Clerical Workers** — **$ 40**

---

- New cases will not be accepted without prior telephone confirmation.  A signed contract and a retainer are required within three weeks of case acceptance confirmation.  Within the retainer, $500 is non-refundable and includes a $250 file opening fee.

- A 30% surcharge may be assessed on cases which need opinions, written reports, or testimony within 10 calendar days of our receipt of the necessary documents.

- All depositions must be paid at the time of deposition.  Checks should be made payable to Biodynamics Engineering, Inc.  Client agrees to pay any legal expenses incurred in the collection of overdue accounts.

- Payment for our services is not contingent upon the outcome of your case and is not dependent on your arrangement with your client or with any other source.

- Cases requiring laser scanning will be charged a one-time $500 equipment fee per case.

**FEDERAL IDENTIFICATION NO.  95-3445140**

BEI FORM: FEE-0122.cdr

EXHIBIT "2"

 **Biodynamics Engineering, Inc.**

| | |
|---|---|
| Phone: (310) 454-0924 | Post Office Box 722 |
| Fax: (310) 454-8747 | Pacific Palisades, CA  90272 |

July 22, 2022

Donna Dean
Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, California  90013

## Forensic Audio / Video Analysis Supplemental / Rebuttal Report

Re:  Sesma v. State of California

Federal Rule of Civil Procedure 26(a)(2)(B)

Dear Ms. Dean,

At your request, I have reviewed the expert reports and video files produced by Plaintiffs' experts.  My analysis and opinions regarding plaintiffs' expert reports are summarized below.

## <u>Additional Materials Reviewed</u>

**Documents:**
> *Plaintiff Expert Reports by:*
> > *Roger Clark*
> > *Scott Holdaway of CVisual Evidence, LLC*
> *Deposition Testimony of Andrew Ornelas (35481661.pdf)*

**Photos:**
> *Photos of the metal pipe (5)*

**Media Files:**
> *Exhibit A - CHP-000504 - Cropped and all 3 zoom algorithms 4x with original.avi*
> *Exhibit B - CHP-000504 - Cropped and Bicubic 4x Zoom.avi*
> *Exhibit C - CHP-000504 - Cropped and Bilinear 4x Zoom.avi*
> *Exhibit D - CHP-000505 - Cropped and all 3 zoom algorithms 4x with original.avi*
> *Exhibit E - CHP-000505 - Crop and Bicubic 4x Zoom.avi*
> *Exhibit F - CHP-000505 - Crop and Bilinear 4x Zoom.avi*

*Exhibit G - CHP-000505 - Left Audio Channel (Outside Vehicle).mp4*
*Exhibit H - CHP-000505 - Right Audio Channel (Inside Vehicle).mp4*

## Introduction

I previously submitted a forensic audio/video analysis report dated July 8, 2022 in which I analyzed two video files relevant to the officer-involved shooting of Charles Sesma by California Highway Patrol (CHP) Officer Andrew Ornelas on August 6, 2020.   The video files were recovered from the Mobile Video and Audio Recording Systems (MVARS) of Officer Ornelas' and Officer Cichella's CHP Ford Police Interceptor Utility Vehicles which were parked on Haven Avenue, below the railroad bridge overcrossing where the shooting took place.   The systems are commonly called a dash cam, although the forward facing camera is actually mounted near the top of the windshield near the rearview mirror.   Both systems captured images of Mr. Sesma running across the bridge prior to being shot.   I pointed out that the CHP MVARS system is an antiquated DVD-based system that produced poor quality images.   My report, therefore focused mainly on the audio stream recorded by Officer Ornelas' MVARS because it provided information about the timing of the shooting.

Plaintiffs hired CVisual Evidence, LLC., a trial presentation services company, to provide enhanced clips from the MVARS recordings.   A report by Scott Holdaway, who represents himself as a forensic video analyst, detailed how he prepared 8 video files.   Six of the files he submitted are enlarged clips of Mr. Sesma running across the bridge using different methods of interpolation.   The other two files he produced relate to the audio stream from Officer Ornelas' MVARS recording.   Mr. Holdaway separated the audio channels and produced one version of the Ornelas MVARS recording with just the left audio channel and the other with only the right. Mr. Holdaway did not offer any expert opinions.   He only described the work he performed.

Plaintiffs' other retained expert, Police Procedures Consultant Roger Clark, reviewed the video files provided by Mr. Holdaway and apparently relied on them in forming his opinions in his report.   On page 6 of his report, Mr. Clark writes, "However, the dash camera video footage and the CVisual's video footage show that Mr. Sesma never raised his hands above his head.   After reviewing the CVisual's video footage, it does not even appear that Mr. Sesma had anything in his hand."   It is my opinion that the video evidence does not support these opinions for the reasons discussed below.

