1  ROB BONTA
   Attorney General of California
2  ELIZABETH ANGRES
   Supervising Deputy Attorney General
3  DONNA M. DEAN
   Deputy Attorney General
4  State Bar No. 187104
     300 South Spring Street, Suite 1702
5     Los Angeles, CA  90013
      Telephone:  (213) 269-6509
6     Fax:  (916) 731-2120
      E-mail:  Donna.Dean@doj.ca.gov
7  *Attorneys for Defendants*
   *State of California and Andrew Ornelas*
8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13  **CANDIDO SESMA AND CECILIA**          Case No. 5:21-cv-1694-JWH (KKx)
    **SESMA, INDIVIDUALLY AND AS**
14  **SUCCESSORS IN INTEREST TO**          **DECLARATION OF DONNA M.**
    **CHARLES SESMA, DECEASED,**           **DEAN IN SUPPORT OF**
15                                         **DEFENDANTS' MOTION FOR**
                           Plaintiffs,     **SUMMARY JUDGMENT, OR, IN**
16                                         **THE ALTERNATIVE, PARTIAL**
        v.                                 **SUMMARY JUDGMENT**
17

18  **STATE OF CALIFORNIA; AND**           Date:         October 21, 2022
    **DOES 1-20, INCLUSIVE,**              Time:         9:00 a.m.
19                                         Courtroom:    9D
                           Defendants.
20                                         Judge:        The Honorable John W.
                                                         Holcomb
21
                                           Trial Date:   December 12, 2022
22                                         Action Filed: July 30, 2021

23

24

25

26

27

28

                                    1

## DECLARATION OF DONNA M. DEAN

I, Donna M. Dean, declare as follows:

1.    I am a duly appointed Deputy Attorney General and am assigned to represent defendants in the above-captioned action.  The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2.    Attached hereto as Exhibit 1 are true and correct copies of relevant excerpts of the deposition of Defendant Andrew Ornelas taken on May 19, 2022.

3.    Attached hereto as Exhibit 2 are true and correct copies of relevant excerpts of the deposition of California Highway Patrol Officer Jason Nichols taken on May 20, 2022.

4.    Attached hereto as Exhibit 3 is a redacted copy of the incident log for the incident in this case.

5.    Concurrently lodged herewith as Exhibit 4 is a certified, unredacted copy of the incident log for the incident in this case.

6.    Concurrently lodged herewith as Exhibits 5 and 6 is a certified copy of the dispatch audio and the audio certification for the incident in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2022, at Los Angeles, California.

s/ Donna M. Dean
Donna M. Dean

EXHIBIT "1"

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Andrew Ornelas on 05/19/2022**

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   CANDIDO SESMA and CECILIA SESMA,      )
     individually and as successors in    )
 5   interest to CHARLES SESMA, deceased,  )
                                           )
 6                  Plaintiffs,            )
                                           )
 7                  vs.                    )Case No.
                                           )5:21-CV-1694-JWH(KKx)
 8   STATE OF CALIFORNIA, ANDREW ORNELAS,  )
     and DOES 2-20, inclusive,            )
 9                                        )
                    Defendants.           )
10   _____)

11

12

13

14          REMOTE VIDEOCONFERENCE DEPOSITION OF

15                    ANDREW ORNELAS

16               THURSDAY, MAY 19, 2022

17

18

19

20

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:  397702
```

1    regard?

2        A.    As far as the video it was the MVARS for the

3    dash-mounted cameras in the patrol vehicle.

4        Q.    So before we talk about this incident, I just want

5    to learn a little bit about your background, and I want to

6    start with your education.

7              I'm assuming you graduated from high school?

8        A.    Yes, sir.

9        Q.    What year did you do that in?

10       A.    That was in 2001.

11       Q.    And did you attend any college after high school?

12       A.    I did.

13       Q.    Did you study anything in particular?

14       A.    History with a minor in Kinesiology.

15       Q.    When did you go to the police academy?

16       A.    I started in January of 2010.

17       Q.    Do you have any military experience?

18       A.    No, sir.

19       Q.    What type of work did you do before you went tot he

20    police academy?

21       A.    I was an EMT, Emergency Medical Technician.

22       Q.    And what years did you do that?

23       A.    I don't recall what year I started.  I can only

24    estimate.  I believe it was 2003 or 2004, and that was up

25    until the start of the academy.  So through 2009.

1     Q.   Did you work out regularly in the year or two before

2   this incident?

3     A.   Yes, I did.

4     Q.   What type of exercise or workouts would you do

5   generally?

6     A.   Weight lifting as well as cardio, specifically

7   running.

8     Q.   Now, on your duty belt, obviously, you had a

9   firearm; correct?

10    A.   Correct.

11    Q.   And I'm now talking about at the time of the

12   incident.

13         Do you have that in mind?

14    A.   I understand.

15    Q.   Okay.  What type of firearm did you have?

16    A.   It was a 40-caliber Smith & Wesson.

17    Q.   Now, at that point did you fire your weapon?

18    A.   Yes, I did.

19    Q.   And do you know how many shots in total you fired?

20    A.   I do not.

21    Q.   Okay --

22    A.   I only have an estimate, and I don't know if it

23   was -- so I was not counting at the time.

24    Q.   Understood.  Can you at least give me your

25   estimate?

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Andrew Ornelas on 05/19/2022**                    Page 12

```
 1        A.    I believe it was six.
 2        Q.    And if you recall, was there any pause in between
 3   the shots?
 4        A.    Yes, sir, there was.
 5        Q.    Was there two volleys of shots?
 6        A.    There was.
 7        Q.    In the first volley what would you estimate the
 8   number of shots to be?
 9        A.    I think it was four shots.
10        Q.    And then you believe two shots in the second
11   volley?
12        A.    Correct.
13        Q.    And do you have an estimate as to how long the pause
14   was?
15        A.    Just an estimate of maybe a second or less, but I
16   believe it was under a second.
17        Q.    So a short pause?
18        A.    Yes.
19        Q.    Had you ever used your firearm in the field before
20   that day?
21        A.    No.
22        Q.    Did you have a Taser on you, for example?
23        A.    Yes, I did.
24        Q.    Do you know what type of Taser it was?
25        A.    No, I don't know.  I don't remember off the top of
```

1              What information did you originally receive related

2    to this call that led to the shooting?

3         A.   I was dispatched to a property damage only

4    collision, meaning two parties that collided and the only, I

5    guess, issue if you will, is that no one was hurt, but there

6    was like property damage to the vehicle, and that they

7    were -- I think that they were stopped on the right shoulder.

8         Q.   Did you have some information as to where they were

9    located on the freeway?

10        A.   I had just a general area.  I believe we were

11   getting mixed locations as to the specific location.

12        Q.   And at some point did you respond to the scene?

13        A.   Yes.

14        Q.   Were you alone in your vehicle?

15        A.   I was.

16        Q.   Did you initially find the location of the

17   accident?

18        A.   Yes, I did.

19        Q.   And was there any individuals in the cars or around

20   the cars when you got there?

21        A.   I didn't respond to the exact location of the crash.

22             I responded off the freeway, but from off the

23   freeway I was able to see the collision scene which I believe

24   was on the right shoulder, and it appeared that there were

25   few individuals walking around outside of their cars.

1     Q.    Did you get any other information related to the

2   call before you arrived on-scene?

3     A.    On the way, yes, I did.

4     Q.    And what was that?

5     A.    On the way to the call I had received a different

6   location of where it might have been, but still the

7   approximate location.   It sounded like there might have been

8   more than one collision, and then I was updated as this would

9   become a hit-and-run collision, and that one of the parties

10  had fled from the scene on foot.

11    Q.    And did you attempt at some point to find the

12  individual that fled?

13    A.    Yes, I did.

14    Q.    Did you have some information as to the direction

15  that individual went?

16    A.    Yes.

17    Q.    What was the information you had?

18    A.    Initially, I was updated by CHP dispatch that the

19  individual had ran on foot in a southerly direction from the

20  scene.  Actually, I'm not sure if it was ran or walked away,

21  but foot on foot, and that he was sitting in a field just

22  south of the collision location which was near two hotels I

23  believe was an Embassy Suites.

24    Q.    Did you eventually see the individual?

25    A.    Eventually, yes.

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                    Page 18

1      Q.   And how much time passed approximately from you

2   getting to the scene to finally laying eyes on the

3   individual?

4      A.   I would say less than ten minutes.

5      Q.   And when you first saw the individual were you in a

6   vehicle or on foot?

7      A.   I believe it was in a vehicle when I initially saw

8   him.

9      Q.   And what was he doing, if anything, when you first

10   saw him?

11      A.   He was walking or walking or standing in a railroad

12   track area, and I was just south of the location within a

13   parking lot.

14      Q.   Going back to the accident just for a moment, I

15   realize you were looking at it from some distance away, but

16   how would you characterize the property damage involved based

17   on your impression or observation?

18      A.   Tough to say because I wasn't able to see the

19   damage.  I believe it ended up being two separate collisions,

20   and I drove -- I was able to see what ended up being

21   determined the first collision.  That one seemed to be minor

22   to moderate collision damage.  The second one which I could

23   see from across the field, I wasn't able to determine how

24   much damage was done to the cars, or I don't -- actually, I

25   don't recall if I could see it or not from that distance, and

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                      Page 19

1  then there was a pickup truck that had driven through or

2  crashed into the bench which separates the freeway from that

3  field that the individual fled through.

4      Q.   Did you have an understanding as to which vehicle

5  the individual who fled was associated with?

6      A.   Yes.

7      Q.   What was your understanding?

8      A.   It was a pickup truck.  I don't remember what color

9  it was.  I believe it was broadcast and confirmed it was a

10  white pickup truck.  I don't remember the make and model.

11     Q.   When you initially saw the individual, did you try

12  to give him some commands?

13     A.   Yes.

14     Q.   What were the commands you gave him, to the best of

15  your recollection?

16     A.   To the best of my recollection, I believe he was

17  walking.  He was ordered to stop.  He picked up a metal

18  object which I believe was a pipe, and I instructed him to

19  drop the pipe.

20     Q.   And how far were you from him at that time?

21     A.   I would say approximately 30 to 40 yards.

22     Q.   Did he respond at all or look in your direction at

23  that point?

24     A.   He looked in my direction, but he didn't appear to

25  follow commands.

CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.
Andrew Ornelas on 05/19/2022                                  Page 20

```
 1      Q.   And was he generally walking away from you at that

 2   point?

 3      A.   Well, I would say so because he wasn't walking

 4   towards me, but he wasn't walking in a direction away.

 5           It was more parallel to my location.

 6      Q.   And do you recall which hand or he had the pipe

 7   in?

 8      A.   I -- I don't.

 9      Q.   Do you know how long this pipe was, approximately?

10      A.   Approximately, I think it was about 10 to 14

11   inches.

12      Q.   So you're giving him commands, and he's not

13   complying at that point; is that a fair statement?

14      A.   Correct.

15      Q.   And he's not walking towards you.

16           You would more describe him as walking away?

17      A.   Correct.

18      Q.   Now, at that point or in that time frame, did you

19   dispatch to let other officers know or the dispatch know that

20   you at least spotted him?

21      A.   I did.

22      Q.   So what happens next as he starts walking away from

23   you?

24      A.   At this point like you had mentioned, I had updated

25   dispatch of the location and where he was at.  I changed
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                    Page 21

1    locations from the -- I was at a parking lot just south of

2    his location.  I exited the parking lot and went to the major

3    street which was just west of the parking lot which would

4    have been Haven Avenue to that portion of the railroad track

5    because I knew that we could access the railroad tracks from

6    there.

7              And at this point the officer that was with me in

8    the parking lot remained within the parking lot.

9         Q.   And which officer was that?

10        A.   That was Officer Steen.

11        Q.   Can you spell the last name for the court

12   reporter?

13        A.   Sure.  It's S-t-e-e-n.

14        Q.   Thank you.  Do you have happen to know his first

15   name?

16        A.   It's Jason.

17        Q.   Did you have an impression as to the age of the

18   person that had this pipe?

19        A.   Just approximation.  40 to 45-years old.

20        Q.   Any estimate as who his height or weight?

21        A.   Weight, I really couldn't put a number on.

22             Height, maybe approximately 5-10.

23        Q.   Do you recall generally what he was wearing?

24        A.   He had pants and a T-shirt on.  I don't remember

25   which color they were.  I think they might have been brown

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                    Page 22

```
 1    pants and white T-shirt.
 2         Q.   Had you ever seen him before, to your knowledge?
 3         A.   Prior to this incident?
 4         Q.   Yes.
 5         A.   No, I have not.
 6         Q.   For example, did you know if he had a criminal
 7    history or not?
 8         A.   I had no knowledge of him.
 9         Q.   Did you know if he was under the influence of drugs
10    or alcohol or not?
11         A.   At that time from my location I could not make that
12    determination.
13         Q.   Did you have any information that he had injured
14    anyone specifically before you saw him?
15         A.   At this time I don't recall, but I don't believe any
16    injuries had been broadcast out yet.
17         Q.   Any information that he had verbally threatened to
18    harm anyone?
19         A.   I don't believe I had that information at this
20    time.
21         Q.   Okay.  Did you have any information that he was
22    attempting to fight physically with any of the other people
23    involved in the accident?
24         A.   Not that I was aware of, no.
25         Q.   So does he go out of your view for some period of
```

CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.
Andrew Ornelas on 05/19/2022                                Page 23

 1   time?

 2       A.   Yes.  When I exited the parking lot I had to drive

 3   away from his location.  So at that point I did not have a

 4   visual of him which is also why Officer Steen remained in the

 5   parking lot.

 6       Q.   And do you have an estimate as to how long he was

 7   out of your view?

 8       A.   Maybe 30 to 45 seconds.

 9       Q.   And during the time he was out of your view, can you

10   kind of take me as to what you did or where you went?

11       A.   Sure.  So I exited the parking lot initially in a

12   southerly direction, turned right onto the street there to go

13   back on Haven, made a right back onto Haven Park pretty much

14   underneath or close to underneath the railroad tracks in

15   order to either access the railroad tracks or the concern was

16   that he might also walk down the railroad track which at that

17   point we're dealing with multiple cars and possibly

18   pedestrian foot traffic in the area.

19       Q.   And then where was he when you saw him again?

20       A.   At this point I walked up the enbankment towards the

21   railroad track, and the next time I saw him he was to the

22   rear of my location still in the railroad track.  However, he

23   was seated directly above Haven more or less in the center

24   divide area, but in relation to Haven it would be the center

25   divide area, but still on the railroad track which was a

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                              Page 24

```
 1   bridge.
 2        Q.    Was he seated down at that point?
 3        A.    Yes, he was.
 4        Q.    And how far was he from you approximately at that
 5   point?
 6        A.    Approximately I think it was about 50 feet or so,
 7   maybe 40 to 50 feet, but I'm not certain.
 8        Q.    And did he still have the pipe, if you could tell?
 9        A.    When I initially spotted him, I did not see a
10   pipe.
11        Q.    Did you consider at that point maybe getting another
12   officer with you to assist you?
13        A.    Yes.  At this point we had officers responding.
14        Q.    Okay.  Have you heard the term before
15   "contact-officer, cover-officer?"
16        A.    Yes.
17        Q.    And have you had situations before, for example,
18   when one officer maybe was designated lethal, and another
19   officer designated less-lethal?
20        A.    Yes.
21        Q.    And what officers did you understand were
22   responding?
23        A.    Well, Officer Steen was currently in the parking
24   lot.  Officer Nichols was also responding, and then Officer
25   Chicella who was a K-9 officer was also responding.  At that
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                    Page 25

 1  time I didn't know if any other officers were responding.

 2      Q.   Okay.  Can you spell the K-9 officer's last name for

 3  the court reporter or try your best?

 4      A.   I can only try my best.  I believe it's

 5  C-i-c-h-e-l-l-a.

 6      Q.   Is that also an estimate?

 7      A.   Yes, it is.

 8      Q.   Okay.  Was there any tactical plans formed with the

 9  other officers as to how you were going to approach this

10  suspect?

11      A.   Not at this point.  I think the main concern was

12  going to be containment at this point.

13      Q.   And containment, I think I know what you mean, but

14  when you say containment, what do you generally have in

15  mind?

16      A.   So keeping a visual on -- on the subject,

17  containment within a certain location, to at that point form

18  a plan on how to make contact with the individual.

19      Q.   Do you know if any of the CHP units carry a bean bag

20  shotgun, shotguns, or shotgun rounds?

21          MS. DEAN:  Objection.  Vague.

22          Are you referring to any at all or any that were

23  responding to the scene?

24          MR. GALIPO:  I guess any and all first, and then

25  I'll ask him about any that were responding to the scene.

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                      Page 26

1          THE WITNESS:  So any at all bean bags, there are

2     less-lethal or bean bag shotguns assigned to areas.

3          However, there is not enough for every patrol

4     vehicle.  So, generally, it would be a sergeant that would

5     carry one out, but that's not always a given, and it also

6     depends on availability.

7     BY MR. GALIPO:

8          Q.  But do most of the officers to your knowledge at

9     least have access to Tasers?

10         A.  Yes.

11         Q.  And CHP officers did not have body cams at the

12    time?

13         A.  Not in -- the Rancho Cucamonga area did not have

14    body cams assigned to it at the time.

15         Q.  Okay.  Do they now, if you know?

16         A.  The Rancho Cucamonga area does not at this time.

17         I believe there might have been one or two test

18    offices body cam up north somewhere, but I'm not certain on

19    that.

20         Q.  Now, you mentioned when you saw him again after him

21    going out of your view for 30 to 45 seconds, he was seated?

22         A.  Correct.

23         Q.  And from your position were you looking at him

24    head-on or more to his side?

25         A.  I was looking at his side.  He was seated facing

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Andrew Ornelas on 05/19/2022**                                    Page 27

```
 1   away.  So I don't remember which direction he was facing.

 2            It was either at north or south direction, and I was

 3   facing west towards his direction.

 4       Q.   And what side of him were you looking at, if you

 5   recall?

 6       A.   I don't recall.  It was just -- I don't know if he

 7   was looking north or south.  Obviously, that would be his

 8   left or right side, but I don't recall which.

 9       Q.   But you recall you were faced generally west?

10       A.   Correct.

11       Q.   And you recall you were looking at one of the sides.

12            You just don't remember which one?

13       A.   Correct.

14       Q.   And at that point you could not see the pipe; is

15   that accurate?

16       A.   Correct.

17       Q.   And the distance you were from him at that point,

18   you think was about 50 feet?

19       A.   About 40 to 50 feet or so, yes.

20       Q.   Did you say anything to him from that position?

21       A.   No, I did not.

22       Q.   Did you ever hear him say anything to you?

23       A.   No.  He did not -- well, he didn't speak to me that

24   I could hear.

25       Q.   So what happened next?  We're up to the time that
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                    Page 28

1   you see him seated with his side to you about 50 feet away

2   and you're facing west.

3             What was the next thing that happened?

4        A.   I believe somebody, another officer asked if he was

5   still in the tracks or if he was seated down to which I

6   responded, yes, or acknowledged that he was.  And it was at

7   this point that he immediately stood up and started running

8   in my direction.

9        Q.   How much time do you think passed from you seeing

10  him seated in the position you described and then getting

11  up?

12       A.   It was very quick.  It was just about maybe one to

13  two seconds, not more than three seconds.

14       Q.   Would it be fair to say that you saw him in that

15  seated position just for a few seconds?

16       A.   If that, yes.

17       Q.   And then was there any other officers on his other

18  side?  I know you were on one side.

19            Were there any other officers that were approaching

20  or positioned on another side?

21       A.   No, there were not.

22       Q.   And was -- do you know whether the Officer Nichols

23  or the K-9 officer had arrived by that time?

24       A.   I know now that they had arrived at that time.

25            At that moment, I did not know that.

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                        Page 29

```
 1        Q.    Okay.  Based on your knowledge now, do you have an
 2   understanding as to where they were positioned when he
 3   started running in your direction?
 4        A.    Yes.  They were approximately at the location of my
 5   patrol vehicle which was still down on Haven Avenue.  So they
 6   were under more or less underneath or just to the side or
 7   south of the railroad track.
 8        Q.    And was Officer Steen as far as you know still in
 9   the parking lot?
10        A.    That's correct.
11        Q.    And as he was running in your direction, did you say
12   anything to him?
13        A.    Yes.  I gave him commands, and I don't remember the
14   exact wording, but I believe it was, "Stop."  And at this
15   point I also noticed that he had a metal object in his hand
16   which I think I thought was initially a knife, and it ended
17   up being the pipe again, and I instructed him to drop it.
18        Q.    And at some point you recognized it as a pipe that
19   he had previously, true?
20        A.    Yes.
21        Q.    And do you recall which hand he had the pipe in as
22   he was approaching you?
23        A.    I don't recall which hand.
24        Q.    And any other commands you recall giving him other
25   than what you told me so far?
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Andrew Ornelas on 05/19/2022**                                    Page 30

```
1      A.   To my knowledge, I believe it was just "Stop."

2           I think it was said multiple times as well as "Drop

3   it" multiple times.

4      Q.   And then when you fired the first shot, do you have

5   an estimate as to how far he was from you?

6      A.   I don't recall.  I believe it was fairly close.

7           It had to be maybe 15 feet or less, but I'm not

8   certain.

9      Q.   And you said you fired four shots, you believe, in

10  the first volley?

11     A.   That was my guess, yes.

12     Q.   That was your estimate?

13     A.   Correct.

14     Q.   And were you aiming center mass?

15     A.   I was.

16     Q.   Would that be generally his upper torso?

17     A.   Correct.

18     Q.   Were you in any type of a shooting stance?

19     A.   I suppose I would categorize it as a shooting

20  stance.  I was trying to maintain my footing given that I was

21  standing on loose rock.

22     Q.   And at the time you fired your second, third, and

23  fourth shot, was the distance about the same?

