1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11  | | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,** | Case No. 5:21-cv-1694-JWH (KKx) |
| | **[PROPOSED] JUDGMENT** |
| Plaintiffs, | Date:        October 21, 2022 |
| | Time:        9:00 a.m. |
| | Courtroom:  9D |
| **v.** | Judge:       The Honorable John W. Holcomb |
| **STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,** | Trial Date:  December 12, 2022 |
| Defendants. | Action Filed:   July 30, 2021 |

19

20    The Motion of Defendants State of California and Andrew Ornelas for

21  Summary Judgment, or, in the Alternative, Partial Summary Judgment, came on

22  regularly for hearing before this Court.

23    After considering the moving and opposition papers, and having concluded

24  that there is no genuine issue as to any material fact with respect to any of the

25  plaintiffs' claims for relief against defendants,

26  //

27  //

28

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Defendants State of California and Andrew Ornelas.


Dated: _____          _____

The Honorable John W. Holcomb

LA2021603706
Sesma-Proposed Judgment.docx