**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to Charles Sesma, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; ANDREW ORNELAS; and DOES 2-20, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-1694- JWH (KKx)<br><br>[*Hon. John W. Holcomb*]<br><br>**JOINT REPORT PROPOSING CASE SCHEDULE** |

**TO THIS HONORABLE COURT:**

In compliance with the Court's February 14, 2024, Order, the parties have engaged in discussions to establish a comprehensive case schedule. Despite diligent efforts and thorough deliberations, we regret to inform the Court that we were unable to reach a consensus regarding the scheduling of a trial date. A timetable of the parties' respective proposals is attached as Exhibit "A" to this report.

Plaintiffs propose a trial date of June 24, 2024, which would allow four months for the parties to prepare for trial. Plaintiffs believe this would provide sufficient time for the parties to prepare for trial, especially given the fact that the parties have already produced drafts of the pre-trial documents and met and

conferred about them. Additionally, given that the incident at issue occurred in 2020, Plaintiffs believe they have a strong interest in a timely trial. Plaintiffs would also be agreeable to the following dates: April 22, 2024; April 29, 2024; July 1, 2024; or September 16. Plaintiffs would not be opposed to a trial date in July, August, or September, but unfortunately Plaintiffs' counsel already has a full trial calendar for those months. Declaration of Cooper Alison-Mayne, Exhibit 1, Trial Calendar.

Defendants propose July 22, 2024; any date in August, 2024; September 9, 2024; or, alternatively, a date in the latter part of January, 2025. Defendant, Officer Ornelas's annual vacation is scheduled from September 23, 2024, to November 3, 2024, and defendants' percipient and expert witnesses are more numerous than plaintiffs' witnesses which requires more advance notice for logistical planning, especially during the summer months and the Holiday season. Deputy Attorney General David Klehm was recently assigned as Lead Counsel on this case within the past week and respectfully requests sufficient time to adequately prepare for trial in a case dealing with an officer involved shooting fatality. Declaration of David Klehm, Exhibit 1, Trial Calendar.

DATED:  February 23, 2024         LAW OFFICES OF DALE K. GALIPO

By: /s/Cooper Alison-Mayne
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorneys for Plaintiffs*

---

[1] As the filer of this document, I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | DATED:  February 23, 2024 | Office of Attorney General of California |
| 2 | | |
| 3 | | |
| 4 | | By  */s/ David Klehm*<br>R<small>OB</small> B<small>ONTA</small> |
| 5 | | Attorney General of California<br>D<small>ONNA</small> D<small>EAN</small> |
| 6 | | Supervising Deputy Attorney General<br>D<small>AVID</small> K<small>LEHM</small> |
| 7 | | Deputy Attorney General |
| 8 | |  *Attorneys for Defendants State of* |
| 9 | | *California and Andrew Ornelas* |

3

J<small>OINT</small> R<small>EPORT</small> P<small>ROPOSING</small> C<small>ASE</small> S<small>CHEDULE</small>

**EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

| | | | |
|---|---|---|---|
| **Case No.:** | 5:21-cv-1694- JWH | | |
| **Case Name:** | Sesma, et al. v. State of California, et al. | | |
| Event | Plaintiff's Request month/day/year | Defendant's Request month/day/year | Court's Order |
| ☑ Jury Trial *or* ☐ Bench Trial **(Monday at 9:00 a.m.)** Length: 6 days | June 24, 2024 | Aug 19, 2024 | |
| Final Pretrial Conference [L.R. 16] **(Friday—17 days before trial date)** | June 7, 2024 | Aug 2, 2024 | |
| Hearing on Motions *in Limine* **(Friday—7 days before Final PTC)** | May 31, 2024 | July 26, 2024 | |
| Last Date to Hear Non-Discovery Motions | N/A | N/A | |
| Last Date to Conduct Settlement Conference | N/A | N/A | |
| All Discovery Cut-Off (including hearing all discovery motions) | N/A | N/A | |
| Expert Disclosure (Rebuttal) | N/A | N/A | |
| Expert Disclosure (Initial) | N/A | N/A | |

ADR [L.R. 16-15] Settlement Choice:

☐ Attorney Settlement Officer Panel

☐ Private Mediation

☐ Magistrate Judge

-8-