**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to Charles Sesma, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; ANDREW ORNELAS; and DOES 2-20, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-1694- JWH (KKx)<br><br>[*Hon. John W. Holcomb*]<br><br>**DECLARATION OF COOPER ALISON-MAYNE** |

## <u>DECLARATION OF COOPER ALISON-MAYNE</u>

I, Cooper Alison-Mayne, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in relation to the parties joint report filed concurrently. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.     I am an associate attorney at the Law Offices of Dale K. Galipo and I will be assisting lead counsel Dale K. Galipo in preparing for this trial.

3.     I have prepared a document, attached hereto as "Exhibit 1", which is an accurate reflection of the trial calendar of Plaintiffs' trial counsel, Dale K. Galipo.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 23th day of February 2024, in Los Angeles, California.

*/s/ Cooper Alison-Mayne*
Cooper Alison-Mayne

# Exhibit 1

# <u>DALE K GALIPO TRIAL CALENDAR</u>
## <u>As of 2/23/2024</u>

| <u>Trial Date</u> | <u>CASE</u> | <u>Case Number:</u> | <u>Courthouse</u> | <u>Judge /<br>Trial Days</u> |
|---|---|---|---|---|
| 3.11.24 | **HURTADO v STATE OF CA** | 2:19-cv-02343 | USDC-Eastern | Hon. Drozd |
| 4.5.24 | **BIRTCHER v. COUNTY OF SAN DIEGO** | 37-2020-00039800 | Superior Court-N County SD | Hon. Bowman |
| 5.21.24 | **RIVERA v CITY OF LOS ANGELES** | 2:21-cv-02957 | USDC – Central | Hon. Slaughter |
| 7.15.24 | **JONES v COUNTY OF RIVERSIDE** | 5:22−cv−01764 | USDC – Central | Hon. Sykes |
| 7.16.24 | **LOPEZ, MARGARITO v. CITY OF LOS ANGELES** | 2:22-cv-07534 | USDC – Central | Hon. Aenlle-Rocha |
| 7.29.24 | **HARRIS v CITY OF TULARE** | VCU299232 | Superior Court-Tulare | Hon. Hillman |
| 7.29.24 | **A.J.P.(RUIZ) v. COUNTY OF SAN BERNARDINO** | 5:22-cv-01291 | USDC – Central | Hon. Sykes |
| 8.5-8.8.24 | **CONFERENCE** | | **DANA POINT** | |
| 8.13.24 | **MEDINA v. CULVER CITY** | 2:23-cv-00704 | USDC – Central | Hon. Hsu |
| 8.19.24 | **BENAVENTE V. CITY OF ONTARIO** | 5:23-cv-00266 | USDC – Central | Hon. Sykes |
| 9.3.24 | **BHANDARI V. NATIONAL CITY** | 3:12-cv-01652 | UCDC - Southern | Hon. Butcher |

| Trial Date | CASE | Case Number: | Courthouse | Judge / Trial Days |
|---|---|---|---|---|
| 9.10.24 | McLEOD (Hernandez) v CITY OF REDDING | 2:22-cv-00585 | USDC- Eastern | Hon. Shubb |
| 9.23.24 | NUNEZ v. COUNTY OF SAN BERNARDINO | 5:22-cv-01934 | USDC – Central | Hon. Sykes |
| 9.24.24 | WOLCOTT v. COUNTY OF ORANGE | 8:23-cv-00341 | USDC – Central | Hon. Selna |
| 10.8.24 | T.S. (SMITH) v CITY OF LOS ANGELES | 2:23-cv-06334 | USDC – Central | Hon. Olguin |
| 10.15.24 | SORIA v. COUNTY OF SAN BERNARDINO | 5:22-cv-01958 | USDC – Central | Hon. Bernal |
| 10.29.24 | BYRAM v. COUNTY OF LOS ANGELES | | USDC – Central | Hon. Blumenfeld |
| 11.5.24 | A.H. (Holland) v COUNTY OF SAN BERNARDINO | 5:23-cv-01028 | USDC – Central | Hon. Bernal |
| 11.12.24 | ZAZUETA v COUNTY OF RIVERSIDE | 5:23-cv-01825 | USDC – Central | Hon. Hsu |
| 12.2.24 | MILES v. COUNTY OF ALAMEDA | 3:22-cv-06707 | USDC – Northern | Hon. Orrick |
| 12.10.24 | COUCH v. STATE OF CA | 24CV-0204058 | Shasta County Superior | Hon. Tamara L. Wood |
| 1.6.24 | SILVA v. STANISLAUS | 2:23-cv-01887 | USDC – Northern | Hon. Calabretta |
| 1.7.25 | LIMON-MENDOZA V. CORONA | 5:23-cv-00134 | USDC – Central | Hon. Bernal |
| 1.13.25 | L.C. (PUGA) v. STATE OF CA | 5:22-cv-00949 | USDC – Central | Hon. Bernal |
| 1.28.25 | SOSTEK v COUNTY OF SAN BERNARDINO | 5:23-cv-02236 | USDC – Central | Hon. Garnett |

| Trial Date | CASE | Case Number: | Courthouse | Judge / Trial Days |
|---|---|---|---|---|
| 2.18.25 | GAVIA v. CITY OF HEMET | 23-cv-00724 | USDC – Central | Hon. Wright |
| 2.25.25 | MCLAURIN v. LOS RIOS CCD | 34-2022-00315187 | SCSC | Dept. 47 |
| 3.25.25 | CASTRO v COUNTY OF LOS ANGELES | 2:23-cv-02810 | USDC – Central | Hon. Hsu |
| 5.19.25 | M.A.R. (RIVERA) V CITY OF LOS ANGELES | 22STCV20578 | Cal. Superior | Hon. Escalante |
| 4.29.25 | KEYES/HARRIS v. CITY OF LOS ANGELES | 23STCV26634 | LASC-Spring St | Hon. Jaskol |
| 5.6.25 | MORENO/ORDAZ v. COUNTY OF L.A. | 2:21-cv-06062 | USDC Central | Hon. Phillips |
| 6.10.25 | WELCH v. COUNTY OF TULARE | 1:22-cv-00755 | USDC – Eastern | Hon. Alba |
| 10.28.25 | CAVAZOS v. COUNTY OF FRESNO | 1:23-cv-00859 | USDC – Eastern | Hon. Thurston |
| 1.26.26 | LEE HAWJ (HER) v COUNTY OF SISKIYOU | 2:22-cv-01978 | USDC – Eastern | Hon. Mendez |