ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:
  Fax:  (619) 645-2581
  E-mail:  David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | 5:21-cv-1694-JWH (KKx)<br><br>**DECLARATION OF DAVID KLEHM**<br><br>Judge:  *Honorable John W. Holcomb*<br><br>Action Filed: 7/30/2021 |

I, David Klehm, declare as follows:

1. I am a Deputy Attorney General employed by the California Attorney General's Office. I am an attorney admitted to practice law in the State of California and the Central District of California, and I am counsel of record for Defendants in this matter.

2. I was recently assigned as Lead Counsel on this case within the past week and respectfully request at least 4 months time to adequately prepare for this trial dealing with an officer involved shooting fatality.

3. I have conferred with opposing counsel to establish a comprehensive case schedule but we have regrettably not been successful in coordinating a mutually available trial date.

4. The chart below is a true and accurate summary of my currently scheduled trial dates in other cases, my prepaid vacation schedule and the dates my client's expert witnesses are not available for trial in this case. My client, Office Ornelas is scheduled to be on annual vacation from September 23, to November 3, 2024.

Exhibit 1.

| Case No. | Case Name | Court | Judge | Trial Date |
|---|---|---|---|---|
| 21STCV27120 | *Figueroa, Maria v. California Highway Patrol* | Los Angeles County Superior Court | Honorable Daniel M. Crowley | May 23, 2024 |
| ECU001558 | *Walls, Williams v. State of California* | Imperial County Superior Court | Honorable Jeffrey B. Jones | June 12, 2024 |
| 5:23-cv-00515-HDV-JPR | *Solis, Edgar v. County of Riverside* | USDC, Central District of California | Honorable Hernan D. Vera | Oct. 29, 2024 |

| Defendant's Experts' UnAvailability | |
|---|---|
|  | **Unavailability Dates** |
| Rocky Edwards | March 1- March 29, 2024; April 25, 2024 – April 30, 2024; May 25, 2024 – June 6, 2024; September 23, 2024 through November 23, 2024; April 2025 |
| Parris Ward | April 24, 2024; October 28, 2024 – October 31, 2024 |
| Clarence Chapman, Chief (Ret.) – Police Practices | From present to May 1, 2024. |

1     I declare under penalty of perjury that this declaration is true and correct.

2   Executed February 23, 2024, at San Diego, CA

*David Klehm*

    David Klehm
    Deputy Attorney General
    *Attorneys for Defendants*

LA2021603706
84401739.docx

# CERTIFICATE OF SERVICE

Case Name: **Candido Sesma, et al. v. State of California, et al.**
USDC Case No. **5:21-cv-1694-JWH (KKx)**

I hereby certify that on **February 23, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF DAVID KLEHM**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **February 23, 2024**, at San Diego, California.

|  |  |
|---|---|
| A. Dotson | *A. Dotson* |
| Declarant | Signature |

LA2021603706
37886357