UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>Defendant. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 1** |

  Before the Court is Plaintiffs' Motion in Limine No. 1, which seeks to exclude evidence of Charles Sesma's use of drugs and alcohol. Having read and considered the memoranda submitted by the parties, together with the supporting documents, and having heard the arguments of counsel, for good cause, Plaintiffs' Limine No. 1 is GRANTED.

  **IT IS SO ORDERED.**

Dated:_____

               John W. Holcomb
               UNITED STATES DISTRICT JUDGE