1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased, | Case No. 5:21-cv-1694- JWH (KKx) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 2** |
| v. | |
| STATE OF CALIFORNIA, ANDREW ORNELAS, | |
| Defendant. | |

Before the Court is Plaintiffs' Motion in Limine No. 2, which seeks to exclude evidence of Charles Sesma's criminal history and other bad acts. Having read and considered the memoranda submitted by the parties, together with the supporting documents, and having heard the arguments of counsel, for good cause, Plaintiffs' Limine No. 2 is GRANTED.

**IT IS SO ORDERED.**

Dated:_____        _____
                                   John W. Holcomb
                                   UNITED STATES DISTRICT JUDGE