**DECLARATION OF SERVICE BY E-MAIL**

Case Name: **Candido Sesma, et al. v. State of California, et al.**
USDC Case No.: **5:21-cv-01694-JWH-DTB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On **April 26, 2024**, I served the attached:

**DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF OFFICERS' PERSONNEL RECORDS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DAVID KLEHM IN SUPPORT THEREOF; and**

**ORDER RE: DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF OFFICERS' PERSONNEL RECORDS.**

by transmitting a true copy via electronic mail, addressed as follows:

Dale K. Galipo, Esq.
Cooper Mayne
**E-mail Address**: dalekgalipo@yahoo.com;
CMayne@galipolaw.com
*Attorney for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **April 26, 2024**, at San Diego, California.

| A. Dotson | _(signature)_ |
|---|---|
| Declarant | Signature |

LA2021603706
MIL 2 POS.docx