1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>Defendant. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 3** |

Before the Court is Plaintiffs' Motion in Limine No. 3, which seeks to exclude findings of an internal review of the shooting and evidence that authorities decided not to press criminal charges against Defendant Ornelas in relation to the incident that is the subject of this case. Having read and considered the memoranda submitted by the parties, together with the supporting documents, and having heard the arguments of counsel, for good cause, Plaintiffs' Limine No. 3 is GRANTED.

**IT IS SO ORDERED.**

Dated:_____     _____
John W. Holcomb
UNITED STATES DISTRICT JUDGE