UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>Defendant. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 4** |

Before the Court is Plaintiffs' Motion in Limine No. 4, which seeks to exclude evidence of Charles Sesma's mental health issues, including medical records addressing incidents that Defendant Ornelas had no knowledge of at the time of the incident. Having read and considered the memoranda submitted by the parties, together with the supporting documents, and having heard the arguments of counsel, for good cause, Plaintiffs' Limine No. 4 is GRANTED.

**IT IS SO ORDERED.**

Dated:_____       _____
                                       John W. Holcomb
                                       UNITED STATES DISTRICT JUDGE