**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>　　　　　　　Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 2**<br><br>Judge: Hon. John W. Holcomb<br>Hearing: May 24, 2024, 9:00 a.m.<br>Court: Ronald Reagan Federal Building, 411 W. 4th Street, Santa Ana, CA<br>Courtroom: 9D |

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendants are requesting that the Court exclude evidence regarding Defendant Officer Ornelas' personnel records, including any prior complaints, job performance issues, or disciplinary actions. They argue this evidence should be excluded because they are privileged, irrelevant, prejudicial and improper character evidence that was not previously requested in discovery, and therefore should be excluded from being mentioned or referenced at trial by the plaintiffs, their attorneys and witnesses.

Plaintiffs do not oppose the Defendant's motion. However, Plaintiff would like to reserve the right to introduce records regarding prior complaints, job performance issues, or disciplinary actions if Mr. Ornelas opens the door by testifying about his exemplary record, job performance, or lack of prior disciplinary issues or complaints. In such a scenario, Plaintiffs argue that Mr. Ornelas' testimony would make his personnel records relevant for impeachment purposes and the probative value of the records would outweigh any potential prejudice.

Respectfully submitted,
DATED: May 7, 2024,

**LAW OFFICES OF DALE K. GALIPO**

/s/   *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorney for Plaintiffs*