**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>　　　　　　Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4**<br><br>Judge: Hon. John W. Holcomb<br>Hearing: May 24, 2024, 9:00 a.m.<br>Court: Ronald Reagan Federal Building, 411 W. 4th Street, Santa Ana, CA<br>Courtroom: 9D |

Defendants have requested that the Court bifurcate the proceedings into two phases: (1) liability phase, compensatory damages calculation, and punitive damages predicate; and (2) punitive damages calculation. The Defendants rationale for this request is to streamline the trial process by potentially avoiding discussions about Officer Ornelas' personal financial details unless absolutely necessary.

Plaintiffs do not oppose the Defendant's motion to bifurcate the trial as outlined.

Respectfully submitted,
DATED: May 7, 2024,	**LAW OFFICES OF DALE K. GALIPO**

/s/     *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorney for Plaintiffs*