Rob Bonta
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General
David Klehm
Deputy Attorney General
State Bar No. 165302
Emily Williams
Deputy Attorney General
State Bar No. 316724
 600 W Broadway, Ste 1800
 San Diego, CA 92101-3375
 Ph: (619) 738-9733
 Fax: (916) 731-2120
 E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,** | 5:21-cv-01694-JWH-DTB<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| Plaintiffs, | Date: May 24, 2024<br>Time: 9:00 a.m.<br>Courtroom: 9D |
| **v.** | Judge: The Honorable John W. Holcomb |
| **STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,** | Trial Date: July 1, 2024<br>Action Filed: 7/30/2021 |
| Defendants. | |

**TO PLAINTIFF AND TO THEIR ATTORNEY OF RECORD:**

Defendants State of California and Andrew Ornelas hereby request the Court

to take judicial notice pursuant to Federal Rule of Evidence 201 of the criminal

records of Decedent Charles Sesma. The records are attached hereto as Exhibits 1

through 4 to assist the Court in taking judicial notice. The records are as follows:

Exhibit 1: Certified copies of the Notice of Exoneration of Bail Bond,

Sentencing Memorandum, Misdemeanor Plea Form, Petition to Proceed in Propria Persona, Requests to Add onto Calendar, Requests for Continuance, Waiver of Defendant's Personal Presence, Bail Bond, Misdemeanor Complaint, Discovery Request, Notice to Appear, and Document Coversheets in the case entitled *People of the State of California v. Charles Sesma*, Riverside County Superior Court Case No. SWM1705146, attached hereto as Exhibit 1.

Exhibit 2: Copies of the Agreement to Pay and Forfeit Bail in Installments and Citation in the case entitled *People of the State of California v. Charles Gabriel Sesma*, Riverside County Superior Court Case No. CV58878CS, attached hereto as Exhibit 2.

Exhibit 3: Copies of the County of San Diego Driving Under the Influence Program – Referral Forms & Fact Sheets, MADD San Diego County Victim Impact Panel Compliance Form, County of San Diego Driving Under the Influence Participant Status Report, Complaint, Dockets, and Plea of Guilty/No Contest in the case entitled *People of the State of California v. Charles Lyabriel Jesma aka: Charles Gabriel Sesna*, San Diego County Superior Court Case No. T189998, attached hereto as Exhibit 3.

Exhibit 4: Copies of the Notices to Appear in Riverside County Superior Court Case No. TE173140081 and Temecula City Case No. TE190730053, attached hereto as Exhibit 4.

## BASIS FOR REQUESTING JUDICIAL NOTICE

Courts may take judicial notice of documents that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b); *Wietschner v. Monterey Pasta Co.*, 294 F.Supp.2d 1102, 1108 (N.D. Cal. 2003).  Courts may take judicial notice of the official acts of the legislative, executive and judicial departments of the United States, or of any state or political subdivision thereof, or of other public entity in the United States.  Thus, judicial notice may be taken of documents filed and orders or

2

decisions entered in any federal or state court proceeding. Fed. R. Evid. 201(d); *ReadyLink Healthcare, Inc. v. State Compensation Ins. Fund* (9th Cir. 2014) 754 F3d 754, 756, fn. 1 (judicial notice of California state court proceedings); *Asdar Group v. Pillsbury, Madison & Sutro* (9th Cir. 1996) 99 F3d 289, 290, fn. 1.

Defendants request that this Court take judicial notice of the records above which are capable of ready determination by resort to records of the Riverside County Superior Court, San Diego County Superior Court, and Temecula City Court.

Dated: May 10, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

/s/ David Klehm

DAVID KLEHM
EMILY WILLIAMS
Deputys Attorney General
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

LA2021603706

EXHIBIT 1

# Order Form

**User Name:**
**Company:** DOJ-Attorney General-Los Angel

## ACE Messenger & Attorney Svc          (213) 623-3979

**Control Number:** 2029443       **eTrac Number:** 159518470

| Submitter Information | Shipping Information |
|---|---|
| **Account:** 10551<br>**Name:** DOJ-ATTORNEY GENERAL-LOS ANGELES<br>**Requested By:** BRIANA CABRERA<br>**Reference:** 14351180LA2021603706<br>**Entered:** 31-JAN-2022 13:06 | **Service Type:** DOC. RETRIEVAL<br>**Return Service:** None |

| Pick Up From | Deliver To |
|---|---|
| RIVERSIDE CRIMINAL COURT<br>4100 MAIN STREET<br>RIVERSIDE, RIVERS | DOJ-ATTORNEY GENERAL-LOS ANGELES<br>300 SOUTH SPRING STREET<br>1700 1ST FLOOR<br>LOS ANGELES, CA<br>Phone: 213-269-6000 |

| Pickup Details | Special Instructions |
|---|---|
| **Requested Date:** 31-JAN-2022<br>**Ready Time:** NOW<br>**Case Number:** SW190990033/SWM17051<br>**Case Name:** 46<br>**Name of Docs:**<br>CHARLES SESMA ENTIRE CASE (2) | get<br>Certified. |

| Driver: | Received by:<br>X |
|---|---|
| Date: | |
| Time: | Print Name: |

5/15
S104

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220    ☒ **MURRIETA** 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563
☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225         ☐ **RIVERSIDE** 4100 Main St., Riverside, CA 92501
☐ **INDIO** 46-200 Oasis St., Indio, CA 92201

**RI-OTS01**

| PEOPLE OF THE STATE OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| *vs.* | **FILED** SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE  MAY 08 2018  V. Justice |
| DEFENDANT: CHARLES SESMA | |
| | CASE NUMBER: SWM1705146 |

| Hearing Date: 05/15/18 | Time: 7:30AM | Department: S104 |
|---|---|---|

### REQUEST TO ADD ONTO CALENDAR

Attorney or Probation Officer's Name: _____

Defendant's Name:   CHARLES SESMA   Phone No.: 951 447 674  D.O.B.: 03/04/76

Interpreter Required?  ☒ No    ☐ Yes; Language: _____

Defendant In-Custody?  ☒ No    ☐ Yes; Custody Location: _____
NOTE: Three days notice is required for defendants who are in local custody.

**The above referenced case is being added onto the calendar for the following:**

☒ Warrant Outstanding for  WARRANT ARRAIGNMENT
☐ Reinstatement in the following program(s):
    ☐ AB541- 1st Offender Drinking Driver Program
    ☐ SB38- 2nd Offender Drinking Driver Program
    ☐ Work Release Program (Weekends)
    ☐ Alternative Sentencing Program (Specify): _____
    ☐ Other: _____
☐ Modification of: _____
☐ Other: _____

Signed on  05/08/18

CHARLES SESMA
(TYPE OR PRINT NAME ☐ DEFENDANT ☐ ATTORNEY OR ☐ PROBATION OFFICER)    (SIGNATURE ☐ DEFENDANT ☐ ATTORNEY OR ☐ PROBATION OFFICER)

**Clerk's Use Only:**
Your Hearing Date has been scheduled at the Court Address noted above as follows:

| Hearing Date: 05/15/18 | Time: 7:30AM | Department: S104 |
|---|---|---|

Date:  05/08/18  _____  V.Justice
                                  (CLERK OF THE COURT/DEPUTY CLERK)

Adopted for Mandatory Use
Riverside Superior Court
RI-OTS01 [Rev. 08/20/17]
(Reformatted 07/28/17)

**REQUEST TO ADD ONTO CALENDAR**

Page 1 of 1
riverside.courts.ca.gov/localforms/localfms.shtml

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
DEPUTY

Dated: 2-4-22

Certification must be in red to be a
"CERTIFIED COPY"

5/31

S104

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220
☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225
☐ **INDIO** 46-200 Oasis St., Indio, CA 92201
☒ **MURRIETA** 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563
☐ **RIVERSIDE** 4100 Main St., Riverside, CA 92501

RI-OTS01

PEOPLE OF THE STATE OF CALIFORNIA

vs.

DEFENDANT: CHARLES SESMA

FOR COURT USE ONLY

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

MAY 2 5 2018

V Justice

MAY 2 9 2018

**CASE NUMBER:**
SWM1705146

| Hearing Date: 05/31/18 | Time: 7:30AM | Department: S104 |
|---|---|---|

## REQUEST TO ADD ONTO CALENDAR

Attorney or Probation Officer's Name: _____

Defendant's Name: <u>CHARLES SESMA</u>   Phone No.: 951 447 6745   D.O.B.: <u>03/04/76</u>

Interpreter Required?   ☒ No   ☐ Yes; Language: _____

Defendant In-Custody?   ☒ No   ☐ Yes; Custody Location: _____
NOTE: Three days notice is required for defendants who are in local custody.

**The above referenced case is being added onto the calendar for the following:**

☒ Warrant Outstanding for   <u>WARRANT ARRAIGNMENT</u>
☐ Reinstatement in the following program(s):
    ☐ AB541- 1st Offender Drinking Driver Program
    ☐ SB38- 2nd Offender Drinking Driver Program
    ☐ Work Release Program (Weekends)
    ☐ Alternative Sentencing Program (Specify): _____
    ☐ Other: _____
☐ Modification of: _____
☐ Other: _____

Signed on   <u>05/25/18</u>

<u>CHARLES SESMA</u>
(TYPE OR PRINT NAME ☐ DEFENDANT ☒ ATTORNEY OR ☐PROBATION OFFICER)

(SIGNATURE ☐ DEFENDANT ☒ ATTORNEY OR ☐PROBATION OFFICER)

**Clerk's Use Only:**
Your Hearing Date has been scheduled at the Court Address noted above as follows:

| Hearing Date: 05/31/18 | Time: 7:30AM | Department: S104 |
|---|---|---|

Date: <u>05/25/18</u>   _____   V.JUSTICE
(CLERK OF THE COURT/DEPUTY CLERK)

Page 1 of 1

Adopted for Mandatory Use
Riverside Superior Court
RI-OTS01 [Rev. 06/20/17]
(Reformatted 07/28/17)

**REQUEST TO ADD ONTO CALENDAR**

riverside.courts.ca.gov/localforms/localfrms.shtml

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside

By_____
             DEPUTY
Dated: 2-4-22

Certification must be in red to be a
"CERTIFIED COPY"

6|7

S104

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ BANNING 311 E. Ramsey St., Banning, CA 92220          ☒ MURRIETA 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563
☐ BLYTHE 265 N. Broadway, Blythe, CA 92225              ☐ RIVERSIDE 4100 Main St., Riverside, CA 92501
☐ INDIO 46-200 Oasis St., Indio, CA 92201

RI-OTS01

| PEOPLE OF THE STATE OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| vs. | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br>MAY 3 1 2018<br>V Justice |
| DEFENDANT: CHARLES SESMA | CASE NUMBER:<br>SWM1705146 |

MOB
JUN 0 4 2018

| Hearing Date:<br>06/07/18 | Time:<br>7:30AM | Department:<br>S104 |
|---|---|---|

### REQUEST TO ADD ONTO CALENDAR

Attorney or Probation Officer's Name: _____

Defendant's Name: __CHARLES SESMA__  Phone No.: X-951-447-6745  D.O.B.: __03/04/76__

Interpreter Required?  ☒ No       ☐ Yes; Language: _____

Defendant In-Custody?  ☒ No      ☐ Yes; Custody Location: _____
NOTE: Three days notice is required for defendants who are in local custody.

The above referenced case is being added onto the calendar for the following:

☒ Warrant Outstanding for  __WARRANT ARRAIGNMENT__
☐ Reinstatement in the following program(s):
    ☐ AB541- 1st Offender Drinking Driver Program
    ☐ SB38- 2nd Offender Drinking Driver Program
    ☐ Work Release Program (Weekends)
    ☐ Alternative Sentencing Program (Specify): _____
    ☐ Other: _____
☐ Modification of: _____
☐ Other: _____

Signed on __05/31/18__

__CHARLES SESMA__                                        X _____
(TYPE OR PRINT NAME ☐ DEFENDANT ☐ ATTORNEY OR ☐PROBATION OFFICER)          (SIGNATURE ☐ DEFENDANT ☐ ATTORNEY OR ☐PROBATION OFFICER)

### Clerk's Use Only:
Your Hearing Date has been scheduled at the Court Address noted above as follows:

| Hearing Date:<br>06/07/18 | Time:<br>7:30AM | Department:<br>S104 |
|---|---|---|

Date: __05/31/18__                    V.Justice
                                   (CLERK OF THE COURT/DEPUTY CLERK)

Adopted for Mandatory Use                                                      **Page 1 of 1**
Riverside Superior Court          **REQUEST TO ADD ONTO CALENDAR**          riverside.courts.ca.gov/localforms/localforms.shtml
RI-OTS01 [Rev. 09/20/17]
(Reformatted 07/28/17)



This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
                    DEPUTY

Dated: 2 - 4 - 22

Certification must be in red to be a
"CERTIFIED COPY"

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUN 07 2018

□ Kinkade

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

THE PEOPLE OF THE STATE OF CALIFORNIA,

vs.

Charles Sosma

Defendant

Case No. SWN1705146

~~REQUEST FOR CONTINUANCE~~
~~pursuant to PC § 1050 et. seq.~~

SMT

JUN 27 2018

□ People    □ Defense    □ Joint

□ Defendant Present [DPR]    □ Defendant Not Present [DNP]    □ Attorney Appearing 977 [977A]

Moving Party(s) requests the following events be continued to the following date(s):

| Event | Date | Time | Department | Time Est. [TEP, TEM, TE] |
|-------|------|------|------------|--------------------------|
| TRC | 6/21/18 | 8:30 | S104 | |
| JT | 6/28/18 | 8:30 | S104 | 5 day |

The reason for this request is as follows:    LO: 719

□ Attorney currently in trial on another matter. [AT]
□ Counsel believes case will be resolved. [CR]
□ Discovery just provided by _____ [DA] [DE]
□ Other: _____

□ Counsel is ill or has family emergency. [CI]
□ More preparation needed by_____ [PDA] [PDE]
□ Failure of subpoenaed witness(es) to appear. [FS]

F/C STAT DATES

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):

_____
[1050N, 1050NR]

Number of Prior Continuances: _____    Is this case subject to statutory limitations (1050(g)(3))?  □ Yes  □ No

□ Deft. waives prelim within 10 days. [DW10]
☑ Deft. waives time for trial to _____ [DWTT]
☑ Deft. waives time for_____
☑ Last day for preliminary hearing _____ [LDPH]

□ Deft. waives prelim concluded within 60 days [DW60]
Last day for trial _____ (PC§1382) [LDT]
plus _____ court/calendar days. [DWTF]

This request is:  □ NOT Opposed    □ Opposed    □ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_____                    6/7/18
(DISTRICT ATTORNEY) [DMCGNS, PMCGOS]    (DATE)

_____                    6/7/18
(DEFENSE ATTORNEY) [DMCGNS, DMCGOS]    (DATE)

_____    _____
(DEFENDANT)    (DATE)

ORDER OF THE COURT:
□ GRANTED (Good Cause having been shown) [CFGCC]
□ DENIED [PMCD, DMCD, SMCD]  (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

Defendant ordered to return on any and all future hearing dates. [DOR]

6/7/18
(DATE)                    _____
(JUDICIAL OFFICER)

RJ-CR010    Action Code – 1050RC  Rev. 1/25/12

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
                    DEPUTY

Dated: _____

Certification must be in red to be a
"CERTIFIED COPY"

**CASH BOND**
RECOMMENDED:
DEF#1  $5,000.00
Cite Release: 12/21/2017

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

AGENCY#:1710M4987/MTPD

**FILED**
Superior Court of California
County of Riverside
**12/11/2017**
KRISTIE L YELLEN

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
(Southwest)

**SWM1705146**

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

CHARLES SESMA

DOB:3/4/1976

Defendants,

CASE NO.

MISDEMEANOR COMPLAINT

**Misdemeanor DEJ:**

| DEF#1 | Eligible | Not Eligible | X |

## COUNT 1

The undersigned, under penalty of perjury upon information and belief, declares:  That the above named defendant CHARLES SESMA committed a violation of Penal Code section 148, subdivision (a), subsection (1), a misdemeanor, in that on or about 10/23/2017, in the County of Riverside, State of California, the defendant did wilfully and unlawfully resist, delay and obstruct a public officer, peace officer, and emergency medical technician in the discharge and attempt to discharge a duty of his office and employment.

## MARSY'S LAW

Information contained in the reports being distributed as discovery in this case may contain confidential information protected by Marsy's Law and the amendments to the California Constitution Section 28.  Any victim(s) in any above referenced charge(s) is entitled to be free from intimidation, harassment, and abuse.  It is unlawful for defendant(s), defense counsel, and any other person acting on behalf of the defendant(s) to use any information contained in the reports to locate or harass any victim(s) or the victim(s)'s family or to disclose any information that is otherwise privileged and confidential by law.  Additionally, it is a misdemeanor violation of California Penal Code § 1054.2a(3) to disclose the address and telephone number of a victim or witness to a defendant, defendant's family member or anyone else.  Note exceptions in California Penal Code § 1054.2a(a) and (2).

## DISCOVERY REQUEST

Pursuant to Penal Code section 1054.5, subdivision (b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code section 1054.3.

I declare under penalty of perjury upon information and belief under the laws of the State of California that the foregoing is true and correct.

Michael A. Hestrin
District Attorney

Dated:    December 08, 2017

jg

By: Lorie M. Ronce
Deputy District Attorney

**POLICE DEPARTMENT**
**CITY OF MURRIETA**
**NOTICE TO APPEAR**

☒ MISDEMEANOR
☐ Traffic ☐ Nontraffic

**132034**

| Date of Violation | Time | ☐ AM ☒ PM | Day of Week S M ☒T W T F S | Case No. 17104-4787 |
|---|---|---|---|---|

Date of Violation: 10 / 23 / 17   Time: 1921

Owner's Responsibility (Veh. Code § 40001)

Name (First, Middle, Last): CHARLES SESMA

Address: TRANSIENT

City: _____ State/Country ____ ZIP Code ____ E-mail Address ____

Driver Lic. No. ____ State ____ Class ____ Commercial ☐ Yes ☒ No   Age 91   Birth Date 3/4/76

Sex M   Hair BLK   Eyes BRO   Height ____ Weight ____ Race 4   ☐ Juvenile (Phone No.)

Veh. Lic. No. or VIN ____ State ____ Reg MO/YR ____

☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))
☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

Yr. of Veh. ____ Make ____ Model ____ Body Style ____ Color ____

Evidence of Financial Responsibility ____ CHP/DOT/PUC/ICC ____

Registered Owner or Lessee ____   ☐ Same as Driver
Address ____   ☐ Same as Driver
City ____ State ____ ZIP Code ____

| Correctable Violation (Veh. Code, § 40610) Yes No | ☐ Booking Required (see reverse) Code and Section | Description | Misdemeanor or Infraction (Circle) |
|---|---|---|---|
| ☐ ☒ | 647(F)PC | PUBLIC INTOXICATION | Ⓜ I |
| ☐ ☐ | | | M I |
| ☐ ☐ | | | M I |

Speed Approx ____ P.F. Max Spd. ____ Veh. Limit ____ Safe ____ Radar ____ ☐ Continuation Form Issued

Location of Violation(s) at: 24365 VILLPE WALK PL   City/County of Occurrence: MURRIETA/RIVERSIDE

Comments (Weather, Road & Traffic Conditions) ____ ☐ Accident

☐ Violation not committed in my presence, declared on information and belief.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Executed at (place) LOUISIT   Violation Location 691

Dec. Date ____ Arresting or Citing Officer POWER   Serial No. 691   Dates Off ____ to ____

Dec. Date ____ Name of Arresting Officer, if different from Citing Officer ____ Serial No. ____ Dates Off ____ to ____

**WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE   INDICATED BELOW.**

X Signature ____

WHEN: ON OR BEFORE THIS DATE 12 / 21 / 17   Time: 0730 ☐ AM ☐ PM
Time: ____ ☐ AM ☐ PM

WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE.

WHERE:
☐ Riverside Superior Court Riverside 4100 Main St. Riverside, CA 92501 (951) 955-2322
☐ Riverside Superior Court Moreno Valley 13800 #D Heacock Road Moreno Valley, CA 92553 (951) 232-0334
☒ Riverside Superior Court Southwest Justice Center 30755-D Auld Road Murrieta, CA 92563 (951) 704-7539

☐ To be notified   ☐ You may arrange with the clerk to appear at a night session of the court.

||||||| 132034 |||||||

Judicial Council of California Form
Rev. 06-26-15 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600, Pen. Code, § 853.9)

SEE REVERSE
TR-130

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
DEPUTY

Dated: 2-4-22

Certification must be in red to be a
"CERTIFIED COPY"



**Bankers Insurance Company**
P.O. Box 33015 • St. Petersburg, Florida 33733-8015
727 823 4000 • 800 627 0000 • Fax 727 803 4076

FAUSTO'S BAIL BONDS, INC.
BA LIC# 1843187
951-445-4455
30195 AULD RD
MURRIETA, CA 92563
(PLACE BAIL AGENT'S ADDRESS STAMP HERE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JUN 08 2018
D. Phanthao

JMA
JUN 11 2018

## BAIL BOND

NO. 5P0347805-1
(POWER OF ATTORNEY WITH THIS NUMBER MUST BE ATTACHED)

IN THE _Superior_ COURT OF THE _Southwest Justice Center_ JUDICIAL DISTRICT

COUNTY OF _Riverside_ , STATE OF CALIFORNIA.

THE PEOPLE OF THE STATE OF CALIFORNIA,
Plaintiff,

CASE NO. _SWM1705146_

vs.

_Serma, Charles_

DIV. NO. _S104_

Defendant.

Defendant _Serma, Charles_            _201822094_
(NAME OF DEFENDANT)                    (BOOKING NO.)

having been admitted to bail in the sum of _Five Thousand_

Dollars ($ _5,000_ ) and ordered to appear in the above-entitled

court on _6-21-18_ , on _@ 830 am_       _148(A)(1) PC_ charge/s;
(DATE OF APPEARANCE)            (STATE MISDEMEANOR OR FELONY)

NOW, the BANKERS INSURANCE COMPANY, a Florida Corporation hereby undertakes that the above-named defendant will appear in the above named court on the date above set forth to answer any charge in any accusatory pleading based upon the acts supporting the complaint filed against him/her and all duly authorized amendments thereof, in whatever court it may be filed and prosecuted, and will at all times hold him/herself amendable to the orders and process of the court and, if convicted, will appear for pronouncement of judgement or grant of probation; or if he/she fails to perform either of these conditions, that the BANKERS INSURANCE COMPANY, a Florida Corporation, will pay to the People of the state of California the sum of _Five Thousand_ Dollars ($ _5,000_ )

If the forfeiture of this bond be ordered by the Court, Judgment may be summarily made and entered forthwith against the said BANKERS INSURANCE COMPANY, a Florida Corporation, for the amount of its undertaking herein as provided by Section 1305 and 1306 of the California Penal Code.

| THIS BOND IS VOID IF WRITTEN FOR AN AMOUNT GREATER THAN THE POWER OF ATTORNEY ATTACHED HERETO, IF MORE THAN ONE SUCH POWER IS ATTACHED, OR IF WRITTEN AFTER THE EXPIRATION DATE AS SPECIFIED ON THE ATTACHED POWER OF ATTORNEY. | BANKERS INSURANCE COMPANY (SEAL) By _____ AGENT |

I certify under penalty of perjury that I am a licensed bail agent of the BANKERS INSURANCE COMPANY and that I am executing this bond on _6-7-18_
(DATE)

at _Murrieta_
(LOCATION)

(SIGNATURE OF LICENSED AGENT)

| THE PREMIUM CHARGED FOR THIS BOND IS $ _____ | Approved this _7th_ day of _JUNE_ , _2018_ Khin N3158 (Title) |

Note: This is an Appearance Bond and cannot be construed as a guarantee for failure to provide payments, back alimony payments, FINES, or Wage Law claims, nor can it be used as a Bond on Appeal.

