# CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name: | **Candido Sesma, et al. v. State of California, et al.** |
| USDC Case No. | **5:21-cv-01694-JWH-DTB** |

I hereby certify that on **May 10, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF DECEDENT'S CRIMINAL HISTORY AND PRIOR BAD ACTS; and**

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **May 10, 2024**, at San Diego, California.

| A. Dotson | *[signature]* |
|---|---|
| Declarant | Signature |

LA2021603706
84532595.docx