LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**JOINT EXHIBIT LIST**<br><br>Judge: Hon. John W. Holcomb<br>FPTC: June 7, 2024, 1:00 p.m.<br>Trial: July 1, 2024, 9:00 a.m.<br>Court: Ronald Reagan Federal Building, 411 W. 4th Street, Santa Ana, CA<br>Courtroom: 9D |

The Parties anticipate they may offer the following exhibits into evidence at trial of the above matter:

## JOINT EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Video: MVARS Officer Ornelas #1 | | |
| 2 | Video: MVARS Officer Ornelas #2 | | |
| 3 | Video: MVARS Officer Steen | | |
| 4 | Video: MVARS Officer Cichella | | |
| 5 | Holdaway Video Exhibit 1 | | |
| 6 | Holdaway Video Exhibit 2 | | |
| 7 | Holdaway Video Exhibit 3 | | |
| 8 | Holdaway Video Exhibit 4 | | |
| 9 | Holdaway Video Exhibit 5 | | |
| 10 | Holdaway Video Exhibit 6 | | |
| 11 | Holdaway Video Exhibit 7 | | |
| 12 | Holdaway Video Exhibit 8 | | |
| 13 | Holdaway Video Exhibit 9 | | |
| 14 | Holdaway Video Exhibit 10 | | |
| 15 | Holdaway Video Exhibit 11 | | |
| 16 | American Medical Response Records | | |
| 17 | Ontario Fire Department Records | | |
| 18 | Emergency Medical Report | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 19 | County Coroner's Autopsy Report | | |
| 20 | Independent Autospsy | | |
| 21 | Autopsy Photos | | |
| 22 | Post-incident photos of Sesma at hospital | | |
| 23 | Diagram of Scene | | |
| 24 | Google Map of Scene | | |
| 25 | Photo Exhibit 1 from OPD interviews | | |
| 26 | Photo Exhibit 2 from OPD interviews | | |
| 27 | Photo Exhibit 3 from OPD interviews | | |
| 28 | Photo Exhibit 4 from OPD interviews | | |
| 29 | Photo Exhibit 5 from OPD interviews | | |
| 30 | Post Incident Pictures of Officer Ornelas | | |
| 31 | Photos of Scene | | |
| 32 | Photos of Ornelas' handgun | | |
| 33 | Family Photos | | |
| 34 | Burial Costs | | |
| 35 | Funeral Materials | | |
| | **DEFENDANTS** | | |
| 36 | Audio recording: Dispatch Audio, CHP-000512 | | |
| 37 | Incident Detail Report (44 pages), Incident No. 200806IN00784 | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 38 | Audio recording: Ontario P.D. Dispatch Audio, CHP-000514 | | |
| 39 | Audio record: Ontario Fire Dept. Dispatch Audio, CHP-000513 | | |
| 40 | Metal Pipe 5.8 pounds | | |
| 41 | CIIT Report, CHP-000050 – CHP-000497 | | |
| 42 | Audio: Interview of Officer Cichella, CHP-000508 | | |
| 43 | Audio: Interview of Officer Nichols, CHP-000509 | | |
| 44 | Audio: Interview of Officer Ornelas, CHP-000510 | | |
| 45 | Audio: Interview of Officer Steen, CHP-000511 | | |
| 46 | Ontario Police Department OIS DR #200800297, CHP-000790-CHP-001178 | | |
| 47 | Photos – Ontario Police, CHP-000789 | | |
| 48 | Decedent's Black Composition Notebooks, CHP-002181-CHP-002315 | | |
| 49 | Photos: Officer Steen's Exhibits 1 through 3 | | |
| 50 | Photo: Officer Ornelas' Exhibit 1 | | |
| 51 | Decedent's Subpoenaed Employment Records from Bilingual Dictionaries, Inc. | | |
| 52 | Decedent's Subpoenaed Medical Records from Temecula Valley Hospital | | |
| 53 | Decedent's Subpoenaed Medical Records from | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Pomona Valley Hospital |  |  |
| 54 | Canyon Ridge Hospital Records, CHP-000515 - CHP-000638 |  |  |
| 55 | Decedent's Subpoenaed Medical Records from Kaiser Permanente |  |  |
| 56 | "Sharamakateen: Memoirs" by Charles G. Sesma |  |  |
| 57 | Certified copies of criminal records in People v. Charles Sesma, Riverside County Superior Court Case No. SWM1705146 |  |  |
| 58 | Rule 26 Report of Defendant's Retained Expert Clarence Chapman |  |  |
| 59 | Rule 26 Report of Defendant's Retained Expert Rocky Edwards |  |  |
| 60 | Rule 26 Report of Defendant's Retained Expert Parris Ward |  |  |
| 61 | Audio timing spreadsheet.pdf |  |  |
| 62 | MVARS audio pattern annotated.pdf |  |  |
| 63 | Sesma Image Sequence.pdf |  |  |
| 64 | Sesma Shooting Clip+Frame Numbers.mp4 |  |  |
| 65 | Expert Parris Ward's Supplemental Report |  |  |
| 66 | Plaintiff Candido Sesma's Responses to Defendant State of California Interrogatories (Set One) |  |  |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 67 | Plaintiff Candido Sesma's Responses to Defendant State of California Requests For Production of Documents (Set One) | | |
| 68 | Plaintiff Candido Sesma's Supplemental Responses to Defendant State of California's Requests For Production of Documents (Set One) | | |
| 69 | Plaintiff Candido Sesma's Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 70 | Plaintiff Candido Sesma's Supplemental Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 71 | Plaintiff Cecilia Sesma's Responses to Defendant State of California Interrogatories (Set One) | | |
| 72 | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California's Requests For Production of Documents (Set One) | | |
| 73 | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California's Requests For Production of Documents (Set One) | | |
| 74 | Plaintiff Cecilia Sesma's Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 75 | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |

Respectfully submitted,

DATED: May 17, 2024,     **LAW OFFICES OF DALE K. GALIPO**

/s/     *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorney for Plaintiffs*

DATED:   May 17, 2024     Office of Attorney General of California

By  */s/ David Klehm*
ROB BONTA
Attorney General of California
DONNA DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
 *Attorneys for Defendants State of California and Andrew Ornelas*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.