1
2
3
4

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

5

*Attorneys for Plaintiffs*

6

7

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>              Plaintiffs,<br><br>     vs.<br><br>STATE OF CALIFORNIA and ANDREW ORNELAS,<br><br>              Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**PLAINTIFFS' WITNESS LIST**<br><br><u>Judge</u>: Hon. John W. Holcomb<br><u>FPTC</u>: June 7, 2024, 1:00 p.m.<br><u>Trial</u>: July 1, 2024, 9:00 a.m.<br><u>Court</u>: Ronald Reagan Federal Building,<br>       411 W. 4th Street, Santa Ana, CA<br><u>Courtroom</u>: 9D |

20
21
22
23
24
25
26
27
28

### PLAINTIFFS' WITNESS LIST

| **Witness** | |
|---|---|
| Candido Sesma | |
| Cecilia Sesma | |
| Alex Sesma | |
| Ashleigh Guardado* | |
| Brittany Sesma* | |
| Susan Sesma* | |
| Scott Holdaway | |
| Roger Clark | |
| Andrew Ornelas | |
| Jason Steen | |
| Jason Nichols | |
| Anthony Cichella | |

| | |
|---|---|
| Bowen, Christopher* | |
| White, Nicholas* | |
| Bumanlag, Kyle* | |
| Dr. John C. Hiserodt * | |

*Indicates that witness may be called if needed.

Plaintiffs reserve their right to amend this witness list as permitted by this Court.

Respectfully submitted,
DATED: May 17, 2024,                    **LAW OFFICES OF DALE K. GALIPO**

                                        /s/      *Cooper Alison-Mayne*
                                        Dale K. Galipo
                                        Cooper Alison-Mayne
                                        *Attorney for Plaintiffs*

3