1  ROB BONTA
   Attorney General of California
2  DONNA M. DEAN
   Supervising Deputy Attorney General
3  DAVID KLEHM
   Deputy Attorney General
4  State Bar No. 165302
   Emily Williams
5  Deputy Attorney General
   State Bar No. 316724
6   600 W Broadway, Ste 1800
    San Diego, CA 92101-3375
7   Ph: (619) 738-9733
    Fax: (916) 731-2120
8   E-mail: David.Klehm@doj.ca.gov
   *Attorneys for Defendants*
9  *State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | 5:21-cv-1694-JWH (KKx)<br><br>**DEFENDANTS' WITNESS LIST**<br><br>FPTC Date:  June 7, 2024<br>Time:  1:00 p.m.<br>Courtroom:  9D<br><br>Judge:  The Honorable John W. Holcomb<br><br>Trial Date: July 1, 2024<br>Action Filed: July 30, 2021 |

Defendants State of California and Andrew Ornelas submit the following witness list, pursuant to L.R. 16-5. Defendants reserve the right to supplement or modify this list to the extent permitted by the Court.

//

//

//

1

| | |
|---|---|
| Case No.: 5:21-cv-1694-JWH (KKx) | Case Name: *Sesma, et al. v. State of California, et al.* |
| **Witness Name** | **Date Called to Testify** |
| Andrew Ornelas | |
| Jason Nichols | |
| Jason Steen | |
| Anthony Cichella | |
| William Kwon | |
| Darren Williams | |
| Stacy Burris | |
| Richard Ballard | |
| Alondra Valentin | |
| Heather Rushton | |
| Alex Sesma | |
| Susan Sesma | |
| Ashleigh Guardado | |
| Clarence Chapman | |
| Rocky Edwards | |

| Case No.: 5:21-cv-1694-JWH (KKx) | Case Name: *Sesma, et al. v. State of California, et al.* |
|---|---|
| **Witness Name** | **Date Called to Testify** |
| Parris Ward | |
| Custodian of Records – Ontario Police Department | |
| Sarah Martinez | |

Dated: May 17, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

/s/ David Klehm

DAVID KLEHM
EMILY WILLIAMS
Deputy Attorney General
*Attorneys for Defendants State of California and Andrew Ornelas*

LA2021603706

3

# CERTIFICATE OF SERVICE

Case Name: **Candido Sesma, et al. v. State of California, et al.**
USDC Case No. **5:21-cv-01694-JWH-DTB**

I hereby certify that on **May 17, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' WITNESS LIST**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **May 17, 2024**, at San Diego, California.

| A. Dotson | *[signature]* |
|---|---|
| Declarant | Signature |

LA2021603706
Witness list POS.docx