LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>                    Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>[*Hon. John W. Holcomb*]<br><br>**PLAINTIFFS' PROPOSED VOIR DIRE**<br><br>**Final Pretrial Conference:**<br>Date:   June 7, 2024<br>Time:   1:00 p.m.<br>Place:  Courtroom 9D<br>**Trial:**<br>Date:   July 1, 2024<br>Time:   9:00 a.m.<br>Place:  Courtroom 9D |

**1**

PLAINTIFFS' PROPOSED VOIR DIRE

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

    **PLEASE TAKE NOTICE THAT** Plaintiffs hereby submit their Proposed Voir Dire Questions.

Respectfully,

DATED: May 24, 2024          LAW OFFICES OF DALE K. GALIPO

By: _____/s/ Cooper Alison-Mayne_____
Dale K. Galipo
Cooper Alison-Mayne
Attorneys for Plaintiffs

**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

Plaintiffs hereby respectfully request the Court to ask the jury panel the following proposed voir dire questions as set forth below:

**Questions re: Peace Officer Bias**

1. Would you be more likely to believe a police officer's testimony over the testimony of a non-police officer?
2. Do you think a police officer who is a defendant in a civil case is capable of testifying falsely under oath?
3. Do you think that a police officer is capable of testifying falsely under oath to support a fellow officer?
4. Are you or any of your family members or close friends current or former government employees or police officers? If yes, what agency and what type of job?

5. Are you or any of your family members or close friends current or former service members in any division or branch of our military? If yes, what division or branch and what type of job?
6. Are you or is anyone you know a current or former police officer? If yes, who, what agency, and how long?
7. Have you or has anyone you know attended or applied to attend any law enforcement academy or basic training?
8. Have you applied to or are you a member of any branch of the armed forces?
9. Have you or anyone you know worked as or applied to work as a firefighter, paramedic, or other type of emergency response personnel?
10. Does anyone feel that police officers have been unfairly portrayed in the media with respect to the use of force?

**Questions re: Juror Connection to Defendants**

11. Have you, a family member, or any of your close friends had any contact or association with the California Highway Patrol, or any of their employees? If so, please describe the circumstances of the contact or association.
    a) If so, would you view the evidence in this case differently because of your past experience with the CHP or any of their employees?
12. Are you or is anyone you know a current or former employee of the State of California? If so:
    a) Who do you know?
    b) What is or was their job?
    c) How long were they employed?
    d) Would you view the evidence in this case differently because of your past experience with the CHP, or any of their employees?

**Questions re: Justiciability of Peace Officer Conduct**

13. Do you think that our society should hold police officers liable in court when they violate an individual's constitutional rights?
14. Do you agree that police officers or the entity they work for should pay money damages when they violate an individual's constitutional rights?
15. Do you think that police officers should be able to use as much force as they want when arresting someone?
16. Do you think that our society should restrict the amount of force that police officers can use?

**Questions re: General Juror Bias & Bias Against Actions for Money Damages**

17. Do you think that because the defendants are denying responsibility for this incident, they are probably not responsible?
18. Is there anybody that would hold it against the plaintiffs simply because they have pursued this case to trial?

DATED: May 24, 2024                    LAW OFFICES OF DALE K. GALIPO

                                       By:  /s/ Cooper Alison-Mayne
                                           Dale K. Galipo
                                           Cooper Alison-Mayne
                                           Attorneys for Plaintiffs