**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
*Attorneys for Plaintiffs*

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM, State Bar No. 165302
Deputy Attorney General
EMILY WILLIAMS
Deputy Attorney General, State Bar No. 316724
 600 W Broadway, Ste 1800
 San Diego, CA 92101-3375
 Ph: (619) 738-9733
 Fax: (916) 731-2120
 E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br>[*Hon. John W. Holcomb*]<br><br>**NOTICE OF LODGING OF PROPOSED PRETRIAL CONFERENCE ORDER**<br><br>**Final Pretrial Conference:**<br>Date: June 7, 2024<br>Time: 1:00 p.m.<br>Place: Courtroom 9D<br>**Trial:**<br>Date: July 1, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 9D |

-1-

NOTICE OF LODGING OF PROPOSED PRETRIAL CONFERENCE ORDER

PLEASE TAKE NOTICE that the Parties hereby lodge the following Proposed Pretrial Conference Order.

DATED: May 24, 2024  **LAW OFFICES OF DALE K. GALIPO**

*/s/ Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiffs*