ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
Emily Williams
Deputy Attorney General
State Bar No. 316724
600 W Broadway, Ste 1800
San Diego, CA 92101-3375
Ph: (619) 738-9733
Fax: (916) 731-2120
E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,** Plaintiffs, **v.** **STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,** Defendants. | 5:21-cv-1694-JWH (KKx) **DEFENDANTS' PROPOSED SPECIAL VERDICT FORM** FPTC Date: June 7, 2024<br>Time: 1:00 p.m.<br>Courtroom: 9D<br>Judge: The Honorable John W. Holcomb<br>Trial Date: July 1, 2024<br>Action Filed: July 30, 2021 |

**PLEASE TAKE NOTICE** that Defendants State of California and Andrew Ornelas hereby propose the following special verdict form for the trial of this matter, which is currently scheduled to take place on July 1, 2024, in Courtroom 9D of the above entitled court, the Honorable John W. Holcomb presiding.

//

//

Dated: May 24, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

/s/ David Klehm

DAVID KLEHM
EMILY WILLIAMS
Deputy Attorney General
*Attorneys for Defendants State of California and Andrew Ornelas*

We, the jury in the above-entitled action, find the following:

**QUESTION 1**: Do you find that plaintiffs have proven their claim that Officer Ornelas used excessive or unreasonable force against Charles Sesma in violation of the Fourth Amendment?

__________ YES ___________ NO

**QUESTION 2**: Do you find that plaintiffs have proven their claim that Officer Ornelas committed a battery upon Charles Sesma?

__________ YES ___________ NO

**QUESTION 3**: Do you find that plaintiffs have proven their claim that Officer Ornelas was negligent?

__________ YES ___________ NO

*If you answered "No" to Question 1 through 3, please skip to the end, and sign and date the verdict form. If your answer to Question 1, 2 or 3 was "Yes," please continue through the remaining questions below.*

*If your answer to Question 1 or 2 was "Yes," please answer Question 4. If you answered "No" to Questions 1 and 2, please skip to Question 57.*

**QUESTION 4:** What amount of damages, if any, do you find that Charles Sesma sustained as a result of the actions of Officer Ornelas?

$ ________

*If your answer to Question 3 was "Yes," please answer Question 57. If you answered "No" to Question 3, please continue through the remaining questions below.*

**QUESTION 5:** If your answer to Question 2 or 4 was "Yes," what amount of damages, if any, do you find that plaintiffs sustained as a result of the actions of Officer Ornelas for the loss of Charles Sesma (wrongful death)?

$ ________

*If you awarded any amount of damages for Questions 4 or 5, proceed to Question 6. If you awarded no damages under both Questions 4 and 5, please skip to the end, and sign and date the verdict form.*

**QUESTION 6**: Did Officer Ornelas act in self-defense?

__________ YES ___________ NO

*If your answer to Question 6was "Yes," please skip to Question 9. If you answered "No" to Question 6, please continue through the remaining questions below.*

**QUESTION 7**: Do you find that Charles Sesma was negligent, and that his negligence was a substantial factor in causing his injuries and death?

__________ YES ___________ NO

*If you answered "Yes" to Question 7, please answer Question 8. If you answered "No" to Question 7, please skip Question 8, and proceed to Question 9.*

//

//

//

//

//

**QUESTION 8**: What percentage of fault do you assign to Officer Ornelas and Charles Sesma? (Your total must equal 100%)

Officer Ornelas ________%

Charles Sesma, ________%

Total 100%

*If your answer to Question 1 or 2 was "Yes," please answer Question 9. If you answered "No" to Questions 1 and 2, please skip to the end, and sign and date the verdict form.*

**QUESTION 9**: Did Officer Ornelas act with malice or oppression or in reckless disregard of Charles Sesma's rights?

__________ YES ___________ NO

*Please sign and date the verdict form and return it to the Court.*

Date: ________________ ________________________________

Jury Foreperson

# CERTIFICATE OF SERVICE

Case Name: **Candido Sesma, et al. v. State of California, et al.**
USDC Case No. **5:21-cv-01694-JWH-DTB**

I hereby certify that on **May 24, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **May 24, 2024**, at San Diego, California.

| A. Dotson | |
|---|---|
| Declarant | Signature |

LA2021603706
84555931.docx