LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Attorneys for Plaintiffs

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
Emily Williams
Deputy Attorney General
State Bar No. 316724
600 W Broadway, Ste 1800
San Diego, CA 92101-3375
Ph: (619) 738-9733
Fax: (916) 731-2120
E-mail: David.Klehm@doj.ca.gov
Attorneys for Defendants
State of California and Andrew Ornelas

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>        Plaintiffs,<br><br>  vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>        Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>[*Hon. John W. Holcomb*]<br><br>**STATEMENT OF THE CASE** |

**PLEASE TAKE NOTICE** that the parties hereby submit the following joint statement of the case for the trial of this matter:

**PLAINTIFFS' VERSION:**

This case arises out of the fatal officer-involved shooting of Charles Sesma that took place in the City of Rancho Cucamonga on August 6, 2020.

The Plaintiffs are Candido Sesma and Cecilia Sesma, who are the parents of the decedent, Charles Sesma. Plaintiffs claim that Andrew Ornelas used excessive and unreasonable force against Charles Sesma and was negligent when he shot him. Plaintiffs seek damages as permited by law.

The defendants are Andrew Ornelas and the State of California. The defendants deny Plaintiffs' claims and content that the use of force against Charles Sesma was reasonable under the totality of the circumstances.

**DEFENDANTS' VERSION:**

This case arises out of the fatal shooting of Charles Sesma by California Highway Patrol Officer Andrew Ornelas on August 6, 2020. The plaintiffs are Candido Sesma, who is Charles Sesma's father, and Cecilia Sesma, who is Charles Sesma's mother. The defendants are Officer Ornelas and the State of California.

Plaintiffs claim that Officer Ornelas used excessive and unreasonable force against Charles Sesma, and was negligent toward him, when he fired his weapon. Plaintiffs seek damages as permited by law.

Defendants assert that the actions of Officer Ornelas were reasonable under the totality of the circumstances because Charles Sesma presented an imminent threat of death or serious bodily harm to Officer Ornelas.

Respectfully,

DATED: May 24, 2024                    LAW OFFICES OF DALE K. GALIPO

 

By:       */s/ Cooper Alison-Mayne*
      Dale K. Galipo
      Cooper Alison-Mayne
      Attorneys for Plaintiffs

Dated: May 24, 2024                    Respectfully submitted,

      ROB BONTA
      Attorney General of California
      DONNA M. DEAN
      Supervising Deputy Attorney General

      s/ David Klehm

      DAVID KLEHM
      EMILY WILLIAMS
      Deputy Attorney General
      *Attorneys for Defendants*
      *State of California and Andrew*
      *Ornelas*