| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | DONNA M. DEAN |
| | Supervising Deputy Attorney General |
| 3 | DAVID KLEHM |
| | Deputy Attorney General |
| 4 | State Bar No. 165302 |
| | Emily Williams |
| 5 | Deputy Attorney General |
| | State Bar No. 316724 |
| 6 |   600 W Broadway, Ste 1800 |
| |   San Diego, CA 92101-3375 |
| 7 |   Ph: (619) 738-9733 |
| |   Fax: (916) 731-2120 |
| 8 |   E-mail: David.Klehm@doj.ca.gov |
| | *Attorneys for Defendants* |
| 9 | *State of California and Andrew Ornelas* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>                 Plaintiffs,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>                 Defendants. | 5:21-cv-1694-JWH (KKx)<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM**<br><br>FPTC Date:  June 7, 2024<br>Time:        1:00 p.m.<br>Courtroom:  9D<br><br>Judge:       The Honorable John W. Holcomb<br><br>Trial Date:  July 1, 2024<br>Action Filed: July 30, 2021 |

     **PLEASE TAKE NOTICE** that Defendants State of California and Andrew Ornelas hereby object to plaintiffs' proposed special verdict form as follows:

     (1) Defendants object to the use of headings in the special verdict form that emphasize plaintiffs' claims.

     (2) Plaintiffs' Special Verdict Form omits defendants' affirmative defense

1

based on self-defense.

(3) Plaintiffs' Questions 1 and 2 do not distinguish between a federal Fourth Amendment claim (which permits an award of attorneys' fees) and a state law battery claim (which does not permit an award of attorneys' fees).

(4) Plaintiffs' Questions 2, 4, and 6 should use the phrase "substantial factor in causing" instead of "cause of."

(5) To be neutral and fair, plaintiffs' Question 7 should contain the words, "if any" after "Andrew Ornelas" given that the words "if any" appear after "Mr. Sesma."

(8) Plaintiffs' Question 8 asks for damages for Charles Sesma's pre-death pain and suffering and loss of life but does not limit such damages to only those claims for which such damages may be awarded.

(9) Plaintiffs' Question 9 asks for awards of past and future wrongful death damages.  Noneconomic damages for wrongful death are not broken down in that way.  See, CACI No. 3921.  In addition, plaintiffs are not entitled to wrongful death damages based on their Fourth Amendment, battery, and Bane Act claims. Question 11 does not limit the award of wrongful death damages to only those claims for which such damages may be awarded.

(10) Plaintiffs' Question 10 does not limit the predicate finding for punitive damages to only those claims for which punitive damages can be awarded.

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: May 24, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | DONNA M. DEAN<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | s/ David Klehm |
| 7 | | DAVID KLEHM<br>EMILY WILIAMS |
| 8 | | Deputy Attorney General<br>*Attorneys for Defendants* |
| 9 | | *State of California and Andrew Ornelas* |