## CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name: | **Candido Sesma, et al. v. State of California, et al.** |
| USDC Case No. | **5:21-cv-01694-JWH-DTB** |

I hereby certify that on **May 24, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM**
- **JOINT DISPUTED JURY INSTRUCTIONS**
- **JOINT AGREED UPON JURY INSTRUCTIONS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **May 24, 2024**, at Los Angeles, California.

| V. Thompson | /s/ *V. Thompson* |
|---|---|
| Declarant | Signature |

LA2021603706