UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-01694-JWH(DTBx) | Date | May 24, 2024 |
| Title | *Candido Sesma et al v. State of California et al* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Dale K. Galipo | David Klehm |
| Cooper Alison Mayne | |

**Proceedings:** PLAINTIFF'S MOTION *IN LIMINE* #1 [70]; #2 [72]; #3 [74]; #4 [75]; DEFENDANT'S MOTIONS *IN LIMINE* #1 [71]; #2 [73]; #3 [76]; #4 [77]

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order and hears oral argument. For the reasons stated in open court, it is hereby **ORDERED** as follows:

    1.    The Motions *in Limine* [70], [71], [72], [73], [74], [75], [76], and [77] are taken **UNDER SUBMISSION**.

    2.    If the parties wish to participate in a settlement conference before the Magistrate Judge or other judicial officer, they may contact the Courtroom Deputy Clerk by email at JWH_Chambers@cacd.uscourts.gov.

    **IT IS SO ORDERED.**

Time:  00:32
Initials of Preparer: cla