UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES –
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-01694-JWH-DTB | Date | May 28, 2024 |
| Title | *Candido Sesma et al v. State of California et al* | | |

Present: The Honorable     JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER REGARDING TRIAL TECHNOLOGY AND DOCUMENTS TO BE PROVIDED TO THE COURTROOM DEPUTY**

This matter is currently scheduled for a Final Pretrial Conference on Friday, June 7, 2024, at 1:00 p.m. in Courtroom 9D of the Ronald Reagan Federal Building & U.S. Courthouse, 411 W. 4th Street, Santa Ana, CA 92701.

At the Final Pretrial Conference, counsel is **DIRECTED** to bring any electronic equipment (laptops, cables, trial exhibit software, etc.) that will be utilized during trial so that it can be tested to ensure that all devices work properly.

All parties who will be handling technology and electronic exhibits throughout trial must be present at the Final Pretrial Conference.  Please be advised that parties will need a laptop that has a VGA connection or must bring a VGA to HDMI adaptor.

Additionally, counsel are **DIRECTED** to email **Word** copies of their individual and/or joint exhibit and witness lists to the courtroom deputy at

JWH_Chambers@cacd.uscourts.gov at least one week prior to the Final Pretrial Conference.

**IT IS SO ORDERED.**

**CIVIL MINUTES—
GENERAL**

Initials of Deputy Clerk <u>cla</u>