LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>                    Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**JOINT STIPULATION TO RESCHEDULE THE FINAL PRE-TRIAL CONFERENCE**<br><br>Judge: Hon. John W. Holcomb<br>FPTC: June 7, 2024, 1:00 p.m.<br>Trial: July 1, 2024, 9:00 a.m.<br>Courtroom: 9D |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs, CANDIDO SESMA and CECILIA SESMA, and Defendants, STATE OF CALIFORNIA and ANDREW ORNELAS (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. The Final Pre-Trial Conference in this matter is currently scheduled for June 7, 2024 at 1:00 p.m.

**1**

JOINT EXHIBIT LIST

2. Plaintiffs' lead counsel, Dale K. Galipo, has an unavoidable scheduling conflict on June 7, 2024, as he will be teaching an all-day seminar on that date that was scheduled prior to the setting of the Final Pre-Trial Conference date.

3. The Parties have met and conferred regarding this scheduling conflict and have found one alternative date that would be feasible for both Parties: the morning of June 13, 2024, or 1:00 p.m. June 13, 2024.

4. Plaintiffs apologize to the Court for any inconvenience caused by this request. Plaintiffs' counsel takes full responsibility for not informing the Court earlier of this scheduling conflict.

WHEREFORE, the Parties respectfully request that the Court enter an Order continuing the Final Pre-Trial Conference from June 7, 2024 to June 13, 2024 , at a time convenient for the Court.

IT IS SO STIPULATED.

DATED: June 3, 2024,                    **LAW OFFICES OF DALE K. GALIPO**

                                        /s/    Cooper Alison-Mayne
                                        Dale K. Galipo
                                        Cooper Alison-Mayne[1]
                                        *Attorney for Plaintiffs*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

1
2  DATED: June 3, 2024          Office of Attorney General of California
3
4                     By  */s/ David Klehm*
5                        R<small>OB</small> B<small>ONTA</small>
                         Attorney General of California
6                        D<small>ONNA</small> D<small>EAN</small>
                         Supervising Deputy Attorney General
7                        D<small>AVID</small> K<small>LEHM</small>
                         Deputy Attorney General
8                         *Attorneys for Defendants State of*
9                        *California and Andrew Ornelas*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28