Case 5:21-cv-01694-JWH-DTB   Document 102-1   Filed 06/03/24   Page 1 of 2   Page ID #:1438

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>　　　　Defendant. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**[PROPOSED] ORDER RESCHEDULING FINAL PRE-TRIAL CONFERENCE FROM TO JUNE 13, 2024** |

---

[PROPOSED] ORDER RESCHEDULING FINAL PRE-TRIAL CONFERENCE FROM TO JUNE 13, 2024.

Having reviewed the Parties' Joint Stipulation to reschedule the Final Pre-trial Conference in this case, and GOOD CAUSE having been shown, it is hereby ordered as follows: The Final Pre-trial Conference is continued from June 7, 2024 to June 13, 2024 at 1 p.m.

**IT IS SO ORDERED.**

Dated:_____                    _____
                                                                                   John W. Holcomb
                                                                                   UNITED STATES DISTRICT JUDGE