1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>      Plaintiffs,<br><br>      v.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>      Defendant. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**ORDER RESCHEDULING FINAL PRE-TRIAL CONFERENCE FROM TO JUNE 18, 2024** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the Parties' Joint Stipulation to reschedule the Final Pre-trial Conference in this case, and good cause having been shown, it is hereby **ORDERED** that the Final Pre-Trial Conference is **CONTINUED** from June 7, 2024, to June 18, 2024, at 10:00 a.m.

   **IT IS SO ORDERED.**

Dated:      June 4, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE