1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Cooper Alison-Mayne (SBN 343169)
3  cmayne@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Phone: (818) 347-3333
5
   *Attorneys for Plaintiffs*
6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>          Plaintiffs,<br><br>  vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>          Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br>*Hon. John W. Holcomb*<br><br>**JOINT STATUS REPORT RE: TRIAL DATE AVAILABILITY** |

TO THE HONORABLE COURT:

     Pursuant to the Court's Scheduling Notice and Order dated June 11, 2024, Plaintiffs CANDIDO SESMA and CECILIA SESMA, and Defendants STATE OF CALIFORNIA and ANDREW ORNELAS, by and through their respective counsel of record, hereby submit this Joint Status Report regarding their availability for a rescheduled Jury Trial and Final Pretrial Conference.

After meeting and conferring, the parties agree that they are available for a Jury Trial on December 2, 2024. Accordingly, the parties propose that the Final Pretrial Conference be set for October 28, 2024, which is 5 weeks before the proposed trial date.

To assist the Court in its scheduling considerations, Plaintiffs' counsel has attached hereto as Exhibit A the trial calendar of lead counsel Dale K. Galipo for the Court's reference.

The parties respectfully request that the Court reschedule the Jury Trial and Final Pretrial Conference based on the proposed dates above.

Respectfully,

DATED: June 21, 2024,   **LAW OFFICES OF DALE K. GALIPO**

/s/   *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorney for Plaintiffs*

DATED: June 21, 2024   Office of Attorney General of California

By /s/ David Klehm
ROB BONTA
Attorney General of California
DONNA DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
*Attorneys for Defendants State of California and Andrew Ornelas*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.