# EXHIBIT A

# TRIAL CALENDAR
## As of 6/18/2024

| Atty | Trial Date | CASE | Case Number: | Courthouse | Judge / Trial Days |
|---|---|---|---|---|---|
| HL | 6.17.24 | LAWRENCE (CHILDRESS) v. LVMPD | 2:16-cv-03039 | USDC-Nevada | Hon. Andrew Gordon |
| RVM/SJL | 7.16.24 | LOPEZ, MARGARITO v. CITY OF LOS ANGELES | 2:22-cv-07534 | USDC – Central | Hon. Aenlle-Rocha |
| EV | 7.29.24 | GOMEZ V. LVMPD | 2:20-cv-01589 | Nevada DC, Las Vegas | Hon. Richard F. Boulware, II |
| DKG | 8.5-8.8.24 | INNER CIRCLE ANNUAL MEETING | | DANA POINT | |
| MFS | 8.19.24 | BENAVENTE V. CITY OF ONTARIO | 5:23-cv-00266 | USDC – Central | Hon. Sykes |
| HL | 9.9.24 | HARRIS v. CITY OF TULARE | VCU299232 | Superior Court-Tulare | Hon. Bret Hillman |
| HL | 9.10.24 | McLEOD (Hernandez) v CITY OF REDDING | 2:22-cv-00585 | USDC- Eastern | Hon. Shubb |
| BL | 9.23.24 | NUNEZ v. COUNTY OF SAN BERNARDINO | 5:22-cv-01934 | USDC – Central | Hon. Sykes |
| RVM | 10.8.24 | HOLD THIS WEEK FOR PEARSON ORAL ARGUMENT | | | |
| HL | 10.15.24 | HURTADO v STATE OF CA | 2:19-cv-02343 | USDC-Eastern | Hon. Drozd |
| RVM | 10.15.24 | SORIA v. COUNTY OF SAN BERNARDINO | 5:22-cv-01958 | USDC – Central | Hon. Bernal |
| MFS | 10.29.24 | SOLIS v. STATE OF CA | 5:23-cv-00515 | USDC – Central | Hon. Vera |
| CAM | 11.04.24 | MEZA v. CITY OF BAKERSFILED | BCV-22-102011 | Superior Tulare | Hon. Bernard C. Barman |

# TRIAL CALENDAR
## As of 6/11/2024

| Atty | Trial Date | CASE | Case Number: | Courthouse | Judge / Trial Days |
|---|---|---|---|---|---|
| RVM | 11.5.24 | A.H. (Holland) v COUNTY OF SAN BERNARDINO | 5:23-cv-01028 | USDC – Central | Hon. Bernal |
| CAM | 11.12.24 | ZAZUETA v COUNTY OF RIVERSIDE | 5:23-cv-01825 | USDC – Central | Hon. Hsu |
| EV | 11.14.24 | ARMENTA v. CITY OF GOODYEAR ARIZONA | CV 2019-008791 | Superior Court Arizona | Hon. Hannah |
| EV | 1.28.25 | SOSTEK v COUNTY OF SAN BERNARDINO | 5:23-cv-02236 | USDC – Central | Hon. Garnett |
| CAM | 2.10.25 | BYRAM V. COUNTY OF LA | 5:23-cv-09285 | USDC- Central | Hon. Karen L. Stevenson |
| RVM | 2.18.25 | MORENO/ORDAZ v. COUNTY OF L.A. | 2:21-cv-06062 | USDC Central | Hon. Phillips |
| BL | 2.25.25 | MCLAURIN v. LOS RIOS CCD | 34-2022-00315187 | SCSC | Dept. 47 |
| RVM | 3.11.25 | LEWIS V. COUNTY OF KERN | 1:21-cv-00378-KES-CDB | EASTERN DISTRICT | Kirk E. Sherriff |
| EV | 3.24.25 | ANDERSON V. LYON COUNTY | 22-CV-0297 | 3rd J.D., Lyon County, NV | Hon. John P. Schlegelmich |
| SJL | 4.8.25 | SANCHEZ v. BALDWIN PARK | 2:23-cv-03807 | USDC – Central | Hon. Dolly Gee |
| SJL | 4.15.25 | ALANIZ v. CHP | 2:23-cv-07532 | USDC-Central | Hon. Dolly Gee |
| CAM | 4.29.25 | KEYES/HARRIS v. CITY OF LOS ANGELES | 23STCV26634 | LASC-Spring St | Hon. Jaskol |
| BL | 6.23.25 | PIETRONICO V. CITY OF BEAUMONT | 5:23-CV-02431 | USDC – Central | Stanley Blumenfeld, jr. |
| HL | 6.2.25 | L.C. (PUGA) v. STATE OF CA | 5:22-cv-00949 | USDC – Central | Hon. Kato |

# TRIAL CALENDAR
## As of 6/11/2024

| Atty | Trial Date | CASE | Case Number: | Courthouse | Judge / Trial Days |
|---|---|---|---|---|---|
| HL | 6.30.25 | BOTTEN v. STATE OF CA | 5:23-cv-00257 | USDC – Central | Hon. Kato |
| RVM | 7.14.25 | RANDALL V. COUNTY OF SAN BERNARDINO | 5:24-cv-00086 | USDC – Central | Hon. Sunshine S. Sykes |
| SJL | 8.12.25 | VALDIVIA v. CITY OF COVINA | 5:23-cv-01562 | USDC – Central | Hon. Consuelo B. Marshall |
| MFS | 9.8.25 | LOWE v. RIVERSIDE COUNTY | 5:24-cv-00169 | USDC – Central | Hon. Sykes |
| BL | 9.15.25 | WELCH v. COUNTY OF TULARE | 1:22-cv-00755 | USDC – Eastern | None |
| SJL | 10.07.25 | S.L. (LLAMAS) V. COUNTY OF RIVERSIDE | 5:24-cv-00249 | USDC – Central | Christina A. Snyder |
| EV | 10.28.25 | CAVAZOS v. COUNTY OF FRESNO | 1:23-cv-00859 | USDC – Eastern | Hon. Thurston |
| EV | 12.2.25 | RAMIREZ V. COUNTY OF FRESNO | 1:22-cv-00314 | USDC - Eastern | Hon. Sheila K. Oberto |
| EV | 12.09.25 | YURIAR V. COUNTY OF ALAMEDA | 4:23-cv-06438 | USDC – North | Hon. Kandis A. Westmore |
| BL | 1.26.26 | LEE HAWJ (HER) v COUNTY OF SISKIYOU | 2:22-cv-01978 | USDC – Eastern | Hon. Mendez |
| CAM | 1.05.26 | SILVA v. STANISLAUS COUNTY | 2:23-cv-01887 | USDC - Northern | Hon. Daniel J. Calbretta |
| EV | 4.14.26 | MELENDEZ MARQUEZ V. CITY OF WOODLAKE | 1:23-cv-01569 | USDC – Eastern | Hon. Jennifer L. Thurston |