# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-01694-JWH-DTB | Date | October 21, 2024 |
| Title | Candido Sesma et al v. State of California et al | | |

Present: The Honorable  **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  
None Present

Attorney(s) Present for Defendant(s):  
None Present

**Proceedings:** **(IN CHAMBERS) ORDER REGARDING TRIAL TECHNOLOGY AND DOCUMENTS TO BE PROVIDED TO THE COURTROOM DEPUTY**

This matter is currently scheduled for a Final Pretrial Conference on Monday, October 28, 2024, at 2:00 p.m. in Courtroom 9D of the Ronald Reagan Federal Building & U.S. Courthouse, 411 W. 4th Street, Santa Ana, CA 92701.

At the Final Pretrial Conference, counsel is **DIRECTED** to bring any electronic equipment (laptops, cables, trial exhibit software, etc.) that will be utilized during trial so that it can be tested to ensure that all devices work properly.

All parties who will be handling technology and electronic exhibits throughout trial must be present at the Final Pretrial Conference. Please be advised that parties will need a laptop that has a VGA connection or must bring a VGA to HDMI adaptor.

Additionally, counsel are **DIRECTED** to email **Word** copies of their individual and/or joint exhibit and witness lists to the courtroom deputy at

JWH_Chambers@cacd.uscourts.gov at least one week prior to the Final Pretrial Conference.

**IT IS SO ORDERED.**