UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-01694-JWH(DTBx) | Date | October 28, 2024 |
| Title | *Candido Sesma et al. v. State of California et al.* | | |

Present: The Honorable JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Dale K. Galipo | David Klehm |
| Cooper Alison Mayne | Tammy Kim |

**Proceedings:** **FINAL PRETRIAL CONFERENCE**

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order and hears oral argument. For the reasons stated in open court, it is hereby **ORDERED** as follows:

1. The parties are **DIRECTED** to meet and confer and to file no later than November 12, 2024, a Joint Report regarding (a) Defendant's Motion for a Jury Site Visit; (b) the parties' respective views on bifurcation or trifurcation; and (c) any other outstanding issues.

2. Defendants DOES 2 through 20 are **DISMISSED**.

3. The parties are **DIRECTED** to email Word versions of the Amended Witness List and Joint Exhibit List to the Courtroom Deputy at the following email address: JWH_Chambers@cacd.uscourts.gov.

4. The parties are **DIRECTED** to contact the Courtroom Deputy prior to trial regarding final equipment set-up.

5. The Jury Trial is confirmed for December 2, 2024, at 9:00 a.m. The parties are **DIRECTED** to appear at that date and time in person, in Courtroom 9D

Time: 01:24
Initials of Preparer: cla

of the Ronald Reagan Federal Building and United States Courthouse, located at 411 W. Fourth Street Santa Ana, CA 92701.  Counsel are **DIRECTED** to appear at 8:30 a.m. on December 2, 2024, to address any remaining pretrial issues.

**IT IS SO ORDERED.**

Time:  01:24
Initials of Preparer: cla