

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,

Plaintiffs,

vs.

STATE OF CALIFORNIA, ANDREW ORNELAS,

Defendants.

Case No. 5:21-cv-1694- JWH (KKx)

[*Hon. John W. Holcomb*]

**PLAINTIFFS' AMENDED PROPOSED SPECIAL VERDICT FORM**

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby submit their amended [Proposed] Special Verdict Form. Plaintiffs reserve the right to amend this form to the extent permitted by the Court.

Respectfully submitted,

DATED: November 13, 2024

LAW OFFICES OF DALE K. GALIPO

By: *\/s/ Cooper Alison-Mayne*
Dale K Galipo, Esq.
Cooper Alison-Mayne
Attorneys for Plaintiffs

We, the jury in the above-entitled action, find the following:

**FOURTH AMENDMENT EXCESSIVE FORCE CLAIM**

**QUESTION 1:** Did Andrew Ornelas use excessive or unreasonable force against Charles Sesma?

__________ YES __________ NO

*If you answered "Yes" to Question 1, please answer Question 2.*
*If you answered "No" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was Andrew Ornelas' use of excessive or unreasonable force a cause of injury, harm, damage, or death to Charles Sesma?

__________ YES __________ NO

*Please proceed to Question 3.*

**BATTERY CLAIM**

**QUESTION 3:** Did Andrew Ornelas commit a battery upon Charles Sesma by using excessive or unreasonable force against him?

__________ YES __________ NO

*If you answered "Yes" to Question 3, please answer Question 4.*
*If you answered "No" to Question 3, please proceed to Question 5.*

**QUESTION 4:** Was Andrew Ornelas' battery a cause of Charles Sesma's death?

__________ YES __________ NO

*Please proceed to Question 5.*

**NEGLIGENCE CLAIM**

**QUESTION 5**: Was Andrew Ornelas negligent towards Charles Sesma?

__________ YES __________ NO

*If you answered "Yes" to Question 5, please answer Question 6.*

*If you answered "No" to Question 5, please proceed to the Damages section, below.*

**QUESTION 6:** Was Andrew Ornelas' negligence a cause of Charles Sesma's death?

__________ YES __________ NO

*Please proceed to Question 7.*

**QUESTION 7:** Was Charles Sesma negligent?

__________ YES __________ NO

*If you answered "Yes" to Question 7, please answer Question 8.*

*If you answered "No" to Question 7, please proceed to the Damages section, below.*

**QUESTION 8:** Was Charles Sesma's negligence a cause of his death?

__________ YES ___________ NO

*If you answered "Yes" to Question 8, please answer Question 9.*

*If you answered "No" to Question 8, please proceed to the Damages section, below.*

**QUESTION 9:** What percentage of negligence that was a cause of Mr. Sesma's death do you assign to Andrew Ornelas, and what percentage of negligence that was a cause of Mr. Sesma death do you assign to Mr. Sesma? (Your total should equal 100%).

Andrew Ornelas __________

Charles Sesma __________

Total 100 (%)

*Please proceed to the Damages section, below.*

**DAMAGES**

*If you answered "Yes" to Question 2, answer Question 10.*

*If you answered "Yes" to Question 4 or Question 6, answer Question 11.*

**QUESTION 10**: What are Charles Sesma's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering $____________________

Loss of Life $____________________

**QUESTION 11**: What are the Plaintiffs' wrongful death damages for the loss of Charles Sesma?

Cecilia Sesma's past wrongful death damages $__________________

Cecilia Sesma's future wrongful death damages $__________________

Candido Sesma past wrongful death damages $__________________

Candido Sesma future wrongful death damages $__________________

*Please sign and date the verdict form and return it to the Court.*

Date: _________________ ______________________________________

Jury Foreperson