**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA and ANDREW ORNELAS,<br><br>Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**PLAINTIFFS' AMENDED WITNESS LIST**<br><br><u>Judge</u>: Hon. John W. Holcomb<br><u>Trial</u>: December 2, 2024, 9:00 a.m.<br><u>Court</u>: Ronald Reagan Federal Building, 411 W. 4th Street, Santa Ana, CA<br><u>Courtroom</u>: 9D |

## PLAINTIFFS' AMENDED WITNESS LIST

| Witness | Date Called |
|---|---|
| Andrew Ornelas | |
| Jason Steen | |
| Jason Nichols | |
| Candido Sesma | |
| Cecilia Sesma | |
| Alex Sesma | |
| Scott Holdaway | |
| Roger Clark | |
| Julie Huss-Bawab | |
| Anthony Cichella | |
| Bowen, Christopher* | |
| White, Nicholas* | |

| | |
|---|---|
| Bumanlag, Kyle* | |
| Ashleigh Guardado* | |
| Brittany Sesma* | |
| Susan Sesma* | |

*Indicates that witness may be called if needed.

Plaintiffs reserve their right to amend this witness list as permitted by this Court.

Respectfully submitted,
DATED: November 14, 2024,			**LAW OFFICES OF DALE K. GALIPO**

				*/s/     Cooper Alison-Mayne*
				Dale K. Galipo
				Cooper Alison-Mayne
				*Attorney for Plaintiffs*