Rob Bonta
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General
David Klehm
Deputy Attorney General
State Bar No. 165302
Tammy Kim
Deputy Attorney General
State Bar No. 262510
 600 W Broadway, Ste 1800
 San Diego, CA 92101-3375
 Ph: (619) 738-9733
 Fax:  (916) 731-2120
 E-mail:  David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | 5:21-cv-1694-JWH (KKx)<br><br>**DEFENDANTS' AMENDED WITNESS LIST**<br><br>Trial Date: December 2, 2024<br>Time: 9:00 a.m.<br>Courtroom: 9D<br><br>Judge: The Honorable John W. Holcomb<br><br>Action Filed: July 30, 2021 |

Defendants State of California and Andrew Ornelas submit the following witness list, pursuant to L.R. 16-5.  Defendants reserve the right to supplement or modify this list to the extent permitted by the Court.

//

//

//

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Case No.: 5:21-cv-1694-JWH (KKx) | Case Name: *Sesma, et al. v. State of California, et al.* |
|---|---|
| **Witness Name** | **Date Called to Testify** |
| Andrew Ornelas | |
| Jason Nichols | |
| Jason Steen | |
| Anthony Cichella | |
| William Kwon | |
| Darren Williams | |
| Stacy Burris | |
| Richard Ballard | |
| Heather Rushton | |
| Alex Sesma | |
| Susan Sesma | |
| Ashleigh Guardado | |
| Clarence Chapman | |
| Rocky Edwards | |
| Parris Ward | |

| Case No.: 5:21-cv-1694-JWH (KKx) | Case Name: *Sesma, et al. v. State of California, et al.* |
|---|---|
| **Witness Name** | **Date Called to Testify** |
| Custodian of Records – Ontario Police Department | |
| Sarah P. Martinez | |
| Darryl Lauritzen | |
| Giana Salvador | |
| Jonathan Higgins | |
| Patrick Woolweaver | |
| Roger Sturgis | |
| William Mlodzinski | |

Dated:  November 18, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General


*/s/ Tammy Kim*
DAVID KLEHM
TAMMY KIM
Deputy Attorney General
*Attorneys for Defendants State of California and Andrew Ornelas*

LA2021603706

3