ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
Deputy Attorney General
State Bar No. 165302
TAMMY KIM
Deputy Attorney General
State Bar No. 262510
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6182
 Fax:  (916) 731-2119
 E-mails:  David.Klehm@doj.ca.gov;
 Tammy.Kim@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | 5:21-cv-01694-JWH-DTB<br><br>**DEFENDANTS' PROPOSED SPECIAL INTERROGATORIES**<br><br>[Fed.R.Civ.P. 49]<br><br>Courtroom: 9D<br>Judge: The Honorable John W. Holcomb<br>Trial Date: December 2, 2024<br>Action Filed: 7/30/2021 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 49, Defendants State of California and Andrew Ornelas hereby propose the following special interrogatories for the trial of this matter, which is currently

scheduled to take place on December 2, 2024, in Courtroom 9D of the above entitled court, the Honorable John W. Holcomb presiding.

Dated: November 19, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ Tammy Kim*
TAMMY KIM
Deputy Attorney General
*Attorneys for Defendants State of California and Andrew Ornelas*

1. At the time Officer Ornelas fired his first shot, was Charles Sesma an objectively reasonable threat of imminent risk of death or serious bodily injury to Officer Ornelas?

   _____ YES          _____ NO

2. At the time Officer Ornelas fired the first shot, was Charles Sesma holding the pipe in his hand?

   _____ YES          _____ NO

3. After initially being shot by Officer Ornelas and falling to the ground, was Charles Sesma holding a pipe when he got up and continued advancing towards Officer Ornelas?

   _____ YES          _____ NO

4. Did the pipe create an objectively reasonable threat of imminent risk of death or serious bodily injury to Officer Ornelas?

   _____ YES          _____ NO

3

# CERTIFICATE OF SERVICE

| Case Name: | **Candido Sesma, et al. v. State of California, et al.** | No. | **5:21-cv-01694-JWH-DTB** |

I hereby certify that on <u>November 19, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' PROPOSED SPECIAL INTERROGATORIES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 19, 2024</u>, at Los Angeles, California.

| Yvette Carr | */s/ Yvette Carr* |
|---|---|
| Declarant | Signature |

LA2021603706
67241101.docx