LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**FURTHER AMENDED JOINT EXHIBIT LIST**<br><br>Judge: Hon. John W. Holcomb<br>Trial: December 2, 2024, 9:00 a.m.<br>Court: Ronald Reagan Federal Building, 411 W. 4th Street, Santa Ana, CA<br>Courtroom: 9D |

1

The Parties anticipate they may offer the following exhibits into evidence at trial of the above matter:

## JOINT EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Video Clip: MVARS Ornelas | | |
| 2. | Video Clip: MVARS Officer Steen | | |
| 3. | Video Clip: MVARS Officer Cichella | | |
| 4. | Holdaway Video Exhibits | | |
| 5. | American Medical Response Records | | |
| 6. | Ontario Fire Department Records | | |
| 7. | X-Ray Photos | | |
| 8. | Autopsy Report | | |
| 9. | Autopsy Photos | | |
| 10. | Post-incident photos of Sesma | | |
| 11. | Photos of Sesma's Pants | | |
| 12. | Photos of Sesma's Shirt | | |
| 13. | Google Map of Scene | | |
| 14. | Photos of Scene | | |
| 15. | Post-incident Photos of Ornelas | | |
| 16. | Photos of Ornelas' Handgun | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 17. | Photos Marked by Officers | | |
| 18. | Family Photos | | |
| 19. | Funeral and Burial Costs | | |
| | **DEFENDANTS** | | |
| 20. | Audio recording: Dispatch Audio, CHP-000512 | | |
| 21. | Incident Detail Report (44 pages), Incident No. 200806IN00784 | | |
| 22. | Audio recording: Ontario P.D. Dispatch Audio, CHP-000514 | | |
| 23. | Audio record: Ontario Fire Dept. Dispatch Audio, CHP-000513 | | |
| 24. | *Disputed Title<br><br>*Defendants' version*: "Metal Pipe 10.75 inches";<br><br>*Plaintiffs' version*: "Metal Pipe" | | |
| 25. | CIIT Report, CHP-000050 – CHP-000174, CHP-000177 – CHP-000179, CHP-000181 – CHP-000185, CHP-000253 – CHP-000497 | | |
| 26. | Audio: Interview of Officer Cichella, CHP-000508 | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 27. | Audio: Interview of Officer Nichols, CHP-000509 | | |
| 28. | Audio: Interview of Officer Ornelas, CHP-000510 | | |
| 29. | Audio: Interview of Officer Steen, CHP-000511 | | |
| 30. | Ontario Police Department OIS DR #200800297, CHP-000790 – CHP-000842, CHP-000859 - CHP-000860, and CHP-000867 – CHP-001178 | | |
| 31. | Photos – Ontario Police, CHP-000789 | | |
| 32. | Decedent's Black Composition Notebook, CHP-002203-CHP-002290 [Bates numbers referenced for identification; physical notebook has been subpoenaed for trial] | | |
| 33. | Photos: Officer Steen's Exhibit 2 | | |
| 34. | Ontario Police Department Laser Scans, including PDFs and thumb drive | | |
| 35. | Decedent's Subpoenaed Employment Records from Bilingual Dictionaries, Inc. | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 36. | Decedent's Subpoenaed Medical Records from Temecula Valley Hospital | | |
| 37. | Ontario Police Department Body Cam Video – CHP-002316 | | |
| 38. | Canyon Ridge Hospital Records, CHP-000515 - CHP-000638 | | |
| 39. | Decedent's Subpoenaed Medical Records from Kaiser Permanente | | |
| 40. | [Reserved] | | |
| 41. | Certified copies of criminal records in People v. Charles Sesma, Riverside County Superior Court Case No. SWM1705146 | | |
| 42. | Rule 26 Report of Defendant's Retained Expert Clarence Chapman | | |
| 43. | Rule 26 Report of Defendant's Retained Expert Rocky Edwards | | |
| 44. | Rule 26 Report of Defendant's Retained Expert Parris Ward | | |
| 45. | Audio timing spreadsheet.pdf | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 46. | MVARS audio pattern annotated.pdf | | |
| 47. | Sesma Image Sequence.pdf | | |
| 48. | Sesma Shooting Clip+Frame Numbers.mp4 | | |
| 49. | Expert Parris Ward's Supplemental Report | | |
| 50. | Expert Parris Ward's Supplemental Report II | | |
| 51. | Parris Ward Overlay Diagrams | | |
| 52. | Parris Ward October 2024 Color Laser Scans | | |
| 53. | Plaintiff Candido Sesma's Responses to Defendant State of California Interrogatories (Set One) | | |
| 54. | Plaintiff Candido Sesma's Responses to Defendant State of California Requests For Production of Documents (Set One) | | |
| 55. | Plaintiff Candido Sesma's Supplemental Responses to Defendant State of California's Requests For Production of Documents (Set One) | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 56. | Plaintiff Candido Sesma's Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 57. | Plaintiff Candido Sesma's Supplemental Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 58. | Plaintiff Cecilia Sesma's Responses to Defendant State of California Interrogatories (Set One) | | |
| 59. | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California's Requests For Production of Documents (Set One) | | |
| 60. | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California's Requests For Production of Documents (Set One) | | |
| 61. | Plaintiff Cecilia Sesma's Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 62. | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 63. | Longer Video Clip: MVARS Ornelas | | |
| 64. | Longer Video Clip: MVARS Officer Cichella | | |

Respectfully submitted,
DATED: November 22, 2024,

**LAW OFFICES OF DALE K. GALIPO**

/s/    *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorney for Plaintiffs*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 22, 2024  Office of Attorney General of California

By */s/ David Klehm*
ROB BONTA
Attorney General of California
DONNA DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
*Attorneys for Defendants State of California and Andrew Ornelas*