1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Cooper Alison-Mayne (SBN 343169)
3  cmayne@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Phone: (818) 347-3333
5
   *Attorneys for Plaintiffs*
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**THIRD AMENDED JOINT EXHIBIT LIST**<br><br>Judge: Hon. John W. Holcomb<br>Trial: December 2, 2024, 9:00 a.m.<br>Court: Ronald Reagan Federal Building, 411 W. 4th Street, Santa Ana, CA<br>Courtroom: 9D |

The Parties anticipate they may offer the following exhibits into evidence at trial of the above matter:

## JOINT EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Video Clip: MVARS Ornelas | | |
| 2. | Video Clip: MVARS Officer Steen | | |
| 3. | Video Clip: MVARS Officer Cichella | | |
| 4. | Holdaway Video Exhibits | | |
| 5. | American Medical Response Records | | |
| 6. | Ontario Fire Department Records | | |
| 7. | X-Ray Photos | | |
| 8. | Autopsy Report | | |
| 9. | Autopsy Photos | | |
| 10. | Post-incident photos of Sesma | | |
| 11. | Photos of Sesma's Pants | | |
| 12. | Photos of Sesma's Shirt | | |
| 13. | Google Map of Scene | | |
| 14. | Photos of Scene | | |
| 15. | Post-incident Photos of Ornelas | | |
| 16. | Photos of Ornelas' Handgun | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 17. | Photos Marked by Officers | | |
| 18. | Family Photos | | |
| 19. | Funeral and Burial Costs | | |
| | **DEFENDANTS** | | |
| 20. | Audio recording: Dispatch Audio, CHP-000512 | | |
| 21. | Incident Detail Report (44 pages), Incident No. 200806IN00784 | | |
| 22. | Audio recording: Ontario P.D. Dispatch Audio, CHP-000514 | | |
| 23. | Audio record: Ontario Fire Dept. Dispatch Audio, CHP-000513 | | |
| 24. | *Disputed Title<br><br>*Defendants' version*: "Metal Pipe 10.75 inches";<br><br>*Plaintiffs' version*: "Metal Pipe" | | |
| 25. | CIIT Report, CHP-000050 – CHP-000174, CHP-000177 – CHP-000179, CHP-000181 – CHP-000185, CHP-000253 – CHP-000497 | | |
| 26. | Audio: Interview of Officer Cichella, CHP-000508 | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 27. | Audio: Interview of Officer Nichols, CHP-000509 | | |
| 28. | Audio: Interview of Officer Ornelas, CHP-000510 | | |
| 29. | Audio: Interview of Officer Steen, CHP-000511 | | |
| 30. | Ontario Police Department OIS DR #200800297, CHP-000790 – CHP-000842, CHP-000859 - CHP-000860, and CHP-000867 – CHP-001178 | | |
| 31. | Photos – Ontario Police, CHP-000789 | | |
| 32. | Decedent's Black Composition Notebook, CHP-002203-CHP-002290 [Bates numbers referenced for identification; physical notebook has been subpoenaed for trial] | | |
| 33. | Photos: Officer Steen's Exhibit 2 | | |
| 34. | Ontario Police Department Laser Scans, including PDFs and thumb drive | | |
| 35. | Decedent's Subpoenaed Employment Records from Bilingual Dictionaries, Inc. | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 36. | Decedent's Subpoenaed Medical Records from Temecula Valley Hospital | | |
| 37. | Ontario Police Department Body Cam Video – CHP-002316 | | |
| 38. | Canyon Ridge Hospital Records, CHP-000515 - CHP-000638 | | |
| 39. | Decedent's Subpoenaed Medical Records from Kaiser Permanente | | |
| 40. | [Reserved] | | |
| 41. | Certified copies of criminal records in People v. Charles Sesma, Riverside County Superior Court Case No. SWM1705146 | | |
| 42. | Rule 26 Report of Defendant's Retained Expert Clarence Chapman | | |
| 43. | Rule 26 Report of Defendant's Retained Expert Rocky Edwards | | |
| 44. | Rule 26 Report of Defendant's Retained Expert Parris Ward | | |
| 45. | Audio timing spreadsheet.pdf | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 46. | MVARS audio pattern annotated.pdf | | |
| 47. | Sesma Image Sequence.pdf | | |
| 48. | Sesma Shooting Clip+Frame Numbers.mp4 | | |
| 49. | Expert Parris Ward's Supplemental Report | | |
| 50. | Expert Parris Ward's Supplemental Report II | | |
| 51. | Parris Ward Overlay Diagrams | | |
| 52. | Parris Ward October 2024 Color Laser Scans | | |
| 53. | Plaintiff Candido Sesma's Responses to Defendant State of California Interrogatories (Set One) | | |
| 54. | Plaintiff Candido Sesma's Responses to Defendant State of California Requests For Production of Documents (Set One) | | |
| 55. | Plaintiff Candido Sesma's Supplemental Responses to Defendant State of California's Requests For Production of Documents (Set One) | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 56. | Plaintiff Candido Sesma's Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 57. | Plaintiff Candido Sesma's Supplemental Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 58. | Plaintiff Cecilia Sesma's Responses to Defendant State of California Interrogatories (Set One) | | |
| 59. | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California's Requests For Production of Documents (Set One) | | |
| 60. | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California's Requests For Production of Documents (Set One) | | |
| 61. | Plaintiff Cecilia Sesma's Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 62. | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 63. | Longer Video Clip: MVARS Ornelas | | |
| 64. | Longer Video Clip: MVARS Officer Cichella | | |
| 65. | Longer Video Clip: MVARS Officer Steen | | |

Respectfully submitted,
DATED: November 26, 2024,          **LAW OFFICES OF DALE K. GALIPO**

<u>/s/    Cooper Alison-Mayne</u>
Dale K. Galipo
Cooper Alison-Mayne
*Attorney for Plaintiffs*

DATED: November 26, 2024    Office of Attorney General of California

By  */s/ Tammy Kim*[1]
ROB BONTA
Attorney General of California
DONNA DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
TAMMY KIM
Deputy Attorney General
*Attorneys for Defendants State of California and Andrew Ornelas*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Candido Sesma, et al. v. State of California, et al.** | No. | **5:21-cv-01694-JWH-DTB** |

I hereby certify that on <u>November 26, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**THIRD AMENDED JOINT EXHIBIT LIST**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 26, 2024</u>, at Los Angeles, California.

| J. Sissov | */s/ J. Sissov* |
|---|---|
| Declarant | Signature |

LA2021603706
67259354.docx