DAVID KLEHM, State Bar No. 165302
600 West Broadway, Suite 1800
San Diego, CA 92101
Tel. (619) 738-9733 / E-mail: David.Klehm@doj.ca,gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CANDIDO SESMA, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:21-cv-01694-JWH-DTB |
| v. | |
| STATE OF CALIFORNIA, et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

1. Deposition of Andrew Ornelas, taken on May 19, 2022
2. Deposition of Jason Nichols, taken on May 20, 2022
3. Deposition of Candido Sesma, taken on June 27, 2022
4. Deposition of Cecilia Sesma, taken on 27, 2022
5. Deposition of Susan Sesma, taken on June 28, 2022
6. Deposition of Ashleigh Guardado, taken on June 29, 2022
7. Deposition of Brittany Sesma, taken on July 11, 2022
8. Deposition of Scott Holdaway, taken on July 27, 2022
9. Deposition of Roger Clark, taken on August 8, 2022
10. Deposition of Clarence Chapma, taken on August 23, 2022

**Reason:**

☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:
Lodged pursuant to C.D. Cal. Local Rule 32-1

November 26, 2024
Date

s/ David Klehm
Attorney Name

Defendants
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).