DAVID KLEHM, State Bar No. 165302
600 West Broadway, Suite 1800
San Diego, CA 92101
Tel.  (619) 738-9733 / E-mail: David.Klehm@doj.ca,gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA, et al.<br><br>PLAINTIFF(S)<br>v.<br>STATE OF CALIFORNIA, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:21-cv-01694-JWH-DTB<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  **(List Documents)**

1. Deposition of Alexander Sesma, taken on June 29, 2022

**Reason:**

☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:
Lodged pursuant to C.D. Cal. Local Rule 32-1

| | |
|---|---|
| November 26, 2024<br>Date | s/ David Klehm<br>Attorney Name<br>Defendants<br>Party Represented |

*Note:*   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)            NOTICE OF MANUAL FILING OR LODGING