## Analysis

My primary concern is that plaintiffs' experts will over represent what the MVARS videos show, or don't show, in regard to Mr. Sesma's actions.   Mr. Holdaway represents himself as a forensic video analyst, however his CV shows that his training in the area for forensic video is limited to watching three recorded webinars available on YouTube, totaling 3 hours and 20 minutes.   That

said, I think he used the proper methodology in performing the work he did in enlarging the video images of Mr. Sesma running across the bridge.  My concern is that Plaintiffs and their police procedures expert will suggest that they had the videos enhanced by a trained forensic expert and because they do not show a pipe in Mr. Sesma's hand or that his hand is above his head, the events could not have happened the way Officer Ornelas described.  Many people have watched false representations on TV crime shows of what forensic video experts can do to enhance poor quality video.  The so called "CSI effect" is often cited in reference to the weight of forensic evidence.  In this case, one might believe that if the MVARS video was forensically enhanced by a professional, and it still does not show a pipe in Mr. Sesma's hand, then it must not have ever been in his hand.

Mr. Clarke first suggests the idea that Mr. Sesma never had a pipe in his hand on page 4 of his report, "However, the quality of the dash camera video prevents viewers from making out whether Mr. Sesma picked up anything or what he picked up at that time if he did pick up anything."  Then later, on page 6 he discusses what the enhanced video clips by Mr. Holdaway do not show.  "However, the dash camera video footage and the CVisual's video footage show that Mr. Sesma never raised his hands above his head.  After reviewing the CVisual's video footage, it does not even appear that Mr. Sesma had anything in his hand."

### *MVARS Image Quality*

As I discussed in my own report, the MVARS video quality is poor.  Modern in-car camera systems produce high-definition images of 1280x720 pixels or 1920x480 pixels.  The MVARS units in this case produce images of 480x480 pixels using heavy MPEG image compression.  In the Cichella MVARS video (CHP-000504 Title03.mp4), the forward-facing camera images take up less than half the frame.  The image from the camera is represented by just 352x283 pixels.  The portion of interest is at the very top of the frame.  The visible portion of Mr. Sesma as he is running is only about 26 or 27 pixels high. Further, the image is interlaced, which means each frame of video is comprised of two separate interlaced images called fields.  Mr. Holdaway deinterlaced the images from this video file, creating complete video frames from each of the separated fields using nearest neighbor interpolation.  This process eliminates the image distortion caused by the interlacing, but each frame now has half the original resolution.

As Mr. Holdaway points out in his report, Officer Ornelas' MVARS video (CHP-000505 Title01.mp4) is somewhat unusual in that the images of Mr. Sesma running do not appear to exhibit the same interlace distortion seen in the Cichella MVARS video.  The Ornelas MVARS video is clearly interlaced, as interlace distortion can be seen throughout the rest of the video, including when officers are seen crossing in front of the camera.   While Officer Ornelas' MVARS camera image is comprised of more pixels than Officer Cichella's, the portion of the image showing Mr. Sesma running across the bridge is affected by the blue-green window tinting of the patrol car's windshield.  This changes the normal color and reduces image contrast in that potion of the image.

*Image Compression*

Both MVARS videos show significant compression artifacts.  Compression artifacts can result in loss of image detail, and the introduction of pixel values that were not part of the original camera image.  The compression artifacts in these MVARS videos are fairly dramatic.  Chroma noise, blocking, haloing and ringing artifacts can be seen.  Such a high level of compression will result in the loss of fine details in the image.  In this case, we are looking for a metal pipe that is approximately 1-5/8 inches in diameter.  The quantization (rounding) errors, evidenced by the ringing artifacts, can eliminate the image of an object of that size and shape.  Even so, there are some frames that show what appears to be darker pixels in the area of Mr. Sesma's hands, both when he allegedly first picked up the pipe and when he was running toward Officer Ornelas' location.  See Figure 1.