24     A.   More or less.  It was about the same, but at this

25  point it was probably a little closer given that he was still
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                    Page 31

```
 1   advancing.  But it was more or less the same, you know, given
 2   that he was advancing, but I -- I don't know what the
 3   difference was from the first shot to the fourth shot.
 4        Q.   Did you fire the first four shots in rapid
 5   succession?
 6        A.   Yes.
 7        Q.   And you mentioned you were on some loose gravel?
 8        A.   Yes.  It was loose rock, different sized rocks that
 9   they would typically put near a railroad track area.
10        Q.   The area you were at, do you know if it was
11   generally leveled, or it had an incline or decline to it?
12        A.   I don't recall.  I believe there was a slight
13   embankment to it that would lead up towards the railroad
14   track, but I don't know if it was leveled.
15        Q.   What was directly behind you, if you know?
16        A.   Behind me was just a continuation of the railroad
17   track as well as more of the rock and gravel with the, I
18   believe, slight embankment.
19        Q.   And after your first four shots, did he go to the
20   ground?
21        A.   Yes, he did.
22        Q.   What position did he go to the ground in?
23             In other words, did he fall on his back, on his
24   knees?  What do you recall?
25        A.   He fell in almost in prone position, meaning his
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Andrew Ornelas on 05/19/2022**                                    **Page 32**

```
 1   chest and abdomen area.  He fell like in a forward direction
 2   towards me.
 3       Q.   And at that point would his head have been closer to
 4   you than his feet?
 5       A.   Yes.
 6       Q.   And did you remain stationary at that point?
 7       A.   Yes.
 8       Q.   And what would you estimate the distance he was from
 9   you approximately when he went to the ground?
10       A.   I don't -- I don't recall.  It might have been ten
11   feet, but I'm not certain.
12       Q.   Did you have the impression whether any of your
13   shots had struck him?  The first four?
14       A.   At that moment I believe that they have, given that
15   he had went down.
16       Q.   And then did he get back up at some point?
17       A.   He appeared to immediately get back up and continue
18   in my direction.
19       Q.   And that's when you fired the other two shots?
20       A.   Yes.
21       Q.   And then did he go down again?
22       A.   Yes, he did.
23       Q.   And how did he go down the second time?
24       A.   I think it was the same type of position with his
25   head closer to me and on his chest and stomach area.
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                          Page 33

1     Q.   How far was he from you when he went down after the
2   last group of shots?
3     A.   I would say slightly closer.  So if it was, in fact,
4   ten feet from the first time, it might have been seven feet
5   the second time.
6     Q.   Did he ever verbally threaten to harm you at any
7   point?
8     A.   Not that I heard, no.
9     Q.   Did he ever appear to throw the pipe at you?
10     A.   No.
11     Q.   Did he ever swing the pipe at you?
12     A.   No.
13     Q.   Do you -- I might have asked you this -- I'm sorry
14   if I did.
15          But as he was approaching, do you remember what hand
16   he had the pipe in?
17     A.   I don't recall which hand it was.
18     Q.   Was the pipe generally in, you know, was he pumping
19   his arms as he was running?
20     A.   Yes, he was.
21     Q.   And was the pipe just in one of the hands that was
22   pumping?
23     A.   Yes.  So I believe both hands might have been
24   pumping, but I'm not certain, but I believe both were.
25     Q.   But he never raised the pope above his head or

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                    Page 34

```
1    anything like that, did he?

2         A.   You know, I believe when he first got up I believe

3    he raised the pipe above his head at that moment.

4         Q.   But that's when he was like 50 feet away from you?

5         A.   Yes.

6         Q.   But when he was running he was just running with

7    both hands pumping as far as you could recall?

8         A.   I think the initial run might have been with the

9    pipe above his head, but then as he built up speed, I believe

10   the pipe then came to his hands in a pumping-type motion.

11        Q.   Okay.  And after the first four shots when he went

12   down and then got back up, was the pipe -- where was the pipe

13   at that point, if you recall?

14        A.   I'm sorry.  Could you repeat that?

15        Q.   Sure.  So he was moving towards you as you

16   described.  You fired four shots approximately.  He went to

17   the ground.  And then he got back up; is that correct?

18        A.   Yes.

19        Q.   I'm just wondering if you know where the pipe was

20   when he got back up.

21        A.   The pipe was still in his hands, but, again, I don't

22   recall which hand it was in.

23        Q.   And do you recall where it was specifically, whether

24   it was hip level, the chest level, or where it was?

25        A.   When he got up the second time?
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                    Page 35

```
 1      Q.   Yes.

 2      A.   No, I don't.

 3      Q.   And then after you fired the last two shots, he

 4  was -- his head would have been closer to you, and his feet

 5  would have been further away?

 6      A.   Yes.

 7      Q.   And you're estimating he was approximately if it was

 8  ten feet when you fired, he would have been maybe seven feet,

 9  approximately?

10      A.   Yes.

11      Q.   And you had remained stationary in essence

12  throughout the shots?

13      A.   Correct.

14      Q.   What did you do immediately after the shots?

15      A.   Immediately after the shots I had performed a

16  tactical reload, meaning I didn't know at that moment how

17  many shots I had fired.  So I didn't know if I was empty or

18  not.  So I took out my current magazine of rounds and put in

19  another magazine, and radio traffic was broadcast out.

20           I don't believe it was -- I mean I believe it was by

21  Officer Nichols, possibly Officer Steen as well, and they had

22  broadcast that shots had been fired and requested medical

23  personnel.

24      Q.   I know you have a background as an EMT.

25           Did you approach the individual at some point?
```

1     A.    Yes.  I believe it was after Officer Steen and

2   Officer Chicella had come up to my location.  We approached

3   to initially apply handcuff and then followed up with medical

4   aid.

5     Q.    So when you approached, was he essentially in a

6   prone or chest-down position?

7     A.    I don't recall at this point.

8     Q.    The handcuffs were applied behind his back?

9     A.    No.  They were applied to his front.

10         When the handcuffs were applied at this point, he

11  was on his back.  I don't know if he had rolled to his back

12  or if an officer had rolled him to his back and handcuffs

13  were applied to the front.

14    Q.    And did you know where the pipe was after the second

15  group of shots when you approached?

16    A.    Initially, I thought it was that he was laying on

17  top of it, but it ended up being somewhere near his

18  location.

19    Q.    Do you recall where, approximately?

20    A.    Slightly in front of him.  In his relation I believe

21  it would have been just slightly to the left of him -- well,

22  I'm not certain.

23    Q.    Okay.  And when you -- were you involved in

24  handcuffing him?

25    A.    No.  I believe that was Officer Chicella who

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                    Page 39

```
 1   Taser?
 2       A.   No.  Not at this moment, no.
 3       Q.   At any time from the time he got up, did you
 4   consider taking out your Taser or not?
 5       A.   No, I did not.
 6       Q.   Did you ever consider trying to step out of his path
 7   as he was moving in your direction?
 8       A.   No.  Because I didn't have the room to step out of
 9   his path.  It was somewhat confined area I was located in.
10       Q.   How much room was there do you think to your left or
11   your right to move laterally if you wanted to?
12       A.   Less than -- I don't know.  Less than 12 to 15
13   feet.
14       Q.   Did you give him any verbal warning that you were
15   going to shoot him?
16       A.   No, I did not.
17       Q.   Now, how many rounds does your magazine hold to that
18   weapon?
19       A.   It has 15 rounds.
20       Q.   And do you normally put one in the chamber for a
21   total of 16?
22       A.   Yes.  Normally, I do.
23       Q.   Do you know if I round count was done on your weapon
24   after the shooting?
25       A.   I believe it was.
```

1  never threw it at you or swung it at you; is that correct?

2      A.   That's correct.

3      Q.   And with regarding the face, do you remember if

4  there was one of apparent wound or more than one wound to his

5  face?

6      A.   In regards to the face, I believe there were two.

7      Q.   Do you recall where approximately they were?

8      A.   As I mentioned, I wasn't sure as to which side of

9  the face.  I don't recall now which side of the face it was,

10  but one to the jaw area and one to the orbital area.

11      Q.   Was his eyes still open during the time he was

12  handcuffed and immediately thereafter?

13      A.   The one eye, the one eye he had remaining was still

14  open.

15      Q.   And I think you said the pipe was about -- what was

16  your estimate as to its length?

17      A.   I don't recall.  It's just an estimate on -- given

18  that I didn't measure it, but approximately ten or fourteen

19  inches.

20      Q.   Okay.  We're just going to try to show a few

21  exhibits on the screen so that we can all see them together,

22  and I might just have a few questions for you about the

23  exhibits.  And my first question's probably going to be if

24  you can see it.

25           MR. GALIPO:  So let's mark Exhibit 1.

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Andrew Ornelas on 05/19/2022**                              Page 42

1          And Ranhee's going to help me put a few exhibits up.

2          (Exhibit 1 was marked for identification.)

3    BY MR. GALIPO:

4       Q.   Okay.  Do you recognize the gentleman in that

5    photograph?

6       A.   I do.

7       Q.   And who is that?

8       A.   That's me.

9       Q.   Okay.  It looks like you're wearing sunglasses in

10   that photograph; is that correct?

11      A.   That's correct.

12      Q.   Do you recall if you were wearing sunglasses at the

13   time of the shooting?

14      A.   I was wearing sunglasses at the time.

15      Q.   And was that photograph taken the same day as the

16   shooting sometime after the shooting?

17      A.   Yes, it was.

18      Q.   And that would be your uniform that you had on at

19   the time of the shooting?

20      A.   That's correct.

21      Q.   Are you right-handed?

22      A.   I'm right-handed.

23      Q.   So your duty weapon would be on your right side of

24   your duty belt?

25      A.   That's correct.

1          MR. GALIPO:  Can we go to Exhibit 3, please.

2          (Exhibit 3 was marked for identification.)

3          MR. GALIPO:  Okay.  Can we scroll up a little bit?

4          Yeah.  That's helpful.  Okay.

5    BY MR. GALIPO:

6      Q.   So this is Exhibit 3.  And I think you mentioned

7    earlier that Item 7 looked like it related to a portion of

8    the pipe?

9      A.   That's correct.

10     Q.   And in looking at this Exhibit 3, Item 7, can you

11   see the larger portion of the pipe in this picture?

12     A.   Yes, I can.

13     Q.   And that's the pipe you believe he had in his

14   hand?

15     A.   That's correct.

16     Q.   Okay.  And do you recognize anything else in this

17   photograph?

18     A.   Just the medical equipment on the upper portion of

19   the picture.

20     Q.   Okay.

21          MR. GALIPO:  Thank you.  Let's look at Exhibit 4,

22   please.

23          (Exhibit 4 was marked for identification.)

24          MR. GALIPO:  Are we ready for the videos, Ranhee?

25          Oh, there's Exhibit 4.

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Andrew Ornelas on 05/19/2022**                    Page 45

```
 1   BY MR. GALIPO:

 2        Q.   Does that look to be the pipe?

 3        A.   Yes, it does.

 4        Q.   And I think you said ten to fourteen inches.

 5             Does it look to be there to be about eleven which

 6   would be within that range?

 7        A.   Yes, I would say so.

 8        Q.   All right.

 9             MR. GALIPO:  I can't remember.  I think -- am I up

10   to 5?

11             COURT REPORTER:  Yes.  This will be 5.

12             (Exhibit 5 was marked for identification.)

13   BY MR. GALIPO:

14        Q.   This shows the injuries to his face you talked about

15   earlier?

16        A.   Correct.

17        Q.   Okay.

18             MR. GALIPO:  That's fine.  Thank you, Ranhee.

19             Exhibit 6, can we play a portion of the video for

20   the officer?

21   BY MR. GALIPO:

22        Q.   I think we have two videos from the two dash cams we

23   talked about.  So we'll try to play it one at a time, and you

24   let me know which one is which.

25             MS. LEE:  I'm sorry.  I'm having some technical
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022

Page 49

```
 1   referenced earlier?

 2       A.   Yes, those were the two.

 3       Q.   And were you permitted to view those dash cams

 4   before you gave your initial statement?

 5       A.   I only reviewed the -- in that case the second one

 6   which was mine.  I did not review Officer Chicella's, but I

 7   believe that was his.  I'm not certain, but I did not -- I

 8   only reviewed one that was mine.

 9       Q.   Okay.  Immediately before you fired your first group

10   of shots, do you know exactly where the pipe was?

11       A.   Well, like I mentioned before it was in his hands.

12            I just don't know which hand.

13       Q.   And you believe he was still running in a pumping

14   motion when you fired?

15       A.   Yes.

16       Q.   Similar to we see the pumping motion on the dash cam

17   video or videos that we saw?

18       A.   Yes.

19       Q.   And then when you fired your last group the shots,

20   do you know exactly where the pipe was at that point?

21       A.   It was in his hand, but, again, I don't recall which

22   hand it was in.

23       Q.   But he wasn't running during the second group of

24   shots, was he?

25       A.   He was getting up and like a lunging or starting to
```

1   run forward again in my direction.

2       Q.   Okay.  Did you ever hear him saying anything before

3   or after the shots?

4       A.   No.  I don't believe he said anything.

5            If he did, I don't think I heard it.

6       Q.   Okay.  Did you ever consider that he might have been

7   injured to some extent in the accident?

8       A.   I don't recall thinking that, no.

9       Q.   I'm just wondering if you ever thought like when he

10  was walking away from you initially when you were giving him

11  commands, whether he might have been confused or in some

12  altered mental state from the accident.

13           I'm just wondering if that thought ever crossed your

14  mind.

15      A.   It didn't cross my mind because it didn't appear

16  so.

17      Q.   So, again, there may be a little bit of a pause

18  because I'm looking at the remainder of your statement.

19           Okay?

20      A.   Sure.

21      Q.   Was he still trying to move around after you shot

22  him and he was on the ground after both groups of shots?

23      A.   Yes, he was.

24      Q.   And I think you told me this earlier, but you

25  thought initially he might have fell on top of the pipe?

CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.
Andrew Ornelas on 05/19/2022                                    Page 51

```
 1      A.   That was my initial thought, yes.

 2      Q.   But then you saw the pipe off to the side or

 3  somewhere else?

 4      A.   Correct.

 5      Q.   Is the position you saw the pipe in the same

 6  position as we saw in the exhibit or exhibits we looked at?

 7      A.   I can't recall the positioning.

 8      Q.   Did you ever see anyone touch or move the pipe after

 9  the shooting?

10      A.   Not during the limited time that I was up there.

11      Q.   How long were you up there after the shooting,

12  approximately?

13      A.   I don't know.  I couldn't put a number on it, but I

14  believe I came down after fire personnel had arrived.  So it

15  wasn't more than a few minutes, I think.

16      Q.   So the estimates you gave of your shots in your

17  initial interview, you thought total might have been seven or

18  eight, you were just approximating?

19      A.   Like I said, the whole -- in regards to shots, it

20  was an approximation.  At the time I had said I wasn't sure,

21  and nobody had confirmed with me how many shots were, in

22  fact, fired, and even after watching the footage, I didn't

23  slow it down to count it individually.  So I wasn't able to

24  give an exact amount.

25      Q.   And then when you were asked to break it down, you
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                    Page 52

```
 1    just gave estimates.  The first group, four, four, five
 2    shots.  The second group, two or three shots.  Those were
 3    your estimates at the time of the statement?
 4         A.   Correct.
 5         Q.   But based on your observations initially of him when
 6    he was walking away from you and not following your commands,
 7    and then your observation as he got closer to you before you
 8    fired your shot, you were aware the object he was holding was
 9    a pipe; correct?
10         A.   Initially when I first saw him, I believed that was
11    a pipe or it was some sort of a metal object.  I wasn't sure
12    if it was a pipe or a metal object.  When I saw him before
13    firing, initially when I saw the object I think I thought it
14    was a knife because I can see the jagged edges on it.
15         Q.   But then eventually, I think, in your statement you
16    said you realized it was a pipe?
17         A.   Correct.
18         Q.   Before you fired your shot?
19         A.   Correct.
20         Q.   Just one moment, please.
21              Okay.  Do recall in your initial interview being
22    asked to estimate the distances he was when you fired your
23    shots?
24         A.   Yes, I was asked that.
25         Q.   And do you recall saying your estimate -- that the
```

1   first time you shot you estimated he was less than 25 yards

2   in your initial interview?

3        A.   I don't remember the number I said.  I just -- I do

4   recall there was a mix-up between yards and feet when I was

5   giving my statement.

6        Q.   You think that you were -- you said yards, but you

7   meant feet?

8        A.   I don't recall at this point which I meant, but I

9   don't believe 25 yards would be accurate given that that

10  would be 75 feet, and I think that would exceed this

11  distance.

12       Q.   And then I think you recall saying for the second

13  group you used the word "20" as a measurement?

14       A.   I don't recall which number I said.

15       Q.   Okay.  I'm just reading for a portion of your

16  statement where you thought it was less than 20 yards for the

17  second shot.

18            Do you recall at least saying that in your

19  statement, or you don't recall?

20       A.   I don't recall saying that.

21       Q.   You do know the --

22       A.   I'm not saying I didn't say it.  I just don't recall

23  on what I had said on top of my head.

24       Q.   That's fine.  But given that you're a CHP officer

25  and a football player at least in high school, you do know

CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.
Andrew Ornelas on 05/19/2022                                    Page 54

1   the difference between yards and feet; is that fair?

2       A.   Yes, that's fair.

3       Q.   In any of the dash cam video that you saw, could you

4   see yourself at the time of the shooting?

5       A.   I don't believe so.

6       Q.   Did you think Officer Steen was behind you at the

7   time of the shooting?

8       A.   I think -- I don't recall if I thought he was behind

9   me at the time of the shooting, but I do recall thinking he

10  was behind me just after the shooting.  I'm not certain at

11  what point I thought he was behind me.

12      Q.   What was your backdrop or background when you were

13  firing?

14      A.   Behind myself or the subject?

15      Q.   No.  Behind the subject.

16      A.   It was more railroad track with the rock and the

17  slight embankment.

18      Q.   I think you indicated you gave a public safety

19  statement at the scene?

20      A.   That's correct.

21      Q.   Just basically saying you fired it, you know,

22  approximate number of shots in a particular direction?

23      A.   That's correct.

24      Q.   Do you recall in your initial statement saying that

25  after he fell the second time, he was approximately 15 feet

```
 1   from you?

 2       A.   I don't recall which distance I had gave.

 3       Q.   When you reviewed your statement recently, did you

 4   see the estimates that you gave?

 5       A.   I did, but I don't recall the number.

 6       Q.   Okay.  Now, your training with respect to the use of

 7   deadly force, were you trained that deadly force can be used

 8   if there is an immediate or imminent threat of death or

 9   serious bodily injury to yourself or others?

10       A.   I was.

11       Q.   Were you trained that if there is not an immediate

12   or imminent threat of death or serious bodily injury to

13   yourself or others, you should not use deadly force?

14       A.   I was.

15       Q.   Were you trained that you should give a verbal

16   warning before using deadly force when feasible?

17       A.   I was.

18       Q.   Were you trained that in terms of using deadly force

19   you're responsible to justify every shot?

20       A.   I was.

21       Q.   When you went to the academy did you have to study

22   POST Learning Domains?

23       A.   Yes.

24       Q.   Do you recall the context of deadly force being it

25   should only be used as a last resort in a life-threatening
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Andrew Ornelas on 05/19/2022                                    Page 56

1    situation?

2        A.   Yes.

3        Q.   Do you recall the discussion about reverence for

4    human life in the context of using deadly force?

5        A.   Yes.

6        Q.   Okay.

7             MR. GALIPO:  Donna, do you have any questions for

8    this gentleman today?

9             MS. DEAN:  Yes.  I do have a few follow-ups.

10            MR. GALIPO:  Okay.  You might have to get just a

11   little bit closer or keep your voice up so that Jinna can

12   hear you.

13            MS. DEAN:  Okay.

14                          EXAMINATION

15   BY MS. DEAN:

16       Q.   First, when you were asked about estimates you using

17   yards in your statement to the Ontario Police Department, if

18   you stated that he was 20 yards when you fired the second

19   time, was that an error?

20       A.   Yeah.  I believe that's an error in my units of

21   measurements.

22       Q.   So you believe that you probably meant feet instead

23   of yards?

24       A.   I think I was a little confused when I think of --

25   again, it's a mix-up on the wording when I was trying to

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Andrew Ornelas on 05/19/2022**                                    Page 57

```
 1   refer to feet.

 2        Q.   And did you do that after your interview?

 3        A.   Yes, I did.

 4        Q.   And you watched a couple of videos of the incident.

 5             Can you describe where your location was in

 6   connection with that video?

 7        A.   In relation to the video and the screen, I would

 8   have been to the right side of the screen obviously off of

 9   frame, but I think I was just slightly out of frame.

10        Q.   And then when after you fired your first shot at the

11   subject and he got back up, what was your first thought when

12   he got back up?

13        A.   When -- because of the manner in which he got up, I

14   at that point I thought I had missed.

15        Q.   At the time after the second shots were fired, did

16   you render medical aid to the subject?

17        A.   I did.

18        Q.   What did you do?

19        A.   A applied a Halo chest seal to the wounds on his

20   torso and a tourniquet to the wounded arm and assisted

21   another officer with applying a slight pressure bandage to

22   his facial area.

23        Q.   Was any other medical aid rendered by other any

24   officers before fire got there that you did not already

25   describe?
```

 1               DECLARATION UNDER PENALTY OF PERJURY

 2

 3   Case Name:  Candido Sesma, et al. vs. State of California, et

 4   al.

 5   Date of Deposition:  May 19, 2022

 6   Job No.:  397702

 7

 8          I, _____ Andrew Ornelas _____, hereby certify

 9   under penalty of perjury under the laws of the State of

10   California that the foregoing is true and correct.

11          Executed this __7__ day of _____July_____,

12   20_22_, at _____Baldwin Park_____, California.