BIC0420260809A

*SWM1705146*

*Charles Sesma*

**BAIL ONLY**
**POWER AMOUNT**
**$5500.00**

**BANKERS INSURANCE COMPANY** 580347805 - 1
P.O. Box 33015 • St. Petersburg, Florida 33733 • 800-627-0000
**POWER OF ATTORNEY**

Bailassist@BankersFinancialCorp.com

**KNOW ALL MEN BY THESE PRESENTS:** that Bankers Insurance Company, a corporation duly organized and existing under the laws of the State of Florida, has made pursuant to Article IV, Section 11 of the By-Laws, which was adopted by the Directors of the said company, and is now in effect, does constitute and appoint, and by these presents does make, constitute and appoint below named agent its true and lawful Attorney-In-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-In-Fact is limited to appearance bonds. **This power must be filed with the court as a permanent court record to obligate the surety, for court appearances only, of the named Defendant. This power shall not obligate the surety for the Defendant's future lawful conduct, court imposed conditions, restrictions, or fines costs, restitution or any other circumstances not specifically related to court appearances.**

**This Power of Attorney is for use with Bail Bonds for State, County and Municipal Courts only. Not valid in Federal Court nor if used in connection with Federal Immigration Bonds. This power shall be void if its original format has been altered, if it exceeds the maximum amount listed, is used with other powers of this or any other surety company to cover one bond amount, or is used by an individual who is not authorized to execute surety bonds on behalf of Bankers Insurance Company.**

**THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF THIS STATED FACE AMOUNT, AND PROVIDED THIS** Power of Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power of Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, BANKERS INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this _____1_____ day of ___June___ _____2018_____

DECEMBER 31, 2018

VOID IF NOT USED BY

IT IS UNLAWFUL TO PRINT THIS FORM WITHOUT WRITTEN CONSENT OF HOME OFFICE

Bond Amount $ 5,000    Appearance Date 6·21·18

Defendant Sesma, Charles

S.S.#    D.O.B. 3·4·76

Case # SWM1705146

Court Southwest Justice Center

City Murrieta    State CA

Offense 14P(A)(1)PC

If Rewrite, Original #

Executing Agent Printed Name

BIC992004-S-50516

**BANKERS INSURANCE COMPANY**

*Judy Copechal*

**JUDY COPECHAL, President**

654

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
                    DEPUTY

Dated: 2 - 4 - 22

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**JUN 21 2018**    MDB

THE PEOPLE OF THE STATE OF CALIFORNIA,

vs.

_CHARLES SESMA_,
Defendant

Case No. _SWM 1705146_

**REQUEST FOR CONTINUANCE**
pursuant to PC § 1050 et. seq.

☐ People    ☒ Defense    ☐ Joint

☐ Defendant Present [DPR]    ☐ Defendant Not Present [DNP]    ☒ Attorney Appearing 977 [977A]

Moving Party(s) requests the following events be continued to the following date(s):

| Event | Date | Time | Department | Time Est. [TEP, TEM, TE] |
|---|---|---|---|---|
| _TRC_ | _8/2/18_ | _8:30_ | _5104_ | |
| | | | | |

**The reason for this request is as follows:**

☐ Attorney currently in trial on another matter. [AT]      ☐ Counsel is ill or has family emergency. [CI]
☐ Counsel believes case will be resolved. [CR]                ☐ More preparation needed by _____ [PDA] [PDE]
☐ Discovery just provided by _____ [DA] [DE]             ☐ Failure of subpoenaed witness(es) to appear. [FS]
☒ Other: _REQ TO SWB-IN_

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):

_____

[1050N, 1050NR]

Number of Prior Continuances: _1_      Is this case subject to statutory limitations (1050(g)(3))? ☐ Yes ☒ No

☐ Deft. waives prelim within 10 days. [DW10]          ☐ Deft. waives prelim concluded within 60 days. [DW60]
☒ Deft. waives time for trial to _____ [DWTT] Last day for trial _____ (PC§1382) [LDT]
☒ Deft. waives time for _TRM_ _8/2/18_ plus _30_ court/calendar days. [DWTF]
☐ Last day for preliminary hearing _____ [LDPH]

This request is:    ☒ NOT Opposed    ☐ Opposed    ☐ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_____  _6/21/18_      _POZZA_  _6/21/18_
(DISTRICT ATTORNEY) [PMCGNS, PMCGOS]  (DATE)      (DEFENSE ATTORNEY) [DMCGNS, DMCGOS]  (DATE)

_____  _____
(DEFENDANT)  (DATE)

**ORDER OF THE COURT:**

☒ GRANTED (Good Cause having been shown) [CFGCC]
☐ DENIED [PMCD, DMCD, SMCD] (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

Defendant ordered to return on any and all future hearing dates. [DOR]

_6-21-18_      _____
(DATE)        (JUDICIAL OFFICER)

R1-CR010    Action Code – 1050RC    Rev. 1/25/12

This must be in red to be a "CERTIFIED COPY"

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
DEPUTY

Dated: 2 - 4 - 22

Certification must be in red to be a "CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUN 21 2018

*W4BVL*

JUN 28 2018 SJ

THE PEOPLE OF THE STATE OF CALIFORNIA,

vs.

_CHARLES  SESMA_ ,
Defendant

Case No. _SWM ) 705146_

**REQUEST FOR CONTINUANCE**
**pursuant to PC § 1050 et. seq.**

☐ People   ☒ Defense   ☐ Joint

☐ Defendant Present [DPR]   ☐ Defendant Not Present [DNP]   ☒ Attorney Appearing 977 [977A]

Moving Party(s) requests the following events be continued to the following date(s):

| <u>Event</u> | <u>Date</u> | <u>Time</u> | <u>Department</u> | <u>Time Est.</u> [TEP, TEM, TE] |
|---|---|---|---|---|
| TRC | 8/2/18 | 8:30 | 5104 | |
| | | | | |

**The reason for this request is as follows:**

☐ Attorney currently in trial on another matter. [AT]          ☐ Counsel is ill or has family emergency. [CI]
☐ Counsel believes case will be resolved. [CR]          ☐ More preparation needed by_____ . [PDA] [PDE]
☐ Discovery just provided by _____ .[DA] [DE]          ☐ Failure of subpoenaed witness(es) to appear. [FS]
☒ Other: ___ TIED  TO  SWB-1W _____
_____
_____

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):
_____
                                                                                          [1050N, 1050NR]

Number of Prior Continuances: ___ 1 ___   Is this case subject to statutory limitations (1050(g)(3))? ☐ Yes ☒ No

☐ Deft. waives prelim within 10 days. [DW10]          ☐ Deft. waives prelim concluded within 60 days. [DW60]
☒ Deft. waives time for trial to _____ [DWTT] Last day for trial _____ (PC§1382) [LDT]
☒ Deft. waives time for _TRIM  8/2/18_ plus _30_ court/calendar days. [DWTF]
☐ Last day for preliminary hearing _____ [LDPH]

This request is:   ☒ NOT Opposed   ☐ Opposed   ☐ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_____  6/21/18          _____POTTA_____  6/21/18
(DISTRICT ATTORNEY) [PMCGNS, PMCGOS]  (DATE)          (DEFENSE ATTORNEY) [DMCGNS, DMCGOS]  (DATE)

_____          _____
(DEFENDANT)          (DATE)

**ORDER OF THE COURT:**
☒ GRANTED (Good Cause having been shown) [CFGCC]
☐ DENIED [PMCD, DMCD, SMCD]  (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

Defendant ordered to return on any and all future hearing dates. [DOR]
_6-21-18_
(DATE)          (JUDICIAL OFFICER)

RI-CR010   Action Code – 1050RC  Rev. 1/25/12

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
            DEPUTY

Dated: 2-4-22

Certification must be in red to be a
"CERTIFIED COPY"

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

- ☐ BANNING 311 E. Ramsey St., Banning, CA 92220
- ☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
- ☐ INDIO 46-200 Oasis St., Indio, CA 92201

- ☐ RIVERSIDE 4100 Main St., Riverside, CA 92501
- ☒ MURRIETA 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563

RI-CR005

PEOPLE OF THE STATE OF CALIFORNIA

vs.

DEFENDANT:

CHARLES SESMA

**FOR COURT USE ONLY**

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUN 21 2018

W. AOWL

MDB
JUN 28 2018

**CASE NUMBER**

SWM1705146

### WAIVER OF DEFENDANT'S PERSONAL PRESENCE (977(c) Penal Code)

The undersigned defendant, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of and arguments on questions of law, and to be confronted by and cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause, including when the case is set for trial, when a continuance is ordered, and following is heard, when a motion for reduction of bail or for a personal recognizance release is heard, when a motion to reduce sentence is heard, and when questions of law are presented to or considered by the court. The undersigned defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and hereby agrees that his interest will be deemed represented at all times by the presence of his attorney the same as if the defendant himself were personally present in court, and further agrees that notice of his attorney that his presence in court on a particular day at a particular time is required will be deemed notice to him of the requirement of his appearance at said time and place.

6/11/18 (DATE)

_____ (DEFENDANT'S SIGNATURE)

41764 Ridgewalk St #3 (ADDRESS)

Murriet CA 9252 (CITY, STATE, ZIP)

APPROVED:

6/21/18 (DATE)

_____ (ATTORNEY FOR DEFENDANT)

WAIVER ACCEPTED & ORDERED FILED:

_____ (JUDGE OF THE SUPERIOR COURT)

Page 1 of 1
Penal Code 977 (c)
riverside.courts.ca.gov/localforms/localforms.shtml

Approved for Optional Use
Riverside Superior Court
RI-CR005 [Rev. 12/5/11]

**WAIVER OF DEFENDANT'S PERSONAL PRESENCE**

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
                    DEPUTY

Dated: __2-4-22__

Certification must be in red to be a
"CERTIFIED COPY"

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF RIVERSIDE**

COURT USE ONLY

THE PEOPLE OF THE STATE OF CALIFORNIA

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

Case No. SWM1705148 AO

vs.

CHARLES SESMA ,

Defendant

AUG 0 2 2018

A. Hogue

**REQUEST FOR CONTINUANCE**
**pursuant to PC § 1050 et. seq.**

☐ People   ☒ Defense   ☐ Joint

☐ Defendant Present [DPR]   ☐ Defendant Not Present [DNP]   ☒ Attorney Appearing 977 [977A]

Moving Party(s) requests the following events be continued to the following date(s):

| Event | Date | Time | Department | Time Est. [TEP, TEM, TE] |
|---|---|---|---|---|
| TRC | 9/20/18 | 8:30 | 5104 | |

**The reason for this request is as follows:**

☐ Attorney currently in trial on another matter. [AT]
☐ Counsel believes case will be resolved. [CR]
☐ Discovery just provided by _____ [DA] [DE]
☒ Other: TO PLEA NEXT HEARING

☐ Counsel is ill or has family emergency. [CI]
☐ More preparation needed by _____. [PDA] [PDE]
☐ Failure of subpoenaed witness(es) to appear. [FS]

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):
_____ [1050N, 1050NR]

Number of Prior Continuances: _____   Is this case subject to statutory limitations (1050(g)(3))? ☐ Yes ☐ No

☐ Deft. waives prelim within 10 days. [DW10]   ☐ Deft. waives prelim concluded within 60 days. [DW60]
☐ Deft. waives time for trial to _____ [DWTT] Last day for trial _____ (PC§1382) [LDT]
☒ Deft. waives time for TRIAL 9/20/18 plus 45 court/calendar days. [DWTF]
☐ Last day for preliminary hearing _____ [LDPH]

This request is:   ☒ NOT Opposed   ☐ Opposed   ☐ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_____ 9/2/18 _____ 8.2.18
(DISTRICT ATTORNEY) [PMCGNS, PMCGOS] (DATE)   (DEFENSE ATTORNEY) [DMCGNS, DMCGOS] (DATE)

**ORDER OF THE COURT:**   _____
(DEFENDANT) (DATE)

☐ GRANTED (Good Cause having been shown) [CFGCC]
☐ DENIED [PMCD, DMCD, SMCD] (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

Defendant ordered to return on any and all future hearing dates. [DOR]

8-2-18
(DATE)   (JUDICIAL OFFICER)

RI-CR010   Action Code – 1050RC   Rev. 1/25/12

This must be in red to be a "CERTIFIED COPY"

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
                    DEPUTY
Dated: 2-4-22

Certification must be in red to be a "CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF RIVERSIDE

**SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
SEP 19 2018

THE PEOPLE OF THE STATE OF CALIFORNIA,

vs.

*CHARLES SESMA* ,

Defendant

Case No. _SWM 1705146_

**REQUEST FOR CONTINUANCE
pursuant to PC § 1050 et. seq.**

☐ People   ☒ Defense   ☐ Joint

☐ Defendant Present [DPR]   ☐ Defendant Not Present [DNP] ☒   Attorney Appearing 977 [977A]

Moving Party(s) requests the following events be continued to the following date(s):

| Event | Date | Time | Department | Time Est. [TEP, TEM, TE] |
|---|---|---|---|---|
| TRC | 10/30/18 | 8:30 | 5104 | |

**The reason for this request is as follows:**

☐ Attorney currently in trial on another matter. [AT]
☒ Counsel believes case will be resolved. [CR]
☐ Discovery just provided by _____.[DA] [DE]
☐ Other: _____

☐ Counsel is ill or has family emergency. [CI]
☐ More preparation needed by_____. [PDA] [PDE]
☐ Failure of subpoenaed witness(es) to appear. [FS]

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):

_____ [1050N, 1050NR]

Number of Prior Continuances: _____   Is this case subject to statutory limitations (1050(g)(3))? ☐ Yes ☐ No

☐ Deft. waives prelim within 10 days. [DW10]   ☐ Deft. waives prelim concluded within 60 days. [DW60]
☐ Deft. waives time for trial to _____ [DWTT] Last day for trial _____ (PC§1382) [LDT]
☒ Deft. waives time for _TRIAL 10/30/18_ plus _45_ court/calendar days. [DWTF]
☐ Last day for preliminary hearing _____ [LDPH]

This request is:   ☒ NOT Opposed   ☐ Opposed   ☐ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_____ 9/14/18   _POZZA_ 9/15/18
(DISTRICT ATTORNEY) [PMCGNS, PMCGOS]   (DATE)   (DEFENSE ATTORNEY) [DMCGNS, DMCGOS]   (DATE)

_____   _____
(DEFENDANT)   (DATE)

**ORDER OF THE COURT:**
☒ GRANTED (Good Cause having been shown) [CFGCC]
☐ DENIED [PMCD, DMCD, SMCD] (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

Defendant ordered to return on any and all future hearing dates. [DOR]
_9-19-18_
(DATE)   (JUDICIAL OFFICER)

RI-CR010   Action Code – 1050RC   Rev. 1/25/12

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
                    DEPUTY
Dated: 2-4-22

Certification must be in red to be a
"CERTIFIED COPY"

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**OCT 30 2018**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**THE PEOPLE OF THE STATE OF CALIFORNIA,**

vs.

**CHARLES SESMA**
Defendant

Case No. SWM1705146

**REQUEST FOR CONTINUANCE**
pursuant to PC § 1050 et. seq.

☐ People   ☑ Defense   ☐ Joint

☐ Defendant Present [DPR]   ☐ Defendant Not Present [DNP]   ☑ Attorney Appearing 977 [977A]

Moving Party(s) requests the following events be continued to the following date(s):

| Event | Date | Time | Department | Time Est. [TEP, TEM, TE] |
|-------|------|------|------------|--------------------------|
| TRC | 12/12/18 | 8:30 | S104 | |
| TRIAL | 1/9/19 | 8:30 | S104 | 3 DAYS |

**The reason for this request is as follows:**

☐ Attorney currently in trial on another matter. [AT]
☐ Counsel believes case will be resolved. [CR]
☐ Discovery just provided by _____ .[DA] [DE]
☑ Other: __D ordered to be present NCO__

☐ Counsel is ill or has family emergency. [CI]
☑ More preparation needed by _____ . [PDA] [PDE]
☐ Failure of subpoenaed witness(es) to appear. [FS]

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):

_____

[1050N, 1050NR]

Number of Prior Continuances: _____   Is this case subject to statutory limitations (1050(g)(3))? ☐ Yes ☐ No

☐ Deft. waives prelim within 10 days [DW10]
☑ Deft. waives time for trial to 1/9/19 [DWTT] Last day for trial 1/22/19 [PC§1382] [LDT]
☐ Deft. waives time for _____ plus _____ court/calendar days. [DWTF]
☐ Last day for preliminary hearing _____ [LDPH]

☐ Deft. waives prelim concluded within 60 days. [DW60]

This request is:   ☑ NOT Opposed   ☐ Opposed   ☐ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_Christ Luj for Z.G._   10/30/18
(DISTRICT ATTORNEY) [PMCGNS, PMCGOS]   (DATE)

_SESMA_   10/30/18
(DEFENSE ATTORNEY) [DMCGNS, DMCGOS]   (DATE)

_____   _____
(DEFENDANT)   (DATE)

**ORDER OF THE COURT:**
☑ GRANTED (Good Cause having been shown) [CFGCC]
☐ DENIED [PLMCD, DMCD, SMCD]   (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

_____

Defendant ordered to return on any and all future hearing dates. [DOR]

_10/30/18_
(DATE)

_____
(JUDICIAL OFFICER)

RI-CR010   Action Code – 1050RC   Rev. 1/25/12

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
DEPUTY

Dated: 2 - 4 - 22

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
30755-D AULD ROAD STE 1226

MURRIETA, CA 92563

PEOPLE OF THE STATE OF CALIFORNIA )
                            PLAINTIFF )
                                   )
                                   )
                   v               )
                                   )
SESMA, CHARLES               )
                   DEFENDANT )
_____)

Case No. SWM1705146

Notice of Exoneration
of Bail Bond (1305 PC)

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JAN 2 5 2019

N. Byrum

CAL

JAN 31 2019

FAUSTO'S BAIL BONDS INC
30195 Auld Road
Murrieta, CA 92563

BANKERS INSURANCE COMPANY
PO BOX 33015
ST PETERSBURG. FL 33733

Please be advised that the court, on 01/25/19, exonerated
Bail Bond No. 5803478051, in the amount of $5,000.00, which
was filed with the court on 06/08/18, as to the above named
defendant in this action.

By _____
           Deputy Clerk

---

## CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of
California, County of Riverside, and that I am not a party to this
action or proceeding. In my capacity, I am familiar with the practices
and procedures used in connection with the mailing of correspondence.
Such correspondence is deposited in the outgoing mail of the Superior
Court. Outgoing mail is delivered to and mailed by the United States
Postal Service, postage prepaid, the same day in the ordinary course
of business. I certify that I served a copy of the foregoing
notice on this date; by depositing said copy as stated above.

Dated: 01/25/19          Court Executive Officer/Clerk

               By: _____
                    NICOLE R BYRUM, Deputy Clerk

CC: Bond Clerk Desk, Criminal Department
Notice: NBBE/72

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By

DEPUTY

Dated: 02/01/2022

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF RIVERSIDE

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

People of the State of California:

vs

Defendant:

CHARLES SESMA

*FOR COURT USE ONLY*

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JAN 2 5 2019

N. Byrum

CASE NUMBER:
SWM1705146

**DOCUMENT COVERSHEET**

Full Document Title:   SENTENCING MEMORANDUM FILED.

*(If the document is not officially titled, provide the description of what is being filed.)*

Other File Clerk Notes:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
SENTENCING MEMORANDUM

Page 1 of 2
People v. *Charles Sesma*          THE FOLLOWING CHECKED TERMS AND
                                    CONDITIONS ARE ORDERED BY THE COURT
Case Number *SWM1705146*

☒ MISDEMEANOR    ☐ FELONY

| | | |
|---|---|---|
| ☒ PAS | Proceedings are suspended. | Charges admitted: *PC 148(a)* |
| ☐ FPG | Formal probation granted for _____ months. | |
| ☒ SPG | Summary probation granted for _36_ months. | Priors admitted: |
| ☒ T1 | Obey all laws, ordinances, and court orders. | Enhancements: |
| | | ☐ 654 Counts _____ stayed pursuant to PC 654. |

**CUSTODY / WORK PROGRAMS / COMMUNITY SERVICE**

| | | | | |
|---|---|---|---|---|
| ☒ TAA | Be committed to the custody of RSO for _2_ days. Custody to be served as follows: | ☒ CTS | Credit time served _2_ days actual + _0_ days PC § 4019 |
| ☐ TAJ1 | _____ days to be served in the Work Release Program. Report on or before _____ | ☐ CTSVF | Credit time served _____ days actual + _____ days PC § 2933.1 |
| ☐ THA | Perform _____ hours of community service through Alternative Sentencing and report to program within 14 days, excluding time in custody. File proof of completion by _____ | ☐ CJS | _____ days county jail ordered suspended. |
| | | ☐ CJSCS | County jail sentence consecutive to _____ |
| | | ☐ CJSC | County jail sentence concurrent with _____ |
| | | ☐ CJSL | County jail time to be served in _____ in lieu of County jail. |
| ☐ TAD | Committed to custody of RSO for one day for booking purposes only. Report to _____ by _____ | ☐ CJSS | County jail sentence stay granted; defendant ordered to surrender at _____ in Dept. _____ |
| | | ☐ TXY5R | Report immediately to the Riverside Sheriff's Live Scan office for fingerprinting. (Riverside) |

**FINES / FEES / RESTITUTION: All fines, fees, and restitution imposed shall be paid to the Court, as directed by the Enhanced Collections Division.**

| | | | | |
|---|---|---|---|---|
| ☒ TBL(TBLC) | Pay fine and penalty assessment of $ _322_ | ☐ TBQL | Pay additional drug education fee - total $ _____ (H&S § 11372.7) ($50 each additional conviction). |
| ☐ TBHL1/2 | Pay fine of $_____ or serve time in jail, at rate of $_____ per day ☐ concurrent ☐ consecutive. | ☐ TBKL | Pay an alcohol and drug assessment fee of $100 (VC § 23649). |
| ☐ TMC1 | Pay fee of $500 to domestic violence fund (PC § 1203.097(a)(5)) | ☐ TCB/Z | Pay victim restitution; amount to be determined by the Probation Department; disputes as to the amount to be resolved at a court hearing (PC § 1203.1(a)(3)). |
| ☒ TXV1 | Pay booking fees of $_574.54_ (GC §29550). | | |
| ☒ TX14 | Complete and return a Financial Disclosure form to the court on or before _____, or within 5 days of release. | ☐ TCE | Pay victim restitution of $_____ (PC § 1203.1(a)(3)). |
| ☒ TYC | Pay restitution fine of $_150_ PC §1202.4(b.) | ☐ TCH | Pay restitution of $_____ to DPSS and report to DPSS Recovery Unit within 5 days of sentencing. |
| ☒ TYF/1 | Pay probation revocation restitution fine of $_150_ (PC §1202.44). Stayed pending completion of Probation. | ☐ TCQ | Pay interest on restitution of 10% per annum from _____ (PC § 1202.4(f)(3)(G)). |
| ☐ TYF3 | The stay of your obligation to pay the probation revocation restitution fine of $_____ is dissolved. (PC §1202.44). Payment is due immediately. | ☐ TCS | Pay administrative fee equal to 15% of victim restitution (PC § 1203.1(l)). |
| ☒ TYG/A | If your fine(s) or actual restitution is not paid in full more than 120 days before completion of probation you are ordered to re-contact Enhanced Collection and complete a new Financial Disclosure Statement form (PC §1202.4(f)(11) | ☐ TEE | Pay the actual cost of court ordered drug testing through the court as directed by Enhanced Collections. |
| | | ☒ DORECD | Report to/cooperate with Enhanced Collections immediately or within two business days of release from custody. |
| ☐ TBAL | Pay drug lab fee and penalty assessment of $190 (H&S § 11372.5). | ☐ DORECA | Report to Enhanced Collections immediately, or within two business days after release, regarding ability to pay attorney fees; total hours _____ |
| ☐ TBOL | Pay additional drug lab fee - total $_____ (H&S § 11372.5) ($50 each additional conviction) | | |
| ☐ TBBL | Pay drug education fee and penalty assessment of $190 (H&S § 11372.7). | ☐ TXJ1/A | Submit to HIV/AIDS testing by RSO (in-custody)/County Health Department within 5 days of this order (PC §1202.1). |