**Figure 1.  The left image from Officer Ornelas' MVARS shows Mr. Sesma after he picked up the metal pipe. The right image is from Officer Cichella's MVARS when Mr. Sesma is running on the bridge.  Both show dark pixels that are consistent with an object in his hand.**

*Image Interpolation*

Mr. Holdaway created multiple videos using various methods of interpolation.  Image size is determined by the number of pixels that make up the image.  When you enlarge a video image, you create new pixels to produce a larger image.  The new pixels are created using interpolation.  "Nearest neighbor" interpolation simply copies pixel values from the adjoining pixel.  No new image detail is created.  The original pixels that appeared as tiny color blocks, are just represented by larger blocks of pixels of the same color.  Hence, the picture still looks like it is made up of a bunch of blocks that are just larger.  Bilinear and bicubic interpolation create new pixels values that were not actually recorded by the camera.  The new pixels are created by a mathematical algorithm that averages the surrounding pixels in an image.  These algorithms are designed to produce smoother looking images that are more pleasing to the eye.  They do not

bring out new details that were not visible in the original image. This is because the new pixels are created after the recoding was made. They were not recorded by the camera originally. Interpolated images can be useful in creating demonstrative exhibits. In fact, image interpolation is a part of our everyday lives, such as when we pinch to zoom in on a picture on our phone, or when a low-resolution image is displayed on a higher resolution screen. Images are often automatically scaled to fit the screen by the device's image processor. Forensically, however, it is improper to use interpolated images to determine fine details in the original image, such as the size and shape of a questioned object. Other than using special techniques such as frame averaging and applying certain filters, the image originally captured by the recording system will offer the most reliable image detail. If an object is so small that it is not defined by pixels in the original low-resolution image, no amount of interpolation can make the object appear. Unlike what is seen in popular CSI shows, one cannot simply enlarge an image and suddenly see things that could not be seen before. Likewise, one cannot reliably say that objects not seen in an enlargement of a low-quality, low-resolution image were never there.

### *Mr. Clark's Observations*

Plaintiff's video expert, Mr. Holdaway, properly offers no opinion as to what the enlarged video clips show or do not show in terms of whether Mr. Sesma was holding the metal pipe as he ran across the bridge, or whether he ever held it above his head. That is likely because he would know that these poor-quality videos cannot reliably answer those questions. Instead, it is plaintiff's Police Procedures Consultant Roger Clark who offers analysis on what can and cannot be seen in the video in order to discredit Officer Ornelas' sworn testimony. Mr. Clark's CV notes no training in forensic video analysis.

In his sworn deposition testimony, Officer Ornelas said he believed Mr. Sesma raised the pipe above his head when he first got up and started running. (Page 34.) He did not recall which hand Mr. Sesma was holding the pipe in. (Pages 33-34.) Only Officer Cichella's MVARS video shows Mr. Sesma getting up from the ground, and that is only when his upper body is high enough to be visible above the edge of the bridge. When he was sitting down he was not in camera view. Officer Ornelas' MVARS only captured Mr. Sesma after he was already running. Figure 2 below shows Mr. Sesma as he first gets up from the ground. How high he was holding the pipe cannot be reliably determined from these images.

Officer Ornelas states that as Mr. Sesma got closer to him he was pumping his arms as he was running. (Page 40.) This is consistent with what can be seen in both MVARS videos.



**Figure 2. Mr. Sesma is shown getting up and running on Officer Cichella's MVARS recording.**

In making the suggestion that Mr. Sesma never had the pipe in his hand, Mr. Clark disregards the audio heard on Officer Ornelas' MVARS video. Multiple contemporaneous statements are made regarding an object in his hand. For example at 3 minutes and 34 seconds, as Officer Ornelas is driving out of the parking lot after witnessing Mr. Sesma bending over to pick something up, he radios, "Party's on the tracks walking westbound towards Haven. He picked up a metal object, is now carrying that in his hand." When Mr. Sesma is seen running toward Officer Ornelas on the bridge he yells "Drop it, drop it!" At 6 minutes 8 seconds, someone is heard asking, "where is the pipe at?" to which Officer Ornelas responds, "he's laying on top of it. It was a pipe or a big stick." So, while the quality of the video images may not be able to reliably confirm whether Mr. Sesma had the pipe in his hand, the contemporaneous comments heard on the audio track confirm that Officer Ornelas believed he did.

## Conclusions

1. The video images from the MVARS recordings cannot reliably answer the questions of whether Mr. Sesma was holding the metal pipe or whether he held it above his head at any time because they are of such poor quality.

2. It is false and deceptive to suggest that because video images enlarged by a forensic expert do not clearly show the pipe in Mr. Sesma's hand or that he ever held it above his head that neither happened.

3. The audio track from the Officer Ornelas' MVARS recording captured mutiple contemporaneous observations regarding whether Mr. Sesma in fact had a metal object or

pipe in his hand.  So, while the poor image quality of the video does not reliably confirm whether Mr. Sesma had the pipe in his hand, comments heard on the audio track confirm that Officer Ornelas believed he did.


Parris Ward

*July 22, 2022*

*All of the opinions in this report are expressed with a reasonable degree of scientific certainty and are based on the author's education, training, and experience.  As additional information becomes available, the author reserves the right to amend and revise this report.*