13

14

15

16

17

18          _____ *Andrew Ornelas* _____
                    ANDREW ORNELAS
19

20

21

22

23

24

25

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Andrew Ornelas on 05/19/2022**                                                     **Page 62**

```
1    DEPOSITION ERRATA SHEET

2    Case Name:  Candido Sesma, et al. vs. State of California, et

3    al.

4    Witness:  Andrew Ornelas

5    Date of Deposition:  May 19, 2022

6    Job No.:  397702

7    Reason Codes:   1. To clarify the record.

8                    2. To conform to the facts.

9                    3. To correct transcription errors.

10

11   Page  19   Line   2   Reason   3

12   From          Bench          To      Fence

13   Page  33   Line   25   Reason   3

14   From         Pope           To       Pipe

15   Page ____  Line ____  Reason ____

16   From _____  To _____

17   Page ____  Line ____  Reason ____

18   From _____  To _____

19   Page ____  Line ____  Reason ____

20   From _____  To _____

21   Page ____  Line ____  Reason ____

22   From _____  To _____

23   Page ____  Line ____  Reason ____

24   From _____  To _____

25   Page ____  Line ____  Reason ____
```

```
 1                        CERTIFICATE

 2                            OF

 3             CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

 4

 5             I, JINNA GRACE KIM, CSR No. 14151, a Certified

 6   Stenographic Shorthand Reporter of the State of California,

 7   do hereby certify:

 8             That the foregoing proceedings were taken before me

 9   at the time and place herein set forth;

10             That any witnesses in the foregoing proceedings,

11   prior to testifying, were placed under oath;

12             That a verbatim record of the proceedings was made

13   by me, using machine shorthand, which was thereafter

14   transcribed under my direction;

15             Further, that the foregoing is an accurate

16   transcription thereof.

17             I further certify that I am neither financially

18   interested in the action, nor a relative or employee of any

19   attorney of any of the parties.

20

21             IN WITNESS WHEREOF, I have subscribed my name, this

22   date:  May 19, 2022.

23
                          _____
24                         Jinna Grace Kim, CSR No. 14151

25
```





EXHIBIT 4

Ornelas 5/19/22

Huseby.com

EXHIBIT "2"

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   CANDIDO SESMA and CECILIA SESMA,      )
     individually and as successors in    )
 5   interest to CHARLES SESMA, deceased,  )
                                           )
 6                  Plaintiffs,            )
                                           )
 7                  vs.                    )Case No.
                                           )5:21-CV-1694-JWH(KKx)
 8   STATE OF CALIFORNIA, ANDREW ORNELAS,  )
     and DOES 2-20, inclusive,             )
 9                                         )
                    Defendants.            )
10   _____)

11

12

13

14         REMOTE VIDEOCONFERENCE DEPOSITION OF

15                   JASON NICHOLS

16                FRIDAY, MAY 20, 2022

17

18

19

20

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:  397701
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                     **Page 6**

| | | |
|---|---|---|
| 1 | Q. | Did you look at a transcription of the interview? |
| 2 | A. | Yes. |
| 3 | Q. | Did you watch any dash cam videos footage? |
| 4 | A. | No. |
| 5 | Q. | Do you recall the general dates of the incident? |
| 6 | A. | August 6, 2020. |
| 7 | Q. | And do you recall the general information you had |
| 8 | | related to the call before responding? |
| 9 | A. | Yes. |
| 10 | Q. | What was that? |
| 11 | A. | The call was broadcast as a hit-and-run with a |
| 12 | | party -- |
| 13 | Q. | Did you receive any information related to the call |
| 14 | | while you were en-route? |
| 15 | A. | Multiple 911 callers, I believe, victims that were |
| 16 | | involved reported a party running in a field from the freeway |
| 17 | | towards a hotel. |
| 18 | Q. | Okay.  Anything else at that point? |
| 19 | A. | Multiple vehicles had been struck and multiple |
| 20 | | victims -- excuse me, victims on the side of the freeway. |
| 21 | | That was the gist of it. |
| 22 | Q. | Okay.  Did you have any information that the person |
| 23 | | who left the scene had a weapon at that time? |
| 24 | A. | No. |
| 25 | Q. | Any information that he specifically injured |

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                    Page 7

```
 1    anyone?

 2        A.    No.

 3        Q.    Any information that he had verbally threatened to

 4    harm anyone?

 5        A.    No.

 6        Q.    Did you ever see the vehicle involved in the

 7    accident before the shooting took place?

 8        A.    I saw -- so the event took place on eastbound

 9    Interstate 10.  I responded from the westbound side.  I

10    believe I recall seeing a white pickup truck in the field

11    which matched the description of what was broadcast.

12            That's all I remember.

13        Q.    And at some point did you exit your vehicle?

14        A.    Yes.

15        Q.    Where did you position your vehicle before

16    exiting?

17        A.    I believe it was the No. 2 lane of northbound Haven

18    Avenue, just south of or in between Airport Road and Guasti,

19    just south of a railroad overcross.

20        Q.    Okay.  Do you know how to spell that last street

21    name for our court reporter?

22        A.    Guasti.  I can give it phonetically when she's

23    ready.

24        Q.    Yes.  We're ready.

25        A.    Let me write it down and make sure I have it
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
**Jason Nichols on 05/20/2022**                                    **Page 8**

```
 1   correct.
 2       Q.    Okay.  Sure.
 3       A.    Okay.  It's G-u-a-s-t-i, Avenue.
 4       Q.    Thank you.  Did you make any observations related to
 5   other officers or the suspect before you got out of your
 6   vehicle?
 7       A.    Not while I was sitting inside, no.
 8       Q.    How about after you got out of your vehicle, did you
 9   make any observations related either to the suspect or other
10   officers?
11       A.    Yes.  I had a visual of the suspect.
12       Q.    Where was he when you first saw him?
13       A.    He was approximately mid-stance on the railway,
14   railway trestle, the crossings, over Haven Avenue.
15       Q.    And where were you when you first saw him?
16       A.    I was at the west, front side of my patrol vehicle.
17             So like the left front bumper area.
18       Q.    And what would you estimate the distance to be
19   between you and him when you first saw him?
20       A.    I don't recall.  I'm sorry.
21       Q.    That's okay.  What, if anything, was he doing when
22   you first saw him?
23       A.    If I remember correctly, I believe he had been
24   sitting down facing a northerly direction which is the
25   direction I was facing.
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                     Page 9

```
 1      Q.    Okay.  And could you tell what he was sitting down
 2   on?
 3      A.    I could only surmise it was a piece of the bridge
 4   abutment, but not a sidewalk, but something -- that's my
 5   guess, is maybe a bridge abutment on the other side -- on the
 6   other side of the retaining wall.
 7      Q.    Did you say anything to him after seeing him?
 8      A.    No.  I don't believe I did.
 9      Q.    Did you ever hear him say anything?
10      A.    I did not, no.
11      Q.    Did you hear any of your fellow officers say
12   anything to him?
13      A.    Yes.
14      Q.    And what did you hear in that regard?
15      A.    Something to the he effect of "Stop, drop it, don't
16   do it," something along those lines.
17      Q.    Now, you indicated you initially saw him in a seated
18   position; is that correct?
19      A.    Correct.
20      Q.    And you were near your patrol car at that point?
21      A.    Yes.  I was standing adjacent to the left, front
22   center area.
23      Q.    At some point did you see him get up from a seated
24   position?
25      A.    Yes.
```

CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.
Jason Nichols on 05/20/2022                              Page 10

```
 1      Q.    And where were you in relation to your patrol car at
 2   that point?
 3      A.    Still in the same area, maybe around the front
 4   bumper area at that time which is only a matter of a foot or
 5   two.
 6      Q.    Okay.  And when he got up did you see him moving in
 7   any particular direction?
 8      A.    Yes.
 9      Q.    Which direction was he moving in?
10      A.    If I recall correct from memory, he hopped up
11   quickly, and I think -- I thought I saw him go in a
12   easterly -- sorry, in a westerly direction which would have
13   been to my left walking away from where the officers were
14   related eastbound.
15           Does that make sense?  I'm sorry to confuse that.
16      Q.    That's okay.  So initially you saw him sit up and
17   walk in a westerly direction?
18      A.    Correct.
19      Q.    And you said something at the end.
20           That was away from where the officers were?
21      A.    Correct.  Walking in the opposite direction.
22      Q.    Which officers are you referring to?
23      A.    Officer Ornelas, Andrew Ornelas.
24      Q.    Could you see Officer Ornelas at that point?
25      A.    No.
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                    Page 11

1      Q.   And what did you do after you saw him walking in a

2   westerly direction?

3      A.   I followed him visually at which time if I remember

4   correctly, he turned around facing eastbound and started

5   walking eastbound towards where Officer Ornelas was.

6      Q.   Okay.  Now, could you see Officer Ornelas when he

7   was walking eastbound?

8      A.   No.  My position never changed at that time.

9      Q.   At some point did you change your position?

10     A.   Yes.

11     Q.   And when did you change your position?

12          What was happening that made you change your

13   position?

14     A.   The subject was shot and went down.

15     Q.   So did you remain essentially in the same position

16   from the time you first saw him to the time of the shots?

17     A.   Yes.  Just to give you a little bit of context, all

18   of what we're covering which I'm sure you know happened

19   within a matter of seconds.  So we're not talking about an

20   elongated amount of time.  It was literally a matter of

21   seconds from me processing what I saw to attempting to take

22   protective measures to the shooting itself.

23          So does that -- does that help you understand a

24   little bit more from my perspective?  It was -- it was --

25   everything was bam, bam, bam, just like that, so --

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                    Page 12

```
 1        Q.   Okay.  Let me make sure I have this correct.

 2             When you first saw him you were outside your vehicle

 3   as you described?

 4        A.   I had just gotten out, correct.

 5        Q.   And he was in a seated position at that point?

 6        A.   Correct.

 7        Q.   And then you saw him stand up and start walking in a

 8   westbound direction?

 9        A.   From what I recall, yes.

10        Q.   And then you saw him turn around and start to move

11   in an eastbound direction?

12        A.   Correct.

13        Q.   And then you were in the same general spot?

14        A.   Yes.  Still positioned on the left front side of my

15   patrol vehicle.

16        Q.   Okay.  And then you saw him continuing to move

17   westbound?

18        A.   Eastbound.

19        Q.   Oh, eastbound.  I'm sorry.

20        A.   Yeah, eastbound.

21        Q.   Okay.  And then did he remain in your vision, or at

22   some point did he go out of your vision?

23        A.   He remained in my vision for a couple seconds.

24        Q.   And at some point you heard shots?

25        A.   Correct.
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                        Page 13

```
 1        Q.    Could you see him at the time you heard the initial
 2   shots?
 3        A.    Yes.
 4        Q.    Could you see Officer Ornelas when you heard the
 5   initial shots?
 6        A.    No.
 7        Q.    At some point did the decedent appear to be pumping
 8   his arms?
 9        A.    Pumping as in --
10        Q.    Like running motion?
11        A.    Like in a running motion, like how if we were
12   running, we would move our arms for momentum?
13        Q.    Yes.
14        A.    Yes.  I recall him running at a very fast pace.
15        Q.    Okay.  Could you see anything in either one of his
16   hands at the time while he was running?
17        A.    Yes.
18        Q.    Do you know which hand you saw an object in?
19        A.    The right hand.
20        Q.    Could you tell what the object was at that point?
21        A.    From my vantage point, it appeared to be a long
22   rusty dagger type device.  Whatever it was it was jagged, and
23   from where I was and my perception, it looked like a
24   dagger.
25        Q.    Did you learn at some point it was a pipe?
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                    Page 14

```
 1        A.   Yes, sir, I did.
 2        Q.   When did you learn it was a pipe?
 3        A.   Once I got up to the railroad track area where the
 4   shooting occurred, and it was pointed out to me to protect
 5   the area or to see my area that's where the assailant --
 6   that's where the weapon was dropped after the assailant went
 7   down.
 8        Q.   Who told you that?
 9        A.   I think I would have to guess.  It was probably
10   Andy.  I think it was Officer Ornelas.
11        Q.   So what did you do after you heard the shots?
12        A.   I broadcast 1199 which is code for officer needs
13   emergency assistance, shots fired.  And then I proceeded to
14   travel east, easterly direction up the sidewalk and against
15   the railroad track there is a little hill that you have to
16   scale through.  So I ran up there up to the top to the train
17   tracks.
18        Q.   How many shots would you estimate you heard?
19        A.   I heard what I perceived to be two separate volleys.
20             I would -- I would estimate the first round
21   somewhere around four or five.  Then not even seconds later a
22   second round of shots were fired and somewhere around three
23   to five.
24        Q.   And how much of a pause do you think there was
25   between the first volley of shots and the second volley?
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                    Page 15

```
 1      A.   Just a short matter of seconds.
 2      Q.   I just don't know how many you have in mind, whether
 3   it's five or three or two or any range you want to give me.
 4      A.   I don't.  It's only conjecture.  That's why I
 5   can't -- I can't give you an accurate number.  I just know it
 6   was successive.  There was a pause after the first volley and
 7   then another volley went -- another volley was fired in a
 8   matter of seconds.
 9      Q.   So you were --
10      A.   Between one and five if you want a number, somewhere
11   in there.  That would be my guesstimate.
12      Q.   And your estimate is that four or five rounds is the
13   first volley.  Three to five rounds is the second volley?
14      A.   Yes.
15      Q.   With some pause in between, but you're just not sure
16   how long the pause was, but somewhere between one and five
17   seconds?
18      A.   Correct.  It couldn't have been anymore than five
19   seconds.
20      Q.   Okay.  Did you see the individual go down after the
21   first group of shots?
22      A.   Yes.
23      Q.   Were you able to see if the individual ever got
24   up?
25      A.   It appeared to me he popped up quickly after the
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                    Page 16

```
 1    first round or first volley of shots were fired.
 2         Q.    Did you see that?
 3         A.    Him go down?
 4         Q.    No.  Him getting back up?
 5         A.    Yes.  If I recall correctly, it was a quick pop-up,
 6    then a second round of shots were fired.
 7         Q.    Did you see him go down again?
 8         A.    Yes.
 9         Q.    During any of this could you see Officer Ornelas?
10         A.    No.
11         Q.    Did you eventually get up to the area where Officer
12    Ornelas was?
13         A.    Yes, sir.
14         Q.    And were there other officers with you or in your
15    proximity at the time?
16         A.    As I was starting to ascend the hill, Officer
17    Chicella had gone on-scene.  He was one of our K-9 officers.
18              I believe he was a couple steps ahead of me and we
19    both scaled the hill together up to Andrew's location.
20         Q.    Was there an Officer Steen there, also?
21         A.    Yes, sir.
22         Q.    Do you recall where he was when you were ascending
23    the hill?
24         A.    He was already up there with Andrew.
25         Q.    I have a spelling in what I'm looking at of Officer
```

CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.
Jason Nichols on 05/20/2022                                    Page 17

1   Chicella.  Is it C-h-i-c-e-l-l-a?

2       A.   Your guess is as good as mine.

3       Q.   **All right.**

4       A.   It's pronounced Chicella.  That sounds fairly --

5   fairly right.  He was not -- he wasn't assigned to my

6   command.  He -- it was his whole thing for the K-9 Unit,

7   although, I didn't work with him directly on the -- on the

8   beat.  So I didn't interact with him very often, but I knew

9   of him.

10      Q.   **Were you involved in handcuffing the individual?**

11      A.   I don't think so.  I remember when we got up there,

12  and I don't recall who requested the help or requested that

13  we handcuff him, but someone said let's get him handcuffed,

14  search him, and then start medical aid.

15           I want to say it was Officer Chicella that did

16  handcuff him, but that part's kind of blurry.

17      Q.   **And was he still moving to some extent?**

18      A.   Yes.

19      Q.   **And he was still alive at that time; correct?**

20      A.   Yes, sir.

21      Q.   **What position was he on the ground when you saw him,**

22  **meaning on his back?  His chest?  His side?  Or in some other**

23  **position?**

24      A.   I believe he was laying on his back.

25      Q.   **Do you know which way his head was and which way his**

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                    Page 18

```
 1   feet were directionally?

 2       A.   I'm going to -- only because of where I was when I

 3   providing aid, I want to say his -- while laying on his back,

 4   his head was facing a northeasterly direction which would

 5   have been towards the area where Officer Ornelas was, and his

 6   feet in a southwesterly direction.

 7       Q.   Was Officer Ornelas to the northeast of the

 8   individual when you saw Officer Ornelas?

 9       A.   I think he was -- he was due east where -- yeah, I

10   don't know.  I don't know if Andy had changed positions after

11   the fire.  He was still drawing down on him if I remember

12   correctly.  You know what drawing down means, drawing down?

13       Q.   Yes, I do.

14       A.   He was still drawing down on him until we were able

15   to get up there to secure the subject.  I just remember Andy

16   being due east of him from that location where we found the

17   suspect.

18       Q.   And then at some point did you call for medical?

19       A.   Yes, sir, I did.

20       Q.   And do you recall placing a heavy dressing over his

21   orbital area?

22       A.   Yes, sir.

23       Q.   And then placing a tourniquet?

24       A.   Yes.  I assisted Officer Ornelas with the tourniquet

25   placement.
```

CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.
Jason Nichols on 05/20/2022                                      Page 19

1      Q.   At some point the medics arrived?

2      A.   Yes, sir.

3      Q.   Do you recall if he was taken away in the

4   ambulance?

5      A.   I recall seeing him being placed on the stretcher

6   and taken down the hill.  After that I have no recollection

7   of events.

8      Q.   Do you recall seeing anything on the ground around

9   where this individual was laying on his back when you got up

10  there?

11     A.   I recall the pipe which was brought to my attention

12  and then all just -- all of the plastic wrappers that were

13  discarded from the medical treatment and gloves and

14  whatnot.

15     Q.   Do you recall how far the pipe was from him

16  approximately when you got up there?

17     A.   I do not, no.

18     Q.   Was your initial impression that Officer Steen was

19  up there with Officer Ornelas when the shooting had

20  occurred?

21     A.   Yes.  I wasn't certain of his position or where he

22  was.

23     Q.   And when you heard those additional shots, did you

24  consider at that time that maybe a second officer had been

25  firing?

1            DECLARATION UNDER PENALTY OF PERJURY

2

3    Case Name:  Candido Sesma, et al. vs. State of California, et

4    al.

5    Date of Deposition:  May 20, 2022

6    Job No.:  397701

7

8            I, _JASON NICHOLS_____, hereby certify

9    under penalty of perjury under the laws of the State of

10   California that the foregoing is true and correct.

11           Executed this _01__ day of _JULY_____,

12   20_22_, at _SACRAMENTO_ , California.

13

14

15

16

17

18   _____

19                JASON NICHOLS

20

21

22

23

24

25

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                      Page 25

```
 1   DEPOSITION ERRATA SHEET

 2   Case Name:  Candido Sesma, et al. vs. State of California, et

 3   al.

 4   Witness:  Jason Nichols

 5   Date of Deposition:  May 20, 2022

 6   Job No.:  397701

 7   Reason Codes:  1. To clarify the record.

 8                  2. To conform to the facts.

 9                  3. To correct transcription errors.

10

11   Page  20   Line  17   Reason  3

12   From   CHICELLA       To   VELA

13   Page _____ Line _____ Reason _____

14   From _____ To _____

15   Page _____ Line _____ Reason _____

16   From _____ To _____

17   Page _____ Line _____ Reason _____

18   From _____ To _____

19   Page _____ Line _____ Reason _____

20   From _____ To _____

21   Page _____ Line _____ Reason _____

22   From _____ To _____

23   Page _____ Line _____ Reason _____

24   From _____ To _____

25   Page _____ Line _____ Reason _____
```

**CANDIDO SESMA, ET AL. vs STATE OF CALIFORNIA, ET AL.**
Jason Nichols on 05/20/2022                                    Page 24

```
 1                        CERTIFICATE

 2                           OF

 3          CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

 4

 5          I, JINNA GRACE KIM, CSR No. 14151, a Certified

 6   Stenographic Shorthand Reporter of the State of California,

 7   do hereby certify:

 8          That the foregoing proceedings were taken before me

 9   at the time and place herein set forth;

10          That any witnesses in the foregoing proceedings,

11   prior to testifying, were placed under oath;

12          That a verbatim record of the proceedings was made

13   by me, using machine shorthand, which was thereafter

14   transcribed under my direction;

15          Further, that the foregoing is an accurate

16   transcription thereof.

17          I further certify that I am neither financially

18   interested in the action, nor a relative or employee of any

19   attorney of any of the parties.

20

21          IN WITNESS WHEREOF, I have subscribed my name, this

22   date:  May 20, 2022.