**ALCOHOL / DUI / DRIVING LICENSE**

| | | | | |
|---|---|---|---|---|
| ☐ TDA | Do not consume alcoholic beverages; do not frequent places where they are main item of sale. | | Contact or phone by _____ Complete by _____ |
| | | ☐ TDG1 | AB541 - 1ˢᵗ Offender Drinking Driver Program. |
| ☐ TDE | Do not drive with any measurable amount of alcohol or drugs in your blood, or within 6 hours of consuming alcohol or any drugs. | ☐ TDG3 | AB1353 - 1ˢᵗ Offender Drinking Driver Program (enhanced) |
| | | ☐ TDG2 | SB38 - 18 month Offender Drinking Driver Program |
| | | ☐ TDG4 | SB1176 - Alcohol and drug education class |
| ☐ TDF | If arrested for driving under the influence of intoxicants, submit to blood, breath, or urine test as requested by the arresting officer. | ☐ TDG7 | Enroll in the Hamm Program by _____ |
| | | ☐ TDG8 | Enroll in the TEMPO Program by _____ |
| ☐ TDH | Do not drive without valid license, insurance, & registration. | ☐ TDN1/A | Enroll by _____ and successfully complete, at your expense, the Continuous Alcohol Monitor (CAM) Program, through LCA Client Services. |
| ☐ TDM1/A | Install an ignition interlock device in each vehicle you own or operate by _____ and maintain for a period of _____ months from the date of reinstatement of your driving privilege. | ☐ TDN1B | Pay the CAM monitoring and installation fees in an amount and manner as determined by LCA Client Services, and as directed by the probation officer. |
| | | ☐ THV | Enroll in boating safety classes by _____ and complete by _____ |
| ☐ TDM2 | File proof of installation of IID by _____ | ☐ PPIID | Provide proof of installation of IID by returning the verification form to the court by _____ or appear at _____ in Dept. _____ on that date. |
| ☐ TDM12 | IID installation is stayed as long as you do not own or operate any vehicle. | | |

**DRUG / SEARCH / TEST PROGRAM TERMS**

| | | | | |
|---|---|---|---|---|
| ☐ TDL1 | Do not knowingly use or possess any controlled substances, unless lawfully prescribed for you. | ☐ TEF2 | Provide a DNA sample as directed by probation or law enforcement personnel (PC § 296(a)). |
| ☐ TEC | Submit to chemical test of your blood, saliva, breath, or urine or any reasonable physical test upon request of any law enforcement or probation officer. | | Register with local law enforcement within 5 days from today or within 5 days upon release from custody: |
| | | ☐ THK1 | PC § 290 |
| | | ☐ THK2 | H&S § 11590 |
| ☐ TEA1/A | Submit to immediate search of person/property including all residences/premises/ storage units, containers & vehicles under your control; by probation officer or law enforcement officer; with or without cause; | ☐ THK3 | PC § 457.1 |
| | | ☐ THK4 | PC § 186.30 |
| | | ☐ TDB | Attend _____ AA meetings or approved alternative program. |
| ☐ TEA1B | Search for the detection of _____ | | Provide proof of completion to probation/court by _____ |

Revised 03/23/18 Page 1 of 2 NCR CR002

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
SENTENCING MEMORANDUM

Page 2 of 2
People v. _Charles Sesma_    Case Number: _SWM1705146_

## DRUG / SEARCH / TEST PROGRAM TERMS (Continued)

| | | | | |
|---|---|---|---|---|
| ☐ THP | Enroll in AIDS education program by _____ and complete by _____. | ☐ TDB3 | Attend _____ NA meetings or approved alternative program. Provide proof of completion to probation/court by _____. |
| ☐ TMJ | Report to the Alternative Sentencing within 14 days (excluding time in custody) and: | ☐ THG/A | Reside at _____, cooperate with staff, and do not leave without permission. |
| ☐ TMF | Enroll in parenting classes as directed/thru the Court / Probation/ Alternative Sentencing/DPSS by _____. Complete by _____. * | ☐ THF/A | Participate and complete at your expense any counseling, rehabilitation/treatment, program deemed appropriate by probation officer; and authorize release of information relative to progress. |
| ☐ TMB | Enroll in a Probation approved 52-week Domestic Violence Program (PC 1203.097); provide proof of enrollment to the court/probation on/before _____. Complete by _____. * | ☐ TMA | Enroll in Anger Management Program by _____ and complete by _____. * |
| | | ☐ TME1 | Enroll in probation approved 1 year minimum Child Abuse Treatment Prog. Provide proof within 30 days of order/release. |

*Pay all program fees and submit proof of payment and program completion as directed by the Probation Officer.

## ASSOCIATION / RESIDENCE / WORK TERMS

| | | | | |
|---|---|---|---|---|
| ☐ THO | Do not associate with any unrelated person you know to be on probation/parole/mandatory supervision, or PRCS. | ☐ THC | Inform the probation officer of your place of residence; reside at residence approved by the probation officer; |
| ☐ THO1 | Do not associate with any unrelated person you know to be either on probation/parole/mand. supervision/PRCS, or a gang member. | ☐ THC1 | Give written notice to the probation officer 24 hours before changing your residence; do not move without the approval of the probation officer. |
| ☐ TDK/ TDKA | Do not associate with any unrelated person you know to be a possessor/user /trafficker of controlled substances/ on probation/parole/mand. supervision/PRCS | ☐ THB | Seek and maintain employment or attend a full time school or vocational program. |
| | | ☐ THD | Have no direct or indirect contact with _____ |
| ☒ THR | Do not leave the State of California without first obtaining written permission of the Probation Department per the Interstate Compact Act. | ☐ TFK | Do not annoy, harass, threaten, or disturb the peace of _____ |

## TAGGER TERMS

| | | | | |
|---|---|---|---|---|
| ☐ TLR | Do not engage in tagging, marking, painting, scribing or defacing public and/or private property. | ☐ TLU / TLUA / TLUB | Submit to immediate search/seizure of person/ property including all residences/premises/storage units/containers/vehicles by probation/law enforcement officer with/without reasonable cause; for detection of tagging and/or scribing items such as spray paint/ markers/scribers/aerosol nozzles or other items commonly used for tagging. |
| ☐ TLS | Do not knowingly use or possess spray paint, markers, scribers, aerosol nozzles, or other items that you know are commonly used for tagging. | | |
| ☐ TLT | Do not associate with any person you know to engage in tagging or similar activities. | | |

## ADDITIONAL PROBATION TERMS

| | | | | |
|---|---|---|---|---|
| ☐ THJ1/A | Do not knowingly own/possess/have under your control / immediate access to any firearm/deadly weapon, ammunition, or weapon related paraphernalia/incendiary device. | ☐ TMI | Any valid Domestic Violence protection/restraining order existing during the period of probation is incorporated into probation terms. |
| ☐ TFO | Stay _____ yards away from _____, and don't enter premises described as _____ | ☐ THL | Report to probation officer immediately or upon release from custody, and abide by all reasonable directives of probation officer. |
| ☐ THI | Report any law enforcement contacts to probation officer within 48 hours. | ☐ THM2 | If expelled, deported, or voluntarily leave the United States, you must report to probation by telephone or in writing within 30 days of departure. |
| ☐ THM1 | If expelled or deported, do not re-enter the United States illegally. | | |
| ☐ | Other: _____ | | |

## ADDITIONAL STAND-ALONE ORDERS OF THE COURT, NOT IMPOSED AS TERMS AND CONDITIONS OF PROBATION

| | | | | |
|---|---|---|---|---|
| ☒ TXX | Pay court operations assessment fee of $40 per convicted charge (PC § 1465.8). | ☐ TXM/A | Pay the costs of probation supervision in an amount to be determined by Probation. Based on the level of supervision, the monthly costs will range from $_____ to $_____ (PC § 1203.1b). |
| ☒ TXW | Pay court conviction assessment fee of $30 per convicted misdemeanor/felony charge (GC § 70373). | | |
| ☐ TXW1 | Pay court conviction assessment fee of $35 per convicted infraction charge (GC § 70373). | ☐ CFAF | Court finds defendant has the ability to reimburse the county for attorney fees at the standard rate of $119.50 per hour. Attorney fees ordered in the amount of $_____. |
| ☐ TXV2 | Pay citation fees of $10 (GC § 29550). | | |
| ☐ TXV3 | Pay O.R. fees of $25 (GC § 29550). | ☐ TXA2 | Weapons ordered destroyed (PC §18005(c).) |
| ☐ TXL | Pay cost of pre-sentence report in amount to be determined by Probation, not to exceed $_____ (PC § 1203.1b). | ☐ TXV5 | Pay Pre-sentence incarceration costs of $_____. (Incarcerated for ___ days). (PC 1203.1c). |
| | | ☐ PHS | Defendant is ordered to return to court on _____ at _____ in Dept. _____ for _____ |
| ☐ FNPAF | Any fine/fee not paid in full by _____ will be subject to a $50 administrative fee (PC § 1205(d)). | ☐ THY | Return to court on _____ at _____ in Dept. _____ for a progress hearing to evaluate your compliance with the above terms and conditions. |
| ☐ DMVNIR | DMV shall not issue a restricted drivers license. Your license: | | |
| ☐ TXD3 | Is suspended for _____ months. Surrender license to the court. | ☐ POF | Payment of fines due by _____ or appear at 7:30 am on that date. |
| ☐ TXG1 | Shall be revoked by DMV (VC § 13202(b)) for _____ mos. | | |
| ☐ TXG4/A | Shall be revoked by DMV for _____ months and until you complete the SB38 drinking driver program, if ordered. | | |

I have read, I understand, and I accept these terms and conditions of probation, and additional non-probationary orders on pages one and two.
Defendant: _____                          Defense Attorney: _____

District Attorney: _____                   Interpreter: _____

Dated: _1/25/19_          IT IS SO ORDERED: _____          JUDICIAL OFFICER

**NOTICE TO DEFENDANT:** If you have been placed on probation, you have the right to ask the court either (1) to allow you to withdraw your plea of guilty or of nolo contendere and to enter a plea of not guilty, or (2), if you were convicted after a plea of not guilty, to set aside the verdict of guilty. (For details, see Penal Code section 1203.4.) If you have been convicted of a misdemeanor and not placed on probation, and one year has passed since pronouncement of judgment, you have the right to make a similar request. (For details, see Penal Code section 1203.4a.) Forms on which to make such requests are available in the clerk's office.

Revised 03/23/18 Page 2 NCR CR002

**This must be in red to be a "CERTIFIED COPY"**

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
                DEPUTY

Dated: ___02/04/2022___

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**JUN 21 2018**   MDB

W44DV

THE PEOPLE OF THE STATE OF CALIFORNIA,

vs.

*CHARLES SESMA*,
Defendant

Case No. *SWM 1705146*

**REQUEST FOR CONTINUANCE**
pursuant to PC § 1050 et. seq.

☐ People   ☒ Defense   ☐ Joint

☐ Defendant Present [DPR]   ☐ Defendant Not Present [DNP]   ☒ Attorney Appearing 977 [977A]

Moving Party(s) requests the following events be continued to the following date(s):

| Event | Date | Time | Department | Time Est. [TEP, TEM, TE] |
|---|---|---|---|---|
| *TRC* | *8/2/18* | *8:30* | *5104* | |
| | | | | |

**The reason for this request is as follows:**

☐ Attorney currently in trial on another matter. [AT]
☐ Counsel believes case will be resolved. [CR]
☐ Discovery just provided by _____ .[DA] [DE]
☒ Other: _____ *REQ TO SW3 IN* _____

☐ Counsel is ill or has family emergency. [CI]
☐ More preparation needed by_____. [PDA] [PDE]
☐ Failure of subpoenaed witness(es) to appear. [FS]

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):

_____
[1050N, 1050NR]

Number of Prior Continuances: ___*1*___   Is this case subject to statutory limitations (1050(g)(3))? ☐ Yes ☒ No

☐ Deft. waives prelim within 10 days. [DW10]
☒ Deft. waives time for trial to _____ [DWTT] Last day for trial _____ (PC§1382) [LDT]
☒ Deft. waives time for *TRIAL 8/2/18* plus *30* court/calendar days. [DWTF]
☐ Last day for preliminary hearing _____ [LDPH]

☐ Deft. waives prelim concluded within 60 days. [DW60]

This request is:   ☒ NOT Opposed   ☐ Opposed   ☐ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_____ *6/21/18*
(DISTRICT ATTORNEY) [PMCGNS, PMCGOS]   (DATE)

*POZZA* *6/21/18*
(DEFENSE ATTORNEY) [DMCGNS, DMCGOS]   (DATE)

_____ _____
(DEFENDANT)   (DATE)

**ORDER OF THE COURT:**

☒ GRANTED (Good Cause having been shown) [CFGCC]
☐ DENIED [PMCD, DMCD, SMCD] (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

_____

Defendant ordered to return on any and all future hearing dates. [DOR]

*6-21-18*
(DATE)

_____
(JUDICIAL OFFICER)

RI-CR010   Action Code – 105CRC   Rev. 1/25/12

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By

DEPUTY

Dated: 2 - 4 - 22

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF RIVERSIDE

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF RIVERSIDE**

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**JUN 21 2018**   MDB

WV48VL

JUN 28 2018 S.

THE PEOPLE OF THE STATE OF CALIFORNIA,

vs.

_CHARLES SESMA_,
Defendant

Case No. _SWM 1705146_

**REQUEST FOR CONTINUANCE**
pursuant to PC § 1050 et. seq.

☐ People   ☒ Defense   ☐ Joint

☐ Defendant Present [DPR]   ☐ Defendant Not Present [DNP]   ☒ Attorney Appearing 977 [977A]

Moving Party(s) requests the following events to be continued to the following date(s):

| Event | Date | Time | Department | Time Est. [TEP, TEM, TE] |
|---|---|---|---|---|
| _TRC_ | _8/2/18_ | _8:30_ | _5104_ | |
| | | | | |

**The reason for this request is as follows:**

☐ Attorney currently in trial on another matter. [AT]
☐ Counsel believes case will be resolved. [CR]
☐ Discovery just provided by _____.[DA] [DE]
☒ Other: _REQ TO SWR-IN_

☐ Counsel is ill or has family emergency. [CI]
☐ More preparation needed by_____. [PDA] [PDE]
☐ Failure of subpoenaed witness(es) to appear. [FS]

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):

_____

[1050N, 1050NR]

Number of Prior Continuances: _1_   Is this case subject to statutory limitations (1050(g)(3))? ☐ Yes ☒ No

☐ Deft. waives prelim within 10 days. [DW10]
☒ Deft. waives time for trial to _____ [DWTT]
☒ Deft. waives time for_ TRIAL 8/2/18 _plus _30_ court/calendar days. [DWTF]
☐ Last day for preliminary hearing _____ [LDPH]

☐ Deft. waives prelim concluded within 60 days. [DW60]
☐ Last day for trial _____ (PC§1382) [LDT]

This request is:   ☒ NOT Opposed   ☐ Opposed   ☐ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_____ _6/21/18_
(DISTRICT ATTORNEY) [PMCGNS, PMCGOS]   (DATE)

_POZZA_ _6/21/18_
(DEFENSE ATTORNEY) [DMCGNS, DMCGOS]   (DATE)

_____ _____
(DEFENDANT)   (DATE)

**ORDER OF THE COURT:**
☒ GRANTED (Good Cause having been shown) [CFGCC]
☐ DENIED [PMCD, DMCD, SMCD] (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

Defendant ordered to return on any and all future hearing dates. [DOR]

_6-21-18_
(DATE)   (JUDICIAL OFFICER)

RI-CR010   Action Code – 1050RC   Rev. 1/25/12

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By

DEPUTY

Dated: 2-4-22

Certification must be in red to be a
"CERTIFIED COPY"

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220
☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225
☐ **INDIO** 46-200 Oasis St., Indio, CA 92201

☐ **RIVERSIDE** 4100 Main St., Riverside, CA 92501
☒ **MURRIETA** 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563

RI-CR005

| PEOPLE OF THE STATE OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| vs. | F I L E D <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF RIVERSIDE <br><br> JUN 21 2018 <br><br> MWAQWL |
| DEFENDANT: <br><br> CHARLES SESMA | CASE NUMBER <br><br> SWM1705146 |

MDB
JUN 28 2018

**WAIVER OF DEFENDANT'S PERSONAL PRESENCE (977(c) Penal Code)**

The undersigned defendant, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of and arguments on questions of law, and to be confronted by and cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause, including when the case is set for trial, when a continuance is ordered, and following is heard, when a motion for reduction of bail or for a personal recognizance release is heard, when a motion to reduce sentence is heard, and when questions of law are presented to or considered by the court. The undersigned defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and hereby agrees that his interest will be deemed represented at all times by the presence of his attorney the same as if the defendant himself were personally present in court, and further agrees that notice of his attorney that his presence in court on a particular day at a particular time is required will be deemed notice to him of the requirement of his appearance at said time and place.

_6/11/18_ (DATE)

_____ (DEFENDANT'S SIGNATURE)

41764 Ridgewalk St #3
_____ (ADDRESS)

Murrieta CA 92562
_____ (CITY, STATE, ZIP)

APPROVED:

_6/21/18_ (DATE)

_____ (ATTORNEY FOR DEFENDANT)

**WAIVER ACCEPTED & ORDERED FILED:**

_____ (JUDGE OF THE SUPERIOR COURT)

Page 1 of 1

Approved for Optional Use <br> Riverside Superior Court <br> RI-CR005 [Rev. 12/5/11]

**WAIVER OF DEFENDANT'S PERSONAL PRESENCE**

Penal Code 977 (c) <br> riverside.courts.ca.gov/localforms/localforms.shtml

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
                DEPUTY

Dated: 2 - 4 - 2 2

Certification must be in red to be a
"CERTIFIED COPY"

COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

THE PEOPLE OF THE STATE OF CALIFORNIA

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

Case No. *SWM1705148*

AUG 0 2 2018

vs.

*CHARLES SESMA*,

Defendant

AUG 0 8 2018

**REQUEST FOR CONTINUANCE**
pursuant to PC § 1050 et. seq.

☐ People   ☒ Defense   ☐ Joint

☐ Defendant Present [DPR]   ☐ Defendant Not Present [DNP]   ☒ Attorney Appearing 977 [977A]

Moving Party(s) requests the following events be continued to the following date(s):

| Event | Date | Time | Department | Time Est. [TEP, TEM, TE] |
|-------|------|------|------------|--------------------------|
| *TRC* | *9/20/18* | *8:30* | *5104* | |
| | | | | |

**The reason for this request is as follows:**

☐ Attorney currently in trial on another matter. [AT]
☐ Counsel believes case will be resolved. [CR]
☐ Discovery just provided by _____ [DA] [DE]
☒ Other: *TO PLEA NEXT HEARING*

☐ Counsel is ill or has family emergency. [CI]
☐ More preparation needed by _____. [PDA] [PDE]
☐ Failure of subpoenaed witness(es) to appear. [FS]

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):

[1050N, 1050NR]

Number of Prior Continuances: _____   Is this case subject to statutory limitations (1050(g)(3))? ☐ Yes ☐ No

☐ Deft. waives prelim within 10 days. [DW10]
☐ Deft. waives time for trial to _____ [DWTT]
☒ Deft. waives time for *TRIA 9/20/18* plus *45* court calendar days. [DWTF]
☐ Last day for preliminary hearing _____ [LDPH]

☐ Deft. waives prelim concluded within 60 days. [DW60]
Last day for trial _____ (PC§1382) [LDT]

This request is:   ☒ NOT Opposed   ☐ Opposed   ☐ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_____   *8/2/18*
(DISTRICT ATTORNEY) [PMCGNS, PMCGOS]   (DATE)

*PORRA*   *8.2.18*
(DEFENSE ATTORNEY) [DMCGNS, DMCGOS]   (DATE)

**ORDER OF THE COURT:**

_____   _____
(DEFENDANT)   (DATE)

☐ GRANTED (Good Cause having been shown) [CFGCC]
☐ DENIED [PMCD, DMCD, SMCD]  (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

Defendant ordered to return on any and all future hearing dates. [DOR]

*8-2-18*
(DATE)

_____
(JUDICIAL OFFICER)

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
            DEPUTY

Dated: 2-4-22

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 19 2018

SEP 24 2018

THE PEOPLE OF THE STATE OF CALIFORNIA,

vs.

_CHARLES SESMA_ ,

**Defendant**

Case No. _SWM 1705146_

**REQUEST FOR CONTINUANCE**
pursuant to PC § 1050 et. seq.

☐ People    ☒ Defense    ☐ Joint

☐ Defendant Present [DPR]    ☐ Defendant Not Present [DNP]  ☒  Attorney Appearing 977 [977A]

Moving Party(s) requests the following events be continued to the following date(s):

| Event | Date | Time | Department | Time Est. [TEP, TEM, TE] |
|---|---|---|---|---|
| _TRC_ | _10/30/18_ | _8:30_ | _5104_ | |
| | | | | |

**The reason for this request is as follows:**

☐ Attorney currently in trial on another matter. [AT]
☒ Counsel believes case will be resolved. [CR]
☐ Discovery just provided by _____.[DA] [DE]
☐ Other: _____

☐ Counsel is ill or has family emergency. [CI]
☐ More preparation needed by_____. [PDA] [PDE]
☐ Failure of subpoenaed witness(es) to appear. [FS]

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):

_____

[1050N, 1050NR]

Number of Prior Continuances: _____    Is this case subject to statutory limitations (1050(g)(3))? ☐ Yes ☐ No

☐ Deft. waives prelim within 10 days. [DW10]
☐ Deft. waives time for trial to _____ [DWTT]
☒ Deft. waives time for _7/CLA—10/30/18_ plus _45_ court/calendar days. [DWTF]
☐ Last day for preliminary hearing _____ [LDPH]

☐ Deft. waives prelim concluded within 60 days. [DW60]
Last day for trial _____ (PC§1382) [LDT]

This request is:        ☒ NOT Opposed        ☐ Opposed        ☐ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_ZK_          _9/14/18_          _Pozza_          _9/14/18_
(DISTRICT ATTORNEY) [PMCGNS, PMCGOS]   (DATE)    (DEFENSE ATTORNEY) [DMCGNS, DMCGOS]   (DATE)

_____          _____
(DEFENDANT)          (DATE)

**ORDER OF THE COURT:**
☒ GRANTED (Good Cause having been shown) [CFGCC]
☐ DENIED [PMCD, DMCD, SMCD]  (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

Defendant ordered to return on any and all future hearing dates. [DOR]
_9-19-78_
(DATE)          (JUDICIAL OFFICER)

RI-CR010    Action Code – 1050RC   Rev. 1/25/12

"CERTIFIED COPY"
Certification must be in red to be a

Dated:

2-4-22
By
DEPUTY

Superior Court of California
County of Riverside

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

"CERTIFIED COPY"
This must be in red to be a

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
OCT 30 2018
M4M

THE PEOPLE OF THE STATE OF CALIFORNIA,

vs.

CHARLES SESMA
Defendant

Case No. SWM1705146

REQUEST FOR CONTINUANCE
pursuant to PC § 1050 et. seq.

☐ People   ☒ Defense   ☐ Joint

☐ Defendant Present [DPR]   ☐ Defendant Not Present [DNP]   ☒ Attorney Appearing 977 [977A]

Moving Party(s) requests the following events be continued to the following date(s):

| Event | Date | Time | Department | Time Est. [TEP, TEM, TE] |
|-------|------|------|------------|--------------------------|
| TRC | 12/12/18 | 8:30 | S104 | |
| TRIAL | 1/9/19 | 8:30 | S104 | 3 DAYS |

**The reason for this request is as follows:**

☐ Attorney currently in trial on another matter. [AT]
☐ Counsel believes case will be resolved. [CR]
☐ Discovery just provided by _____ [DA] [DE]
☒ Other: D ordered to be present NW

☐ Counsel is ill or has family emergency. [CI]
☒ More preparation needed by _____ [PDA] [PDE]
☐ Failure of subpoenaed witness(es) to appear. [FS]

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):

_____ [1050N, 1050NR]

Number of Prior Continuances: _____   Is this case subject to statutory limitations (1050(g)(3))? ☐ Yes ☐ No

☐ Deft. waives prelim within 10 days. [DW10]
☒ Deft. waives time for trial to 1/9/19 [DWTT]
☐ Deft. waives time for _____
☐ Last day for preliminary hearing _____ [LDPH]

☐ Deft. waives prelim concluded within 60 days. [DW60]
Last day for trial 1/22 (PC§1382) [LDT]
plus _____ court/calendar days. [DWTF]

This request is:   ☒ NOT Opposed   ☐ Opposed   ☐ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_____ for Z. G.   10/30/18
(DISTRICT ATTORNEY) [PMCGNS, PMCGOS]   (DATE)

_____   10/30/18
(DEFENSE ATTORNEY) [DMCGNS, DMCGOS]   (DATE)

_____   _____
(DEFENDANT)   (DATE)

**ORDER OF THE COURT:**

☒ GRANTED (Good Cause having been shown) [CFGCC]
☐ DENIED [PMCD, DMCD, SMCD]  (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

Defendant ordered to return on any and all future hearing dates. [DOR]

10/30/18
(DATE)

_____
(JUDICIAL OFFICER)

RI-CR010   Action Code – 1050RC   Rev. 1/25/12

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
                    DEPUTY

Dated: 2 - 4 - 22

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF RIVERSIDE

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
30755-D AULD ROAD STE 1226

MURRIETA, CA 92563

PEOPLE OF THE STATE OF CALIFORNIA )
                              PLAINTIFF )
                                        )
                                        )
                                        )
                    v                   )
                                        )
SESMA, CHARLES                          )
                          DEFENDANT     )

Case No. SWM1705146

Notice of Exoneration
of Bail Bond (1305 PC)

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JAN 25 2019

N. Byrum

FAUSTO'S BAIL BONDS INC
30195 Auld Road
Murrieta, CA 92563

BANKERS INSURANCE COMPANY
PO BOX 33015
ST PETERSBURG. FL 33733

Please be advised that the court, on 01/25/19, exonerated
Bail Bond No. 5803478051, in the amount of $5,000.00, which
was filed with the court on 06/08/18, as to the above named
defendant in this action.