23

24   _____
             Jinna Grace Kim, CSR No. 14151

25
```

EXHIBIT "3"

"CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **200806IN00784**
Case Numbers:
Incident Date: **8/6/2020 16:04:17**
Report Generated: **8/7/2020 22:32:50**

**Incident Information**

| | | | |
|---|---|---|---|
| Incident Type: | 1 CHP Unit Incident | Alarm Level: | |
| Priority: | 2 | Problem: | SHOTS Fired Incident |
| Determinant: | | Agency: | CHP |
| Base Response#: | 08062020-0021164 | Jurisdiction: | IN |
| Confirmation#: | | Division: | 123-Rancho Cucamonga |
| Taken By: | Jaclyn A Mendenhall | Battalion: | 123-Rancho Cucamonga |
| Response Area: | 123-103 | Response Plan: | |
| Disposition: | F-File | Command Ch: | |
| Cancel Reason: | RD-Radio Desk | Primary TAC: | |
| Incident Status: | Closed | Secondary TAC: | |
| Certification: | | Delay Reason (if any): | |
| Longitude: | 117583714 | Latitude: | 34067451 |

**Incident Location**

| | | | |
|---|---|---|---|
| Location Name: | RR TRACKS HAVEN JSO GUASTI | County: | San Bernardino |
| Address: | I10 E Wo / Haven Ave | Location Type: | Common Place |
| Apartment: | | Cross Street: | No Cross Street/No Cross Street |
| Building: | | Map Reference: | |
| City, State, Zip: | Ontario CA 91761 | | |

**Supplemental Information - Person**
**PERSON 1**

| | | | |
|---|---|---|---|
| Name: | DOMINIQA - Involved Party | Phone: | |
| Comments: | GLD HOND ACC | | |

**PERSON 2**

| | | | |
|---|---|---|---|
| Name: | ALBERT - Witness | Phone: | |

**PERSON 3**

| | | | |
|---|---|---|---|
| Name: | RAMERIZ VIRGINIA | Address: | |
| Phone: | | | |

**PERSON 4**

| | | | |
|---|---|---|---|
| Name: | PASLEY LESLIE - Witness | Address: | |
| Phone: | | | |

**PERSON 5**

| | |
|---|---|
| Phone: | |

**PERSON 6**

| | | | |
|---|---|---|---|
| Name: | CASTANEDA DOMINICA | Gender: | Female |
| OLS: | CA | DOB: | |

CUSTODIAN OF RECORDS

Page 2 of 26

**PERSON 7**
OLN:                                                                OLS:                                    CA

**PERSON 8**
OLN:                                                                OLS:                                    CA

**Supplemental Information - Vehicle**
**VEHICLE 1**
License:                          32466s1 - CA - Passenger Car          Plate Year:                      2020

**VEHICLE 2**
License:                          32466F1 - CA - Passenger Car          Plate Year:                      2020

**VEHICLE 3**
License:                          01402T1 - CA

**VEHICLE 4**
License:                          5MMY216 - CA

**Call Receipt**
**Caller Name:**                   FABIOLA AGUSTINE
**Method Received:**               BLOCK                                 **Call Back Phone:**
**Caller Type:**                   Involved Party                       **Caller Location:**

| Time Stamps Description | Date | Time | User | Elapsed Times Description | Time |
|---|---|---|---|---|---|
| Phone Pickup | 8/6/2020 | 16:04:15 | | | |
| 1st Key Stroke | 8/6/2020 | 16:04:15 | | Received to In Queue | 00:00:59 |
| In Waiting Queue | 8/6/2020 | 16:05:16 | | Call Taking | |
| Call Taking Complete | 8/6/2020 | 16:05:16 | Jaclyn A Mendenhall | In Queue to 1st Assign | 00:01:46 |
| 1st Unit Assigned | 8/6/2020 | 16:07:02 | | Call Received to 1st Assign | 00:02:47 |
| 1st Unit Enroute | 8/6/2020 | 16:07:37 | | Assigned to 1st Enroute | 00:00:35.6 |
| 1st Unit Arrived | 8/6/2020 | 17:46:16 | | Enroute to 1st Arrived | 01:38:39 |
| Closed | 8/7/2020 | 18:50:56 | Steven C Tillmann | Incident Duration | |

**Resources Assigned**

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | 16:07:02 | | 16:08:50 | | | | | 03:13:36 | | | |
| | N | 16:07:37 | | 16:07:37 | | | | | 08:04:16 | | | |
| | N | 16:09:00 | RU-Reassign Unit or Incident | 16:09:00 | | | | | 08:04:42 | | | RU-Reassign Unit |
| | N | 16:21:13 | | | | | | | 21:11:39 | | | |
| | N | 16:22:05 | | | | | | | 03:27:01 | | | |
| | N | 16:24:42 | | | | | | | 06:16:43 | | | |
| | N | 16:30:08 | | | | | | | 03:13:45 | | | |
| | N | 16:31:15 | | | | | | | 08:03:49 | | | |
| | N | 16:47:37 | | 21:22:47 | | 21:36:03 | | | 21:59:32 | | | |
| | N | 16:49:31 | | | | | | | 20:38:02 | | | |

INLAND COMMUNICATIONS CENTER                                                              8/7/2020

CHP-000452

CUSTODIAN OF RECORDS

| | | | | | | |
|---|---|---|---|---|---|---|
| N | 16:49:41 | | | | 21:29:59 | |
| N | 17:05:34 | | | | 02:10:37 | |
| N | 17:09:56 | | | | 06:22:53 | |
| N | 17:22:12 | | 17:22:12 | 18:15:44 | 01:13:49 | |
| N | 17:25:57 | | 17:26:35 | 17:46:16 | 19:05:18 | |
| N | 17:30:52 | | 17:30:52 | 18:14:48 | 21:59:19 | |
| N | 17:39:48 | | | | 20:56:58 | |
| N | 17:40:10 | | | | 20:38:05 | |
| N | 18:22:41 | | | | 08:03:58 | |
| N | 18:24:33 | | | 18:24:48 | 19:15:37 | |
| N | 18:27:26 | | | | 01:25:07 | |
| N | 18:36:01 | | | | 01:13:47 | |
| N | 19:23:43 | | 19:23:43 | 19:23:43 | 20:48:44 | |
| N | 19:32:47 | | 19:32:47 | 19:32:47 | 03:27:06 | |
| N | 21:15:33 | | 21:15:33 | 21:30:13 | 04:36:31 | |
| N | 21:36:32 | | 21:36:32 | 22:09:00 | 22:44:18 | |
| N | 00:28:53 | | 00:28:53 | 00:28:53 | 06:04:02 | |
| N | 00:56:26 | | 00:56:26 | | 01:23:06 | |
| N | 01:15:32 | | 01:15:32 | | 06:17:04 | |
| N | 08:04:42 | RU-Reassign Unit or Incident | | | 08:04:45 | RU-Reassign Unit |
| N | 08:04:46 | RU-Reassign Unit or Incident | | 08:04:46 | 16:53:56 | RU-Reassign Unit |
| N | 15:25:41 | RU-Reassign Unit or Incident | | | 16:10:28 | RU-Reassign Unit |
| Y | 16:54:10 | F-File | | 16:54:17 | 18:50:56 | RD-Radio Desk |

**Personnel Assigned**

| Unit | Name |
|---|---|
| | Andrew M Ornelas (020046) - Officer |
| | Jason A Nichols (018212) - Officer |
| | Jason S Steen (017597) - Officer |
| | Kyle A Croxford (017506) - Officer |
| | Anthony J Cichella IN-K1 (014350) - Officer |
| | Joseph W Corney III 123-S4 (013232) - Sergeant |
| | Jesse L Ruiz 123-S7 (017408) - Officer |
| | Carlos A Martinez (016801) - Officer |
| | Nicholas Mercado (021941) |
| | Jesse A Hernandez (015461) - Officer |
| | William Kwon (015826) - Officer |
| | Ronald M Burch (015085) - Sergeant |
| | David F Williams (014938) - Officer |
| | Blake R Voegele (021206) - Officer |
| | Bryan W Hatch (015208) - Officer |
| | Thomas W Harrington (016051) - Officer |
| | Ramon A Duran IN-30 (020453) - Officer |
| | Jesus H Garcia (019183) - Officer |
| | Elias E Granado (020151) - Officer |
| | Curtis E Dane (014777) - Officer |
| | Napoleon Salais IN-S7 (019044) - Sergeant |
| | Daniel J Murphy (018000) - Officer; Rigoberto Olmos (016215) - Officer |

INLAND COMMUNICATIONS CENTER

8/7/2020

CUSTODIAN OF RECORDS



Sergio C Vasquez (019732) - Officer
Sean M Irick (020690)
Sergio C Vasquez (019732) - Officer
Ronald M Burch (015085) - Sergeant
Nicholas Mercado (021941)

**Pre-Scheduled Information**
**No Pre-Scheduled Information**

**Transports**
**No Transports Information**

**Transport Legs**
**No Transports Information**

**Comments**

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 8/6/2020 | 16:04:47 | SYS | Response | | [1] A wireless rebid occurred. A possible phase 2 update is available. |
| 8/6/2020 | 16:05:15 | A15119 | Response | | [2] RP IN SIL SCION XB VS WHI TK |
| 8/6/2020 | 16:05:19 | SYS | Response | | [3] A wireless rebid occurred. A possible phase 2 update is available. |
| 8/6/2020 | 16:05:22 | A10420 | Response | Y | [24] [Appended, 16:08:25] [12] [Appended, 16:07:12] [1] [Query] , Vehicle Inquiry: CA,20,32466F1,PC,4,T |
| 8/6/2020 | 16:05:24 | SYS | Response | | [25] [Appended, 16:08:25] [1] A wireless rebid occurred. A possible phase 2 update is available. |
| 8/6/2020 | 16:05:26 | A14879 | Response | | [4] Duplicate call appended to incident at 16:05:26 |
| 8/6/2020 | 16:05:32 | A14249 | Response | | [26] [Appended, 16:08:25] [2] SV WHI CHEV SILV |
| 8/6/2020 | 16:05:35 | SYS | Response | | [27] [Appended, 16:08:25] [13] [Appended, 16:07:12] [2] A wireless rebid occurred. A possible phase 2 update is available. |
| 8/6/2020 | 16:05:37 | A15119 | Response | | [5] BLKG SLOW LN |
| 8/6/2020 | 16:05:40 | A15119 | Response | | [6] Multi-Agency FSP Incident #: 200806INFSP00359 |
| 8/6/2020 | 16:05:40 | A14249 | Response | | [28] [Appended, 16:08:25] [3] RP ADV VEH TC'D INTO 2 VEHS |
| 8/6/2020 | 16:05:45 | SYS | Response | | [7] A wireless rebid occurred. A possible phase 2 update is available. [Shared] |
| 8/6/2020 | 16:05:48 | SYS | Response | | [8] A wireless rebid occurred. A possible phase 2 update is available. [Shared] |
| 8/6/2020 | 16:05:50 | SYS | Response | | [29] [Appended, 16:08:25] [18] [Appended, 16:07:13] [1] A wireless rebid occurred. A possible phase 2 update is available. |
| 8/6/2020 | 16:05:54 | A15119 | Response | | [9] RP NOW ON RHS [Shared] |
| 8/6/2020 | 16:05:54 | SYS | Response | | [30] [Appended, 16:08:25] [4] A wireless rebid occurred. A possible phase 2 update is available. |
| 8/6/2020 | 16:06:02 | A14879 | Response | | [10] INV IN GLD HOND ACC / WHI TOYT PRIUS VICT AS WELL [Shared] |
| 8/6/2020 | 16:06:05 | SYS | Response | | [31] [Appended, 16:08:25] [14] [Appended, 16:07:12] [3] A wireless rebid occurred. A possible phase 2 update is available. |
| 8/6/2020 | 16:06:06 | A14879 | Response | | [11] [Notification] [CHP]-Problem changed from 1183-Trfc Collision-Unkn Inj to 20002-Hit and Run No Injuries by CHP [Shared] |
| 8/6/2020 | 16:06:15 | SYS | Response | | [12] A wireless rebid occurred. A possible phase 2 update is available. [Shared] |
| 8/6/2020 | 16:06:18 | A14879 | Response | | [13] SAGD [Shared] |
| 8/6/2020 | 16:06:19 | SYS | Response | | [32] [Appended, 16:08:25] [19] [Appended, 16:07:13] [2] A wireless rebid occurred. A possible phase 2 update is available. |
| 8/6/2020 | 16:06:19 | A14249 | Response | | [33] [Appended, 16:08:25] [5] RP ADV VEH IS NOW PULLED OVER |
| 8/6/2020 | 16:06:24 | SYS | Response | | [34] [Appended, 16:08:25] [6] A wireless rebid occurred. A possible phase 2 update is available. |
| 8/6/2020 | 16:06:27 | A14249 | Response | | [35] [Appended, 16:08:25] [7] VICS ARE PRIUS AND HOND |
| 8/6/2020 | 16:06:41 | A14615 | Response | | [14] SV - WHI CHEV PK PULLED TO RS NEAR THE DEALERSHIP PER DUP CALLER [Shared] |
| 8/6/2020 | 16:06:46 | SYS | Response | | [15] A wireless rebid occurred. A possible phase 2 update is available. [Shared] |
| 8/6/2020 | 16:06:52 | A14879 | Response | | [16] SV WHI CHEV SLV 32466S1 [Shared] |
| 8/6/2020 | 16:06:53 | A10420 | Response | | [36] [Appended, 16:08:25] [15] [Appended, 16:07:12] [4] CHEV PKTK WHI WEAVING * POSS HAS HIT SEVERAL VEHS |
| 8/6/2020 | 16:06:55 | A15119 | Response | | [17] R³ SAG'D [Shared] |

INLAND COMMUNICATIONS CENTER

CHP-000454

| 8/6/2020 | 16:06:58 | A14879 | Response | Y | [18] [Query] , Vehicle Inquiry: CA,20,32466S1,PC,4,T [Shared] |
| 8/6/2020 | 16:07:00 | A14249 | Response | | [37] [Appended, 16:08:25] [8] RP ADV SUSP IS WALKING IN THE MIDDLE OF FIELD |
| 8/6/2020 | 16:07:06 | A10420 | Response | | [38] [Appended, 16:08:25] [16] [Appended, 16:07:12] [5] RP CAN NOT ADVS WHAT KIND OF VEHS HE HIT |
| 8/6/2020 | 16:07:07 | A14615 | Response | | [19] PER DUP CALLER SV TC'D INTO 3 VEHS [Shared] |
| 8/6/2020 | 16:07:07 | A14249 | Response | | [39] [Appended, 16:08:25] [9] RUNNING TOWARDS THE MERZ |
| 8/6/2020 | 16:07:11 | A16992 | Response | | [40] [Appended, 16:08:25] [10] Duplicate call appended to incident at 16:07:11 |
| 8/6/2020 | 16:07:12 | A10420 | Response | | [41] [Appended, 16:08:25] [17] Duplicate call appended to incident at 16:07:12 |
| 8/6/2020 | 16:07:12 | A14249 | Response | | [42] [Appended, 16:08:25] [11] * DEALERSHIP |
| 8/6/2020 | 16:07:13 | A14615 | Response | | [43] [Appended, 16:08:25] [20] Duplicate call appended to incident at 16:07:13 |
| 8/6/2020 | 16:07:26 | SYS | Response | | [44] [Appended, 16:08:25] [21] A wireless rebid occurred. A possible phase 2 update is available. |
| 8/6/2020 | 16:07:27 | A16295 | Response | | [20] 620-113 CPYS F/ EB 10 JEO MTN [Shared] |
| 8/6/2020 | 16:07:29 | A10420 | Response | | [45] [Appended, 16:08:25] [22] SEVERAL VEHS CHASING AFTER SUSP VEH |
| 8/6/2020 | 16:07:31 | A14249 | Response | | [46] [Appended, 16:08:25] [23] RP ADV SUSP TRIED TO HURT HIMSELF BY BREAKING HIS NECK |
| 8/6/2020 | 16:07:37 | A14879 | Response | | [21] Backed up ▮ with ▮ [Shared] |
| 8/6/2020 | 16:07:47 | A16295 | Response | | [22] [Notification] [FSP]-Problem changed from 1183-Trfc Collision-Unkn Inj to 20002-Hit and Run No Injuries by FSP [Shared] |
| 8/6/2020 | 16:07:48 | A14879 | Response | | [23] SV DRVR HMA-BRO PANTS BRO SHIRT RUNNING TOWARDS EMBASSY.SUITES [Shared] |
| 8/6/2020 | 16:07:56 | A14249 | Response | | [47] [Appended, 16:08:25] [24] SUSP WEARING WHI T SHIRT AND GRY ADIDAS PANTS - LS RUNNING TOWARDS MERZ DEALERSHIP |
| 8/6/2020 | 16:07:57 | SYS | Response | | [48] [Appended, 16:08:25] [25] A wireless rebid occurred. A possible phase 2 update is available. |
| 8/6/2020 | 16:08:02 | A16992 | Response | | [49] [Appended, 16:08:25] [26] SV WHI CHEV SLV LS GOING THRU FENCE ON RHS DRIVING THRU EMPTY FIELD NEAR CAR DALERSHIP |
| 8/6/2020 | 16:08:06 | A10420 | Response | | [50] [Appended, 16:08:25] [27] SUSP VEH PLT RETURNS TO A 2012 CHEV OUT OF CARPINTERIA |
| 8/6/2020 | 16:08:26 | A14879 | Response | | [51] Dispatcher Appended [200806IN00793] to this incident |
| 8/6/2020 | 16:08:26 | A14879 | Response | | [52] LINK: [200806IN00795] to [200806IN00784] because [200806IN00793] appends to [200806IN00784] |
| 8/6/2020 | 16:08:26 | A14879 | Response | | [53] LINK: [200806IN00796] to [200806IN00784] because [200806IN00793] appends to [200806IN00784] |
| 8/6/2020 | 16:08:26 | A14879 | Response | | [54] LINK: [200806IN00794] to [200806IN00784] because [200806IN00793] appends to [200806IN00784] |
| 8/6/2020 | 16:08:26 | A14879 | Response | | [55] LINK: [200806IN00793] to [200806IN00784] because [200806IN00793] appends to [200806IN00784] |
| 8/6/2020 | 16:08:26 | A14249 | Response | | [56] SUSP IS SITTING DOWN BY A TREE IN A P/LOT FOR HOTEL NEXT TO DEALERSHIP [Shared] |
| 8/6/2020 | 16:08:35 | A14879 | Response | | [57] ALL VICT VEHS ARE ON RS [Shared] |
| 8/6/2020 | 16:08:48 | A16992 | Response | | [58] BRO HOND // WHI SUV // 3RD UNK VEH INVLD [Shared] |
| 8/6/2020 | 16:08:48 | A14300 | Response | | [59] LINK MONITORING [Shared] |
| 8/6/2020 | 16:09:00 | A14879 | Response | | [60] Backed up ▮ with ▮ Shared] |
| 8/6/2020 | 16:09:47 | A14879 | Response | | [61] SV DRVR WAS SOLO OCCUPANT [Shared] |
| 8/6/2020 | 16:09:47 | A16295 | Response | | [62] BC FSP UPDATES // ▮ CPYS [Shared] |
| 8/6/2020 | 16:09:48 | A14249 | Response | | [63] 1039 OPD [Shared] |
| 8/6/2020 | 16:10:23 | A14879 | Response | | [64] 32466S1 29 CLR 17 CHEV PK OO MURRIETA [Shared] |
| 8/6/2020 | 16:10:37 | A14879 | Response | | [65] VICT STILL HAS VIS OF SUSP / STILL SITTING BY HOTEL [Shared] |
| 8/6/2020 | 16:11:43 | CT_STADLER | Response | Y | [66] CAMERA ON DISPLAY [Shared] |
| 8/6/2020 | 16:12:07 | A14879 | Response | | [67] VICT ADV SV CRASHED THROUGH THE FWY FENCE / THEN TOOK FB TO THE EMBASSY SUITES [Shared] |
| 8/6/2020 | 16:13:58 | A14879 | Response | | [68] VICT DOESN'T SEE THE SUSP ANYMORE [Shared] |
| 8/6/2020 | 16:14:32 | A14879 | Response | | [69] ▮ EXITING HAVEN / 101 EXITING HAVEN FROM WB AS WELL [Shared] |
| 8/6/2020 | 16:15:17 | A14879 | Response | | [70] ▮ IN PLOT W/VIS OF TC / JWO HAVEN [Shared] |
| 8/6/2020 | 16:15:21 | A11327 | Response | | [71] PSDSI WAGNER COPIES ALL [Shared] |
| 8/6/2020 | 16:15:28 | A14879 | Response | | [72] ▮ UTL SO FAR PER CH 2 [Shared] |

CHP-000455

CUSTODIAN OF RECORDS                                                                                                                  Page 5 of 26

| 8/6/2020 | 16:16:33 | A14879 | Response | [73] 101 97 IN AREA / EMBASSY SUITES PLOT [Shared] |
|---|---|---|---|---|
| 8/6/2020 | 16:16:47 | A14879 | Response | [74] Secondary Location for ▮ EMBASSY SUITES PLOT HAVEN/GUASTI. [Shared] |
| 8/6/2020 | 16:16:52 | A14879 | Response | [75] Secondary Location for ▮ EMBASSY SUITES PLOT HAVEN/GUASTI. [Shared] |
| 8/6/2020 | 16:18:16 | A14879 | Response | [76] Secondary Location for ▮ EMBASSY SUITES PLOT HAVEN/GUASTI. [Shared] |
| 8/6/2020 | 16:19:43 | A17785 | Response | [77] [Notification] [FSP]- ▮ WILL BE 97---VEH PART ON THE FOG LINE [Shared] |
| 8/6/2020 | 16:19:50 | A14879 | Response | [78] PER CH2 COSTCO PLOT / SUSP HOPPING FENCE TO RR TRACKS [Shared] |
| 8/6/2020 | 16:20:42 | A14879 | Response | [79] 101: SUSP GOING UNDER TRAINS JSO COSCTO / GOING TOWARDS / DIRTY WHI SHIRT 600 MED MUSC BUILT / REQ OPD TO FLYAWAY PARK RIDE [Shared] |
| 8/6/2020 | 16:20:55 | A14879 | Response | [80] ▮ MIN OUT [Shared] |
| 8/6/2020 | 16:20:59 | A14879 | Response | [81] 101 NEG CLR [Shared] |
| 8/6/2020 | 16:21:13 | A14879 | Response | [82] Secondary Location for ▮ : EMBASSY SUITES PLOT HAVEN/GUASTI, [Shared] |
| 8/6/2020 | 16:21:13 | A14879 | Response | [83] Backed up ▮ with ▮ [Shared] |
| 8/6/2020 | 16:21:49 | A14879 | Response | [84] UNK UNIT REQ CLR [Shared] |
| 8/6/2020 | 16:21:50 | A14879 | Response | [85] EIP ON [Shared] |
| 8/6/2020 | 16:21:51 | A14300 | Response | [86] 1039 OPD [Shared] |
| 8/6/2020 | 16:22:05 | A14879 | Response | [87] Secondary Location for ▮ EMBASSY SUITES PLOT HAVEN/GUASTI, [Shared] |
| 8/6/2020 | 16:22:05 | A14879 | Response | [88] Backed up ▮ with ▮ Shared] |
| 8/6/2020 | 16:22:43 | A14879 | Response | [89] ▮ PTY IS WALKING ON TRACKS WB TOWARDS HAVEN / CARRYING METAL OBJECT NOW [Shared] |
| 8/6/2020 | 16:23:13 | A14879 | Response | [90] ▮ SUSP SITTING ON BRIDGE / ABOVE HAVEN / ACC WEST SIDE OF HAVEN [Shared] |
| 8/6/2020 | 16:23:50 | A14879 | Response | [91] ▮ : 97 / JWO HAVEN BY BRIDGE [Shared] |
| 8/6/2020 | 16:23:56 | A14879 | Response | [92] SHOTS FIRED [Shared] |
| 8/6/2020 | 16:24:05 | A14879 | Response | [93] GUASTI / HAVEN [Shared] |
| 8/6/2020 | 16:24:07 | A14879 | Response | [94] 1 SUSP DOWN [Shared] |
| 8/6/2020 | 16:24:12 | A14879 | Response | [95] START FIRE [Shared] |
| 8/6/2020 | 16:24:23 | A14879 | Response | [96] ▮ [Shared] |
| 8/6/2020 | 16:24:30 | A14879 | Response | [97] ▮ Shared] |
| 8/6/2020 | 16:24:33 | A14879 | Response | [98] ▮ [Shared] |
| 8/6/2020 | 16:24:37 | A14879 | Response | [99] ▮ ENRT [Shared] |
| 8/6/2020 | 16:24:42 | A14879 | Response | [100] Secondary Location for ▮ EMBASSY SUITES PLOT HAVEN/GUASTI, [Shared] |
| 8/6/2020 | 16:24:42 | A14879 | Response | [101] Backed up ▮ with ▮ [Shared] |
| 8/6/2020 | 16:24:58 | A14300 | Response | [102] :039 ONTPD - COPY ALL // ENRT [Shared] |
| 8/6/2020 | 16:25:04 | A14879 | Response | [103] Secondary Location for ▮ GUASTI/HAVEN. [Shared] |
| 8/6/2020 | 16:25:14 | A14300 | Response | [104] LINE 102 - VIA LAW IC [Shared] |
| 8/6/2020 | 16:25:24 | A16687 | Response | [105] [Notification] [CHP]-1039 ONTFD WILL STAGE [Shared] |
| 8/6/2020 | 16:25:56 | A14879 | Response | [106] ▮ CLEAR FOR 1141 TO ROLL IN [Shared] |
| 8/6/2020 | 16:26:13 | A14879 | Response | [107] REQ OPD SHUT DOWN NB HAVEN AT TRACKS [Shared] |
| 8/6/2020 | 16:26:33 | A17785 | Response | [108] ▮ WAS ABLE TO RELOCATE VEH TO RS WILL BE 106 FOR A FEW [Shared] |
| 8/6/2020 | 16:26:49 | A14300 | Response | [109] ONTFD COPIES LINE 106 [Shared] |
| 8/6/2020 | 16:26:56 | A14879 | Response | [110] Secondary Location for ▮ GUASTI/HAVEN. [Shared] |
| 8/6/2020 | 16:27:09 | A14879 | Response | [111] ▮ NOTIFY RR / TRAIN STOPPED / HOLD ALL TRAIN TRAFFIC [Shared] |
| 8/6/2020 | 16:27:23 | A14879 | Response | [112] Secondary Location for ▮ GUASTI/HAVEN. [Shared] |