By _____
            Deputy Clerk

---

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of
California, County of Riverside, and that I am not a party to this
action or proceeding. In my capacity, I am familiar with the practices
and procedures used in connection with the mailing of correspondence.
Such correspondence is deposited in the outgoing mail of the Superior
Court. Outgoing mail is delivered to and mailed by the United States
Postal Service, postage prepaid, the same day in the ordinary course
of business. I certify that I served a copy of the foregoing
notice on this date; by depositing said copy as stated above.

Dated: 01/25/19            Court Executive Officer/Clerk

                      By: _____
                           NICOLE R BYRUM, Deputy Clerk

CC: Bond Clerk Desk, Criminal Department
Notice: NBBE/72

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
                    DEPUTY

Dated: 02/04/2022

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF RIVERSIDE

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

| | FOR COURT USE ONLY |
|---|---|
| People of the State of California:<br><br><br>vs<br><br><br>Defendant:<br>CHARLES SESMA | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>JAN 2 5 2019<br><br>N. Byrum<br><br>CASE NUMBER:<br>SWM1705146 |

JAN 3 1 2019

## DOCUMENT COVERSHEET

Full Document Title:   **MISDEMEANOR PLEA FORM FILED.**

_____

_____

*(if the document is not officially titled, provide the description of what is being filed.)*

Other File Clerk Notes:   _____

_____

_____

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
**MISDEMEANOR PLEA FORM**

People v. _Charles Serna_                Case Number: _SWM1705746_

## A. ADVISEMENT OF RIGHTS:

Initials

_____ 1. I have the right to a speedy and public trial by a judge or jury.
_____ 2. At my trial, I have the right to face and cross-examine any witnesses against me.
_____ 3. I have the right to ask the court to compel witnesses to attend my trial at no expense to me.
_____ 4. I have the right against self-incrimination. I cannot be forced to testify against myself, but I also have the right to testify in my own defense if I choose to do so.
_____ 5. I have the right to be represented by a lawyer at all proceedings. If I cannot afford one, the court will appoint one to represent me at no cost to me.
_____ 6. I have the right to have a court reporter at all proceedings. If I wish one, I will advise the court in advance. If I cannot afford to pay for the court reporter, the court will provide one at no cost to me.

## B. CONSEQUENCES OF PLEA:

_____ 1. As a convicted misdemeanant subject to Penal Code section 29810, I am prohibited from owning, purchasing, receiving, possessing, or having under my custody or control, any firearms, ammunition, and ammunition feeding devices, including but not limited to magazines. The court will order me to relinquish all firearms in the manner provided in Penal Code section 29810. I acknowledge receipt of the Prohibited Persons Relinquishment Forms.
_____ 2. I will be ordered to pay restitution to the victim(s).
_____ 3. I agree that the amount of victim restitution is _____. If the parties do not agree, the probation department will determine the amount. If I disagree with the amount, I may request a hearing
_____ 4. Charges and/or enhancements may have been dismissed as part of this negotiated disposition with the District Attorney's Office. I agree that I will be ordered to pay restitution to the victim(s) of the dismissed charges and/or enhancements.
_____ 5. I will be ordered to pay a restitution fine of at least $150 and not more than $1000. There are several other fines and fees that will be imposed as a result of this guilty plea.
_____ 6. If I am not a citizen of the United States, I understand that this conviction may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.
_____ 7. Being under the influence of alcohol or drugs, or both, impairs your ability to safely operate a motor vehicle. Therefore, it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both. If I drive while under the influence of alcohol or drugs, or both, and as a result of that driving, someone is killed, I can be charged with murder.
_____ 8. My driving privileges may be suspended or revoked by the Department of Motor Vehicles.
_____ 9. I understand that I will be ordered to register with law enforcement as a(n) _____ and that if I fail to register or to keep my registration current for any reason, new felony criminal charges may be filed against me. I understand that registration as a sex offender is a life long requirement.
_____ 10. I may be required to undergo AIDS testing if I am convicted of sex crimes or an assault.
_____ 11. I may be required to give a DNA sample.
_____ 12. Other _____.

## C. DEFENDANT'S STATEMENT:

_____ 1. All the promises made to me are written on this form, or stated in open court.
_____ 2. No one has made any threats to me or anyone close to me, or placed any pressure of any kind on me in order to make me plead guilty.
_____ 3. I understand that if I violate any of my probation terms, I could be sentenced to the maximum custody term possible under these charges as set forth under "Plea Agreement", Item 3.
_____ 4. If there are any dismissed charges, they may be considered in determining restitution and the appropriate sentence.
_____ 5. As part of this plea, I (circle one) do / do not waive any right to appeal that I may have.
_____ 6. Factual Basis: I agree that I did the things that are stated in the charges that I am admitting.

## D. PLEA AGREEMENT:

1.   Defendant in Pro Per:  I will plead guilty to the complaint as charged.

2.   Per agreement with the District Attorney, I will plead guilty to the following charges:   PC 148(a)

3.   Defendant represented by an Attorney:  The terms of the disposition are:
35P, CTS, 30APP  #322

4.   The maximum possible custody commitment for the admitted charges may be; 1 year, 6 months, or 90 days, depending on the charge.  These are per count.

5.   My guilty pleas are conditional on receiving the following considerations as to sentence:

     a)   Probation will be granted. The terms are in the Sentencing Memorandum Form which is incorporated into this Plea Form.

     b)   Probation will be denied. The terms are in the Sentencing Memorandum Form which is incorporated into this Plea Form.

## E. SIGNATURES:

**District Attorney:** The above is a correct statement of the Plea Agreement between defense and prosecution.

| 1/25/19 | Z Gryzoulopoulos | 3/5 |
|---|---|---|
| (DATE) | (PRINT NAME) | (SIGNATURE) |

**Defendant:** I have read and understand this entire document. I waive and give up all of the rights that I have initialed. I accept this Plea Agreement. An Attorney acting as a Judge Pro Tem or a Commissioner may act as a Judge in this case.

| 1/25/19 | Charles Sesma | |
|---|---|---|
| (DATE) | (PRINT NAME) | (SIGNATURE) |

**Defense Attorney:** I am the attorney for the defendant.  I am satisfied that (1) the defendant understands his/her constitutional rights and understand that a guilty plea would be a waiver of these rights; (2) the defendant has had an adequate opportunity to discuss his/her case with me, including any defenses he/she may have to the charges; and (3) the defendant understands the consequences of his/her guilty plea.  I join in the decision of the defendant to enter a guilty plea.

| | | |
|---|---|---|
| (DATE) | (PRINT NAME) | (SIGNATURE) |

**Interpreter:** Having been duly sworn, or having a written oath on file, I certify that: ☐ I truly sight translated this form in the _____ language; or ☐ I interpreted the attorney/client communication regarding this form in the _____ language. The defendant has stated that he/she fully understood the contents of the form prior to signing.

| | | |
|---|---|---|
| (DATE) | (PRINT NAME) | (SIGNATURE) |

Approved for Optional Use
Riverside Superior Court
CR005 [(Revised 04/13/18]

Page 2 of 2

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _Debra Vogle_
DEPUTY

Dated: _02/04/2022_

Certification must be in red to be a
"CERTIFIED COPY"

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ BANNING 311 E. Ramsey St., Banning, CA 92220
☐ BLYTHE 265 N. Broadway, Blythe, CA 92225
☐ INDIO 46-200 Oasis St., Indio, CA 92201

☐ RIVERSIDE 4100 Main St. Riverside, CA 92501
☒ MURRIETA 30755-D Auld Rd., Murrieta, CA 92563

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | RI-OTS08 FILED<br>FOR COURT USE ONLY<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE |
| vs. | JAN 2 5 2019 |
| DEFENDANT: *Charles Sesma* | N. Byrum  WK8 |
| Hearing Date: 1/25/19   Time: 8:30 am | CASE NUMBER: SWM 1705146 Department: |

JAN 3 1 2019

### PETITION TO PROCEED IN PROPRIA PERSONA

**Initials**

1. I understand that I have the right to be represented by a lawyer at all stages of the proceedings and that if I do not have sufficient funds to employ a lawyer, one will be appointed for me by the court. However, if I have a court-appointed attorney, I will be required to submit financial declarations to the court and, following hearings about my ability to reimburse the court, the court could order me to reimburse the county for my court-appointed attorney.

2. I further understand that it is the advice and recommendation of this court that I do not represent myself, and that I accept counsel appointed by the court; and further, that if I do persist in my motion to act in pro per,
   that it is the advice and recommendation of this court that I at least wait until I meet the attorney who is assigned to try my case before I give up my valuable right to legal representation.

3. I understand that if I am permitted to represent myself, it will be necessary for me, WITHOUT THE ASSISTANCE OF COUNSEL, to follow all of the many technical rules of substantive law, criminal procedure and evidence.

4. I understand that the People's case will be handled by an attorney who is experienced and highly specialized in the trial of both court and jury trials, and that I will not be entitled to special consideration by the court during the course of the trial

5. I understand that if I am permitted to represent myself it will be necessary for me, WITHOUT THE ASSISTANCE OF COUNSEL, to conduct my own trial consisting of (but not limited to):
   a. Making pretrial and preliminary motions.
   b. Impanelment of jury.
   c. Making an opening statement.
   d. Cross-examining of the witnesses for the prosecution.
   e. Subpoenaing and presenting my own witnesses.
   f. Making appropriate objections and motions during the course of the trial.
   g. Preparing and presenting to the court proposed jury instructions.
   h. Making the final argument.

6. I understand that in the event of a conviction and an appeal, by acting as my own lawyer, I give up and waive as a possible ground of appeal my constitutional right to effective assistance of counsel.

Approved for Optional Use
Riverside Superior Court
RI-OTS08 [Rev. 11/29/11]

**PETITION TO PROCEED IN PROPRIA PERSONA**

riverside.courts.ca.gov/localforms/localforms.shtml

DEFENDANT: Charles Sesma     CASE NUMBER SNM 1705146

I hereby certify that I have read, understood and considered all of the printed matter on this petition, and that the writing hereon in response to the questions asked is in my own handwriting.

Understanding all of my rights, it is my personal desire that I be granted permission by the court to proceed IN PROPRIA PERSONA (acting as my own lawyer) and that by making this request I am giving up the right to be represented by a lawyer appointed by the court.

1/25/19
(DATE)

Charles Sesma
(DEFENDANT)

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 1/25/19

Charles Sesma
(TYPE OR PRINT NAME OF PARTY MAKING DECLARATION)

►

(SIGNATURE)

Approved for Optional Use
Riverside Superior Court
RI-OTS08 [Rev. 11/29/11]

PETITION TO PROCEED IN PROPRIA PERSONA

riverside.courts.ca.gov/localforms/localforms.shtml

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
                    DEPUTY

Dated: __02/04/2022__

Certification must be in red to be a
"CERTIFIED COPY"

JAN/16/2019/WED 08:20 AM   District Attorney      FAX No. 9513045405                    P. 002

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220    ☒ **MURRIETA** 30755-D Auld Rd., Ste. 1226, Murrieta, CA 92563
☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225      ☐ **RIVERSIDE** 4100 Main St., Riverside, CA 92501
☐ **INDIO** 46-200 Oasis St., Indio, CA 92201

RI-OTS01

| PEOPLE OF THE STATE OF CALIFORNIA<br><br>vs.<br><br>DEFENDANT: CHARLES SESMA | FOR COURT USE ONLY<br>**FILED**<br>**Superior Court of California**<br>**County of Riverside**<br>**1/16/2019**<br>**M. Aldor** |
|---|---|
|  | CASE NUMBER: **By Fax**<br>SWM1705146 |

| Hearing Date:<br>01/25/19 | Time:<br>8:30 AM | Department:<br>S104-TRC |
|---|---|---|

## REQUEST TO ADD ONTO CALENDAR

Attorney or Probation Officer's Name: _____

Defendant's Name:   CHARLES SESMA   Phone No.: _____ D.O.B.: _____

Interpreter Required?   ☐ No    ☐ Yes; Language: _____

Defendant In-Custody?   ☐ No    ☐ Yes; Custody Location: _____
NOTE: Three days notice is required for defendants who are in local custody.

**The above referenced case is being added onto the calendar for the following:**

☐ Warrant Outstanding for _____
☐ Reinstatement in the following program(s):
    ☐ AB541- 1st Offender Drinking Driver Program
    ☐ SB38- 2nd Offender Drinking Driver Program
    ☐ Work Release Program (Weekends)
    ☐ Alternative Sentencing Program (Specify): _____
    ☒ Other:   TRC
☐ Modification of: _____
☐ Other: _____

Signed on _____

DDA VINCENZINA GEORGOUSOPOULS
(TYPE OR PRINT NAME ☐ DEFENDANT ☐ ATTORNEY OR ☐ PROBATION OFFICER)

_____
(SIGNATURE ☐ DEFENDANT ☐ ATTORNEY OR ☐ PROBATION OFFICER)

---

**Clerk's Use Only:**
Your Hearing Date has been scheduled at the Court Address noted above as follows:

| Hearing Date:   01/25/19 | Time:   08:30 am | Department:   S104 |
|---|---|---|

| Date:   01/16/19 | _____<br>(CLERK OF THE COURT/DEPUTY CLERK) |
|---|---|

Adopted for Mandatory Use
Riverside Superior Court
RI-OTS01 (Rev. 06/20/17)
(Reformatted 07/28/17)

**REQUEST TO ADD ONTO CALENDAR**

Page 1 of 1
riverside.courts.ca.gov/localcourt/ms/localrms.shtml

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
DEPUTY

Dated: 02/04/2028

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF RIVERSIDE

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

DEC 12 2018

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

THE PEOPLE OF THE STATE OF CALIFORNIA,

vs.

_CHARLES SESMA_
Defendant

Case No. _SWM1705146_

**REQUEST FOR CONTINUANCE**
pursuant to PC § 1050 et. seq.

☐ People   ☒ Defense   ☐ Joint

☐ Defendant Present [DPR]   ☐ Defendant Not Present [DNP]   ☒ Attorney Appearing 977 [977A]

Moving Party(s) requests the following events be continued to the following date(s):

| Event | Date | Time | Department | Time Est. [TEP, TEM, TE] |
|-------|------|------|------------|--------------------------|
| _TRC_ | _1/9/19_ | _8:30_ | _S104_ | |
| | | | | |

**The reason for this request is as follows:**

☐ Attorney currently in trial on another matter. [AT]   ☐ Counsel is ill or has family emergency. [CI]
☐ Counsel believes case will be resolved. [CR]   ☐ More preparation needed for_____. [PDA] [PDE]
☐ Discovery just provided by_____.[DA] [DE]   ☐ Failure of subpoenaed witness(es) to appear. [FS]
☒ Other: _REQ VACATE TRIAL –_
_ORDER A TO APPEAR_

Moving counsel was unable to provide written notice two days in advance of this hearing for the following reason(s):
_____
_____
[1050N, 1050NR]

Number of Prior Continuances: _____   Is this case subject to statutory limitations (1050(g)(3))? ☐ Yes ☐ No

☐ Deft. waives prelim within 10 days. [DW10]   ☐ Deft. waives prelim concluded within 60 days. [DW60]
☐ Deft. waives time for trial to_____ [DWTT] Last day for trial _____ (PC§1382) [LDT]
☒ Deft. waives time for _TRIAL 1/9/19_ plus _30_ court/calendar days. [DWTF]
☐ Last day for preliminary hearing _____ [LDPH]

This request is:   ☒ NOT Opposed   ☐ Opposed   ☐ Request is by Stipulation [SMCGS]

Moving party declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

_____  _12/12/18_     _____  _12.12.18_
(DISTRICT ATTORNEY) [PMCGNS, PMCGOS]   (DATE)        (DEFENSE ATTORNEY) [DMCGNS, DMCGOS]   (DATE)

_____  _____
(DEFENDANT)   (DATE)

**ORDER OF THE COURT:**
☒ GRANTED (Good Cause having been shown) [CFGCC]
☐ DENIED [PMCD, DMCD, SMCD] (Good Cause NOT having been shown) [CFNGC]

REASON(S): _____

Defendant ordered to return on any and all future hearing dates. [DOR]

_____     _____
(DATE)                          (JUDICIAL OFFICER)

RI-CR010   Action Code – 1050RC   Rev. 1/25/12

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By_____
DEPUTY

Dated: 02/04/2022

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF RIVERSIDE

EXHIBIT 2

# Order Form

User Name:
Company: DOJ-Attorney General-Los Angel

**RECEIVED**

**ACE Messenger & Attorney Svc**          (213) 623-3979

2022 MAR -8  AM 9: 05

Control Number: 2030750      eTrac Number: 159550572

| Submitter Information | Shipping Information |
|---|---|
| Account: 10551<br>Name: DOJ-ATTORNEY GENERAL-LOS ANGELES<br>Requested By: BRIANA CABRERA<br>Reference: 14351180LA2021603706<br>Entered: 03-FEB-2022 10:20 | Service Type: DOC RETRIEVAL<br>Return Service: None |

| Pick Up From | Deliver To |
|---|---|
| RIVERSIDE CRIMINAL COURT<br>4100 MAIN STREET<br>RIVERSIDE, RIVERS | DOJ-ATTORNEY GENERAL-LOS ANGELES<br>300 SOUTH SPRING STREET<br>1700 1ST FLOOR<br>LOS ANGELES, DTLA 1<br>Phone: 213-269-6000 |

| Pickup Details | Special Instructions |
|---|---|
| Requested Date: 03-FEB-2022<br>Ready Time: NOW<br>Case Number: te244089cs/329250cs<br>Case Name: CHARLES SESMA<br>Name of Docs:<br>entire case, certified, CV58878CS | |

Driver:

Date:

Time:

eTrac Order Entry<br>© 2020 eTrac All rights reserved.

Tracking No: WFS-P0200004594

Cabrera Briana
LSO

Phone: Unspecified
Received On: 03-08-2022 10:30am

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE | For Court Use Only |
|---|---|
| STREET ADDRESS: 505 S. Buena Vista, Room 201 | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Corona, CA 92882 | FILED |
| BRANCH NAME: Payment Processing Center | SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE |

PEOPLE OF THE STATE OF CALIFORNIA

VS.

DEFENDANT:  CHARLES GABRIEL SESMA

**AGREEMENT TO PAY AND FORFEIT BAIL IN INSTALLMENTS**
(Vehicle Code § 40510.5)

OCT 25 2017,

J. BARBER

| CITATION NUMBER: |
|---|
| CV58878 |
| CASE NUMBER: |
| CV58878CS |

## TO BE FILLED OUT BY A COURT CLERK

**Read carefully and, if you agree, sign and return the form to the clerk.**

1. I am the defendant in this case and I have been charged with the following infraction violation of the Vehicle Code that does not require me to go into court:
   § 1) 21453A VC-I, 3) 1214.1 PC-I

2. My court appearance date has not expired and I am providing proof of correction for any correctable violations.

3. I want to pay and forfeit bail for the violation(s) listed above, but I am not able to pay the entire amount at the present time.  I ask the court to allow me to pay in installments.  I understand that the court does not have to allow me to make installment payments.

4. I understand that by signing below I will be convicted today of each violation that has no proof of correction.

5. **TERMS OF AGREEMENT:**
   The total fee, including an administrative fee of $35.00 to pay in installments, is $800.00.
   I agree to pay the total amount as follows:

   $ **X**  (10 percent or more) immediately and/or installments of at least $50.00 due:

   ( ) Make payment of $50.00 per month, on the 25TH of each month;  continue thereafter until paid in full.

   ( ) Other (explain): _____

   I agree that:  All payments must be made by the due date and there is no grace period.
   If I do not make a payment on time, I may have to pay the rest of my unpaid fees immediately.
   If I do not make my payments by each due date, I will see the clerk on the next court day after the due date of the missed payment.

I understand that if I do not make a payment on each due date, I may be charged with a misdemeanor under Vehicle Code section 40508, be charged up to $300 under Penal Code section 1214.1 or have a warrant issued for my arrest, and the court may impound my driver's license and report convictions to the Department of Motor Vehicles.  The court also may assign my case to a collection agency or the State Franchise Tax Board for collection.

I understand that my case will continue to be open until the date that my last installment is paid.  On _____, if I pay as agreed, all amounts due will be paid.  At that time, if proof of correction has been filed with the clerk as required, my bail forfeiture will be complete and no further proceedings will be held in this matter.

**By signing below I declare that I have read and understand my rights printed on the reverse side, which I now choose to give up, and that I have read, understand, and accept the terms and consequences stated above.**

| (SIGNATURE OF DEFENDANT) | 10/25/17 (DATE) | Charles Sesma (TYPE OR PRINT NAME) |
|---|---|---|
| | 951 447 6745 (PHONE NUMBER) | 41761 Redwood St #3 (ADDRESS) |
| A9913093 (DRIVER'S LICENSE/ID NUMBER) | 8/4/19 (EXP. DATE) | Murrieta CA 92562 (CITY, STATE AND ZIP CODE) |

CLERK OF THE SUPERIOR COURT

ACCEPTED (date):  10/25/17        By: _____
(DEPUTY CLERK)

**AGREEMENT TO PAY AND FORFEIT BAIL IN INSTALLMENTS**
(Traffic Infractions)

Veh. Code § 40510.5
www.courts.ca.gov

## ADVISEMENT OF RIGHTS

By choosing to pay and forfeit bail in installments and not go into court, you will be giving up these rights:

- To appear in court without deposit of bail for formal arraignment, plea and sentencing;

- To request and have a court trial without deposit of bail, unless the court orders bail, and challenge the charges;

- To have a speedy court trial and have the charges dismissed if a speedy trial is requested but not provided;

- To be represented by an attorney at your expense;

- To subpoena or present witnesses and physical evidence using the power of the court at no cost to you and to testify on your behalf;

- To confront and cross-examine all witnesses testifying under oath against you, and

- To remain silent and not testify.