| 8/6/2020 | 16:27:30 | A14879 | Response | [113] Secondary Location for ▮ GUASTI/HAVEN. [Shared] |
| 8/6/2020 | 16:27:44 | A14879 | Response | [114] Secondary Location for ▮ GUASTI/HAVEN. [Shared] |
| 8/6/2020 | 16:27:55 | A11324 | Response | [115] PSDS1 & PSDSII COPY [Shared] |
| 8/6/2020 | 16:28:27 | A14879 | Response | [116] ▮ :097 [Shared] |
| 8/6/2020 | 16:28:39 | A17785 | Response | [117] ▮ REQ 1185 FB FOR GRY SCION XA [Shared] |
| 8/6/2020 | 16:28:46 | A17785 | Response | [118] FSP ROLLING 1185 [Shared] |
| 8/6/2020 | 16:29:20 | A16992 | Response | [119] [Notification] [CHP]-SBSO LL INQ IF THEY NEED TO ROLL CODE 3 [Shared] |
| 8/6/2020 | 16:29:21 | A14879 | Response | [120] ▮ REQ HELICOPTER TO TRANSPORT PTY TO HOSP [Shared] |
| 8/6/2020 | 16:29:28 | A14300 | Response | [121] :039 UPPR [Shared] |
| 8/6/2020 | 16:29:30 | A17785 | Response | [122] [Rotation Request Comment] 1039 DIETZ TOW W/FB 909-986-2703 [Shared] |
| 8/6/2020 | 16:29:56 | A14879 | Response | [123] ▮ / SUFFICIENT UNITS 97 / REDUCE CODE [Shared] |
| 8/6/2020 | 16:30:05 | A16992 | Response | [124] SBSO CPYS [Shared] |

CHP-000456

CUSTODIAN OF RECORDS

| 8/6/2020 | 18:30:08 | A14879 | Response | | [125] Secondary Location for ▇▇ GAUSTI/HAVEN, [Shared] |
|---|---|---|---|---|---|
| 8/6/2020 | 18:30:08 | A14879 | Response | | [126] Backed up ▇ with ▇ Shared] |
| 8/6/2020 | 18:30:23 | A14879 | Response | | [127] 1039 ONT FD [Shared] |
| 8/6/2020 | 16:31:11 | A14879 | Response | | [128] ▇ REQ 700 RESPOND / 700 CPD [Shared] |
| 8/6/2020 | 16:31:15 | A14879 | Response | | [129] Secondary Location for ▇▇ GAUSTI/HAVEN, [Shared] |
| 8/6/2020 | 16:31:15 | A14879 | Response | | [130] Backed up ▇ with ▇ [Shared] |
| 8/6/2020 | 16:32:01 | A14879 | Response | | [131] LINE 127 / ONT FD CPD LINE 120 [Shared] |
| 8/6/2020 | 16:34:00 | A14879 | Response | | [132] ▇ OFCR IS FINE / SUSP IS SUFFERING FROM MULTIPLE GUNSHOT WOUNDS / MEDICS WORKING ON HIM NOW [Shared] |
| 8/6/2020 | 16:34:02 | A11327 | Response | | [133] PSDSI OFFICE COPIES ALL [Shared] |
| 8/6/2020 | 16:35:46 | A14879 | Response | | [134] ▇ SUFF UNITS ON SCENE / NO OTHER UNITS NEEDED [Shared] |
| 8/6/2020 | 16:36:54 | A15119 | Response | | [135] [Notification] [CHP]-ONT FD WILL BE TRANS TO POMONA VALLEY BY 1141 NEG AIRSHIP [Shared] |
| 8/6/2020 | 16:37:25 | A13816 | Response | Y | [136] JPRR POLICE HAS TRAINS STOPPED ,, REPORT # 216KLV - ,, KRISTEN ▇▇ ,, REQ CONTACT WHEN TRAINS CAN RESUME [Shared] |
| 8/6/2020 | 16:37:40 | A14300 | Response | | [137] LINK COPIES LN 136 [Shared] |
| 8/6/2020 | 16:37:46 | A10420 | Response | | [138] [Notification] [CHP]- ▇ UPPR LL REQ TO KNOW IF THIS IS ON RAIL ROAD PROPERTY [Shared] |
| 8/6/2020 | 16:38:27 | A14879 | Response | | [139] ▇ AFFIRM LINE 138 [Shared] |
| 8/6/2020 | 16:39:36 | A10420 | Response | | [140] UPPR COPIES INFO [Shared] |
| 8/6/2020 | 16:40:56 | A14879 | Response | | [141] ▇ CPD VIA LL [Shared] |
| 8/6/2020 | 16:41:02 | A13413 | Response | Y | [142] [Notification] [CHP]-▇ OFCR IRELAND FROM UPRR -- REQ 1021 DIRECTLY FOR ANYTHING INCLUDING WHEN TO LET TRAINS RESUME - HE IS IN THE POMONA AREA CLOSE BY [Shared] |
| 8/6/2020 | 16:41:29 | A14300 | Response | | [143] LINK COPIES LN 142 [Shared] |
| 8/6/2020 | 16:46:08 | A14300 | Response | | [144] Incident linked to [CHP] [200806IN00845] |
| 8/6/2020 | 16:46:13 | A14300 | Response | | [145] Incident [200806IN00845] Link removed [Shared] |
| 8/6/2020 | 16:47:33 | A14879 | Response | | [146] ▇ FOLLOWING AMBULANCE W/SUSP INSIDE TO POMONA VALLEY [Shared] |
| 8/6/2020 | 16:47:37 | A14879 | Response | | [147] Secondary Location for ▇▇ GAUSTI/HAVEN, [Shared] |
| 8/6/2020 | 16:47:37 | A14879 | Response | | [148] Backed up ▇ with ▇ [Shared] |
| 8/6/2020 | 16:47:55 | A14879 | Response | | [149] Secondary Location for ▇ FOLLOWING AMR POMONA VALLEY. [Shared] |
| 8/6/2020 | 16:48:22 | A14879 | Response | | [150] [CHP] has closed their incident [200806IN00845] |
| 8/6/2020 | 16:49:31 | A14879 | Response | | [151] Secondary Location for ▇▇ GAUSTI/HAVEN, [Shared] |
| 8/6/2020 | 16:49:31 | A14879 | Response | | [152] Backed up ▇ with ▇ [Shared] |
| 8/6/2020 | 16:49:41 | A14879 | Response | | [153] Secondary Location for ▇▇ GAUSTI/HAVEN, [Shared] |
| 8/6/2020 | 16:49:41 | A14879 | Response | | [154] Backed up ▇ with ▇ [Shared] |
| 8/6/2020 | 16:52:06 | A17949 | Response | | [155] 1039 ▇ hared] |
| 8/6/2020 | 16:52:08 | A17949 | Response | | [156] 1039 ▇ [Shared] |
| 8/6/2020 | 16:53:38 | A14615 | Response | | [157] SGT ROBLES COPY ALL [Shared] |
| 8/6/2020 | 16:56:09 | A14879 | Response | | [158] ▇ CLR AIR / EIP OFF [Shared] |
| 8/6/2020 | 16:59:49 | 015826 | Response | Y | [159] ▇ and Ofcr. Migliacci 97 approx.15 min. ago. ▇ 11-84 at northbound Haven at Airport Dr., along with Ontario P.D. All traffic diverted to eastbound and westbound Airport Dr. [Shared] |
| 8/6/2020 | 17:04:28 | A17785 | Response | | [160] [FSP] has closed their incident [200806INFSP00359] |
| 8/6/2020 | 17:04:28 | A17785 | Response | | [161] ▇ [Shared] |
| 8/6/2020 | 17:05:05 | A14879 | Response | | [162] Secondary Location for ▇ GAUSTI/HAVEN, [Shared] |
| 8/6/2020 | 17:05:34 | A14879 | Response | | [163] Secondary Location for ▇ GAUSTI/HAVEN, [Shared] |
| 8/6/2020 | 17:05:34 | A14879 | Response | | [164] Backed up ▇ with ▇ [Shared] |
| 8/6/2020 | 17:09:56 | A16687 | Response | | [165] Secondary Location for ▇ GAUSTI/HAVEN, [Shared] |
| 8/6/2020 | 17:09:56 | A16687 | Response | | [166] Backed up ▇ with ▇ [Shared] |
| 8/6/2020 | 17:10:19 | A14879 | Response | | [167] Secondary Location for ▇ HAVEN JSO GUASTI. [Shared] |
| 8/6/2020 | 17:10:28 | A14879 | Response | | [168] Secondary Location for ▇ HAVEN JSO GUASTI. [Shared] |
| 8/6/2020 | 17:10:55 | A14879 | Response | | [169] Secondary Location for ▇ HAVEN JSO GUASTI. [Shared] |
| 8/6/2020 | 17:11:04 | A14879 | Response | | [170] Secondary Location for ▇ HAVEN JSO GUASTI. [Shared] |

INLAND COMMUNICATIONS CENTER

CHP-000457

CUSTODIAN OF RECORDS

| 8/6/2020 | 17:11:17 | A14879 | Response | | [171] Secondary Location for ▮▮▮▮ HAVEN JSO GUASTI. [Shared] |
|---|---|---|---|---|---|
| 8/6/2020 | 17:11:27 | A14879 | Response | | [172] Secondary Location for ▮ HAVEN JSO GUASTI. [Shared] |
| 8/6/2020 | 17:11:35 | A14879 | Response | | [173] Secondary Location for ▮ HAVEN JSO GUASTI. [Shared] |
| 8/6/2020 | 17:11:43 | A14879 | Response | | [174] Secondary Location for ▮ HAVEN JSO GUASTI. [Shared] |
| 8/6/2020 | 17:12:01 | A14879 | Response | | [175] Secondary Location for ▮ HAVEN JSO GUASTI. [Shared] |
| 8/6/2020 | 17:12:16 | A14879 | Response | | [176] Secondary Location for ▮ HAVEN JSO GUASTI. [Shared] |
| 8/6/2020 | 17:12:24 | A14879 | Response | | [177] Secondary Location for ▮ HAVEN JSO GUASTI. [Shared] |
| 8/6/2020 | 17:12:31 | A14879 | Response | | [178] Secondary Location for ▮ HAVEN JSO GUASTI. [Shared] |
| 8/6/2020 | 17:16:50 | A14300 | Response | Y | [179] MIKE FM CBS2 @ 818-655-2299 REQ 1021 FM PIO [Shared] |
| 8/6/2020 | 17:16:52 | A15119 | Response | | [180] MELISSA FRM FOX 11 REQ 1021 FRM PIO — 213-200-3045 [Shared] |
| 8/6/2020 | 17:18:12 | A13413 | Response | | [181] [Notification] [CHP]-MING FROM FOX CH 11 310-584-2025 REQ 1021 FROM PAO OR SGT [Shared] |
| 8/6/2020 | 17:18:48 | A14879 | Response | Y | [182] ▮▮▮▮ PIO WAS INVLD / 1023 FOR NOW [Shared] |
| 8/6/2020 | 17:19:51 | A14879 | Response | Y | [183] ▮▮▮▮ ADV DIV PIO IS ENRT TO SCENE [Shared] |
| 8/6/2020 | 17:21:42 | A13413 | Response | Y | [184] [Notification] [CHP]-UPRR WANTS TO CONFIRM SUSP IS NOT 1144 ? [Shared] |
| 8/6/2020 | 17:22:00 | A17785 | Response | | [185] Incident Re-opened: [Shared] |
| 8/6/2020 | 17:22:22 | A14879 | Response | Y | [186] UNK AT THIS TIME / ▮▮▮▮ S AT POMONA VALLEY W/SUSP [Shared] |
| 8/6/2020 | 17:22:38 | A17785 | Response | | [187] 1022 LINE 154 FOR FSP [Shared] |
| 8/6/2020 | 17:22:40 | A17785 | Response | | [188] [FSP] has closed their incident [200806INFSP00359] |
| 8/6/2020 | 17:22:40 | A17785 | Response | | [189] ▮▮▮▮ HX2 –PTYS WILL BE 1023 FOR CHP FOR 1110 [Shared] |
| 8/6/2020 | 17:23:37 | A13413 | Response | Y | [190] SHANNON UPRR CPS LINE 186 [Shared] |
| 8/6/2020 | 17:26:08 | A14615 | Response | | [191] [Notification] [CHP]-PER ▮▮▮▮ PTY PRONOUNCED 1144 @ 1701 ** CONF CORONER ENRT OR IF CORONER SHOULD START [Shared] |
| 8/6/2020 | 17:28:26 | A13413 | Response | | [192] [Notification] [CHP]-UPRR CPS LINE 191 [Shared] |
| 8/6/2020 | 17:29:27 | A14879 | Response | Y | [193] ▮▮▮▮ REQ ▮▮▮▮ MAKE CONTACT W/2 VICTS EB JWO HAVEN AND 98 EB 10 JEO HAVEN / 203 CPD [Shared] |
| 8/6/2020 | 17:30:52 | A14879 | Response | | [194] Backed up ▮▮▮▮ with ▮▮▮▮ [Shared] |
| 8/6/2020 | 17:31:56 | A14879 | Response | | [195] ▮▮▮▮ ADV 4 VICTS / 2 EB 10 JWO HAVEN AND 2 EB 10 JEO HAVEN [Shared] |
| 8/6/2020 | 17:36:32 | A14879 | Response | | [196] ▮▮▮▮ CPD LINE 191 [Shared] |
| 8/6/2020 | 17:37:32 | A14879 | Response | Y | [197] ▮▮▮▮ 1023 ON LINE 191 / WILL BE ONT PD INVESTIGATION / HOSP WILL CALL CORONER [Shared] |
| 8/6/2020 | 17:39:36 | A14879 | Response | | [198] I30 ENRT TO SCENE [Shared] |
| 8/6/2020 | 17:39:48 | A14879 | Response | | [199] Secondary Location for ▮▮▮▮ HAVEN JSO GUASTI, [Shared] |
| 8/6/2020 | 17:39:48 | A14879 | Response | | [200] Backed up ▮▮▮▮ with ▮▮▮▮ [Shared] |
| 8/6/2020 | 17:40:10 | A14879 | Response | | [201] Secondary Location for ▮▮▮▮ HAVEN JSO GUASTI, [Shared] |
| 8/6/2020 | 17:40:10 | A14879 | Response | | [202] Backed up ▮▮▮▮ with ▮▮▮▮ [Shared] |
| 8/6/2020 | 17:40:21 | A14879 | Response | | [203] Secondary Location for ▮▮▮▮ HAVEN ONR TO EB 10. [Shared] |
| 8/6/2020 | 17:40:30 | A14879 | Response | | [204] Secondary Location for ▮▮▮▮ HAVEN ONR TO EB 10. [Shared] |
| 8/6/2020 | 17:41:54 | A14879 | Response | | [205] ▮▮▮▮ PUT DIETZ BOT [Shared] |
| 8/6/2020 | 17:42:29 | A14879 | Response | | [206] DIETZ BOT [Shared] |
| 8/6/2020 | 17:52:54 | CT_STADLER | Response | Y | [207] UTL [Shared] |
| 8/6/2020 | 18:06:33 | A14879 | Response | | [208] ▮▮▮▮ SPOKE WITH NURSE AND ONT PD DETECTIVE THEY STARTED CORONER [Shared] |
| 8/6/2020 | 18:16:33 | A14879 | Response | | [209] Secondary Location for ▮▮▮▮ EB 10 JEO HAVEN. [Shared] |
| 8/6/2020 | 18:22:41 | A14879 | Response | | [210] Secondary Location for ▮▮▮▮ HAVEN JSO GUASTI, [Shared] |
| 8/6/2020 | 18:22:41 | A14879 | Response | | [211] Backed up ▮▮▮▮ with ▮▮▮▮ [Shared] |
| 8/6/2020 | 18:27:26 | A16687 | Response | | [212] Secondary Location for ▮▮▮▮ HAVEN JSO GUASTI, [Shared] |
| 8/6/2020 | 18:27:27 | A16687 | Response | | [213] Backed up ▮▮▮▮ with ▮▮▮▮ [Shared] |
| 8/6/2020 | 18:36:01 | A14879 | Response | | [214] Secondary Location for ▮▮▮▮ HAVEN JSO GUASTI, [Shared] |
| 8/6/2020 | 18:36:01 | A14879 | Response | | [215] Backed up ▮▮▮▮ with ▮▮▮▮ [Shared] |
| 8/6/2020 | 18:57:22 | A14879 | Response | | [216] Secondary Location for ▮▮▮▮ POMONA VALLEY MED CENTER. [Shared] |
| 8/6/2020 | 19:23:48 | A15119 | Response | | [217] Secondary Location for ▮▮▮▮ ONT PD. [Shared] |
| 8/6/2020 | 19:32:10 | A15639 | Response | | [218] ▮▮▮▮ 97 AT THE SCENE [Shared] |
| 8/6/2020 | 19:36:02 | A14300 | Response | | [219] Secondary Location for ▮▮▮▮ ONTPD. [Shared] |

INLAND COMMUNICATIONS CENTER

8/7/2020

CHP-000458

"CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"

CUSTODIAN OF RECORDS

| Date | Time | ID | Response | |
|------|------|-----|----------|---|
| 8/6/2020 | 19:36:03 | A14300 | Response | |
| 8/6/2020 | 19:36:03 | A14300 | Response | |
| 8/6/2020 | 19:36:03 | A14300 | Response | |
| 8/6/2020 | 19:36:03 | A14300 | Response | |
| 8/6/2020 | 19:50:22 | A14300 | Response | Y |
| 8/6/2020 | 20:06:00 | A15119 | Response | |
| 8/6/2020 | 20:27:54 | A15639 | Response | |
| 8/6/2020 | 20:45:43 | A15639 | Response | |
| 8/6/2020 | 21:22:47 | A15119 | Response | |
| 8/6/2020 | 21:22:47 | A15119 | Response | |
| 8/6/2020 | 21:36:03 | A15119 | Response | |
| 8/6/2020 | 21:42:30 | A15119 | Response | |
| 8/6/2020 | 21:57:22 | A15119 | Response | |
| 8/6/2020 | 21:58:38 | A14721 | Response | Y |
| 8/6/2020 | 21:59:48 | A15119 | Response | |
| 8/6/2020 | 22:00:09 | A14721 | Response | Y |
| 8/6/2020 | 22:01:24 | A14721 | Response | Y |
| 8/6/2020 | 22:09:44 | A16295 | Response | Y |
| 8/6/2020 | 23:49:36 | A15639 | Response | |
| 8/7/2020 | 00:23:31 | A13695 | Response | Y |
| 8/7/2020 | 00:25:20 | A15119 | Response | |
| 8/7/2020 | 00:26:50 | A15119 | Response | |
| 8/7/2020 | 00:27:09 | A13695 | Response | |
| 8/7/2020 | 00:27:29 | A15119 | Response | |
| 8/7/2020 | 01:16:00 | A13695 | Response | |
| 8/7/2020 | 02:25:28 | A17229 | Response | |
| 8/7/2020 | 02:28:08 | A13695 | Response | Y |
| 8/7/2020 | 02:29:17 | A17229 | Response | Y |
| 8/7/2020 | 02:31:41 | A13695 | Response | Y |
| 8/7/2020 | 02:31:46 | A13695 | Response | |
| 8/7/2020 | 03:00:51 | A17229 | Response | Y |
| 8/7/2020 | 04:04:07 | A13695 | Response | |
| 8/7/2020 | 04:32:28 | A17229 | Response | |
| 8/7/2020 | 04:34:02 | A13695 | Response | |
| 8/7/2020 | 04:35:31 | A13695 | Response | |
| 8/7/2020 | 06:06:05 | A13650 | Response | |
| 8/7/2020 | 15:13:10 | A14300 | Response | |
| 8/7/2020 | 15:26:39 | A14300 | Response | |
| 8/7/2020 | 15:52:44 | A15111 | Response | |

[220] Secondary Location for ▮ ONTPD. [Shared]
[221] Secondary Location for ▮ ONTPD. [Shared]
[222] Secondary Location for ▮ ONTPD. [Shared]
[223] Secondary Location for ▮ ONTPD. [Shared]
[224] 'Notification] [CHP]-ERICA MARTIN FM KTLA @ 323-422-8752 REQ 1021 FM PIO [Shared]
[225] Secondary Location for ▮ SAN ANTONIO HOSP. [Shared]
[226] Secondary Location for ▮ HAVEN JSO GUASTI. [Shared]
[227] Secondary Location for ▮ RANCHO OFC. [Shared]
[228] Secondary Location for ▮ 110 E Wo / Haven Ave,Ontario,CA 91761 [Shared]
[229] ▮ 148X LN MEAS JENNY DOB ▮ LN SEK ROBERT DOB ▮ VEH 1 SM 50364 ID/21941 ENRT TO TC SCENE [Shared]
[230] ▮ EB 10 JWO HAVEN RHS – EM 50371 [Shared]
[231] Secondary Location for ▮ EB JEO HAVEN. [Shared]
[232] Secondary Location for ▮ ONT PD. [Shared]
[233] INLAND ▮ REQ CRIM HISTORY [Shared]
[234] Secondary Location for ▮ ONT PD. [Shared]
[235] 'Query] 75-CLETS, Criminal History by Number: 19044, A14721, L784,SESMA, CHARLES G,03C476,M [Shared]
[236] 'Query] 75-CLETS, Criminal History by Number: 19044, A14721, L784,M,10722184 [Shared]
[237] ▮ VIA LL - NEEDS TO GET PV KEYS F/ OFCRS AT ONT PD STN WILL BE OUT FRONT // 1039 ONT PD - WILL SEND UNIT TO 98 [Shared]
[238] ▮ REQ1185 [Shared]
[239] 'Notification] [CHP]-UPRR ON LL REQTING ETA TO OPEN [Shared]
[240] ▮ WILL TRY TO GET ETA [Shared]
[241] ▮ APPROX 1 MORE HR [Shared]
[242] JPRR COPIES [Shared]
[243] Secondary Location for ▮ OFC. [Shared]
[244] Secondary Location for ▮ ONTPD. [Shared]
[245] [Notification] [CHP]-UPRRLL INQ IF CLR TO RESUME NORMAL OPPERATIONS [Shared]
[246] 1039 ▮ WILL ASC AND GET BACK WITH ME – I CAN CALL UPRR ONCE I HEAR BACK FROM ▮ IF THEY CAN LEAVE A GOOD 1021 [Shared]
[247] JPRR CPS - 888-877-7267 [Shared]
[248] PER ▮ OPD GAVE THE OKAY TO RESUME NORMAL OPPERATIONS [Shared]
[249] 1039 UPRR [Shared]
[250] JPRR LL / CPS LINE 248 [Shared]
[251] ▮ - NB HAVEN ONR TO EB SHUT DWN [Shared]
[252] [Notification] [CHP]-ONT PD LL ADV CAN OPEN ONR NOW [Shared]
[253] ▮ COPIES [Shared]
[254] ▮ ONR OPEN R1 98 [Shared]
[255] [Notification] [CHP]-Problem changed from 20002-Hit and Run No Injuries to SHOTS Fired Incident by CHP [Shared]
[256] Secondary Location for ▮ INLAND DIV OFC. [Shared]
[257] Secondary Location for ▮ RR BRIDGE - HAVEN JSO GUASTI. [Shared]
[258] Deleted due to time in queue [Shared]

**Address Changes**
No Address Changes

**Priority Changes**

| Date | Time | Changed from Priority | Reason | User |
|------|------|-----------------------|--------|------|
| 8/6/2020 | 16:06:06 | 2 | Additional Info | AM |
| 8/7/2020 | 06:06:04 | 3 | Additional Info | LW |

**Alarm Level Changes**

INLAND COMMUNICATIONS CENTER

8/7/2020

**No Alarm Level Changes**

## Activity Log

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 8/6/2020 | 16:04:46 | | SOP Updated | | Updated SOP information is available | A15119 |
| 8/6/2020 | 16:05:16 | | ANI/ALI Statistics | | INT Insert:Aug 06 2020 16:04:13 / INT SendNP:Aug 06 2020 16:04:13 / WS RecvNP:Aug 06 2020 16:04:14 / Process:Aug 06 2020 16:05:16 | A15119 |
| 8/6/2020 | 16:05:19 | | Read Incident | | Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 16:05:19 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 16:05:26 | | Duplicate Call Warning | | Duplicate Call Warning - New call appended to incident | A14879 |
| 8/6/2020 | 16:05:26 | | Supplemental Information | I10 E Wc / Haven Ave | Supplemental Person record 2655647 - was added for | A14879 |
| 8/6/2020 | 16:05:40 | | MultiAgencyResponse | | Generated Inc: FSP Inc#2008061NFSP00359 | A15119 |
| 8/6/2020 | 16:06:06 | | Incident Priority Change | | Incident priority changed from 2 to 3 due to Additional Info | A14879 |
| 8/6/2020 | 16:06:54 | | Supplemental Information | I10 E Wc / Haven Ave | Supplemental Vehicle record 2014872 was added for license plate 32466S1 | A14879 |
| 8/6/2020 | 16:06:54 | | License Plate | I10 E Wo / Haven Ave | Plate Number 32466S1 has been added. | A14879 |
| 8/6/2020 | 16:06:58 | | [Query] | | [Query] Vehicle Inquiry: CA,20,32466S1,PC,4,T | A14879 |
| 8/6/2020 | 16:07:02 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number (08062020-0021164) | A14879 |
| 8/6/2020 | 16:07:37 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021165; | A14879 |
| 8/6/2020 | 16:07:37 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 16:07:37 | | ENRT | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Responding From = I10 W/CHERRY AVE OFR. | A14879 |
| 8/6/2020 | 16:07:37 | | Unit Backed up | I10 E\EUCLID AVE ONR | Backed up with ██████████ | A14879 |
| 8/6/2020 | 16:08:12 | | UserAction | | User clicked Exit/Save | A14815 |
| 8/6/2020 | 16:08:26 | | Append Incident | | Dispatcher Appended [200806IN00793] to this incident | A14879 |
| 8/6/2020 | 16:08:26 | | Link Incident | | LINK: [200806IN00795] to [200806IN00784] because [200806IN00793] appends to [200806IN00784] | A14879 |
| 8/6/2020 | 16:08:26 | | Link Incident | | LINK: [200806IN00796] to [200806IN00784] because [200806IN00793] appends to [200806IN00784] | A14879 |
| 8/6/2020 | 16:08:26 | | Link Incident | | LINK: [200806IN00794] to [200806IN00784] because [200806IN00793] appends to [200806IN00784] | A14879 |
| 8/6/2020 | 16:08:26 | | Link Incident | | LINK: [200806IN00793] to [200806IN00784] because [200806IN00793] appends to [200806IN00784] | A14879 |
| 8/6/2020 | 16:08:26 | | Supplemental Information | I10 E Wo / Haven Ave | Supplemental Person record 2655652 - Witness was added for ALBERT | A14879 |
| 8/6/2020 | 16:08:26 | | Supplemental Information | I10 E Wo / Haven Ave | Supplemental Person record 2655653 - was added for VIRGINIA RAMERIZ | A14879 |
| 8/6/2020 | 16:08:26 | | Supplemental Information | I10 E Wo / Haven Ave | Supplemental Person record 2655654 - Witness was added for LESLIE PASLEY | A14879 |
| 8/6/2020 | 16:08:26 | | Supplemental Information | I10 E Wo / Haven Ave | Supplemental Vehicle record 2014874 was added for license plate 32466F1 | A14879 |
| 8/6/2020 | 16:08:26 | | License Plate | I10 E Wo / Haven Ave | Plate Number 32466F1 has been added. | A14879 |
| 8/6/2020 | 16:08:26 | | Supplemental Information | I10 E Wo / Haven Ave | Supplemental Person record 2655655 - Witness was added for | A14879 |
| 8/6/2020 | 16:08:50 | | ENRT | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Responding From = I10 E\E 4th ST | A14879 |
| 8/6/2020 | 16:09:00 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021166; | A14879 |