---

### PAYMENT OPTIONS

**By Internet:** (Available 7 days a week) www.riverside.courts.ca.gov or www.epay-it.com
**Online Banking:** Check with your bank or financial institution for information regarding online bill pay.
**CheckFreePay Service:** Pay at various local store locations near you www.checkfreepay.com/agentlocator
**Western Union:** Pay at various locations www.westernunion.com
**MoneyGram Express Service (Superior Court Code is 7660):** For the nearest location call 1-800-MONEYGRAM
**By Mail:** Send to the address listed at the top of your installment agreement.
**By Phone:** (Available 7 days a week) call (951) 222-0384

*Please note: Transaction fees may apply to the above payment options*

---

This must be in red to be a
**"CERTIFIED COPY"**

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside

By _____ DEPUTY

Dated: 03/03/22

Certification must be in red to be a
**"CERTIFIED COPY"**

---

TR-300 [Rev. June 26,2015]

**AGREEMENT TO PAY AND FORFEIT BAIL IN INSTALLMENT**
**(Traffic Infractions)**

Page 2 OF 2

15 (REV. 06-15)

| | | |
|---|---|---|
| 3:17 | 137 | ☐ AM ☐ PM |

CHARLES GABRIEL SECAXA

41764 RIDGE WALK ST #3

MURRIETA          CA    92562

lic. no. A9913093        CA    ☐ Commercial ☐ Yes ☐ No    Age    Birth Date 03/04/76

BLN    BEN    6'00    195

TVVX190    CA    576

CHEV    AMMO    GRY

MURRIETA    DL7781901778808    ☒ Same as Driver

☒ Same as Driver

State    Zip Code

| No. | Code and Section | Description | | |
|---|---|---|---|---|
| X | 21453(a)VC | FAILURE TO STOP @ | | ☐ O |
| ☐ | RED SIGNAL | | | M I |
| ☐ | 4000(A)(1)VC UO VEHICLE ON HIGHWAY | | | ☐ O |
| ☐ | UNREGISTERED | | | M I |

| Approx. | P.T./Max Spd | Veh. Lmt. | Safe | Special |
|---|---|---|---|---|
| 901 | 685 | | | |

JEFFERSON

107 ☐ Radar/Vdar Unit/Patrol Vehicle No. ☐ MVARS

Violation not committed in my presence, declared on information and belief.

Here under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Issued at (place): MURRIETA , California

| Date | Arresting or Citing Officer | I.D. No. | Vacation Dates |
|---|---|---|---|
| 3-17 | VELASCO | 13148 | |

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

SIGNATURE

WHEN: DATE 5-5-17   TIME: 1230   ☐ AM ☒ PM

WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE
WHERE: ☒ SUPERIOR COURT ☐ JUVENILE
ADDRESS: 30755 D AULD RA MURRIETA CA 92563

To be notified
You may arrange with the clerk to appear at a night session of the court.
Jud Council of California Form TR-120
08-26-16  (§§ 40500(b), 40513(b), 40522,
40 VC, § 853.9 P.C.)     SEE REVERSE

CV58878

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
        DEPUTY

Dated: 03 03 20

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF RIVERSIDE

## ACE Attorney Service-Riverside

**To:**            ACE Attorney Service-Riverside
**Subject:**   2030750 CV58878CS

### CV58878CS
### SESMA, CHARLES GABRIEL

| Action Date | Available Documents | Pages | Cost | Select |
|---|---|---|---|---|
| 03/13/2017 | Citation Filed (Image); Location: IVY 685 | | | ☐ |
| 10/25/2017 | Agreement for Installment payment of bail and bail forfeiture filed. | | | ☐ |
| | **No Minute Orders Available** | | | |

Postage* $0.00
Total Amount $0.00

[ Continue ]　[ Cancel Order ]

**Fredrick Choi**
Office Manager

ATTORNEY SERVICE
*Delivering Peace of Mind*
T: (951) 786-9984 F: (951) 786-9986
3631 10TH St., Ste. 214, Riverside, CA 92501
www.acelegal.com

1

EXHIBIT 3

COUNTY OF SAN DIEGO DRIVING UNDER THE INFLUENCE PROGRAM - REFERRAL FORM & FACT SHEET

DEFENDANT'S NAME: (Please Print)

*Jesma, Charles*

Last Name _____ First Name

COURT/JUDGE _____
CASE/DOCKET NO. _____
DATE OF SENTENCE _____
BLOOD ALCOHOL LEVEL _____
OFFENSE _VC23152A_____
DATE OF ARREST _____

THE COURT HAS REFERRED YOU TO ATTEND THE FOLLOWING DRIVING UNDER THE INFLUENCE PROGRAM (DUIP):

FIRST CONVICTION PROGRAM:   3 Month [X]   6 Month ☐   9 Month ☐   12 Month ☐

MULTIPLE CONVICTION PROGRAM (SB38)  18 Month ☐

SURVIVAL TO ADULTHOOD REFERRAL - STAR (OHS only) ☐

☐ REASSIGN (Failure to Enroll)                    ☐ REINSTATE (Complete Program)

YOU MUST IMMEDIATELY CONTACT THE PROVIDER CHECKED BELOW:

☐ East County ACCORD
900 North Cuyamaca, #110
El Cajon, CA  92020
PHONE: 562-5850

☐ MAAC Project DUIP
1180 Third Avenue, Ste. C-1
Chula Vista, CA  91911
PHONE: 425-9171

☐ Occupational Health Services
1637 Capalina Road
San Marcos, CA  92069
PHONE: 744-9201

[X] Central District DUIP
9245 Sky Park Court, #101
San Diego, CA  92123
PHONE: 467-6810

FAILURE TO CONTACT THE PROVIDER BY _____ MAY RESULT IN A REFERRAL BACK TO COURT, REVOCATION OF YOUR PROBATION AND ISSUANCE OF A BENCH WARRANT FOR YOUR ARREST. ENROLLMENT IS BY APPOINTMENT ONLY.

KEEP THIS FORM: YOU MUST PRESENT IT WHEN YOU ENROLL.

Defendant's Signature

Defendant's Address _525 2 Balboa Arms Dr._

City _San Diego_   State _C.A._   Zip _92117_

Date _12/21/97_

Telephone _(619) 277-7397_

Social Security Number _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_

## FOR OFFICIAL USE ONLY

The individual named above is referred back to the Court for FAILURE TO ENROLL by _____ as required by the Court.

For further information contact _____

Phone _____   Date _____

COUNTY OF SAN DIEGO
DEPARTMENT OF HEALTH SERVICES
DHS/ADS:ALC-540 (3/94)

Distribution:   Clerk of the Court
Defendant
Provider



# MADD

SAN DIEGO COUNTY

## VICTIM IMPACT PANEL COMPLIANCE FORM

Name/Nombre _CHARLES JESMA_

Court/Corte _T189998_ Case Number/Numero De Caso _____

**THIS VERIFIES THE ABOVE NAMED PARTY ATTENDED THE MADD VICTIM IMPACT PANEL PRESENTATION**

VIP Coordinator _P. Myers_ Date _MAY 12 1998_

NOTE: IT IS YOUR RESPONSIBILITY TO RETURN THIS FORM TO COURT. MADD IS NOT RESPONSIBLE FOR LOST COMPLIANCE FORMS. THERE WILL BE A $10 CHARGE TO REPLACE THIS FORM.

AVISO: ES RESPONSABILIDAD SUYA ENTREGAR ESTA FORMA A LA CORTE. MADD NO SE HARA RESPONSABLE POR LA PERDIDA DE SU COMPROBANTE. SE LE COBRARA LA CANTIDAD DE $10 POR EL REEMPLAZO DE ESTE DOCUMENTO.

# COUNTY OF SAN DIEGO DRIVING UNDER THE INFLUENCE (DUIP)
## PARTICIPANT STATUS REPORT

⑦

NAME ____ Charles Jesma ____

COURT/JUDGE _____ SDMC/Kronberger _____

CASE/DOCKET NO. _____ T189998 _____

ORIGINAL DATE OF SENTENCE _____ 3/31/98 _____

MOST RECENT REREFERRAL/REASSIGN DATE _____

**PROGRAM:**

XX FIRST CONVICTION

☐ MULTIPLE CONVICTION

☐ STAR

**PROVIDER:**   ☐ East County ACCORD (ECS)     XX Central District DUIP (SDSU)
              ☐ MAAC Project DUIP         ☐ Occupational Health Services (OHS)

☐ The individual named above enrolled in the DUIP on _____.

☐ The individual named above completed the DUIP on _____.

XX The individual named above is referred back to court on _____ 7/1/98 _____

for the following reason:

        ☐ Failure to Enroll in the DUIP.

        ☐ Failure to Reinstate in the DUIP.

        XX Failure to Complete the DUIP.

Explanation:

Client exceeded the number of absences allowed under Title 9, California Code of Regulations (CCR), Secion 9876(d).

Violation causing termination occurred on 06/22/98.

Terminated in accordance with Title 9, CCR Section 9886(a)(6).

MUST BE REINSTATED WITHIN EIGHTEEN MONTHS TO RECEIVE CREDIT FOR PRIOR PROGRAM PARTICIPATION.

For further information contact ____ Dianne L. Souza (Assistant Director) ____

Phone _____ (619)467-6810 _____     Date _____ 7/1/98 _____

COUNTY OF SAN DIEGO
DEPARTMENT OF HEALTH SERVICES
DHS:ALC542 (10/94)

Distribution:  Court/Probation
             Defendant
             Provider

COUNTY OF SAN DIEGO DRIVING UNDER THE INFLUENCE PROGRAM - REFERRAL FORM & FACT SHEET

**DEFENDANT'S NAME:** (Please Print)

Jesma Charles
Last Name              First Name

Court/Judge _____ Cari _____
Case/docket No. _____ 1189998
Offense _____ VC23152(a)
Date of Arrest _____ 033198
Date of Sentence _____ 033198
Blood Alcohol Level _____

## THE COURT HAS REFERRED YOU TO ATTEND THE FOLLOWING PROGRAM:

FIRST CONVICTION PROGRAM:   3 Month ☒   6 Month ☐   9 Month ☐   12 Month ☐

MULTIPLE CONVICTION PROGRAM (SB38)   18 Month ☐

SURVIVAL TO ADULTHOOD REFERRAL - STAR (OHS only) ☐

---

☐ REASSIGN (Failure to Enroll)                    ☒ REINSTATE (To Complete Program)

## YOU MUST IMMEDIATELY CONTACT THE PROVIDER CHECKED BELOW:

☐ East County ACCORD
900 North Cuyamaca, #110
El Cajon, CA 92020
PHONE: (619) 562-5850

☐ MAAC Project DUIP
1180 Third Avenue, Ste. C-6
Chula Vista, CA 91911
PHONE: (619) 425-9171

☐ Occupational Health Services
1637 Capalina Road
San Marcos, CA 92069
PHONE: (760) 744-9201

☒ Central District DUIP
9245 Sky Park Court, #101
San Diego, CA 92123
PHONE: (619) 467-6810

**FAILURE TO CONTACT THE PROVIDER BY** 092398 **WILL RESULT IN A REFERRAL BACK TO COURT, REVOCATION OF YOUR PROBATION AND ISSUANCE OF A BENCH WARRANT FOR YOUR ARREST. ENROLLMENT IS BY APPOINTMENT ONLY.**

KEEP THIS FORM: YOU MUST PRESENT IT WHEN YOU ENROLL.

X _____
Defendant's Signature

X 5707 Via Mindanoo
Defendant's Address

X Oceanside          C.A.          92057
City          State          Zip

X 03-04-76
Date of Birth

X 760 722-1260
Telephone

X A9913093
Driver's License Number

---

### FOR OFFICIAL USE ONLY

The individual named above is referred back to the Court for FAILURE TO ENROLL by _____ as required by the Court.

For further information contact _____

Phone _____          Date _____

COUNTY OF SAN DIEGO
HEALTH AND HUMAN SERVICES AGENCY
HHSA:ADS-540 (6/98)

Distribution:   Clerk of the Court
                Defendant
                Provider

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## COURT RECORDS REQUEST

DATE: _2/10/22_   CASE #: _T189998_

CASE NAME: _Charles Sesma_

NAME: _Ace Attorney Service Ruben_   TEL. NO.: _(619) 235 8400_

ADDRESS: _444 W. C St_

CITY-STATE-ZIP: _San Diego CA_   DELIVERY BY: ☐ Messenger ☐ Will Call ☐ Mail

RECORDS REQUESTED:

☐ Microfilm/Microfiche: Microfilm/Microfiche/Counter # _____ Frame/Dept. # _____ Hearing Date: _____

☐ Audio Recording*: Audio Format *(digital recordings only):* ☐ Compressed CD ☐ Audio CD
   * *Note: Audio court records may exist in either analog (cassette) or digital (CD) form. Copies of digital audio records may be requested in either a compressed CD format (recommended) or in an audio CD format. The compressed CD format may be played on any computer with the included player software. The audio CD may be played on any CD player, however audibility and transcription functionality may be compromised.*
   Hearing Type: _____

☐ Other: _____

### *Allow a minimum of two court days for processing*

| Description | ALLOC | FEE $ | QTY | TOTAL |
|---|---|---|---|---|
| ☐ AUDIO RECORDINGS (Tapes/CDs) | DU | 28.00 | | |
| ☐ CERTIFYING | CF | 40.00 | | |
| ☐ CERTIFY DISSO REC. GOV. | DC | 10.00 | | |
| ☐ CERTIFY DISSO REC. OTHER | MK | 15.00 | | |
| ☐ CERT OF FACTS RE: UNSAT JUDG | FJ | 15.00 | | |
| ☐ COMPARING | CI | 1.00 | | |
| ☐ COPIES – PER SIDE | DU | 0.50 | | |
| ☐ FAX FILING USAGE FEE – PER PAGE | | 0.50 | | |
| ☐ FAX FILING CONFIRMATION FEE | | 3.50 | | |
| ☐ ENVELOPES, POSTAGE, & SHIPPING | RM | 2.00 +P/S | | |
| ☐ EXEMPLIFICATION | ET | 50.00 | | |
| ☐ FORMS – Per Sheet | FO | .50 | | |
| ☐ FORMS – Civil Packet | FO | 3.00 | | |
| ☐ FORMS – Family Packet | FO | 3.75 | | |
| ☐ FORMS – Small Claims Packet | FO | 2.50 | | |
| ☐ FORMS – Conservator/Guardianship Packet | FO | 3.50 | | |
| ☐ FORM – Probate Manuscript Cover | FO | 1.50 | | |
| ☐ MICROFICHE – Original & Sub Pages | DU | 4.00/1.00 | | |
| ☐ MICROFICHE – Copy & Sub Pages | DU | 3.00/ .10 | | |
| ☒ Off Site Retrieval – Standard | IR | 19.00 | 1 | 19 |
| ☐ Off Site Retrieval – Rush same day if requested by 10 AM | IR | 32.00 | | |
| ☐ Off Site Retrieval – Emergency – w/in 3 hours | IR | 43.00 | | |
| ☐ SEARCH – OVER 10 MIN. | SX | 15.00 | | |

FEE(S) ☐ Paid ☐ Due ☒ Waived: _D Bost_   TOTAL $ _19_

REQUEST TAKEN BY: _OW Rec_, Clerk   PREPARED BY: _D Bost_, Clerk

DATE ☐ NOTIFIED ☐ SENT: _____ by: _____, Clerk

DATE PICKED UP: _____ by: _____

SDSC ADM-004 (Rev. 7/21)   **COURT RECORDS REQUEST**

MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
SAN DIEGO JUDICIAL DISTRICT

BAIL RELEASE TO APPEAR ON _11-18-97_ AT _8:00am_
97173874A 03-04-76 SDPD ADAMS #5144 - slr

THE PEOPLE OF THE STATE OF CALIFORNIA,

                              Plaintiff,    |     No. T-_189 998_

                 v.

                                          |   COMPLAINT - TRAFFIC

CHARLES LYABRIEL JESMA
  aka:  CHARLES GABRIEL SESNA                VP7334
  A9913093 CA
  2RXS487 CA            Defendant.

The San Diego City Attorney charges:

FIRST COUNT:          VC23152(a):  DUI ALCOHOL AND/OR DRUGS
    That on or about October 24, 1997, in the City of San Diego,
County of San Diego, State of California, a misdemeanor was
committed by said defendant, who did drive a vehicle while under
the influence of an alcoholic beverage or a drug or under their
combined influence, in violation of Vehicle Code section 23152(a).

SECOND COUNT:         VC23152(b):  DUI ALCOHOL 0.08 OR MORE
    That on or about October 24, 1997, in the City of San Diego,
County of San Diego, State of California, a misdemeanor was
committed by said defendant, who did drive a vehicle while having
0.08 percent or more, by weight, of alcohol in his or her blood, in
violation of Vehicle Code section 23152(b).

THIRD COUNT:          VC20002(a):  HIT AND RUN
    That on or about October 24, 1997, in the City of San Diego,
County of San Diego, State of California, a misdemeanor was
committed by said defendant, who being the driver of a vehicle
involved in an accident resulting in damage to property, did fail
to stop immediately at the scene of the accident and fulfill the
requirements of Vehicle Code section 20002(a), in violation of
Vehicle Code section 20002(a).

Page   2
VP7334
JESMA

Based on information and belief, I declare under penalty of
perjury that the foregoing is true and correct.

Dated November 12, 1997 at San Diego, California.

Deputy City Attorney

Pursuant to Penal Code section 1054.5(b), the People are hereby
informally requesting that defendant's counsel provide discovery to
the People as required by Penal Code section 1054.3.

CRIMINAL COMPLAINT FILED _____



05-47

82

SAN DIEGO MUNICIPAL COURT   CASE __T189998__   JURIS VP733401

DATE 03-31-98   AT 09:00 DEPT. TSD   JUDGE/COMMISSIONER WILLIAM H. KRONBERGER

CLK _____ RPT _____   PEO VS JESMA   CHARLES   L

VIOLATION(S) VC23152(A)   VC23152(B)   VC20002(A)

MICHAEL D. NEUMEYER, DCA   D. THOMAS   -R   DOB: 03-04-76

97173874

Attorney for People | pro-per/Atty for Deft (Appt/Ret/TAO) | Interpreter | Bkg. No.
Electronic Recording Tape # _____ Counter # _____ Other _____ | ( )Deft. Not Appearing

Record per VC13209 presented .   [ ] Stipulation and Order for Judge Pro Tempore signed and filed.
[✓] Defendant waives time for sentencing [ ] Probation report filed and considered by the Court   [ ] BB [ ] CBS ___ Y/N
PROBATION: [✓]GRANTED [ ]Summary [ ]Formal   [ ]DENIED and defendant sentenced.   Custody credits _12_ (hrs)days
[ ] As to _____ Imposition of sentence suspended for three/_____ years.   2 DAY
[✓] Defendant is sentenced to serve 90/180/365 days in the custody of the Sheriff; suspended for (5) years.
[✓] CONDITION(S) OF PROBATION AS FOLLOWS:
[✓] STANDARD ALCOHOL CONDITIONS:
(1) Not drive with any alcohol in his/her system or on his/her breath.  (2) Not drive without public liability insurance and a valid driver's license.
(3) Submit to a blood, breath or urine test when stopped by a peace officer for a suspicion of driving under the influence of alcohol or drug.
(4) Have no reckless driving violations or violations involving driving under the influence of alcohol or drugs with .08 or higher blood alcohol.
(5) Have no violations involving criminal offense.   (6) Violate no laws.

CUSTODY  [ ] Serve _____ hours/days in the custody of the Sheriff.   [ ] Credit for _____ hrs/days plus PC4019 credits
[ ] _____ days stayed pending review / completion of _____
[ ] Serve custody in lieu of [ ] $_____ fine/restitution fine at the rate of $50 per day.  [ ] _____ days of Public Service Program
[ ] Consecutive to / Concurrent with Case(s) _____ Count(s) _____
TO BE SERVED: [ ] Forthwith  [ ] By reporting on _____ at _____ a.m./p.m.  [ ] Consecutive weekends thereafter
[ ] San Diego County Jail   [ ] East Mesa Detention Facility   [ ] Las Colinas
[ ] Work Furlough:   [ ] Adult Institution recommended   [ ] Release to Authorized Representative of
551 So. 35th St., SD, CA   [ ] Other _____
Court requests NO [ ] Early release per PC4018.6/PC4024.1 [ ] Parole [ ] ESP/Home Detention [ ] Work Release [ ] Work Furlough

FINES-PENALTY ASSESSMENT-FEES-RESTITUTION | PUBLIC SERVICE PROGRAM (PSP)
[ ] As to VC22107/ Sentenced to pay a FINE of $_____ | PARTICIPATE IN PUBLIC SERVICE PROGRAM (PSP)
[ ] As to VC21658(a)/ Sentenced to pay a FINE of $_____ | at direction of Probation. Call 560-3258 within 48 hours
[✓] Pay a FINE of $ 1100 | [ ] _____ days as condition of probation.
[✓] Pay $ 100 to Restitution Fine. [ ] Pay $25 Counseling Fee. | [ ] _____ days in lieu of fines/fees $
[✓] $ 100 Credit for 2 days served. | [ ] _____ days credit for time served
| [ ] _____ total days to be completed
[ ] Fine/PSP satisfied by time in custody   [ ] Jail/PSP to run concurrent with _____ consecutive to _____
[ ] Partial/fine paid from bail [ ] Balance/bail exonerated. [ ] Mail refund to depositor/
[ ] Pay $30/$35 administrative fee.   [ ] Administrative fee waived.  TOTAL AMOUNT DUE $ 1100.   [ ] PAY FORTHWITH
[ ] Stay of execution granted: Payable at the rate of $_____ per month commencing _____ and on the _____ day of each
[ ] Stay of execution granted for 30/60/90/120 _____ days.  DUE DATE _____ month until paid in full.
[✓] PAY TO CLERK OF THE COURT _____ / 220 W. Broadway, San Diego, CA 92101   [ ] 8950 Clairemont Mesa Blvd, San Diego, CA 92123
[✓] Pay RESTITUTION:   [ ] in the sum of $_____   [✓] amount to be determined   [ ] submit to civil process
[✓] to victim(s): _____
[ ] Fine/Restitution through the Dept. of Revenue & Recovery at the combined rate of $_____ per month commencing _____

COURT ORDERED PROGRAMS - Attend and complete:
[✓] FIRST CONVICTION PROGRAM (FCP) within 120 days. You must enroll in the program by 042198
[✓] Central District DUIP (San Diego)   [ ] MAAC Project DUIP (South Bay)   [ ] East County ACCORD (El Cajon)
[ ] Occupational Health Services (North County)   [ ] PREVENT (Military)   [ ] Out of county/state _____
[ ] SB38 PROGRAM - Formal probation granted until program is completed, summary probation for balance of probationary period. Report
IMMEDIATELY to 330 W. Broadway, 5th Floor to Probation Officer, follow directions as ordered including commencing and completing a
convicted drinking driving program.
[ ] VOLUNTEER WORK _____ hours [ ] in lieu of [ ] fine(s)   [ ] fee(s)   [ ] Public Service Program   [ ] as a condition of probation
with [ ] United Way, call 636-4128 within 72 hours to enroll   [ ] any non-profit organization   [ ] Other _____
[✓] MADD   [ ] Level II Traffic School-pay $24 administrative fee   [ ] _____ AA/CA/NA meetings per week for _____ months
[✓] Driver's License restricted for 90/365 days /18 months.  [ ] License suspended/revoked _____ months/years [ ] Pursuant to VC13202.5
[ ] Defendant petitions the court for restricted license.  [ ] Defendant found to have critical need to drive. Petition granted / denied.
[✓] To/from/during course of employment   [✓] To/from court ordered program   [ ] To/from school/_____
[ ] To run consecutive to DMV suspension   [✓] Vehicle not be impounded in the furtherance of justice.
[ ] Ignition Interlock Device (IID) installed for a period of _____ year(s)/months. See Order to Install for terms and conditions.
[ ] Other:  REPORT TO SAN DIEGO MUNICIPAL COURT
COLLECTION OFFICER at 220 W. BROADWAY,
San Diego, California in ROOM 2005.
ON: 040798   AT 8:45 AM

FUTURE DATES
[✓] In TSD/TS2/MISD ARR./PRES/TRAFFIC "A"/DEPT. _____ Room 1007 on 051598 at 9 (a.m./p.m. to/for:
Proof of: [✓]MADD   [ ] PREVENT   [ ] Volunteer work   [ ] AA/CA/NA meetings   [ ] Sale of vehicle/IID installation
[ ] Report for custody   [ ] Change of plea form   [✓] Restitution/Review hearing   [ ] Review hearing re _____
Other: _____
[ ] In TSD/TS2/MISD ARR./PRES/TRAFFIC "A"/DEPT. _____ Room _____ on _____ at _____ to/for: _____

CUSTODY STATUS: [ ] REMANDED to custody of Sheriff:   [ ] Bail-$_____   [ ] No Bail   [ ] RELEASED
[ ] Public Defender appointed for Restitution Hearing.   [✓] BAIL/BOND EXONERATED   [ ] DL _____ ABSTRACT ISSUED
[ ] DEFENDANT ORDERED TO REPORT IMMEDIATELY TO PROBATION DEPT., 330 W. Broadway, 5th floor, SD, CA  for formal probation.
[ ] DEFENDANT ORDERED TO REPORT IMMEDIATELY TO REVENUE AND RECOVERY (County Courthouse, room M060) for collection of
restitution/fine/costs of probation report and supervision/to determine ability to repay court appointed attorney costs in the sum of $_____
and to make payments as directed to Revenue and Recovery.
I ACKNOWLEDGE THE TERMS AND CONDITIONS OF PROBATION AS SET FORTH ON THE JUDGMENT DOCKET I HAVE RECEIVED.