| 8/6/2020 | 16:09:00 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 16:09:00 | | ENRT | I10 E Wo / Haven Ave [I10 E WO | Responding From = I15 N DUNCAN CANYON RD | A14879 |

CHP-000460

CUSTODIAN OF RECORDS

| 8/6/2020 | 16:09:00 | | Unit Backed up | HAVEN AVE] | OFR\Duncan Canyon RD. | |
| | | | | I10 E\E 4th ST | Backed up with | A14879 |
| 8/6/2020 | 16:09:21 | | UserAction | | User clicked Exit/Save | A16992 |
| 8/6/2020 | 16:10:18 | | Task Request Sent | I10 E\VINEYARD AVE OFR | Task request: VISUAL?. The request was sent to advisor A15119 role(s): | |
| 8/6/2020 | 16:10:18 | | Task Request Sent | I10 W\ETIWANDA AVE OFR | Task request: VISUAL?. The request was sent to advisor A15119 role(s): | |
| 8/6/2020 | 16:10:18 | | Task Request Sent | I15 S DUNCAN CANYON RD ONR\Duncan Canyon RD | Task request: VISUAL?. The request was sent to advisor A15119 role(s): | |
| 8/6/2020 | 16:10:34 | | Task Request Declined | I10 E\VINEYARD AVE OFR | Request: TASK REQUEST: 974 TEXT: VISUAL?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 16:10:34 | | Task Request Declined | ETIWANDA AVE ONR\I10 W | Request: TASK REQUEST: 974 TEXT: VISUAL?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 16:10:34 | | Task Request Declined | I15 S DUNCAN CANYON RD ONR\Duncan Canyon RD | Request: TASK REQUEST: 974 TEXT: VISUAL?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 16:10:46 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 16:11:04 | | Task Request Accepted | I15 S\Summit AVE | Request: VISUAL?. The request was accepted by David Stadler (CT_STADLER) | CT_STADLER |
| 8/6/2020 | 16:16:04 | | UserAction | | User clicked Exit/Save | A14249 |
| 8/6/2020 | 16:16:11 | | UserAction | | User clicked Exit/Save | A13816 |
| 8/6/2020 | 16:16:47 | | ENRT ALT | EMBASSY SUITES PLOT HAVEN/GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:16:52 | | ENRT ALT | EMBASSY SUITES PLOT HAVEN/GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:18:16 | | ENRT ALT | EMBASSY SUITES PLOT HAVEN/GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:19:23 | | UserAction | | User clicked Exit/Save | CT_STADLER |
| 8/6/2020 | 16:19:41 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 16:20:44 | | UserAction | | User clicked Exit/Save | A16992 |
| 8/6/2020 | 16:21:13 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021169; | A14879 |
| 8/6/2020 | 16:21:13 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 16:21:13 | | ENRT ALT | EMBASSY SUITES PLOT HAVEN/GUASTI | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 16:21:13 | | Unit Backed up | N HAVEN AVE\E Guasti RD | Backed up with | A14879 |
| 8/6/2020 | 16:22:05 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021170; | A14879 |
| 8/6/2020 | 16:22:05 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 16:22:05 | | ENRT ALT | EMBASSY SUITES PLOT HAVEN/GUASTI | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 16:22:05 | | Unit Backed up | S HAVEN AVE\E Airport DR | Backed up with | A14879 |
| 8/6/2020 | 16:22:58 | | UserAction | | User clicked Exit/Save | A16992 |
| 8/6/2020 | 16:24:42 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021171; | A14879 |
| 8/6/2020 | 16:24:42 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 16:24:42 | | ENRT ALT | EMBASSY SUITES PLOT HAVEN/GUASTI | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 16:24:42 | | Unit Backed up | S HAVEN AVE\E Airport DR | Backed up with | A14879 |
| 8/6/2020 | 16:24:44 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 16:24:55 | | 10-97 ALT | EMBASSY SUITES PLOT HAVEN/GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:25:04 | | ENRT ALT | GUASTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:25:08 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 16:25:18 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |

INLAND COMMUNICATIONS CENTER

CHP-000461

CUSTODIAN OF RECORDS

| | | | | | |
|---|---|---|---|---|---|
| 8/6/2020 | 16:26:56 | ENRT ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:27:23 | ENRT ALT | GUASTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:27:30 | ENRT ALT | GUASTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:27:34 | 10-97 ALT | GUASTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:27:36 | 10-97 ALT | GUASTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:27:38 | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 16:27:44 | ENRT ALT | GUASTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:27:50 | 10-97 ALT | GUASTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:27:51 | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 16:28:01 | 10-97 ALT | GUASTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:28:01 | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 16:28:05 | UserAction | | User clicked Exit/Save | A14592 |
| 8/6/2020 | 16:28:12 | 10-97 ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:28:30 | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 16:29:00 | Rotation Request Entered | I10 E Wo / Haven Ave Ontario, CA 91761 | Rotation Request ID 691259 entered. | A17785 |
| 8/6/2020 | 16:29:31 | Rotation Provider Assigned | I10 E Wo / Haven Ave Ontario, CA 91761 | [RR 691259] Rotation Provider Dietz Tow assigned to request. | A17785 |
| 8/6/2020 | 16:30:08 | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021172; | A14879 |
| 8/6/2020 | 16:30:08 | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 16:30:08 | ENRT ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 16:30:08 | Unit Backed up | GAUSTI/HAVEN | Backed up with | A14879 |
| 8/6/2020 | 16:30:11 | 10-97 ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:31:15 | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021173; | A14879 |
| 8/6/2020 | 16:31:15 | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 16:31:15 | ENRT ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 16:31:15 | Unit Backed up | GAUSTI/HAVEN | Backed up with | A14879 |
| 8/6/2020 | 16:31:57 | UserAction | | User clicked Exit/Save | A16295 |
| 8/6/2020 | 16:33:01 | UserAction | | User clicked Exit/Save | A17785 |
| 8/6/2020 | 16:35:41 | UserAction | | User clicked Exit/Save | A14249 |
| 8/6/2020 | 16:36:52 | UserAction | | User clicked Exit/Save | A16992 |
| 8/6/2020 | 16:37:24 | UserAction | | User clicked Exit/Save | A17949 |
| 8/6/2020 | 16:38:12 | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 16:41:24 | UserAction | | User clicked Exit/Save | A13413 |
| 8/6/2020 | 16:41:25 | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 16:41:58 | UserAction, | | User clicked Exit/Save | A13816 |
| 8/6/2020 | 16:43:06 | UserAction | | User clicked Exit/Save | A10420 |
| 8/6/2020 | 16:43:40 | UserAction | | User clicked Exit/Save | A14249 |
| 8/6/2020 | 16:45:36 | UserAction | | User clicked Exit/Save | A10420 |
| 8/6/2020 | 16:46:01 | UserAction | | User clicked Exit/Save | A11327 |
| 8/6/2020 | 16:46:08 | Linked Incident | | Incident link created from [CHP] Inc # [200806IN00845] | A14300 |
| 8/6/2020 | 16:46:10 | UserAction | | User clicked Exit/Save | A11327 |
| 8/6/2020 | 16:46:13 | Incident Link Removed | | Incident link Removed from Inc# [200806IN00845] | A14300 |
| 8/6/2020 | 16:46:21 | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 16:47:37 | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021174; | A14879 |
| 8/6/2020 | 16:47:37 | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 16:47:37 | ENRT ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 16:47:37 | Unit Backed up | N HAVEN AVE\S Haven AVE | Backed up with | A14879 |
| 8/6/2020 | 16:47:55 | ENRT ALT | FOLLOWING AMR POMONA VALLEY | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:49:31 | ASSIGN | I10 E Wo / Haven Ave [I10 E WO | Response Number: 08062020-0021175; | A14879 |

INLAND COMMUNICATIONS CENTER

CHP-000462

Case 5:21-cv-01694-JWH-DTB  Document 38-9  Filed 09/15/22  Page 80 of 93  Page ID
#523
"CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"

CUSTODIAN OF RECORDS                                                                                          Page 13 of 26

|  |  |  |  | HAVEN AVE] |  |  |
|---|---|---|---|---|---|---|
| 8/6/2020 | 16:49:31 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 16:49:31 | | ENRT ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 16:49:31 | | Unit Backed up | N HAVEN AVE\S Haven AVE | Backed up with | A14879 |
| 8/6/2020 | 16:49:35 | | 10-97 ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:49:41 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021176; | A14879 |
| 8/6/2020 | 16:49:41 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 16:49:41 | | ENRT ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 16:49:41 | | Unit Backed up | N HAVEN AVE\S Haven AVE | Backed up with | A14879 |
| 8/6/2020 | 16:49:43 | | 10-97 ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:49:51 | | 10-97 ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 16:52:16 | | UserAction | | User clicked Exit/Save | A17949 |
| 8/6/2020 | 16:52:57 | | UserAction | | User clicked Exit/Save | A16687 |
| 8/6/2020 | 16:53:07 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 16:55:22 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 16:58:14 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 16:58:40 | | UserAction | | User clicked Exit/Save | A16992 |
| 8/6/2020 | 16:58:53 | | 10-97 ALT | FOLLOWING AMR POMONA VALLEY | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:00:24 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 17:03:04 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 17:04:31 | | UserAction | | User clicked Exit/Save | A10420 |
| 8/6/2020 | 17:05:05 | | ENRT ALT | GUASTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:05:08 | | 10-97 ALT | GUASTI/HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:05:16 | | UserAction | | User clicked Exit/Save | A16979 |
| 8/6/2020 | 17:05:34 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021177; | A14879 |
| 8/6/2020 | 17:05:34 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 17:05:34 | | ENRT ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 17:05:34 | | Unit Backed up | N HAVEN AVE\S Haven AVE | Backed up with | A14879 |
| 8/6/2020 | 17:09:56 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021178; | A16687 |
| 8/6/2020 | 17:09:56 | | Update Sector | I10 E Wo / Haven Ave | From Sector 75 to 113 | A16687 |
| 8/6/2020 | 17:09:56 | | ENRT ALT | GAUSTI/HAVEN | Incident ID = 20272974, 0, 0, , | A16687 |
| 8/6/2020 | 17:09:56 | | Unit Backed up | Rancho Cucamonga | Backed up with | A16687 |
| 8/6/2020 | 17:10:19 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:10:28 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:10:32 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:10:35 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:10:55 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:10:58 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:11:04 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:11:09 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:11:17 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:11:19 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:11:20 | | UserAction | | User clicked Exit/Save | A10420 |
| 8/6/2020 | 17:11:28 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:11:35 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:11:38 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:11:43 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:11:46 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:11:49 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:12:01 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |

INLAND COMMUNICATIONS CENTER                                                                                          8/7/2020

CHP-000463

Case 5:21-cv-01694-JWH-DTB Document 38-9 Filed 09/15/22 Page 81 of 93 Page ID
#680
"CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"

CUSTODIAN OF RECORDS

Page 14 of 26

| 8/6/2020 | 17:12:04 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
|---|---|---|---|---|---|---|
| 8/6/2020 | 17:12:16 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:12:24 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:12:27 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:12:31 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:12:33 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:12:40 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 17:14:27 | | UserAction | | User clicked Exit/Save | A13413 |
| 8/6/2020 | 17:14:44 | | UserAction | | User clicked Exit/Save | A10372 |
| 8/6/2020 | 17:15:32 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 17:16:09 | | UserAction | | User clicked Exit/Save | A14615 |
| 8/6/2020 | 17:16:59 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 17:18:18 | | UserAction | | User clicked Exit/Save | A13413 |
| 8/6/2020 | 17:22:12 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021179; | B73-R1 |
| 8/6/2020 | 17:22:12 | | Update Sector | I10 E Wo / Haven Ave | From Sector 73 to 113 | B73-R1 |
| 8/6/2020 | 17:22:12 | | ENRT | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Responding From = I15 S\Quarry RD. | B73-R1 |
| 8/6/2020 | 17:23:38 | | UserAction | | User clicked Exit/Save | A13413 |
| 8/6/2020 | 17:25:57 | | ASSIGN | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Response Number (08062020-0021180) | A14879 |
| 8/6/2020 | 17:26:35 | | ENRT | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Responding From = I15 S I210 E CON\I210 E I15 N CON A14879 | |
| 8/6/2020 | 17:27:03 | | UserAction | | User clicked Exit/Save | A16295 |
| 8/6/2020 | 17:28:27 | | UserAction | | User clicked Exit/Save | A13413 |
| 8/6/2020 | 17:30:52 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021181; | A14879 |
| 8/6/2020 | 17:30:52 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 17:30:52 | | ENRT | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Responding From = CHINO AVE ONR\Chino AVE. | A14879 |
| 8/6/2020 | 17:30:52 | | Unit Backed up | I15 S I210 E CON\I210 E I15 N CON | Backed up with | A14879 |
| 8/6/2020 | 17:30:54 | | UserAction | | User clicked Exit/Save | A17785 |
| 8/6/2020 | 17:31:45 | | UserAction | | User clicked Exit/Save | A14615 |
| 8/6/2020 | 17:33:52 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 17:35:14 | | UserAction | | User clicked Exit/Save | A17949 |
| 8/6/2020 | 17:36:34 | | UserAction | | User clicked Exit/Save | A14249 |
| 8/6/2020 | 17:39:48 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021183; | A14879 |
| 8/6/2020 | 17:39:48 | | Update Sector | I10 E Wo / Haven Ave | From Sector ID to 113 | A14879 |
| 8/6/2020 | 17:39:48 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 17:39:48 | | Unit Backed up | N HAVEN AVE\S Haven AVE | Backed up with | A14879 |
| 8/6/2020 | 17:40:10 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021184; | A14879 |
| 8/6/2020 | 17:40:10 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 17:40:10 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 17:40:10 | | Unit Backed up | HAVEN JSO GUASTI | Backed up with | A14879 |
| 8/6/2020 | 17:40:21 | | ENRT ALT | HAVEN ONR TO EB 10 | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:40:24 | | 10-97 ALT | HAVEN ONR TO EB-10 | Incident ID = 20272974, 0, 0; | A14879 |
| 8/6/2020 | 17:40:30 | | ENRT ALT | HAVEN ONR TO EB 10 | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:40:32 | | 10-97 ALT | HAVEN ONR TO EB 10 | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 17:42:29 | | Rotation Provider Canceled | I10 E Wo / Haven Ave Ontario, CA 91761 | [RR 691259] Rotation Provider Dietz Tow canceled. | A14879 |
| 8/6/2020 | 17:44:23 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |

CHP-000464

Case 5:21-cv-01694-JWH-DTB Document 38-9 Filed 09/15/22 Page 82 of 93 Page ID
#631
"CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"

CUSTODIAN OF RECORDS

Page 15 of 26

| 8/6/2020 | 17:44:43 | | UserAction | | User clicked Exit/Save | A10420 |
|---|---|---|---|---|---|---|
| 8/6/2020 | 17:45:08 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 17:46:16 | | 10-97 | I10 E Wo / Haven Ave | | A14879 |
| 8/6/2020 | 17:46:27 | | UserAction | | User clicked Exit/Save | A17785 |
| 8/6/2020 | 17:47:37 | | UserAction | | User clicked Exit/Save | CT_SCHAN |
| 8/6/2020 | 17:48:33 | | Task Request Sent | S HAVEN AVE\E Airport DR | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | S HAVEN AVE\E Airport DR | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | S HAVEN AVE\E Airport DR | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | HAVEN JSO GUASTI | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | S HAVEN AVE\E Airport DR | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | N HAVEN AVE\S Haven AVE | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | HAVEN JSO GUASTI | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | HAVEN JSO GUASTI | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | E 1ST ST\State ST | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | HAVEN ONR TO EB 10 | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | HAVEN AVE ONR\I10 E | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | HAVEN JSO GUASTI | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | S HAVEN AVE\E Airport DR | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | OAK VIEW CT\Oak Ridge DR | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | I10 E\HAVEN AVE OFR | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | W MISSION BLVD\Unnamed Street | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | 11234 Andersor St [LOMA LINDA UNIVERSITY MED CENTER] | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:48:33 | | Task Request Sent | HAVEN ONR TO EB 10 | Task request: DO YOU HAVE VIS HAVEN JSO 10?. The A14879 request was sent to advisor role(s): CT8. |
| 8/6/2020 | 17:49:51 | | UserAction | | User clicked Exit/Save | CT_SCHAN |
| 8/6/2020 | 17:51:40 | | Task Request Declined | S HAVEN AVE\E Airport DR | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE CT_SCHAN VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) |
| 8/6/2020 | 17:51:40 | | Task Request Declined | S HAVEN AVE\E Airport DR | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE CT_SCHAN VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) |
| 8/6/2020 | 17:51:40 | | Task Request Declined | S HAVEN AVE\E Airport DR | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE CT_SCHAN VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) |
| 8/6/2020 | 17:51:40 | | Task Request Declined | HAVEN JSO GUASTI | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE CT_SCHAN VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) |

CHP-000465

| 8/6/2020 | 17:51:40 | Task Request Declined | S HAVEN AVE\E Airport DR | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
|---|---|---|---|---|---|
| 8/6/2020 | 17:51:40 | Task Request Declined | N HAVEN AVE\S Haven AVE | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | HAVEN JSO GUASTI | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | HAVEN JSO GUASTI | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | E 1ST ST\State ST | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | HAVEN ONR TO EB 10 | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | HAVEN AVE ONR\I10 E | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | HAVEN JSO GUASTI | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | S HAVEN AVE\E Airport DR | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | MARIPOSA RD\Larimore RD | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | I10 E\HAVEN AVE OFR | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | W MISSION BLVD\S Vine AVE | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | 11234 Anderson St [LOMA LINDA UNIVERSITY MED CENTER] | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:51:40 | Task Request Declined | HAVEN ONR TO EB 10 | Request: TASK REQUEST: 974 TEXT: DO YOU HAVE VIS HAVEN JSO 10?. The request was declined by Samantha Chan (CT_SCHAN) | CT_SCHAN |