COPY/ATTORNEY
Defendant's Signature _____ Home Address _____ City, State, Zip Code

_____ Attest a true copy   Dated: 033198   CLERK, by _____, Deputy Clerk
Telephone Number

DISTRIBUTION: Jail   Defendant   Attorney   R and R   Probation Dept.   PSP   United Way   WF   Prevent   Other _____
SDMC Minute form Type 81 (Rev 8/97)
EDP IS0286   MISDEMEANOR DOCKET - JUDGMENT/TRAFFIC   MA10

P5-47    82

| SAN DIEGO MUNICIPAL COURT | CASE | T189998 | JURIS VP73340I |
|---|---|---|---|

DATE 03-31-98 AT 09:00 DEPT. TSD    JUDGE/COMMISSIONER WILLIAM H. KRONBERGER

CLK _____ RPT _____ PEO VS. JESMA    CHARLES    L

VIOLATION(S)  VC23152(A)    VC23152(B)    VC20002(A)

DOB: 03-04-76

MICHAEL D. NEUMEYER, DCA    D. THOMAS    -R    97173874

Attorney for People    pro-per Atty for Deft (Appt/Ret/TAO)    Interpreter    Bkg. No.
Electronic Recording Tape # 1    Counter # 1447    Other 2600    ( ) Deft. Not Appearing

( ) Transferred from Presiding Department    ( ) BB ( ) CBS_____ Y / N Custody credits ___ ( )hrs )days
( ) The defendant, having been advised of his/her right to be present at all stages of the proceedings, hereby waives his/her right to be physically present at this hearing and consents to a two-way audio-visual arraignment/proceeding.    2 DAY

**COMPLAINT/PLEA**

( ) Amended complaint filed charging    ( ) Amendment to complaint filed adding
( ) VC23103(a) per VC23103.5    ( ) VC22107, VC21658(a), PC647(f)    ( ) Other:_____
( ) Amended by interlineation to read _____
( ) Defendant waives notice and reading of the complaint, withdraws any previously entered plea and pleads as follows:
( ) NOT GUILTY and denies any priors or separate convictions alleged    ( ) GUILTY    ( ) NOLO CONTENDERE to:
( ) VC23152(a) (b) and admits _____ separate convictions alleged/_____ allegation(s).
( ) charges contained in the ( ) amended complaint ( ) amendment to complaint ( ) Other _____
    ( ) As a lesser included offense of _____    ( ) As an INFRACTION per PC17(d)(2)
( ) On motion of People alleged prior/separate conviction /_____ allegation is/are stricken in the furtherance of justice.
( ) CHANGE OF PLEA form signed by all parties and incorporated herein ( ) with statement of prosecutor.
( ) People vs. West    ( ) Harvey Waiver    ( ) Blood alcohol: _____    ( ) REMAINING CHARGES held in abeyance.
( ) The Court finds that the defendant has been fully advised of his/her constitutional rights by his/her attorney and understands the nature and consequences of his/her plea and voluntarily and intelligently expressly waives his/her right: (1) to a trial by jury, (2) to confront and cross-examine witnesses, and (3) against self-incrimination. The Court finds a factual basis for the plea.
( ) See page 2 for judgment
( ) Case/ balance of complaint dismissed on motion of People ( ) in view of Plea-D177    ( ) D-
( ) DEFENDANT ORDERED TO REPORT IMMEDIATELY    ( ) DEFENDANT ORDERED TO REMAIN IN COURTROOM
To Probation Dept., 330 W. Broadway, Fifth Floor for:    To be interviewed by Resident Court Officer for:
( ) PC1000 Deferred Entry of Judgment    ( ) Pre-Sentence Report    ( ) Supplemental Report

**MOTIONS**

( ) Motion for Continuance /_____ by People / Defendant with / without objections. Granted / denied.
( ) Granted    ( ) Denied.    ( ) Referred to Near Indigent Panel    ( ) Public Defender (Phone 338-4700) appointed.
( ) Appointed counsel requested. Defendant advised he/she may be required to repay the County for court appointed counsel.
( ) Private Conflicts Counsel (Phone 702-6199) appointed. Attorney _____
( ) Jury personally waived by defendant. ( ) Jury waived by counsel, personal waiver to be taken in Trial Dept.
( ) General time waiver for speedy trial entered by defendant/ ( ) by counsel. (See attached signed time waiver)
( ) Defendant makes application for Deferred Entry Of Judgment per PC1000.
( ) DEFERRED ENTRY OF JUDGMENT granted for _____ months/years. Time waived for sentencing.
    ( ) Pay $50.00 Administrative fee ( ) and/or $_____ Deferred Entry of Judgment Restitution fee.
    ( ) FORTHWITH ( ) Due _____ Pay to Clerk of the Municipal Court, 220 W. Broadway, San Diego, CA 92101

**HEARINGS**

( ) Readiness / Prob. Hrg. & Sent. /_____    ( ) Jury Trial    ( ) Non-Jury Trial
Date _____    ( ) PC1538.5 Motion /_____
Time _____    ( ) Date _____
    ( ) Trial Setting (Dept. 22) Room 1007    Time: 8:15 a.m. / 1:15 p.m. /_____
    ( ) Presiding (Dept. 19) Room 2013    ( ) Presiding (Dept. 19), Room 2013
    ( ) Misd. Arr. (Dept. 21) Room 1008    ( ) Dept. _____
    ( ) Dept. _____

**CUSTODY STATUS**

( ) Remanded to custody of Sheriff: ( ) Bail $_____ / No Bail    ( ) As set ( ) Reduced ( ) Increased
( ) Released    ( ) on Previous Bail    ( ) on Own Recognizance    ( ) SPECIAL RELEASE CONDITIONS:
( ) Have no contact with _____    ( ) Other: _____

**FAILURE TO APPEAR**    **BAIL / BOND STATUS**

( ) BENCH WARRANT    ( ) Bail / bond forfeited
( ) Ordered. Bail $_____    ( ) Bondsman / Surety / Depositor notified
( ) Mandatory Appear. ( ) Night service authorized    of forfeiture on _____
( ) Cash bail may be forfeited    ( ) Declaration of non-collusion filed
( ) Hold issuance of warrant to _____    ( ) Bail forfeiture set aside ( ) Reinstated ( ) Exonerated
( ) Issued on _____ by Presiding Judge    ( ) Upon court cost of $_____ within 30 days
( ) Recalled / Rescinded on _____    ( ) Bail/Bond exonerated. ( ) Return to depositor/_____

**OTHER**

( ) Defendant ordered to report immediately to Revenue & Recovery, (County Courthouse, Room M060) to determine ability to repay court-appointed attorney costs in the sum of $_____ and to make payments as directed by Revenue & Recovery.
NOTE CAREFULLY: O/R RELEASE TERMS, AND CONDITIONS OF PROBATION I UNDERSTAND. and accept these conditions of probation.
I UNDERSTAND I have been released on my own recognizance and agree to appear at all times and places as ordered by the court. I agree not to leave this state without prior approval of the court. I waive my right to extradition if I fail to appear as required and am apprehended outside of this state. I agree to comply with all terms and conditions of this release. I understand that a willful failure to appear in this case is a separate misdemeanor offense punishable by imprisonment in the county jail for up to six months, or by a fine not to exceed $1,000, or by both.

_____    _____    _____
Defendant's Signature    Telephone Number    Driver's License No. & State

_____    _____
Home Address    City, State, Zip Code

Attest a true copy    Dated: _____    CLERK, by _____ , Deputy Clerk

DISTRIBUTION:    Jail    Defendant    Attorney    Revenue & Recovery    Probation Dept.

Minute Form Type 80 EDP 284 (Rev. 4/97)    **MISDEMEANOR DOCKET - READINESS**    MA10

SAN DIEGO MUNICIPAL COURT   CASE ____ T189998 #:1193 JURIS VP733401   A. Ortie H

DATE  02-17-98   AT 09:00 DEPT.   TSD   JUDGE/COMMISSIONER  ~~WILLIAM H. KRONBERGER~~

CLK  M. McAleer   RPT _____   PEO VS JESMA   CHARLES   L

VIOLATION(S)  VC23152(A)   VC23152(B)   VC20002(A)

DOB: 03-04-76

JOSEPH SANCHEZ, DCA   D. THOMAS   -R   97173874

Attorney for People    pro-per Atty for Deft (Appt/Ret/TAO)    Interpreter    Bkg. No.

Electronic Recording Tape # ____ Counter # 403   Other 7600 ____   (√) Deft. Not Appearing

( )  Transferred from Presiding Department   (√) BB  ( ) CB$ ____ Y / N  Custody credits  12  ( ) hrs ( ) days
( )  The defendant, having been advised of his/her right to be present at all stages of the proceedings, hereby waives his/her right to be physically present at this hearing and consents to a two-way audio-visual arraignment/proceeding.  (2 days)

## COMPLAINT/PLEA

( )  Amended complaint filed charging   ( )  Amendment to complaint filed adding
     ( )  VC23103(a) per VC23103.5    ( )  VC22107, VC21658(a), PC647(f)   ( )  Other: ____
( )  Amended by interlineation to read ____
( )  Defendant waives notice and reading of the complaint, withdraws any previously entered plea and pleads as follows:
( )  NOT GUILTY and denies any priors or separate convictions alleged   ( )  GUILTY    ( )  NOLO CONTENDERE to:
     ( )  VC23152(a) (b) and admits ____ separate convictions alleged/ ____ allegation(s).
     ( )  charges contained in the  ( ) amended complaint  ( ) amendment to complaint  ( ) Other ____
          ( )  As a lesser included offense of ____   ( ) As an INFRACTION per PC17(d)(2)
( )  On motion of People alleged prior/separate conviction / ____ allegation is/are stricken in the furtherance of justice .
( )  CHANGE OF PLEA form signed by all parties and incorporated herein ( ) with statement of prosecutor.
( )  People vs. West   ( )  Harvey Waiver   ( )  Blood alcohol: ____   ( )  REMAINING CHARGES held in abeyance.
( )  The Court finds that the defendant has been fully advised of his/her constitutional rights by his/her attorney and understands the nature and consequences of his/her plea and voluntarily and intelligently expressly waives his/her right: (1) to a trial by jury, (2) to confront and cross-examine witnesses, and (3) against self-incrimination.  The Court finds a factual basis for the plea.
     ( )  See page 2 for judgment
( )  Case / balance of complaint dismissed on motion of People   ( ) in view of Plea-D177   ( )  D-____
( )  DEFENDANT ORDERED TO REPORT IMMEDIATELY   ( )   DEFENDANT ORDERED TO REMAIN IN COURTROOM
     To Probation Dept., 330 W. Broadway, Fifth Floor for:    To be interviewed by Resident Court Officer for:
     ( )  PC1000 Deferred Entry of Judgment    ( )  Pre-Sentence Report    ( )  Supplemental Report

## MOTIONS

(√)  Motion for Continuance / ____ by People / Defendant with ( without )objections. ( Granted ) denied.
( )  Appointed counsel requested.  Defendant advised he/she may be required to repay the County for court appointed counsel.
     ( )  Granted   ( )  Denied.   ( )  Referred to Near Indigent Panel   ( )  Public Defender (Phone 338-4700) appointed.
     ( )  Private Conflicts Counsel (Phone 702-6199) appointed.  Attorney ____
( )  Jury personally waived by defendant.   ( )  Jury waived by counsel, personal waiver to be taken in Trial Dept.
( )  General time waiver for speedy trial  entered by defendant/ ( ) by counsel. (See attached signed time waiver)
( )  Defendant makes application for Deferred Entry Of Judgment per PC1000.
( )  DEFERRED ENTRY OF JUDGMENT granted for ____ months/years.  Time waived for sentencing.
     ( )  Pay $50.00 Administrative fee ( ) and/or $ ____ Deferred Entry of Judgment Restitution fee.
     ( )  FORTHWITH  ( )  Due ____ Pay to Clerk of the Municipal Court, 220 W. Broadway, San Diego, CA 92101

## HEARINGS

(√)  Readiness / Prob. Hrg. & Sent. /    ( )  Jury Trial    ( )  Non-Jury Trial
     Date  3-31-98 ____    ( )  PC1538.5 Motion   ( ) ____
     Time ____    ( )  Date ____
     (√)  Trial Setting (Dept. 22) Room 1007    Time:  8:15 a.m. /  1:15 p.m. /
     ( )  Presiding (Dept. 19) Room 2013    ( )  Presiding (Dept. 19), Room 2013
     ( )  Misd. Arr. (Dept. 21) Room 1008    ( )  Dept. ____
     ( )  Dept. ____

## CUSTODY STATUS

( )  Remanded to custody of Sheriff.   ( )  Bail $ ____ / No Bail   ( )  As set  ( )  Reduced   ( )  Increased
( )  Released   (X) on Previous Bail   ( ) on Own Recognizance   ( )  SPECIAL RELEASE CONDITIONS:
( )  Have no contact with ____   ( )  Other: ____

## FAILURE TO APPEAR

( )  BENCH WARRANT
     ( )  Ordered.  Bail $ ____
     ( )  Mandatory Appear.  ( ) Night service authorized
     ( )  Cash bail may be forfeited
     ( )  Hold issuance of warrant to ____
     ( )  Issued on ____ by Presiding Judge
     ( )  Recalled / Rescinded on ____

## BAIL/BOND STATUS

( )  Bail / bond forfeited
( )  Bondsman / Surety / Depositor notified
     of forfeiture on ____
( )  Declaration of non-collusion filed
( )  Bail forfeiture set aside  ( )  Reinstated  ( )  Exonerated
( )  Upon court cost of $ ____ within 30 days
( )  Bail/Bond exonerated.   ( )  Return to depositor/ ____

## OTHER

( )  Defendant ordered to report immediately to Revenue & Recovery, (County Courthouse, Room M060) to determine ability to repay court-appointed
     attorney costs in the sum of $ ____ and to make payments as directed by Revenue & Recovery.
NOTE CAREFULLY: O/R RELEASE TERMS, AND CONDITIONS OF PROBATION  I UNDERSTAND  and accept these conditions of probation.
I UNDERSTAND I have been released on my own recognizance and agree to appear at all times and places as ordered by the  court.  I agree not to leave this
state without prior approval of the court.  I waive my right to extradition if I fail to appear as required and am apprehended outside of this state.  I agree to
comply with all terms and conditions of this release.  I understand that a willful failure to appear in this case is a separate misdemeanor offense punishable by
imprisonment in the county jail for up to six months, or by a fine not to exceed $1,000, or by both.

Defendant's Signature ____    Telephone Number ____    Driver's License No. & State ____

Home Address ____    City, State, Zip Code ____

Attest a true copy ____    Dated 2-17-98   CLERK, by ____ Deputy Clerk

DISTRIBUTION:  Jail    Defendant    Attorney    Revenue & Recovery    Probation Dept.

Minute Form Type 80  EDP 284 (Rev. 4/97)   MISDEMEANOR DOCKET - READINESS    MA10 ____

SAN DIEGO MUNICIPAL COURT  CASE ___ T189998 ___ JURIS. VP733401 ___ WILLIAM H. KRONBERGER, JR.

DATE 01-07-98 AT 09:00 DEPT. TSD JUDGE/COMMISSIONER ADRIENNE A. ORFIELD

CLK ___ RPT ___ PEO VS. JESMA CHARLES L

VIOLATION(S) VC23152(A) VC23152(B) VC20002(A)

DOB: 03-04-76

97173874

Attorney for People ___ D. THOMAS ___ -R ___ Bkg. No.

pro-per Atty. for Deft. (Appt/Ret/TAO)  Interpreter ___ ( ) Deft. Not Appearing

Electronic Recording Tape # ___ 2 ___ Counter # ___ Other ___ 2600

( ) Transferred from Presiding Department ___ ( ) BB ( ) CBS ___ Y / N  Custody credits ___ ( hrs )days

( ) The defendant, having been advised of his/her right to be present at all stages of the proceedings, hereby waives his/her right to be physically present at this hearing and consents to a two-way audio-visual arraignment/proceeding. ___ 2 DAYS

**COMPLAINT/PLEA**

( ) Amended complaint filed charging ( ) Amendment to complaint filed adding

( ) VC23103(a) per VC23103.5 ( ) VC22107, VC21658(a), PC647(f) ( ) Other: ___

( ) Amended by interlineation to read ___

( ) Defendant waives notice and reading of the complaint, withdraws any previously entered plea and pleads as follows:

( ) NOT GUILTY and denies any priors or separate convictions alleged ( ) GUILTY ( ) NOLO CONTENDERE to:

( ) VC23152(a) (b) and admits ___ separate convictions alleged/ ___ allegation(s).

( ) charges contained in the ( ) amended complaint ( ) amendment to complaint ( ) Other ___

( ) As a lesser included offense of ___ ( ) As an INFRACTION per PC17(d)(2)

( ) On motion of People alleged prior/separate conviction / ___ allegation is/are stricken in the furtherance of justice .

( ) CHANGE OF PLEA form signed by all parties and incorporated herein ( ) with statement of prosecutor.

( ) People vs. West ( ) Harvey Waiver ( ) Blood alcohol: ___ ( ) REMAINING CHARGES held in abeyance.

( ) The Court finds that the defendant has been fully advised of his/her constitutional rights and his/her attorney and understands the nature and consequences of his/her plea and voluntarily and intelligently expressly waives his/her right: (1) to a trial by jury, (2) to confront and cross-examine witnesses, and (3) against self-incrimination. The Court finds a factual basis for the plea.

( ) See page 2 for judgment

( ) Case / balance of complaint dismissed on motion of People ( ) in view of Plea-D177 ( ) D- ___

( ) DEFENDANT ORDERED TO REPORT IMMEDIATELY ( ) DEFENDANT ORDERED TO REMAIN IN COURTROOM

To Probation Dept., 330 W. Broadway, Fifth Floor for: To be interviewed by Resident Court Officer for:

( ) PC1000 Deferred Entry of Judgment ( ) Pre-Sentence Report ( ) Supplemental Report

**MOTIONS**

( ) Motion for Continuance / ___ by People /Defendant with / without objections. Granted / denied.

( ) Appointed counsel requested. Defendant advised he/she may be required to repay the County for court appointed counsel.

( ) Granted ( ) Denied. ( ) Referred to Next Indigent Panel ( ) Public Defender (Phone 338-4700) appointed.

( ) Private Conflicts Counsel (Phone 702-6199) appointed. Attorney ___

( ) Jury personally waived by defendant. ( ) Jury waived by counsel, personal waiver to be taken in Trial Dept.

( ) General time waiver for speedy trial entered by defendant/ ( ) by counsel. (See attached signed time waiver)

( ) Defendant makes application for Deferred Entry Of Judgment per PC1000.

( ) DEFERRED ENTRY OF JUDGMENT granted for ___ months/years. Time waived for sentencing.

( ) Pay $50.00 Administrative fee ( ) and/or $ ___ Deferred Entry of Judgment Restitution fee.

( ) FORTHWITH ( ) Due ___ Pay to Clerk of the Municipal Court, 220 W. Broadway, San Diego, CA 92101

**HEARINGS**

( ) Readiness / Prob. Hrg. & Sent. / ___

Date 02 17 98

Time 9 AM

( ) Trial Setting (Dept. 22) Room 1007

( ) Presiding (Dept. 19) Room 2013

( ) Misd. Arr. (Dept. 21) Room 1008

( ) Dept. ___

( ) Jury Trial ( ) Non-Jury Trial

( ) PC1538.5 Motion ( )

( ) Date ___

Time: 8:15 a.m. / 1:15 p.m. / ___

( ) Presiding (Dept. 19), Room 2013

( ) Dept. ___

**CUSTODY STATUS**

( ) Remanded to custody of Sheriff. ( ) Bail $ ___ / No Bail ( ) As set ( ) Reduced ( ) Increased

( ) Released ( ) on Previous Bail ( ) on Own Recognizance ( ) SPECIAL RELEASE CONDITIONS:

( ) Have no contact with ___ ( ) Other: ___

**FAILURE TO APPEAR**

( ) BENCH WARRANT

( ) Ordered. Bail $ ___

( ) Mandatory Appear. ( ) Night service authorized

( ) Cash bail may be forfeited

( ) Hold issuance of warrant to ___

( ) Issued on ___ by Presiding Judge

( ) Recalled / Rescinded on ___

**BAIL / BOND STATUS**

( ) Bail / bond forfeited

( ) Bondsman / Surety / Depositor notified of forfeiture on ___

( ) Declaration of non-collusion filed

( ) Bail forfeiture set aside ( ) Reinstated ( ) Exonerated

( ) Upon court cost of $ ___ within 30 days

( ) Bail/Bond exonerated. ( ) Return to depositor/ ___

**OTHER**

( ) Defendant ordered to report immediately to Revenue & Recovery, (County Courthouse, Room M060) to determine ability to repay court-appointed attorney costs in the sum of $ ___ and to make payments as directed by Revenue & Recovery.

NOTE CAREFULLY: O/R RELEASE TERMS, AND CONDITIONS OF PROBATION. I UNDERSTAND and accept these conditions of probation. I UNDERSTAND I have been released on my own recognizance and agree to appear at all times and places as ordered by the court. I agree not to leave this state without prior approval of the court. I waive my right to extradition if I fail to appear as required and am apprehended outside of this state. I agree to comply with all terms and conditions of this release. I understand that a willful failure to appear in this case is a separate misdemeanor offense punishable by imprisonment in the county jail for up to six months, or by a fine not to exceed $1,000, or by both.

___ Defendant's Signature ___ Telephone Number ___ Driver's License No. & State

___ Home Address ___ City, State, Zip Code

Attest a true copy ___ Dated: 1-7-98 ___ CLERK, by ___ Deputy Clerk

DISTRIBUTION: Jail Defendant Attorney Revenue & Recovery Probation Dept.

Minute Form Type 80 EDP 284 (Rev. 4/97) **MISDEMEANOR DOCKET - READINESS** MA10 ___

MUNICIPAL COURT OF CALIFORNIA
COUNTY OF SAN DIEGO, SAN DIEGO JUDICIAL DISTRICT

The People of the State of California
vs. *Charles Lyabriel Jeanna*                    Case No. _T/89998_

_VP 7334_

**NOV 14 1997**          DATE

**NOV 14 1997**          Complaint filed.
                         Amended complaint filed charging _____

AS TO:                   _____

_____                Notify warrant issued.
                         Declaration in support of issuance of warrant filed.
_102597_                 Warrant issued.  Bail set at $_____ by Judge_____
_____                Bail Bond posted $_2600_____ #_A32135298_____ By: _SAN DIEGO BAIL_
                         Cash Bail posted, ( ) Cash ( ) Money Order ( ) Check $_____ J#____
                         Posted by:_____Address: _Oakley_____
                         Endorsed fine from bail ( ) Yes ( ) No _____

_____                Defendant released on own recognizance.
                         ( ) Per San Diego County Sheriff/Police Department
                         ( ) By Judge_____
                         Citation #_____issued

TO APPEAR ON: _11-1997_ at _8:00_ a.m./p.m. in  ( ) Felony Arraignment
                         ( ) Presiding Dept.   ( ) Misdemeanor Arraignment
                         ( ) Trial Setting Dept. (x) Traffic Court "A"  ( ) _____

_____                DATE

_____                Complaint filed.
_____                Amended complaint filed charging_____

AS TO:                   _____

_____                Notify warrant issued.
_____                Declaration in support of issuance of warrant filed.
_____                Warrant issued.  Bail set at $_____ by Judge_____
_____                Bail Bond posted $_____ #_____ By:_____
_____                Cash Bail posted, ( ) Cash ( ) Money Order ( ) Check $_____ J#_____
                         Posted by:_____Address:_____
                         Endorsed fine from bail ( ) Yes ( ) No _____

_____                Defendant released on own recognizance.
                         ( ) Per San Diego County Sheriff/Police Department
                         ( ) By Judge_____
                         Citation #_____issued

TO APPEAR ON: _____ at_____a.m./p.m. in  ( ) Felony Arraignment
                         ( ) Presiding Dept.   ( ) Misdemeanor Arraignment
                         ( ) Trial Setting Dept. ( ) Traffic Court "A"  ( ) _____

**FELONY/MISDEMEANOR DOCKET - GENERAL**
SDMC 333 (Rev. 7-92)

**SUPPLEMENTAL DOCKET – ACCOUNT RECEIVABLE**

Date: 4/01/99

Department: _____

Defendant: Jesma, Charles

Case No.: T189998

---

[✓] **Account Receivable**          [ ] **Modified Account Receivable**

    [✓] Paid in full.