| 8/6/2020 | 17:54:17 | UserAction | | User clicked Exit/Save | A14249 |
| 8/6/2020 | 17:58:55 | UserAction | | User clicked Exit/Save | A15466 |
| 8/6/2020 | 17:59:01 | UserAction | | User clicked Exit/Save | A14815 |
| 8/6/2020 | 18:00:27 | UserAction | | User clicked Exit/Save | A14249 |
| 8/6/2020 | 18:03:46 | UserAction | | User clicked Exit/Save | A10420 |
| 8/6/2020 | 18:05:57 | UserAction | | User clicked Exit/Save | A13816 |
| 8/6/2020 | 18:14:48 | 10-97 | I10 E Wo / Haven Ave | | A14879 |
| 8/6/2020 | 18:15:44 | 10-97 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | | B73-R1 |
| 8/6/2020 | 18:15:50 | Task Request Accepted | HAVEN ONR TO EB 10 | Request: DO YOU HAVE VIS HAVEN JSO 10?. The request was accepted by David Stadler (CT_STADLER) | CT_STADLER |
| 8/6/2020 | 18:16:33 | ENRT ALT | EB 10 JEO HAVEN | Incident ID = 2027/2974, 0, 0, | A14879 |

CHP-000466

"CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"

| Date | Time | | Code | Location | Description | Unit |
|---|---|---|---|---|---|---|
| 8/6/2020 | 18:16:37 | | 10-97 ALT | EB 10 JEO HAVEN | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 18:18:20 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 18:21:07 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 18:21:08 | | UserAction | | User clicked Exit/Save | A16687 |
| 8/6/2020 | 18:21:10 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 18:22:41 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021186; | A14879 |
| 8/6/2020 | 18:22:41 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A14879 |
| 8/6/2020 | 18:22:41 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 18:22:41 | | Unit Backed up | HAVEN JSO GUASTI | Backed up with | A14879 |
| 8/6/2020 | 18:22:44 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 18:24:33 | | ASSIGN | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Response Number (08062020-0021187) | A14879 |
| 8/6/2020 | 18:24:48 | | 10-97 | I10 E Wo / Haven Ave | | A14879 |
| 8/6/2020 | 18:25:06 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 18:27:26 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021188; | A16687 |
| 8/6/2020 | 18:27:26 | | Update Sector | I10 E Wo / Haven Ave | From Sector 75 to 113 | A16687 |
| 8/6/2020 | 18:27:26 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, , | A16687 |
| 8/6/2020 | 18:27:27 | | Unit Backed up | S HAVEN AVE\E Airport DR | Backed up with | A16687 |
| 8/6/2020 | 18:36:01 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021189; | A14879 |
| 8/6/2020 | 18:36:01 | | Update Sector | I10 E Wo / Haven Ave | From Sector ID to 113 | A14879 |
| 8/6/2020 | 18:36:01 | | ENRT ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, , | A14879 |
| 8/6/2020 | 18:36:01 | | Unit Backed up | HAVEN JSO GUASTI | Backed up with | A14879 |
| 8/6/2020 | 18:36:38 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 18:42:02 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 18:43:16 | | UserAction | | User clicked Exit/Save | A10420 |
| 8/6/2020 | 18:43:19 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 18:44:23 | | UserAction | | User clicked Exit/Save | A11327 |
| 8/6/2020 | 18:44:57 | | UserAction | | User clicked Exit/Save | A16979 |
| 8/6/2020 | 18:47:59 | | UserAction | | User clicked Exit/Save | A17949 |
| 8/6/2020 | 18:52:21 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 18:57:22 | | ENRT ALT | POMONA VALLEY MED CENTER | Incident ID = 20272974, 0, 0, | A14879 |
| 8/6/2020 | 18:58:22 | | UserAction | | User clicked Exit/Save | A17949 |
| 8/6/2020 | 18:58:24 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A14879 |
| 8/6/2020 | 19:04:44 | | UserAction | | User clicked Exit/Save | A14879 |
| 8/6/2020 | 19:05:18 | | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A15119 |
| 8/6/2020 | 19:06:40 | | 10-97 ALT | POMONA VALLEY MED CENTER | Incident ID = 20272974, 0, 0, | A15119 |
| 8/6/2020 | 19:09:20 | | UserAction | | User clicked Exit/Save | A12671 |
| 8/6/2020 | 19:11:51 | | UserAction | | User clicked Exit/Save | A10752 |
| 8/6/2020 | 19:15:21 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 19:15:37 | | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A15119 |
| 8/6/2020 | 19:15:37 | | Reassign Vehicle | CHERRY AVE\Slover AVE | Incident 200806IN00784 Reassigned | A15119 |
| 8/6/2020 | 19:15:37 | | Reassign Response | CHERRY AVE\Slover AVE | Incident 200806IN00784 Reassigned | A15119 |
| 8/6/2020 | 19:20:45 | | UserAction | | User clicked Exit/Save | A15787 |
| 8/6/2020 | 19:23:43 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021194; | A15119 |
| 8/6/2020 | 19:23:43 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A15119 |
| 8/6/2020 | 19:23:43 | | ENRT | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Responding From = Rancho Cucamonga. | A15119 |
| 8/6/2020 | 19:23:43 | | 10-97 | I10 E Wo / Haven Ave [RR | | A15119 |

CHP-000467

Case 5:21-cv-01694-JWH-DTB   Document 38-9   Filed 09/15/22   Page 85 of 93   Page ID
#:1534
"CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"

CUSTODIAN OF RECORDS                                                                                        Page 18 of 26

| | | | | TRACKS HAVEN JSO GUASTI] | | |
|---|---|---|---|---|---|---|
| 8/6/2020 | 19:23:49 | | ENRT ALT | ONT PD | Incident ID = 20272974, 0, 0, | A15119 |
| 8/6/2020 | 19:23:53 | | UserAction | | User clicked Exit/Save | A17506 |
| 8/6/2020 | 19:24:38 | | UserAction | | User clicked Exit/Save | A14721 |
| 8/6/2020 | 19:27:13 | | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A15119 |
| 8/6/2020 | 19:31:27 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A15119 |
| 8/6/2020 | 19:32:13 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A15119 |
| 8/6/2020 | 19:32:47 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021197; | A15639 |
| 8/6/2020 | 19:32:47 | | Update Sector | I10 E Wo / Haven Ave | From Sector ID to 113 | A15639 |
| 8/6/2020 | 19:32:47 | | ENRT | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Responding From = Belinda Ave\E Mountain View St. | A15639 |
| 8/6/2020 | 19:32:47 | | 10-97 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | | A15639 |
| 8/6/2020 | 19:33:04 | | UserAction | | User clicked Exit/Save | A14721 |
| 8/6/2020 | 19:35:24 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 19:36:03 | | ENRT ALT | ONTPD | Incident ID = 20272974, 0, 0, | A14300 |
| 8/6/2020 | 19:36:03 | | ENRT ALT | ONTPD | Incident ID = 20272974, 0, 0, | A14300 |
| 8/6/2020 | 19:36:03 | | ENRT ALT | ONTPD | Incident ID = 20272974, 0, 0, | A14300 |
| 8/6/2020 | 19:36:03 | | ENRT ALT | ONTPD | Incident ID = 20272974, 0, 0, | A14300 |
| 8/6/2020 | 19:36:03 | | ENRT ALT | ONTPD | Incident ID = 20272974, 0, 0, | A14300 |
| 8/6/2020 | 19:36:07 | | 10-97 ALT | ONTPD | Incident ID = 20272974, 0, 0, | A14300 |
| 8/6/2020 | 19:36:09 | | 10-97 ALT | ONTPD | Incident ID = 20272974, 0, 0, | A14300 |
| 8/6/2020 | 19:36:12 | | 10-97 ALT | ONTPD | Incident ID = 20272974, 0, 0, | A14300 |
| 8/6/2020 | 19:36:18 | | 10-97 ALT | ONTPD | Incident ID = 20272974, 0, 0, | A14300 |
| 8/6/2020 | 19:36:20 | | 10-97 ALT | ONTPD | Incident ID = 20272974, 0, 0, | A14300 |
| 8/6/2020 | 19:36:44 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 19:37:01 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A15119 |
| 8/6/2020 | 19:37:46 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 19:40:53 | | UserAction | | User clicked Exit/Save | A15639 |
| 8/6/2020 | 19:46:56 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 19:48:08 | | UserAction | | User clicked Exit/Save | A14127 |
| 8/6/2020 | 19:48:42 | | 10-97 ALT | ONT PD | Incident ID = 20272974, 0, 0, | A15119 |
| 8/6/2020 | 19:50:38 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A15119 |
| 8/6/2020 | 19:51:08 | | UserAction | | User clicked Exit/Save | A16295 |
| 8/6/2020 | 19:52:25 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 19:53:28 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 19:54:34 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 20:02:28 | | UserAction | | User clicked Exit/Save | A10091 |
| 8/6/2020 | 20:02:40 | | UserAction | | User clicked Exit/Save | A15787 |
| 8/6/2020 | 20:02:57 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 20:06:00 | | ENRT ALT | SAN ANTONIO HOSP | Incident ID = 20272974, 0, 0, | A15119 |
| 8/6/2020 | 20:08:13 | | UserAction | | User clicked Exit/Save | A17949 |
| 8/6/2020 | 20:09:24 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A15119 |
| 8/6/2020 | 20:11:50 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 20:16:57 | | 10-97 ALT | SAN ANTONIO HOSP | Incident ID = 20272974, 0, 0, | A15639 |
| 8/6/2020 | 20:23:22 | | Record Check: Person Check | HAVEN AVE ONR\I10 E | IncidentId: 20272974 State-CA SubjectCheck-true Lastname-CASTANEDA Firstname-DOMINICA Sex-F DateOfBirth-████ DOB-████ OLSDL-CA NAMDL-CASTANEDA, DOMINICA DOBDL-SEXDL-F DMVICODEDL-L1 | |
| 8/6/2020 | 20:23:22 | | Person Check Supplemental Info | HAVEN AVE ONR\I10 E | Added Person Check supplemental information | |
| 8/6/2020 | 20:23:22 | | Supplemental Information | I10 E Wo / Haven Ave | Supplemental Person record 2655888 - was added for DOMINICA CASTANEDA | Mobile1 |

CHP-000468

Case 5:21-cv-01694-JWH-DTB Document 38-9 Filed 09/15/22 Page 86 of 93 Page ID
#655
"CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"

CUSTODIAN OF RECORDS

Page 19 of 26

| 8/6/2020 | 20:25:26 | Read Incident | | Incident 974 was Marked as Read. | A14721 |
|---|---|---|---|---|---|
| 8/6/2020 | 20:27:25 | UserAction | | User clicked Exit/Save | A11324 |
| 8/6/2020 | 20:27:55 | 10-97 ALT | HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A15639 |
| 8/6/2020 | 20:36:54 | UserAction | | User clicked Exit/Save | A15639 |
| 8/6/2020 | 20:38:02 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A15639 |
| 8/6/2020 | 20:38:05 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A15639 |
| 8/6/2020 | 20:45:43 | ENRT ALT | RANCHO OFC | Incident ID = 20272974, 0, 0, | A15639 |
| 8/6/2020 | 20:46:46 | UserAction | | User clicked Exit/Save | CT_STADLER |
| 8/6/2020 | 20:48:44 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A15119 |
| 8/6/2020 | 20:52:56 | UserAction | | User clicked Exit/Save | A15787 |
| 8/6/2020 | 20:56:58 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A15119 |
| 8/6/2020 | 21:08:37 | Record Check: Person Check | HAVEN AVE ONR\I10 E | IncidentId: 20272974 State-CA SubjectCheck-true DlNumber- OLSDL-CA OLNDL-DMVICODEDL-L1 | |
| 8/6/2020 | 21:08:37 | Person Check Supplemental info | HAVEN AVE ONR\I10 E | Added Person Check supplemental information | |
| 8/6/2020 | 21:08:37 | Supplemental Information | I10 E Wo / Haven Ave | Supplemental Person record 2655913 - was added for | Mobile1 |
| 8/6/2020 | 21:09:06 | Record Check: Person Check | HAVEN AVE ONR\I10 E | IncidentId: 20272974 State-CA SubjectCheck-true DlNumber OLSDL-CA OLNDL-DMVICODEDL-L1 | |
| 8/6/2020 | 21:09:06 | Person Check Supplemental info | HAVEN AVE ONR\I10 E | Added Person Check supplemental information | |
| 8/6/2020 | 21:09:06 | Supplemental Information | I10 E Wo / Haven Ave | Supplemental Person record 2655914 - was added for | Mobile1 |
| 8/6/2020 | 21:09:53 | Record Check: Vehicle Check | HAVEN AVE ONR\I10 E | IncidentId: 20272974 LicState-CA LIC-DMVICODE-4 EntryForm-10-28 LIS-CA LIC1-LIS1-CA ICODE1-4 | |
| 8/6/2020 | 21:09:53 | Vehicle Check Supplemental info | HAVEN AVE ONR\I10 E | Added Vehicle Check supplemental information | |
| 8/6/2020 | 21:09:53 | Supplemental Information | I10 E Wo / Haven Ave | Supplemental Vehicle record 2015089 was added for license plate | Mobile1 |
| 8/6/2020 | 21:09:53 | License Plate | I10 E Wo / Haven Ave | Plate Number has been added. | Mobile1 |
| 8/6/2020 | 21:10:24 | Record Check: Vehicle Check | HAVEN AVE ONR\I10 E | IncidentId: 20272974 LicState-CA LIC-DMVICODE-4 EntryForm-10-28 LIS-CA LIC1-LIS1-CA ICODE1-4 | |
| 8/6/2020 | 21:10:24 | Vehicle Check Supplemental info | HAVEN AVE ONR\I10 E | Added Vehicle Check supplemental information | |
| 8/6/2020 | 21:10:24 | Supplemental Information | I10 E Wo / Haven Ave | Supplemental Vehicle record 2015091 was added for license plate | Mobile1 |
| 8/6/2020 | 21:10:24 | License Plate | I10 E Wo / Haven Ave | Plate Number has been added. | Mobile1 |
| 8/6/2020 | 21:10:55 | Record Check: Vehicle Check | HAVEN AVE ONR\I10 E | IncidentId: 20272974 LicState-CA LIC-DMVICODE-4 EntryForm-10-28 LIS-CA LIC1-LIS1-CA ICODE1-4 | |
| 8/6/2020 | 21:10:55 | Vehicle Check Supplemental info | HAVEN AVE ONR\I10 E | Added Vehicle Check supplemental information | |
| 8/6/2020 | 21:11:39 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A15119 |
| 8/6/2020 | 21:12:39 | UserAction | | User clicked Exit/Save | A15787 |
| 8/6/2020 | 21:13:44 | Read Comment | | Comment for Incident 974 was Marked as Read. | A15119 |
| 8/6/2020 | 21:15:19 | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 21:15:33 | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08062020-0021200; | A15119 |
| 8/6/2020 | 21:15:33 | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A15119 |
| 8/6/2020 | 21:15:33 | ENRT | I10 E Wo / Haven Ave [RR | Responding From = PITTSBURGH AVE\5th ST. | A15119 |

CHP-000469

CUSTODIAN OF RECORDS

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/6/2020 | 21:22:47 | | ENRT | TRACKS HAVEN JSO GUASTI]<br>I10 E Wo / Haven Ave [RR<br>TRACKS HAVEN JSO GUASTI] | Responding From = E 11TH ST\Hospital PKY. 1148X LN A15119<br>MEAS JENNY DOB[ ] LN SEK ROBERT DOB<br>[ ]VEH 1 SM 50364 ID/21941 ENRT TO TC<br>SCENE | A15119 |
| 8/6/2020 | 21:22:52 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A15119 |
| 8/6/2020 | 21:22:56 | | UserAction | • | User clicked Exit/Save | A15119 |
| 8/6/2020 | 21:29:10 | | UserAction | | User clicked Exit/Save | A15787 |
| 8/6/2020 | 21:29:59 | | 10-8 | I10 E Wo / Haven Ave [RR<br>TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A15119 |
| 8/6/2020 | 21:30:13 | | 10-97 | I10 E Wo / Haven Ave [RR<br>TRACKS HAVEN JSO GUASTI] | | |
| 8/6/2020 | 21:31:46 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 21:36:03 | | 10-97 | I10 E Wo / Haven Ave [RR<br>TRACKS HAVEN JSO GUASTI] | EB 10 JWO HAVEN RHS – EM 50371 | A15119 |
| 8/6/2020 | 21:36:32 | | ASSIGN | I10 E Wo / Haven Ave [I10 E WO<br>HAVEN AVE] | Response Number: 08062020-0021202; | A15119 |
| 8/6/2020 | 21:36:32 | | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A15119 |
| 8/6/2020 | 21:36:32 | | ENRT | I10 E Wo / Haven Ave [RR<br>TRACKS HAVEN JSO GUASTI] | Responding From = 5TH ST\Pittsburgh AVE. | A15119 |
| 8/6/2020 | 21:42:15 | | 10-97 | I10 E Wo / Haven Ave | | A15119 |
| 8/6/2020 | 21:42:30 | | 10-97 ALT | EB JEO HAVEN | Incident ID = 20272974, 0, 0, | A15119 |
| 8/6/2020 | 21:47:29 | | UserAction | | User clicked Exit/Save | A14127 |
| 8/6/2020 | 21:57:22 | | 10-97 ALT | ONT PD | Incident ID = 20272974, 0, 0, | A15119 |
| 8/6/2020 | 21:58:41 | | UserAction | | User clicked Exit/Save | A14721 |
| 8/6/2020 | 21:59:19 | | 10-8 | I10 E Wo / Haven Ave [RR<br>TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A15119 |
| 8/6/2020 | 21:59:32 | | 10-8 | I10 E Wo / Haven Ave [RR<br>TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A15119 |
| 8/6/2020 | 21:59:46 | | ENRT ALT | ONT PD | Incident ID = 20272974, 0, 0, | A15119 |
| 8/6/2020 | 22:00:09 | | [Query] | | [Query] Criminal History by Number: 19044, A14721,<br>L784,SESMA, CHARLES G,030476,M | A14721 |
| 8/6/2020 | 22:01:24 | | [Query] | | [Query] Criminal History by Number: 19044, A14721,<br>L784,M,10722164 | A14721 |
| 8/6/2020 | 22:02:25 | | Record Check: Vehicle Check | HAVEN AVE ONR\I10 E | IncidentId: 20272974 LicState-CA LIC-32466s1<br>DMVICODE-4 EntryForm-10-28 LIS-CA LIC1-32466s1<br>LIS1-CA ICODE1-4 | |
| 8/6/2020 | 22:02:25 | | Vehicle Check Supplemental Info | HAVEN AVE ONR\I10 E | Added Vehicle Check supplemental information | |
| 8/6/2020 | 22:06:42 | | UserAction | | User clicked Exit/Save | A14127 |
| 8/6/2020 | 22:08:58 | | 10-97 ALT | ONT PD | Incident ID = 20272974, 0, 0, | A15119 . |
| 8/6/2020 | 22:09:00 | | 10-97 | I10 E Wo / Haven Ave | | A16295 |
| 8/6/2020 | 22:09:52 | | UserAction | | User clicked Exit/Save | A16295 |
| 8/6/2020 | 22:10:53 | | UserAction | | User clicked Exit/Save | A14721 |
| 8/6/2020 | 22:28:37 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 22:37:43 | | UserAction | | User clicked Exit/Save | A17949 |
| 8/6/2020 | 22:41:05 | | Read Comment | | Comment for Incident 974 was Marked as Read. | A15119 |
| 8/6/2020 | 22:42:55 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 22:44:18 | | 10-8 | I10 E Wo / Haven Ave [RR<br>TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A15119 |
| 8/6/2020 | 22:48:39 | | UserAction | | User clicked Exit/Save | A14300 |
| 8/6/2020 | 23:12:05 | | UserAction | | User clicked Exit/Save | A15119 |
| 8/6/2020 | 23:13:38 | | UserAction | | User clicked Exit/Save | A14879 |
| 8/6/2020 | 23:26:09 | | UserAction | | User clicked Exit/Save | A14044 |
| 8/6/2020 | 23:26:30 | | UserAction | | User clicked Exit/Save | A17229 |

INLAND COMMUNICATIONS CENTER

CHP-000470

| Date | Time | Action | Location | Description | ID |
|---|---|---|---|---|---|
| 8/6/2020 | 23:32:33 | User:Action | | User clicked Exit/Save | A12671 |
| 8/6/2020 | 23:59:08 | User:Action | | User clicked Exit/Save | A17393 |
| 8/7/2020 | 00:05:41 | Read Comment | | Comment for Incident 974 was Marked as Read. | A15119 |
| 8/7/2020 | 00:14:49 | User:Action | | User clicked Exit/Save | A15119 |
| 8/7/2020 | 00:18:49 | User:Action | | User clicked Exit/Save | A14044 |
| 8/7/2020 | 00:23:31 | Notify Comment | | (Response Viewer) | |
| 8/7/2020 | 00:23:36 | Update IsConfidential | I10 E Wo / Haven Ave | Updated IsConfidential to True for Response_Comment record 239 | A13695 |
| 8/7/2020 | 00:23:38 | Read Comment | | Comment for Incident 974 was Marked as Read. | A15119 |
| 8/7/2020 | 00:24:54 | UserAction | | User clicked Exit/Save | A14044 |
| 8/7/2020 | 00:27:29 | 10-97 ALT | OFC | Incident ID = 20272974, 0, 0, | A15119 |
| 8/7/2020 | 00:28:53 | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08072020-0021208; | A15119 |
| 8/7/2020 | 00:28:53 | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A15119 |
| 8/7/2020 | 00:28:53 | ENRT | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Responding From = I210 W To / I15 S Con [WB 210 TO SB 15 CONNECTOR]. | A15119 |
| 8/7/2020 | 00:28:53 | 10-97 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | | A15119 |
| 8/7/2020 | 00:35:57 | UserAction | | User clicked Exit/Save | A15119 |
| 8/7/2020 | 00:38:50 | UserAction | | User clicked Exit/Save | A13695 |
| 8/7/2020 | 00:56:26 | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08072020-0021212; | A15119 |
| 8/7/2020 | 00:56:26 | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A15119 |
| 8/7/2020 | 00:56:26 | ENRT | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Responding From = PITTSBURGH AVE\Mission Vista DR. | A15119 |