    [ ] Sentence modified:  Balance of Fine / Fees paid in full.

    [ ] Sentence modified to: PSP. Custody. Volunteer Work.

## Municipal Court of California, County of San Diego
## San Diego Judicial District
### COUNTER ARRAIGNMENT

PEOPLE OF THE STATE OF CALIFORNIA VS.   T189998 / VP7334

CASE NUMBER(S)   JESMA

**DEFENDANT'S INFORMATION**

NAME Charles Jesma AKA Charles Sesma
    FIRST     MI       LAST

DATE OF BIRTH 3 - 4 - 77

ADDRESS 5252 Balboa Arms Dr #2 San Diego, CA 92117
    STREET      CITY      STATE     ZIP

VIOLATION(S) - MISDEMEANOR 23152      DATE OF OFFENSE(S) 10/24/97

    INFRACTION(S)      DATE SET FOR APPEARANCE (IF ANY)

ATTORNEY:  I  represent that the defendant is NOT IN CUSTODY, and that I am authorized by defendant to, and do hereby enter my general appearance in this case on behalf of said defendant, enter a NOT GUILTY plea, WAIVE TIME for trial, agree that a duly appointed Court Commissioner may act as a temporary judge for the purpose of this arraignment , AND do the following:

[✗] **DEMAND** a jury trial          [ ] **WAIVE** a jury trial

[ ]   Request interpreter  (Language: _____ )

[ ]   This case involves allegations of code enforcement or consumer fraud violations, and I have consulted with Deputy City Attorney _____ , who is assigned to this case, and obtained permission to counter-arraign defendant.

I have read the Court rules regarding counter arraignment, and I make the representations and agreements required thereby. I further agree to appear on the date and time assigned by the court as indicated below.

Dates unavailable (WITHIN 60 DAYS) _____

**ATTORNEY'S INFORMATION**

NAME David E. Thomas      STATE BAR NUMBER 165157

FIRM Atty

ADDRESS PO Box 473      TELEPHONE 619-231 3000   FAX _____

    STREET      CITY Del Mar, CA 92014      STATE     ZIP

    PLEASE PRINT

SET FOR APPEARANCE ON 01-07-98      at 9:00   AM/PM in:

[ ]   PRESIDING DEPARTMENT, FOR NON-JURY TRIAL, Rm 2013, County Courthouse, 220 W. Broadway, SD, CA 92101

[✗]   TRIAL SETTING DEPARTMENT, FOR READINESS HRG, Rm 1007, County Courthouse, 220 W. Broadway, SD, CA 92101

[ ]   TRAFFIC TRIAL COURT KM _____ , FOR NON-JURY TRIAL, 8950 Clairemont Mesa Blvd., San Diego, CA 92123

[ ]   OTHER: _____

Release Status:      [ ]   Own Recognizance

         [✗]   Bail Bond      JEROME E. VARON

         [ ]   Cash Bail

                     JUDGE OF THE MUNICIPAL COURT

BENCH WARRANT RECALLED _____      DATE ATTORNEY NOTIFIED: 11/18/97

FUTURE DATE VACATED _____      by _____ , Deputy Clerk

I hereby represent that all of the above is true and correct and acknowledge receipt of a copy of this order:

         Signed David E. Thomas          Date 11/18/97

                 ATTORNEY

SDMC FORM 358  (REV 02/96)

SAN DIEGO MUNICIPAL COURT  CASE ___T189998___  JURIS ___VP7334___
DATE __090298__ AT __1234__ DEPT. __B3D__  JUDGE/COMMISSIONER __Cain__
CLK __KUS__  RPT _____  PEO VS __Sesma, Charles__
VIOLATION(S) __11C23152(a)__

_____ proposs by Date _____

| Attorney for People | pro-per Atty for Deft (Appt/Ret/TAD) | Interpreter | Bkg. No. |
Electronic Recording Tape # _____ Counter # _____ Other _____ . ( )Deft. Not Appearing

DEFENDANT/ATTORNEY    [ ] Before the Court   [√] Appearing ex-parte   [ ] on Bench Warrant   [ ] For Review Hearing re:
[ ] To submit proof of:      [ ] For Failure to:      [ ] To request further stay/reassignment to:   [ ] Enroll/Complete:
 [ ] Pay (balance of) fine/restitution fine/fees $_____ (@ $____ per mo. beg. _____) Due _____ [ ] VC40508B charged
 [ ] _____ days of Public Service Program (____days condition of probation/____ days in lieu of $____ fine)/____ days completed.
 [ ] _____ hours of volunteer work (____hrs. completed) [ ] in lieu of [ ] $____ fine/fees [ ] Public Service Program [ ] as a condition of probation
 [ ] Report for ____days/hrs. custody/credit for time served _____ [ ] ____ days custody stayed pending
 [√] First Conviction Program   [ ] MADD      [ ] Sale of Vehicle/IID installation      [ ] License/Insurance
 [ ] HIV Test Results      [ ] AIDS Education   [ ] ____ AA/CA/NA meetings      [ ] Shoplifters Course
 [ ] Anger Management Course  [ ] Domestic Violence Rehabilitation Program (DVRP)   [ ] Appear for _____
 [ ] Other: _____
[ ] Restitution Hearing   [√] Probation previously revoked on __071493__   [ ] REVOCATION Hearing to trail _____
[√] Bench warrant Ordered/Issued __051998__  Future date of _____ Dept. _____ for _____ [ ] As set [ ] Vacated
[ ] Defendant advised of constitutional rights  [ ] Admits/denies violation of probation  [ ] Waives rights to evidentiary hearing
[ ] Court finds defendant in violation of probation.   [√] Good cause appearing, PROBATION is _____
   [ ] formally revoked, further probation denied, and sentenced _____      [ ] condition partially/satisfied
   [ ] formally revoked  [ ] remains (summarily) revoked [√] reinstated  [√] continued on same terms and conditions
   [√] with the following modifications: [ ] probation extended _____ years from today  [ ] Probation terminated
   [ ] Court appoints Public Defenders (phone 338-4700) to represent defendant for evidentiary/_____

CUSTODY:  [ ] SERVE _____ days/hrs. in custody of the Sheriff  [ ] Credit for _____ days/hrs. plus PC4019 credits.
[ ] _____ days stayed pending review / completion of _____
[ ] Serve custody in lieu of $_____ fine/restitution fine at the rate of $50 per day.  [ ] _____ days of Public Service Program
[ ] Consecutive to / Concurrent with Case(s) _____ Count(s) _____
TO BE SERVED:  [ ] Forthwith  [ ] By reporting on _____ at _____ a.m./p.m.  [ ] Consecutive weekends thereafter
[ ] San Diego County Jail      [ ] East Mesa Detention Facility      [ ] Las Colinas
[ ] Work Furlough:          [ ] Adult Institution recommended      [ ] Release to Authorized Representative of
   551 So. 35th St., SD, CA      [ ] Other _____
Court requests NO [ ] Early release per PC4018.6/PC4024.1 [ ] Parole [ ] ESP/Home Detention [ ] Work Release [ ] Work Furlough
[ ] Payable at the rate of $_____ per month commencing _____ and the _____ day of each month until paid in full.
[ ] Fines/Volunteer work/Public Service Program satisfied by time in custody  [ ] $_____ credit for _____ days already served

FINES-FEES-RESTITUTION:   CIVIL ASSESSMENT:  [ ] Motion to set aside.  [ ] Granted  [ ] Denied  [ ] remains imposed
AS TO VC40508B [ ] Defendant acknowledges Advisal of rights, waives notice and reading of complaint and pleads: [ ] GUILTY  [ ] NOT GUILTY
[ ] Court determines offense is an INFRACTION with consent of defendant pursuant to PC17(d)(2).
[ ] Defendant sentenced to pay a fine of $_____ including penalty assessments. $_____ suspended for _____ years:  [ ] No same or similar violations
[ ] VC40508B is DISMISSED on motion of the People/Court [ ] upon payment of fine.
[ ] _____ days/hours Public Service Program/Volunteer work reconverted to a _____ fine.
[ ] FURTHER STAY granted on fines/fees (balance of) $_____ (incl. new administrative fee of $_____)  [ ] Pay in full by _____
   Payable at the rate of $_____ per month commencing _____ and on the _____ day of each month until paid in full.
[ ] PAY TO CLERK OF THE COURT  [ ] 220 W. Broadway, San Diego, CA 92101  [ ] 8950 Clairemont Mesa Blvd, San Diego, CA 92123
[ ] REFER to Collection Agency for collection of: [ ] Fine $_____        [ ] Civil Assessment
[ ] Partial / fine paid from bail.        [ ] Balance / Bail exonerated, mail refund to depositor/_____
[ ] Pay  RESTITUTION $_____   [ ] See attached Stipulated Restitution Order [ ] Order granting restitution to crime victim signed
[ ] Pay Fine/Restitution through the Department of Revenue and Recovery at the rate of $_____ per month, commencing _____

COURT ORDERED PROGRAMS - Attend and complete:   Reassign
[√] FIRST CONVICTION PROGRAM (FCP) to be completed within 120 days.  You must enroll in the program by __092398__
   [√] Central District DUIP (San Diego)      [ ] MAAC Project DUIP      [ ] East County ACCORD
   [ ] PREVENT      [ ] Occupational Health Services      [ ] Other _____
[ ] SB38 PROGRAM to be completed.  Report immediately to Probation Dept., 330 W. Broadway, 5th floor.  DL _____ abstract issued, fee $_____
[ ] PARTICIPATE in Public Service Program (PSP) at direction of Probation Dept. Call 560-3258 within 48 hours to enroll.
   _____ days as a condition of probation      [ ] To run consecutive to _____
   _____ days in lieu of fine $_____        [ ] To run concurrent with _____
   _____ days credit for time served and/or completed    [ ] Public Service Program deleted
   _____ total days to be completed
[ ] _____ hours VOLUNTEER WORK (____hours completed)  [ ] in lieu of  [ ] fine/ fees  [ ] Public Service Program  [ ] as a condition of probation
   with  [ ] any non-profit organization  [ ] Other _____     [ ] United Way, call 636-4128 within 72 hours to enroll
[ ] HIV TEST REQUIRED   [ ] SHERIFF IS ORDERED TO DRAW SPECIMEN and submit to Health Dept. for testing. Test results to be returned to court.
[ ] DVRP   [ ] Shoplifter's Course   [ ] _____ AA/CA/NA meetings per week for _____ months  [ ] AIDS Education
[ ] Parenting Class   [ ] Anger Management   [ ] MADD   [ ] Level II Traffic School   [ ] Sale of vehicle/IID installation
Other: _____

FUTURE COURT DATE:
[ ] In TSD/TS2/MISD ARR./PRES/TRAFFIC "A"/DEPT. _____ Room _____ on _____ at _____ a.m./p.m. to/for: _____
Proof of:  [ ] Enroll/Completion of DVRP  [ ] MADD  [ ] PREVENT  [ ] Volunteer work  [ ] AA/CA/NA meetings  [ ] Sale of vehicle/IID installation
[ ] Report  for custody      [ ] Revocation Hearing to trail _____      [ ] Review/further hearing re _____
Other: _____
[ ] In TSD/TS2/MISD ARR./PRES/TRAFFIC "A"/DEPT. _____ Room _____ on _____ at _____ a.m./p.m. to/for: _____
CUSTODY STATUS:  [ ] REMANDED to custody of Sheriff:  [ ] Bail $_____ / No Bail  [ ] RELEASED  [ ] on previous bail

FAILURE TO APPEAR / BAIL/BOND STATUS:
[ ] Bench warrant Ordered.  Bail $_____    [ ] Issued on _____ by Presiding Judge   [√] Recalled/Rescinded on __090298__
[ ] Night Service Authorized  [ ] Mandatory appearance  [ ] Cash bail may be forfeited     [ ] Hold issuance of warrant to _____
[ ] Bail / bond forfeited    [ ] Bondsman/Surety/Depositor notified on _____       [ ] Declaration of non-collusion filed
[ ] Bail forfeiture set aside  [ ] Reinstated  [ ] Bail/bond exonerated  [ ] Return to depositor/_____

X _____ 5707 Via Mindaro   X Oceanside C.A.
Defendant's Signature          Home Address          City, State, Zip Code
X 760 722-1260   Attest a true copy  Dated: __090298__   CLERK, by __KUS__ , Deputy Clerk
Telephone Number

DISTRIBUTION:  Jail   Defendant   Attorney   R and R   Probation Dept.   PSP   United Way   WF   Other _____

CASE T189998  DA VP733401  EV FP  SAN DIEGO MUNICIPAL COURT
DATE JUL 14 1998  AT ___ DEPT TSD  JUDGE LEO VALENTINE, JR.
CLK K. Holland  RPT ___  PEO VS. CHARLES L. JESMA
VIOLATION(S) VC23152(A)

Attorney for People | Atty. for Deft. (Appt./Ret./TAO) | Interpreter | Booking #

| DEFENDANT FAILED TO: | DEFENDANT COMPLIED: |
|---|---|

**DEFENDANT FAILED TO:**

[✓] Enroll in/complete —
  [✓] First Conviction Program.
  [ ] Public Service Program. Defendant completed ____ days of ____ days ordered.
  [ ] Young Adult Misdemeanor Program.
  [ ] Shoplifting Prevention Program.
  [ ] SB-38 program.
  [ ] AIDS awareness/testing.
  [ ] Battered Women's Services (YWCA) program.
  [ ] Domestic Violence Recovery program.
  [ ] Other: _____

[ ] Show proof of —
  [ ] Completion of Guardian Interlock.
  [ ] Attendance at: [ ] Alcoholics [ ] Narcotics [ ] Cocaine  Anonymous.
  [ ] Above ordered program.

[ ] Report for custody for ____ days/hours at —
  [ ] San Diego County Jail  [ ] East Mesa
  [ ] Work Furlough  [ ] _____.

[ ] Pay  [ ] Fine  [ ] Restitution
  [ ] Victim's Restitution Fund $ _____
  [ ] Administrative fee $ _____
  [ ] Posted NSF check  [ ] Bad check fee $ ____
  [ ] Other  [ ] TOTAL DUE: $ _____

[ ] Complete Diversion (PC1000)
  [ ] Progress Report filed.
  [ ] Criminal proceedings reinstated.
  [ ] Review hearing requested by Probation Officer.

[ ] Order to Show Cause/Revocation Hearing
  [ ] Request for hearing received from _____
  [ ] Set for _____ at ____ am/pm in Department ____, Room ____.
  [ ] All parties notified.

**FINDINGS/ORDERS**
[✓] Prima facie finding by court that defendant is in violation of probation.
[ ] No action taken at this time in view of:
  [ ] Reassignment/deletion of condition
  [ ] Modification.
  [ ] Outstanding warrant.
[ ] Continued on probation on same terms and conditions.
[✓] Probation [✓] is summarily revoked.
  [ ] remains revoked.
  [ ] reinstated, same terms and conditions.
[ ] Warrant of _____ to remain outstanding.
[ ] Warrant of _____ recalled.

[✓] BENCH WARRANT ORDERED  Bail $ 5000
  [✓] Mandatory appearance.
  [ ] Night service authorized.
  [ ] Cash bail may be forfeited.
[✓] BENCH WARRANT ISSUED 080798 KD

**DEFENDANT COMPLIED:**

[ ] Proof of —
  [ ] Enrollment in _____
  [ ] Compliance with _____
  [ ] Completion of _____ filed.

[ ] Good cause appearing, defendant continued on probation on same terms and conditions as previously ordered.
  [ ] Date of _____ is vacated.
  [ ] Date of _____ to remain as set.

[ ] Results of AIDS testing received.
  [ ] Date of _____ at ____ am/pm in Department ____ to remain as set/is vacated.

[ ] Diversion (PC 1000) —
  [ ] Progress report signed and filed.
  [ ] Good cause appearing, defendant continued on diversion under same terms and conditions as previously ordered.
  [ ] Defendant having successfully completed PC1000 diversion program, case/charge(s) is/are dismissed.

[ ] Electronic Surveillance
  [ ] granted.  [ ] denied.
  [ ] Copy of recommendation filed and original returned to Work Furlough.

[ ] Correspondence received from defendant requesting
  [ ] Further stay on fine.
  [ ] Request GRANTED — stayed until: _____
  [ ] Additional $ ____ administrative fee added.
  [ ] TOTAL DUE $ _____.
  [ ] Request DENIED.
  [ ] Other: _____

[ ] Copy of docket/disposition sheet forwarded to Probation Department.

[ ] Defendant notified by mail.

[ ] Other: _____

[ ] Date of _____ remains as set/is vacated.

SDMC FORM 651 (Rev. 3/93)     FAILED TO/COMPLIANCE DOCKET

SDMC-40

84

SAN DIEGO MUNICIPAL COURT   CASE ___T189998___   JURIS VP733401
DATE _05-15-98_ AT 09:00 DEPT. _TSD_   JUDGE/COMMISSIONER _LEO VALENTINE JR._
CLK: ___   RPT ___   PEO VS. JESMA   CHARLES   L
VIOLATION(S) _VC23152(A) Scott._

DOB: 03-04-76
Bkg. No.
97173874

MELISSA C. DALE, DCA
Attorney for People      D. THOMAS      —R
pro-per Atty for Deft (Appt/Ret/TAO)      Interpreter
Electronic Recording Tape # ___ Counter # ___ Other ___      (X) Deft. Not Appearing

( ) BB  ( ) CBS ___ Y / N  Custody credits ___ days  ( ) CP

DEFENDANT/ATTORNEY  [ · ] Before the Court  [ ] Appearing ex-parte  [ ] on Bench Warrant  [ ] For Review Hearing re:
[√] To submit proof of:  [ ] For Failure to:  [ ] To request further stay/reassignment to:  [ ] Enroll/Complete:
[ ] ___ Pay (balance of) fine/restitution fine/fees $ _950_ (@ $ _35_ per mo. beg. _5-5-98_) Due ___  [ ] VC40508B charged
[ ] ___ days of Public Service Program (___ days condition of probation/ ___ days in lieu of $___ fine)/ ___ days completed.
[ ] ___ hours of volunteer work (___ hrs. completed)  [ ] in lieu of  [ ] ___ fine/fees  [ ] Public Service Program  [ ] as a condition of probation
[ ] Report for ___ days/hrs. custody/credit for time served  [ ] ___ days custody stayed pending
[ ] First Conviction Program  [√] MADD  [ ] Sale of Vehicle/IID installation  [ ] License/Insurance
[ ] HIV Test Results  [ ] AIDS Education  [ ] ___ AA/CA/NA meetings  [ ] Shoplifters Course
[ ] Anger Management Course  [ ] Domestic Violence Rehabilitation Program (DVRP)  [ ] Appear for ___
[ ] Other ___
[√] Restitution Hearing ___  [ ] Probation previously revoked on ___  [ ] REVOCATION Hearing to trail ___
[ ] Bench warrant Ordered / Issued ___  Future date of ___ Dept. ___ for ___  [ ] As set  [ ] Vacated
[ ] Defendant advised of constitutional rights  [ ] Admits/denies violation of probation  [ ] Waives rights to evidentiary hearing
[ ] Court finds defendant in violation of probation.  [√] Good cause appearing, PROBATION is
[ ] formally revoked, further probation denied, and sentenced  [ ] condition partially/satisfied
[ ] formally revoked  [ ] remains (summarily) revoked  [ ] reinstated  [√] continued on same terms and conditions
[ ] with the following modifications:  [ ] probation extended ___ years from today  [ ] Probation terminated
[ ] Court appoints Public Defenders (phone 338-4700) to represent defendant for evidentiary/___ hearing.

CUSTODY: ___  [ ] SERVE ___ days/hrs. in custody of the Sheriff  [ ] Credit for ___ days/hrs. plus PC4019 credits.
[ ] ___ days stayed pending review / completion of ___
[ ] Serve custody in lieu of $ ___ fine/restitution fine at the rate of $50 per day.  [ ] ___ days of Public Service Program
[ ] Consecutive to / Concurrent with Case(s) ___  Count(s) ___
TO BE SERVED:  [ ] Forthwith  [ ] By reporting on ___ at ___ a.m./p.m.  [ ] Consecutive weekends thereafter
[ ] San Diego County Jail  [ ] East Mesa Detention Facility  [ ] Las Colinas
[ ] Work Furlough:  [ ] Adult Institution recommended  [ ] Release to Authorized Representative of ___
551 So. 35th St., SD, CA  [ ] Other ___
Court requests NO [ ] Early release for PC4018.6/PC4024.1 [ ] Parole [ ] ESP/Home Detention [ ] Work Release [ ] Work Furlough
[ ] Fines/Volunteer work/Public Service Program satisfied by time in custody ___ $ ___ credit for ___ days already served

FINES- FEES-RESTITUTION: ___  CIVIL ASSESSMENT:  [ ] Motion to set aside. [ ] Granted  [ ] Denied  [ ] remains imposed
AS TO VC40508B [ ] Defendant acknowledges Advisal of rights, waives notice and reading of complaint and pleads: [ ] GUILTY  [ ] NOT GUILTY
[ ] Court determines offense is an INFRACTION with consent of defendant pursuant to PC17(d)(2).
[ ] Defendant sentenced to pay a fine of $___ including penalty assessments. $___ suspended for ___ years.  [ ] No same or similar violations
[ ] VC40508B is DISMISSED on motion of the People/Court [ ] upon payment of fine.
[ ] ___ days/hours Public Service Program/Volunteer work reconverted to $ ___ fine.
[ ] FURTHER STAY granted on fines/fees (balance of) $ ___ (incl. new administrative fee of $ ___ )  [ ] Pay in full by ___
[ ] Payable at the rate of $ ___ per month commencing ___ and on the ___ day of each month until paid in full.
[ ] PAY TO CLERK OF THE COURT  [ ] 220 W. Broadway, San Diego, CA  92101  [ ] 8950 Clairemont Mesa Blvd, San Diego, CA 92123
[ ] REFER to Collection Agency for collection of: [ ] Fine $ ___  [ ] Civil Assessment
[ ] Partial / fine paid from bail.  [ ] Balance / Bail exonerated, mail refund to depositor/___
[ ] Pay RESTITUTION $ ___  [ ] See attached Stipulated Restitution Order [ ] Order granting restitution to crime victim signed ___
[ ] Pay Fine/Restitution through the Department of Revenue and Recovery at the rate of $ ___ per month, commencing ___

COURT ORDERED PROGRAMS - Attend and complete:
[ ] FIRST CONVICTION PROGRAM (FCP) to be completed within 120 days.  You must enroll in the program by ___
[ ] Central District DUIP (San Diego)  [ ] MAAC Project DUIP  [ ] East County ACCORD
[ ] PREVENT  [ ] Occupational Health Services  [ ] Other ___
[ ] SB38 PROGRAM to be completed.  Report immediately to Probation Dept., 330 W. Broadway, 5th floor. DL ___ abstract issued, fee $___
[ ] PARTICIPATE IN Public Service Program (PSP) at direction of Probation Dept. within 48 hours to enroll.
___ days as a condition of probation  [ ] To run consecutive to ___
___ days in lieu of fine $ ___  [ ] To run concurrent with ___
___ days credit for time served and/or completed  [ ] Public Service Program deleted
___ total days to be completed
[ ] ___ hours VOLUNTEER WORK (___ hours completed)  [ ] in lieu of  [ ] fine/ fees  [ ] Public Service Program  [ ] as a condition of probation
with  [ ] any non-profit organization  [ ] United Way, call 636-4128 within 72 hours to enroll
[ ] HIV TEST REQUIRED  [ ] SHERIFF IS ORDERED TO DRAW SPECIMEN and submit to Health Dept. for testing. Test results to be returned to court.
[ ] DVRP  [ ] Shoplifter's Course  [ ] ___ AA/CA/NA meetings per week for ___ months  [ ] AIDS Education
[ ] Parenting Class  [ ] Anger Management  [ ] MADD  [ ] Level II Traffic School  [ ] Sale of vehicle/IID installation
Other: _Restitution Hearing off Calendar_