| 8/7/2020 | 01:13:47 | 10-8 | HAVEN JSO GUASTI | | A13695 |
| 8/7/2020 | 01:13:49 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | | A13695 |
| 8/7/2020 | 01:14:17 | UserAction | | User clicked Exit/Save | A17229 |
| 8/7/2020 | 01:15:32 | ASSIGN | I10 E Wo / Haven Ave [I10 E WO HAVEN AVE] | Response Number: 08072020-0021213; | |
| 8/7/2020 | 01:15:32 | Update Sector | I10 E Wo / Haven Ave | From Sector 123 to 113 | A15119 |
| 8/7/2020 | 01:15:32 | ENRT | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Responding From = E OAK HILL DR\E Walnut ST. | A15119 |
| 8/7/2020 | 01:16:00 | 10-97 ALT | ONTPD | Incident ID = 20272974, 0, 0, | A13695 |
| 8/7/2020 | 01:23:06 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | | A13695 |
| 8/7/2020 | 01:25:07 | 10-8 | ONT PD | | A13695 |
| 8/7/2020 | 01:39:38 | UserAction | | User clicked Exit/Save | A18069 |
| 8/7/2020 | 02:10:37 | 10-8 | HAVEN JSO GUASTI | | A15639 |
| 8/7/2020 | 02:25:38 | Read Comment | | Comment for Incident 974 was Marked as Read. | A13695 |
| 8/7/2020 | 02:28:11 | Update IsConfidential | I10 E Wo / Haven Ave | Updated IsConfidential to True for Response_Comment record 246 | A13695 |
| 8/7/2020 | 02:29:24 | UserAction | | User clicked Exit/Save | A17229 |
| 8/7/2020 | 02:30:48 | UserAction | | User clicked Exit/Save | A17229 |
| 8/7/2020 | 02:31:50 | Update IsConfidential | I10 E Wo / Haven Ave | Updated IsConfidential to True for Response_Comment record 246 | A13695 |
| 8/7/2020 | 02:31:51 | UserAction | | User clicked Exit/Save | A13695 |
| 8/7/2020 | 03:01:00 | UserAction | | User clicked Exit/Save | A17229 |
| 8/7/2020 | 03:13:36 | 10-8 | ONTPD | | A13695 |
| 8/7/2020 | 03:13:45 | 10-8 | OFC | | A13696 |
| 8/7/2020 | 03:27:01 | 10-8 | HAVEN JSO GUASTI | | A13695 |
| 8/7/2020 | 03:27:06 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | | A13695 |

CHP-000471

CUSTODIAN OF RECORDS

| Date | Time | Action | Location | Description | ID |
|------|------|--------|----------|-------------|-----|
| 8/7/2020 | 03:48:24 | UserAction | | User clicked Exit/Save | A14721 |
| 8/7/2020 | 04:32:41 | UserAction | | User clicked Exit/Save | A17229 |
| 8/7/2020 | 04:33:56 | Read Comment | | Comment for Incident 974 was Marked as Read. | A13695 |
| 8/7/2020 | 04:34:04 | UserAction | | User clicked Exit/Save | A13695 |
| 8/7/2020 | 04:35:31 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A13695 |
| 8/7/2020 | 04:35:31 | 10-8 | I10 E Wo / Haven Ave [RR . TRACKS HAVEN JSO GUASTI] | ONR OPEN R1 98 | A13695 |
| 8/7/2020 | 05:07:01 | UserAction | | User clicked Exit/Save | A15641 |
| 8/7/2020 | 05:12:27 | UserAction | | User clicked Exit/Save | A13850 |
| 8/7/2020 | 05:12:52 | UserAction | | User clicked Exit/Save | A15641 |
| 8/7/2020 | 05:13:11 | Read Comment | | Comment for Incident 974 was Marked as Read. | A14038 |
| 8/7/2020 | 05:17:15 | UserAction | | User clicked Exit/Save | A14038 |
| 8/7/2020 | 05:33:01 | UserAction | | User clicked Exit/Save | A15641 |
| 8/7/2020 | 05:33:47 | UserAction | | User clicked Exit/Save | A17229 |
| 8/7/2020 | 06:02:37 | UserAction | | User clicked Exit/Save | A17229 |
| 8/7/2020 | 06:06:04 | Change Unit Priority | | Change Unit Priority from 3 to 2 | A13850 |
| 8/7/2020 | 06:06:04 | Change Unit Priority | | Change Unit Priority from 3 to 2 | A13850 |
| 8/7/2020 | 06:06:04 | Change Unit Priority | | Change Unit Priority from 3 to 2 | A13850 |
| 8/7/2020 | 06:06:04 | Change Unit Priority | | Change Unit Priority from 3 to 2 | A13850 |
| 8/7/2020 | 06:06:04 | Change Unit Priority | | Change Unit Priority from 3 to 2 | A13850 |
| 8/7/2020 | 06:06:04 | Change Unit Priority | | Change Unit Priority from 3 to 2 | A13850 |
| 8/7/2020 | 06:06:04 | Change Unit Priority | | Change Unit Priority from 3 to 2 | A13850 |
| 8/7/2020 | 06:06:04 | Incident Priority Change | | Incident priority changed from 3 to 2 due to Additional Info | A13850 |
| 8/7/2020 | 06:06:05 | SOP Updated | | Updated SOP information is available | A13850 |
| 8/7/2020 | 06:06:05 | UserAction | | User clicked Exit/Save | A13850 |
| 8/7/2020 | 06:06:11 | Read Comment | | Comment for Incident 974 was Marked as Read. | A17229 |
| 8/7/2020 | 06:06:20 | UserAction | | User clicked Exit/Save | A17229 |
| 8/7/2020 | 06:06:38 | UserAction | | User clicked Exit/Save | A17229 |
| 8/7/2020 | 06:16:43 | 10-8 | ONTPD | | A17229 |
| 8/7/2020 | 06:17:04 | 10-8 | ONTPD | | A17229 |
| 8/7/2020 | 06:19:15 | UserAction | | User clicked Exit/Save | A17229 |
| 8/7/2020 | 06:19:54 | UserAction | | User clicked Exit/Save | A15455 |
| 8/7/2020 | 06:22:53 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A14128 |
| 8/7/2020 | 06:30:33 | UserAction | | User clicked Exit/Save | A13850 |
| 8/7/2020 | 07:05:28 | UserAction | | User clicked Exit/Save | A15641 |
| 8/7/2020 | 07:58:13 | UserAction | | User clicked Exit/Save | A16266 |
| 8/7/2020 | 08:03:49 | 10-8 | HAVEN JSO GUASTI | | A14038 |
| 8/7/2020 | 08:03:58 | 10-8 | HAVEN JSO GUASTI | | A14038 |
| 8/7/2020 | 08:04:02 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | | A14038 |
| 8/7/2020 | 08:04:16 | 10-8 | ONTPD | | A14038 |
| 8/7/2020 | 08:04:42 | ReAssign Vehicle | | RR TRACKS HAVEN JSO GUASTI ReAssign Reason: RU-Reassign Unit | A14038 |
| 8/7/2020 | 08:04:42 | ReAssign Response | | RR TRACKS HAVEN JSO GUASTI Clearing Primary Vehicle Flag | A14038 |
| 8/7/2020 | 08:04:42 | ReAssign Response | | RR TRACKS HAVEN JSO GUASTI ReAssign Reason: RU-Reassign Unit | A14038 |
| 8/7/2020 | 08:04:42 | ASSIGN | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] . | Response Number (08072020-0021244) | A14038 |
| 8/7/2020 | 08:04:45 | ReAssign Vehicle | | RR TRACKS HAVEN JSO GUASTI ReAssign Reason: RU-Reassign Unit | A14038 |
| 8/7/2020 | 08:04:45 | ReAssign Response | | RR TRACKS HAVEN JSO GUASTI Clearing Primary Vehicle Flag | A14038 |
| 8/7/2020 | 08:04:45 | ReAssign Response | | RR TRACKS HAVEN JSO GUASTI ReAssign Reason: RU-Reassign Unit | A14038 |
| 8/7/2020 | 08:04:45 | ASSIGN | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Response Number (08072020-0021245) | A14038 |

INLAND COMMUNICATIONS CENTER

8/7/2020

Case 5:21-cv-01694-JWH-DTB Document 38-9 Filed 09/15/22 Page 90 of 93 Page ID
"CONFIDENTIAL PURSUANT 539O PROTECTIVE ORDER"

CUSTODIAN OF RECORDS

Page 23 of 26

| 8/7/2020 | 08:04:46 | 10-97 | I10 E Wo / Haven Ave | | A14038 |
|---|---|---|---|---|---|
| 8/7/2020 | 09:13:57 | UserAction | | User clicked Exit/Save | A18235 |
| 8/7/2020 | 10:10:39 | UserAction | | User clicked Exit/Save | A13816 |
| 8/7/2020 | 10:34:09 | UserAction | | User clicked Exit/Save | CT_GWILLIAMS |
| 8/7/2020 | 10:39:55 | UserAction | | User clicked Exit/Save | A14879 |
| 8/7/2020 | 11:02:21 | UserAction | | User clicked Exit/Save | A14038 |
| 8/7/2020 | 11:27:57 | UserAction | | User clicked Exit/Save | A16687 |
| 8/7/2020 | 12:26:30 | UserAction | | User clicked Exit/Save | A14879 |
| 8/7/2020 | 13:17:09 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 13:20:58 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 13:23:00 | UserAction | | User clicked Exit/Save | CT_CMARCUM |
| 8/7/2020 | 13:46:51 | UserAction | | User clicked Exit/Save | A16300 |
| 8/7/2020 | 15:01:49 | UserAction | | User clicked Exit/Save | 017480 |
| 8/7/2020 | 15:03:33 | UserAction | | User clicked Exit/Save | CT_BHART |
| 8/7/2020 | 15:06:08 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 15:13:10 | ENRT ALT | INLAND DIV OFC | Incident ID = 20272974, 0, 0, | A14300 |
| 8/7/2020 | 15:17:19 | Read Comment | | Comment for Incident 974 was Marked as Read. | A14300 |
| 8/7/2020 | 15:17:21 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 15:25:41 | ASSIGN | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Response Number (08072020-0021313) | A14300 |
| 8/7/2020 | 15:25:44 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 15:26:39 | ENRT ALT | RR BRIDGE - HAVEN JSO GUASTI | Incident ID = 20272974, 0, 0, | A14300 |
| 8/7/2020 | 15:26:42 | Read Comment | | Comment for Incident 974 was Marked as Read. | A14300 |
| 8/7/2020 | 15:27:12 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 15:31:18 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 15:33:44 | UserAction | | User clicked Exit/Save | A17785 |
| 8/7/2020 | 15:37:47 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 15:38:20 | UserAction | | User clicked Exit/Save | A10420 |
| 8/7/2020 | 15:40:21 | UserAction | | User clicked Exit/Save | A14620 |
| 8/7/2020 | 15:44:51 | UserAction | | User clicked Exit/Save | A17785 |
| 8/7/2020 | 15:53:04 | Read Comment | | Comment for Incident 974 was Marked as Read. | A14300 |
| 8/7/2020 | 15:54:37 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 16:02:07 | UserAction | | User clicked Exit/Save | A10420 |
| 8/7/2020 | 16:10:28 | ReAssign Vehicle | RR TRACKS HAVEN JSO GUASTI | ReAssign Reason: RU-Reassign Unit | A14300 |
| 8/7/2020 | 16:10:28 | ReAssign Response | RR TRACKS HAVEN JSO GUASTI | Clearing Primary Vehicle Flag | A14300 |
| 8/7/2020 | 16:34:43 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 16:40:22 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 16:53:56 | ReAssign Vehicle | RR TRACKS HAVEN JSO GUASTI | ReAssign Reason: RU-Reassign Unit | A14300 |
| 8/7/2020 | 16:53:56 | ReAssign Response | RR TRACKS HAVEN JSO GUASTI | Clearing Primary Vehicle Flag | A14300 |
| 8/7/2020 | 16:53:56 | ReAssign Response | RR TRACKS HAVEN JSO GUASTI | ReAssign Reason: RU-Reassign Unit | A14300 |
| 8/7/2020 | 16:54:10 | ASSIGN | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Response Number (08072020-0021323) | A14300 |
| 8/7/2020 | 16:54:17 | 10-97 | I10 E Wo / Haven Ave | | A14300 |
| 8/7/2020 | 16:54:36 | UserAction | | User clicked Exit/Save | A16295 |
| 8/7/2020 | 18:15:48 | UserAction | | User clicked Exit/Save | CT_CMARCUM |
| 8/7/2020 | 18:49:07 | UserAction | | User clicked Cancel | A14300 |
| 8/7/2020 | 18:50:50 | UserAction | | User clicked Exit/Save | A14300 |
| 8/7/2020 | 18:50:54 | UserAction | | User clicked Cancel | A14300 |
| 8/7/2020 | 18:50:56 | Cancel Response | RR TRACKS HAVEN JSO GUASTI | Cancellation Reason: RD-Radio Desk, Response Disposition: F-File | A14300 |
| 8/7/2020 | 18:50:56 | 10-8 | I10 E Wo / Haven Ave [RR TRACKS HAVEN JSO GUASTI] | Unit Cleared From Incident 200806IN00784 | A14300 |

Edit Log

CUSTODIAN OF RECORDS

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 8/6/2020 | 16:04:15 | Call_Back_Phone | | (909) 767-9857 | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:38 | Address | (Blank) | 10 E WO / HAVEN | New Entry | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:41 | Jurisdiction | | IN | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:41 | Division | | 123-Rancho Cucamonga | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:41 | Battalion | | 123-Rancho Cucamonga | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:41 | Response_Area | | | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:41 | ResponsePlanType | 0 | | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:41 | Address | 10 E WO / HAVEN | I10 E WO / HAVEN AVE | Premise Verified | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:41 | City | | Ontario | Updated City | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:41 | Latitude | 0 | 34067451 | Premise Verified | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:41 | Longitude | 0 | 117583714 | Premise Verified | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:42 | Location_Name | | I10 E WO HAVEN AVE | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:44 | Caller_Type | | Involved Party | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:46 | Problem | | 1183-Trfc Collision-Unkn Inj | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:46 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:46 | Priority_Description | | 2 | | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:46 | Priority_Number | 0 | 2 | | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:04:46 | Incident_Type | | 1 CHP Unit Incident | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:05:19 | Read Call | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:05:19 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:06:05 | Caller_Name | | FABIOLA AGUSTINE | (Response Viewer) | Response_Master_Incident | IN020 | A15119 |
| 8/6/2020 | 16:06:06 | Problem | 1183-Trfc Collision-Unkn Inj | 20002-Hit and Run No Injuries | -(Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:06:06 | Priority_Description | 2 | 3 | Additional Info | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:06:06 | Priority_Number | 2 | 3 | Additional Info | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:09:36 | Comments | | GLD HOND ACC | Supplement Person Record Edited. Record ID 2655647 | IncidentSupplementPerson | IN006 | A14879 |
| 8/6/2020 | 16:09:36 | FirstName | | DOMINIQA | Supplement Person Record Edited. Record ID 2655647 | IncidentSupplementPerson | IN006 | A14879 |
| 8/6/2020 | 16:09:36 | IncidentSupplement PersonType | | INV | Supplement Person Record Edited. Record ID 2655647 | IncidentSupplementPerson | IN006 | A14879 |
| 8/6/2020 | 16:10:46 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:24:29 | Location_Name | I10 E WO HAVEN AVE | GAUSI/HAVEN | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:25:08 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:25:18 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:26:50 | Location_Name | GAUSI/HAVEN | GAUSTI/HAVEN | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:27:38 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:27:51 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:28:01 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:28:20 | Location_Name | GAUSTI/HAVEN | GUASTI/HAVEN | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:28:30 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:34:22 | MethodOfCallRcvd | | BLOCK | (Response Viewer) | Response_Master_Incident | IN005 | A14300 |
| 8/6/2020 | 16:41:25 | Location_Name | GUASTI/HAVEN | HAVEN JSO GUASTI | (Response Viewer) | Response_Master_Incident | IN005 | A14300 |
| 8/6/2020 | 16:41:25 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:51:18 | Location_Name | HAVEN JSO GUASTI | RR TRACKS -HAVEN JSO GUASTI | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 16:53:07 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 17:15:32 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 18:58:24 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A14879 |
| 8/6/2020 | 19:31:27 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | IN006 | A15119 |

INLAND COMMUNICATIONS CENTER

CHP-000474

CUSTODIAN OF RECORDS

| Date | Time | Field | Old | | New | Category | Description | Incident | A-number |
|------|------|-------|-----|---|-----|----------|-------------|----------|----------|
| 8/6/2020 | 19:32:13 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A15119 |
| 8/6/2020 | 19:37:01 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A15119 |
| 8/6/2020 | 19:50:38 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A15119 |
| 8/6/2020 | 20:09:24 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A15119 |
| 8/6/2020 | 21:10:55 | LicensePlateType | PC | | | Supplement Vehicle Record Edited. Record ID 2014872 | IncidentSupplementVehicle | CHPINP80MOB Mobile1 01 | |
| 8/6/2020 | 21:10:55 | LicensePlateYear | 2020 | | | Supplement Vehicle Record Edited. Record ID 2014872 | IncidentSupplementVehicle | CHPINP80MOB Mobile1 01 | |
| 8/6/2020 | 21:13:44 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A15119 |
| 8/6/2020 | 21:22:52 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A15119 |
| 8/6/2020 | 22:02:25 | LicensePlateNumbe r | 32466S1 | | 32468s1 | Supplement Vehicle Record Edited. Record ID 2014872 | IncidentSupplementVehicle | CHPINP80MOB Mobile1 01 | |
| 8/6/2020 | 22:02:25 | LicensePlateType | PC | | | Supplement Vehicle Record Edited. Record ID 2014872 | IncidentSupplementVehicle | CHPINP80MOB Mobile1 01 | |
| 8/6/2020 | 22:02:25 | LicensePlateYear | 2020 | | | Supplement Vehicle Record Edited. Record ID 2014872 | IncidentSupplementVehicle | CHPINP80MOB Mobile1 01 | |
| 8/6/2020 | 22:41:05 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A15119 |
| 8/7/2020 | 00:05:41 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A15119 |
| 8/7/2020 | 00:23:36 | IsConfidential | False | | True | Change Confidential Comment | IncidentComment | IN001 | A13695 |
| 8/7/2020 | 00:23:38 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A15119 |
| 8/7/2020 | 02:25:38 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A13695 |
| 8/7/2020 | 02:28:11 | IsConfidential | False | | True | Change Confidential Comment | IncidentComment | IN006 | A13695 |
| 8/7/2020 | 02:31:50 | IsConfidential | False | | True | Change Confidential Comment | IncidentComment | IN006 | A13695 |
| 8/7/2020 | 04:33:56 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A13695 |
| 8/7/2020 | 05:13:11 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN003 | A14038 |
| 8/7/2020 | 06:06:04 | Current_UnitRespPr iorityDesc | 3 | | 2 | Additional Info | Response_Vehicles_Assign ed | IN028 | A13850 |
| 8/7/2020 | 06:06:04 | Current_UnitRespP iorityDesc | 3 | | 2 | Additional Info | Response_Vehicles_Assign ed | IN028 | A13850 |
| 8/7/2020 | 06:06:04 | Current_UnitRespPr iorityDesc | 3 | | 2 | Additional Info | Response_Vehicles_Assign ed | IN028 | A13850 |
| 8/7/2020 | 06:06:04 | Current_UnitRespPr iorityDesc | 3 | | 2 | Additional Info | Response_Vehicles_Assign ed | IN028 | A13850 |
| 8/7/2020 | 06:06:04 | Current_UnitRespP iorityDesc | 3 | | 2 | Additional Info | Response_Vehicles_Assign ed | IN028 | A13850 |
| 8/7/2020 | 06:06:04 | Current_UnitRespP iorityDesc | 3 | | 2 | Additional Info | Response_Vehicles_Assign ed | IN028 | A13850 |
| 8/7/2020 | 06:06:04 | Current_UnitRespP iorityDesc | 3 | | 2 | Additional Info | Response_Vehicles_Assign ed | IN028 | A13850 |
| 8/7/2020 | 06:06:04 | Problem | 20002-Hit and Run No Injuries | | SHOTS Fired Incident | (Response Viewer) | Response_Master_Incident | IN028 | A13850 |
| 8/7/2020 | 06:06:04 | Priority_Description | 3 | | 2 | Additional Info | Response_Master_Incident | IN028 | A13850 |
| 8/7/2020 | 06:06:04 | Priority_Number | 3 | | 2 | Additional Info | Response_Master_Incident | IN028 | A13850 |
| 8/7/2020 | 06:06:11 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A17229 |
| 8/7/2020 | 15:17:19 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A14300 |
| 8/7/2020 | 15:26:42 | Read Comment | False | | True | (Response Viewer) | Response_Master_Incident | IN006 | A14300 |

INLAND COMMUNICATIONS CENTER

8/7/2020

CHP-000475

"CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER"

CUSTODIAN OF RECORDS

| 8/7/2020 | 15:53:04 | Read Comment | False | True | | (Response Viewer) | Response_Master_Incident IN006 | | A14300 |

**Custom Time Stamps**
**No Custom Time Stamps**

**Custom Data Fields**
**Description**

| | **Data** | **User** |
|---|---|---|
| EMS | ONTFD | A15119 |
| FIRE | ONTFD | A15119 |
| LAW | ONTPD | A15119 |
| EMS | ONTFD | A15119 |
| FIRE | ONTFD | A15119 |
| LAW | ONTPD | A15119 |

**Attachments**
**No Attachment**

"I declare under penalty of perjury that the document (s)
consisting of  26  pages to which this is affixed is (are) a
true copy (s) of the original document (s) on file with the
Department of California Highway Patrol.

 8/7/20  By _____
                                          Employee

Title  PSDS I  _____

CHP-000476