FUTURE COURT DATE:
[ ] In TSD/TS2/MISD ARR./PRES/TRAFFIC "A"/DEPT. ___ Room ___ on ___ at ___ a.m./p.m. to/for:
Proof of:  [ ] Enroll/Completion of DVRP  [ ] MADD  [ ] PREVENT  [ ] Volunteer work  [ ] AA/CA/NA meetings  [ ] Sale of vehicle/IID installation
[ ] Report for custody  [ ] Revocation Hearing to trail ___  [ ] Review/further hearing on ___
Other: ___
[ ] In TSD/TS2/MISD ARR./PRES/TRAFFIC "A"/DEPT. ___ Room ___ on ___ at ___ a.m./p.m. to/for: ___
CUSTODY STATUS:  [ ] REMANDED to custody of Sheriff:  [ ] Bail $ ___ / No Bail  [√] RELEASED  [ ] on previous bail

FAILURE TO APPEAR - BAIL / BOND STATUS:
[ ] Bench warrant ordered.  Bail $ ___  [ ] Issued on ___ by Presiding Judge  [ ] Recalled/Rescinded on ___
[ ] Night Service Authorized  [ ] Mandatory appearance  [ ] Cash bail may be forfeited  [ ] Hold issuance of warrant to ___
[ ] Bail / bond forfeited  [ ] Bondsman/Surety/Depositor notified on ___  [ ] Declaration of non-collusion filed
[ ] Bail forfeiture set aside  [ ] Reinstated  [ ] Bail/bond exonerated  [ ] Return to depositor/___

Defendant's Signature ___  Home Address ___  City, State, Zip Code ___
Attest a true copy  Dated: _5-15-98_  CLERK, by ___, Deputy Clerk
Telephone Number ___

DISTRIBUTION:  Jail   Defendant   Attorney   P and R   Probation Dept.   PSP   United Way   WF   Other ___

SDMC Minute form Type 84 (Rev. 5/97)
EDP 276      MISCELLANEOUS - MISDEMEANOR DOCKET      MA10

# MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## SAN DIEGO JUDICIAL DISTRICT

People vs. _Charles G. Sesma (Jesma_   Case No(s). _T189998_

## PLEA OF GUILTY/NO CONTEST
### [V.C. 23152(a), 23152(b), 23103 per 23103.5]

**CHARGES**

1.  Of those charges filed against me in this case, I wish to plead <u>Guilty/No Contest</u> to the following:

    _VC 23152(a)_   ☒ ☑

1a.  I admit the enhancement(s) per V.C. 23157/23159, 23194, or 23208 (*see attached addendum form*).   ☒ ☑

2.  *(Separate Convictions)* I am also charged with and freely and voluntarily admit the following separate convictions:   ☒ ☑
    1) Case # ____ Court ____ Date of Conviction ____
    2) Case # ____ Court ____ Date of Conviction ____
    3) Case # ____ Court ____ Date of Conviction ____

3.  **PLEA BARGAIN:** I have not been induced to enter this plea by any promise or representation of any kind, except:   ☒ ☑
    *(Describe plea bargain.)* _No jail time   1800 entirely   SSS UVL_
    _SAC, FCP, 1100 fine 300 Rest Fine Prog 90 day Rest MADD_
    _100   to V_

**CONSTITUTIONAL RIGHTS/WAIVER OF RIGHTS** - I understand that I have the following constitutional rights which I must give up to plead <u>Guilty/No Contest</u>. *(No. 8 need not be waived if I am represented by counsel.)*

|  |  | I understand this right. | I give up this right. |
|---|---|---|---|
| 4. | Right to a speedy and public trial by jury. | ☒ | ☑ |
| 5. | Right to confront and cross-examine the witnesses against me. | ☒ ☑ | ☒ ☑ |
| 6. | Right to present evidence and to have the Court subpoena witnesses for me at no cost. | ☒ ☑ | ☒ ☑ |
| 7. | Right to remain silent and not incriminate myself. | ☒ ☑ | ☒ ☑ |
| 8. | Right to be represented by a lawyer at all stages of the proceedings including this one. If I cannot afford to hire a lawyer, the Court will appoint one for me at no charge. | ☒ ☑ | ☒ ☑ |

**CONSEQUENCES OF PLEA**

9.  I understand that my sentence will include the following *(ALL FINES WILL HAVE SUBSTANTIAL PENALTY ASSESSMENTS ADDED)*:   ☒ ☑

**A. DRIVING UNDER THE INFLUENCE, OR WITH .08% (OR MORE) BLOOD ALCOHOL**

<u>FIRST OFFENSE</u> - <u>No Probation</u>: 96 hours to 6 months in jail; $390 to $1,000 fine; driver's license suspended for 6 months. <u>Probation</u> with mandatory conditions: $390 to $1,000 fine; completion of an alcohol or drug treatment program, or both; and either (a) a minimum of 48 hours in jail, or (b) a 90-day license restriction, allowing driving only for work and Court-ordered treatment programs. [V.C. §§ 23160 and 23161]

<u>SECOND OFFENSE</u> (within 7 years) - <u>No Probation</u>: 90 days to 1 year in jail; $390 to $1,000 fine; driver's license suspended for 18 months. <u>Probation</u> mandatory conditions: $390 to $1,000 fine; and either (a) 10 days to 1 year in jail and driver's license suspended for 18 months, or (b) 48 consecutive hours in jail or 10 days of community service up to 1 year in jail, completion of an 18 or 30-month alcohol or drug treatment program, and a license restriction, allowing driving only for work and Court-ordered treatment programs for the length of the program. [V.C. §§ 23165 and 23166]

<u>THIRD OFFENSE</u> (within 7 years) - <u>No Probation</u>: 120 days to 1 year in jail; $390 to $1,000 fine; designated a Habitual Traffic Offender; driver's license revoked for 3 years. <u>Probation</u> mandatory conditions: $390 to $1,000 fine; designated a Habitual Traffic Offender; driver's license revoked for 3 years; completion of an 18-month alcohol or drug treatment program, if not completed previously; and either (a) 120 days to 1 year in jail, or (b) 30 days to 1 year in jail (with at least one period of not less than 48 consecutive hours in jail or 10 days of community service), and completion of a 30-month alcohol or drug treatment program. [V.C. §§ 23170 and 23171]

<u>FOURTH OR SUBSEQUENT OFFENSE</u> (within 7 years) - <u>No Probation</u>: Either (a) up to 3 years in State prison, plus 48 months' parole and up to 1 year in prison for each parole violation, or (b) 180 days to 1 year in jail; $390 to $1,000 fine; designated a Habitual Traffic Offender; driver's license revoked for 4 years. <u>Probation</u> mandatory conditions: $390 to $1,000 fine; designated a Habitual Traffic Offender; driver's license revoked for 4 years; completion of a 30-month alcohol or drug treatment program, if not completed previously; and either (a) 180 days to 1 year in jail, or (b) 30 days to 1 year in jail (with at least 48 hours consecutive in jail or 10 days of community service), and completion of a 30-month alcohol or drug treatment program. [V.C. §§ 23175 and 23176]

<u>NOTE:</u> Third or Subsequent Offense Within 7 Years - I understand that if my license was revoked, I may apply for a restricted license after completing 24 months of probation subject to the conditions that (1) I have satisfactorily completed the 18-month alcohol/drug treatment program or the first 18 months of a 30-month alcohol/drug treatment program, (2) I agree to complete the 30-month program, if applicable, and to have an ignition interlock device installed and maintained, as described in V.C. 23235, (3) I provide proof of financial responsibility pursuant to V.C. 16430, and (4) I have not applied for and received a previous court order restricting my license for this offense or a prior conviction within the last 7 years.

<u>ALL OFFENSES</u> - I understand that: A grant of probation will be for 3 to 5 years and that other standard terms and conditions will apply. I understand that I shall be required to pay restitution, plus a restitution fine of from $100 to $1,000, and that a blood alcohol of .20 percent or more may increase my sentence.

If the vehicle used in the violation of V.C.23152 is registered to me: (a) the vehicle may be impounded at my expense for not more than 30 days, and shall be impounded at my expense for not more than 90 days if the offense occurred within 5 years of two or more prior offenses; and (b) the Court may declare my vehicle to be a nuisance and order it sold following a hearing if the offense occurred within 7 years of two or more prior offenses of driving under the influence (V.C. 23152 or 23153), vehicular manslaughter [P.C. 191.5 or 192(c)(3)], or any combination thereof.

I may also be required to pay the expenses of a public agency responding to any incident caused by my offense. [G.C. § 53150]

All DMV license consequences apply regardless of whether priors are charged and/or admitted.

If the violation occurred in a vehicle requiring a Class 1 or Class 2 (or Class A or Class B) driver's license, my license shall be suspended for 6 months even if probation is granted.

If I was under age 21 at the time of my arrest, my license will be suspended for at least 1 year. If I do not have a valid license at the time of my conviction, the court will order the DMV to delay issuing a license to me for one year after I am eligible to drive. I can petition for a restricted license based on a critical need to drive.

If my offense involved a controlled substance, the DMV will suspend my license for an additional six months (and an additional six months for each subsequent similar conviction).

I may be ordered not to operate a motor vehicle during the period of probation unless that vehicle is equipped with a functioning, certified ignition interlock device, and shall be so ordered for a period of 1 to 3 years if my offense occurred within 7 years of a prior violation of V.C. 23152 or 23153.

B. **RECKLESS DRIVING (V.C. 23103 W/ V.C. 23103.5 Drug Document)**

If probation is granted: Up to 90 days in jail and/or $145 to $1,000 fine. Also, a conviction for this offense is treated the same as a conviction for driving under the influence (V.C. 23152) for the purposes of enhancing any future convictions.

If probation is not granted: The penalties are the same except that I must serve a minimum of 5 days in jail.

10. I understand that if my driver's license is restricted, suspended or revoked for a violation of V.C. 23152, the DMV will not issue a restricted license or reinstate my driving privilege unless I provide the DMV with proof of financial responsibility in compliance with V.C. 16430, et. seq., and maintain such proof for three years. The DMV will suspend my driving privilege upon my failure to maintain such proof during the 3-year period.

11. I understand that if I am not a citizen of the United States, a plea of Guilty or No Contest could result in deportation or exclusion from admission to this country, or denial of naturalization pursuant to the laws of the United States.

12. I understand that my plea in this case may cause revocation of my probation/parole in prior cases; and, it will result in at least 48 hours in jail for a revocation in a V.C. 23152 or V.C. 23153 case.

13. (**Harvey** Waiver) I agree that the sentencing judge may consider the entire factual background of the case, including any dismissed or stricken charges or allegations and any charges the prosecutor agrees not to file, when granting probation, ordering restitution, or imposing sentence.

14a. **SEPARATE CONVICTIONS/(RIGHTS):** I understand that as to any and all separate conviction(s) alleged against me in this case, I have all of the constitutional rights listed in #4 - #8 above. As to any separate conviction(s) alleged, I understand that if I request a jury trial on the current case, the jury would not learn, or decide, the separate conviction(s) unless and until the jury found me guilty on the current charges.

14b. **SEPARATE CONVICTIONS/(WAIVERS):** I give up my constitutional rights listed in #4 - #8 above, including my right to a separate jury trial on the issue of the separate conviction(s).

15. **REQUEST FOR EXEMPTION FROM IMPOUNDMENT:** This is my second or subsequent conviction for Driving Under the Influence, and I request that my vehicle not be impounded for the reason(s) that: _____

16. **WAIVER OF LAWYER (If You Have No Lawyer):** I am entering my plea of Guilty/No Contest without a lawyer. I give up my right to a lawyer and understand that by this waiver I may be giving up a special defense that a lawyer might use to help me.

**PLEA**

17. I have not consumed any drug, narcotic or alcoholic beverage in the past 24 hours to the extent that my judgment is impaired.

18. I understand that a plea of No Contest (Nolo Contendere) has the same consequences as a Guilty plea, except that such a plea to a misdemeanor cannot be used against me in a civil case.

19. I am entering this plea freely and voluntarily, without threat or fear to me or anyone closely related to me.

20. I understand that I have the right to be physically present in the courtroom for this plea, and I give up this right.

21a. I now plead Guilty/No Contest to the charge(s) listed in #1 above, and Admit/Do Not Contest that on the date charged:

**VC 23152(a)** I drove a vehicle while under the influence of an alcoholic beverage and/or drug.

**VC 23152(b)** I drove a vehicle when my blood-alcohol level was .08%/.10% or higher. *(Circle .08% for 1990 or later offense.)*

**VC 23103 per 23103.5** I am pleading Guilty/No Contest to V.C. 23103 pursuant to V.C. 23103.5 to avoid a more serious penalty under V.C. 23152.

21b. **BLOOD-ALCOHOL LEVEL:** My blood-alcohol level was: .09

I declare under penalty of perjury under the laws of the State of California that I have read, understood, and initialed the items on this form and everything on the form is true and correct. I further agree that a duly-appointed commissioner, Traffic Trial Commissioner, or Traffic Referee may act as a temporary judge and accept this plea, impose sentence, and conduct any other post-conviction proceedings.

Defendant's Signature _____ Date 12/31/97

Defendant's Address 5252 Balboa Arms Dr.
San Diego CA 92117 Phone (619) 277-7397

**ATTORNEY'S STATEMENT** - As attorney for the defendant, I certify as follows: The defendant has read, initialed and signed this form after a full discussion on all matters herein, including his/her constitutional rights, the effect of all waivers, and the possible consequences of the plea. I have also advised the defendant of the elements of the offense(s) in this case and of the possible defenses thereto. I concur in the defendant's waivers and plea, believing them to be knowing, intelligent and voluntary in all respects. I join in defendant's agreement to proceeding before a temporary judge.

Attorney for Defendant/
Counseling Attorney _____ David E. Thompson Date 3/31/98
(Signature) (Print Name)

**INTERPRETER'S STATEMENT** - I, _____, having been duly sworn, truly translated this form and all questions therein to the defendant in the _____ language. The defendant indicated that (s)he understood the contents of the form and (s)he then initialed and signed the form.

Court Interpreter _____ Date _____
(Signature) (Print Name)

**PROSECUTOR'S STATEMENT** - The People of the State of California, plaintiff, concur in the defendant's plea as set forth above. I join in defendant's agreement to proceeding before a temporary judge.

Prosecutor _____ Date 3/31/98
(Signature) (Print Name)

**COURT'S FINDINGS AND ORDER** - The Court, having questioned the defendant (or the defendant's attorney if defendant is absent), finds that defendant's plea, waivers, and admissions, if any, are entered knowingly, voluntarily and intelligently, with an understanding of constitutional rights, the nature of the charges, and the possible consequences of the plea. The Court finds a factual basis for the plea, accepts the plea, and incorporates this Plea Form into the docket by reference. Pursuant to V.C. 23195(a), defendant's request for exemption from impoundment is Granted (for reasons specified above)/Denied.

Judge of the Municipal Court _____ Date 3/31/98
SDMC Form 715 (Rev. 10/95)

WILLIAM H. KRONBERGER, JR.

EXHIBIT 4

# Order Form

User Name:
Company: *DOJ-Attorney General-Los Angel*

**ACE Messenger & Attorney Svc**

**(213) 623-3979**

Control Number: 2030750          eTrac Number: 159550572

| Submitter Information | Shipping Information |
|---|---|
| Account: 10551<br>Name: DOJ-ATTORNEY GENERAL-LOS ANGELES<br>Requested By: BRIANA CABRERA<br>Reference: 14351180LA2021603706<br>Entered: 03-FEB-2022 10:20 | Service Type: DOC RETRIEVAL<br>Return Service: None |

| Pick Up From | Deliver To |
|---|---|
| RIVERSIDE CRIMINAL COURT<br>4100 MAIN STREET<br>RIVERSIDE,   RIVERS | DOJ-ATTORNEY GENERAL-LOS ANGELES<br>300 SOUTH SPRING STREET<br>1700 1ST FLOOR<br>LOS ANGELES,   DTLA 1<br>Phone: 213-269-6000 |

| Pickup Details | Special Instructions |
|---|---|
| Requested Date: 03-FEB-2022<br>Ready Time: NOW<br>Case Number: te244089cs/329250cs<br>Case Name: CHARLES SESMA<br>Name of Docs:<br>entire case, certified. CV58878CS | |

Driver:

Date:

Time:

Received by:

X

Print Name:

eTrac Order Entry
© 2020 eTrac All rights reserved.

**SHERIFF'S DEPARTMENT**
**COUNTY OF RIVERSIDE**
**NOTICE TO APPEAR**

☐ MISDEMEANOR
☑ Traffic  ☐ Nontraffic

**329250**

| Date of Violation | Time | Day of Week | Case No. |
|---|---|---|---|
| 10 / 10 / 17 | 11:50 ☑AM ☐PM | S M T W T☑ S | TE173140081 |

Name (First, Middle, Last)  ☐ Owner's Responsible (Veh. Code, § 40001)
CHARLES GABRIEL SESMA

Address
91764 RIDGE WALK ST

| City | State | ZIP Code |
|---|---|---|
| MURRIETA | CA | 92562 |

| Driver Lic. No. | State | Class | Commercial | Age | Birth Date |
|---|---|---|---|---|---|
| A99I3093 | CA | C | ☐ Yes ☑ No | 41 | 03/04/76 |

| Sex | Hair | Eyes | Height | Weight | Race | Other Description |
|---|---|---|---|---|---|---|
| M | BRO | BRO | 600 | 195 | H | |

| Veh. Lic. No. or VIN | State | Reg. MO/YR | |
|---|---|---|---|
| 7RZV120 | CA | 04/17 | ☐ COMMERCIAL VEHICLE (Veh. Code, § (15210(b)) |

| Yr. of Veh. | Make | Model | Body Style | Color | |
|---|---|---|---|---|---|
| 2016 | FORD | ACE | MOTORHOME | TAN | ☐ HAZARDOUS MATERIAL (Veh. Code, § 353) |

Evidence of Financial Responsibility
NONE

Registered Owner or Leasee        ☑ Same as Driver

Address        ☑ Same as Driver

City        State        ZIP Code

| Correctable Violation (Veh. Code, § 40610) | ☐ Booking Required (see reverse) | | Misdemeanor or |
|---|---|---|---|
| Yes | No | Code and Section | Description | Infraction (Circle) |

| Yes | No | Code and Section | Description | M / I |
|---|---|---|---|---|
| ☑ | ☐ | 4000(A)(1) CVC - | EXPIRED REGISTRATION | M  ⓘ |
| ☐ | ☐ | | | M  I |
| ☑ | ☐ | 16028(A) CVC - | PROOF OF INSURANCE | M  ⓘ |
| ☑ | ☐ | 14600(A) CVC - | CHANGE ADDRESS | M  ⓘ |

| Speed Approx. | P.F./Max. Spd. | Veh. Lmt. | Safe | Radar | ☐ Continuation Form Issued |
|---|---|---|---|---|---|
| ▸ 15 | 45 | 45 | 15 | | |

Location of violation(s)
at REDHAWK PKWY/WOLF STORE - TEMECULA

City/County of Occurrence

Comments (Weather, Road & Traffic Conditions)        ☐ Accident
CLEAR / DAY / MODERATE TRAFFIC

| EDP Code | EDP Code | EDP Code | Report Dist. |
|---|---|---|---|
| 18D2-M | 18D2-M | 18D2-M | 9105 |

☐ Violations not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

| HEALEY | 3374 | | VAC. DATES |
|---|---|---|---|
| Arresting or Citing Officer | I.D. # | | |

| 11/10/17 | | | VAC. DATES |
|---|---|---|---|
| Date | Name of Arresting Officer If different from Citing Officer | I.D. # | |

**WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.**

X Signature

WHEN: ON OR BEFORE THIS DATE 01/23/18  Time: 7:30 ☑AM ☐PM
WHAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE  Time: ☐AM ☐PM
WHERE: SWJC        COURT/REFEREE AT 30755 AUD RD.
CITY MURRIETA        COURT PHONE NO

☐ To be notified ☐ You may arrange with the clerk to appear at a night session of the court.

**329250**

*329250*

**COURT COPY**
**SEE REVERSE**
TR-130

Judicial Council of California Form
Rev. 09-20-05 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code § 853.9)



...ust be in red to be a
CERTIFIED COPY"

Each document t
is certified to be
original on file a

...rtificate is attached
and correct copy of the
...d in my office.

Superior Court
County of Rive                ...rnia

By  Deora Van Wyk
            DEPUTY

Dated:  02/04/2022

Cer              ...must be in red to be a
             RTIFIED COPY"

**POLICE DEPARTMENT**
**CITY OF TEMECULA**
**NOTICE TO APPEAR**

☐ MISDEMEANOR
☒ TRAFFIC  ☐ NONTRAFFIC

**TE244089**

| Date of Violation | Time | Day of Week | Case No. |
|---|---|---|---|
| 03/14/2019 | 09:57 AM | Thursday | TE190730053 |

Name (First, Middle, Last)(Company)   ☐ Owner's Responsibility (VC 40001)
CHARLES GABRIEL SESMA

Address
41764 RIDGEWALK ST 3

| City | State | ZIP Code | ☐ Juvenile (Phone No.) |
|---|---|---|---|
| MURRIETA | CA | 92562 | |

| Driver Lic. No. | State/Country | Class | Commercial | Age | Birth Date |
|---|---|---|---|---|---|
| A9913093 | CA | C | ☐ Yes ☒ No | 43 | 03/04/1976 |

| Sex | Hair | Eyes | Height | Weight | Race | Other Description |
|---|---|---|---|---|---|---|
| M | BRO | HAZ | 600 | 200 | Hispanic | |

| Veh. Lic. No. or VIN | State | Reg. Mo/Yr Exp | |
|---|---|---|---|
| AA08E75 | CA | | ☐ COMM. VEH. (VC 15210(b)) |

| Yr. of Veh. | Make | Model | Body Style | Color | |
|---|---|---|---|---|---|
| 2017 | CHEV | SILVERADO | PICKUP | WHITE | ☐ HAZ. MAT. (VC 353) |

Evidence of Financial Responsibility

Registered Owner of Lessee   ☒ Same as Driver
CHARLES GABRIEL SESMA

Address   City   State   ZIP Code   ☒ Same as Driver
41764 RIDGEWALK ST 3   MURRIETA CA 92562

| Correctable Violation (VC 40610) | ☐ Booking Required (see below) | Misdemeanor or Infraction |
|---|---|---|
| Yes/No Code and Section | Description | M  I |
| N   CVC 22350 | UNSAFE SPEED | ☐  ☒ |
| | | ☐  ☐ |
| | | ☐  ☐ |
| | | ☐  ☐ |

| Speed Approx. | P.F./Max Spd. | Veh. Limit. | Safe | LASER | ☐ Continuation Form Used |
|---|---|---|---|---|---|
| > 58 | 45 | 45 | 45 | | |

Location of Violation(s)   City/County of Occurrence
at  SOUTH MARGARITA RD   Temecula
North of PIO PICO RD

Comments (Weather, Road & Traffic Conditions, Etc.)   ☐ Accident   Report Dist.
CLEAR, DRY, LIGHT, DAYLIGHT

☐ Violation(s) not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 03/14/2019 | Heffley | 3394 | |
|---|---|---|---|
| Dec. Date | Arresting or Citing Officer | I.D.# | Vac. Dates |
| Dec. Date | Name of Arresting Officer, if different from Citing Officer | I.D.# | Vac. Dates |

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

X Signature

WHEN: On or before  5/17/2019  6730
WHAT TO DO:  FOLLOW THE INSTRUCTIONS BELOW.
WHERE:  SOUTHWEST JUSTICE CENTER
30755-D AULD RD.
MURRIETA CA, 92563
(951)272-0304

☐ To be notified

TE244089

TE244089

This must be in red to be a
"CERTIFIED COPY"

Each d... ...to which this certificate is attached
is certif... ...a full, true and correct copy of the
origina... ...record in my office.

Super... ...California
County ...de...

By _Debra van___ 
DEPUTY

Dated _02/04/2022_

...must be in red to be a
CERTIFIED COPY"

