ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
TAMMY KIM
Deputy Attorney General
State Bar No. 262510
 600 W Broadway, Ste 1800
 San Diego, CA 92101-3375
 Ph: (619) 738-9733
 Fax: (916) 731-2120
 E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | 5:21-cv-1694-JWH (KKx)<br><br>**STIPULATION REGARDING EXHIBIT 24 (10.75-INCH METAL PIPE)**<br><br>Trial Date: December 2, 2024<br>Time: 9:00 a.m.<br>Courtroom: 9D<br><br>Judge: The Honorable John W. Holcomb<br><br>Action Filed: July 30, 2021 |

WHEREAS, Defendants STATE OF CALIFORNIA and ANDREW ORNELAS seek to identify and admit into evidence Exhibit 24 (10.75-inch metal pipe) which is stored in the Ontario Police Department's evidence storage; and

WHEREAS, Defendants STATE OF CALIFORNIA and ANDREW ORNELAS seek to have an officer with the Ontario Police Department bring

1  Exhibit 24 (10.75-inch metal pipe) to Courtroom 9D of the Ronald Reagan
2  Courthouse located at 411 W 4th St, Santa Ana, CA 92701, in order to seek to
3  identify and have the pipe admitted as evidence, but will need an order allowing the
4  pipe to be brought into the courthouse.

5  　　　　IT IS HEREBY STIPULATED by and between Plaintiffs CANDIDO
6  SESMA and CECILIA SESMA, on the one hand, and Defendants STATE OF
7  CALIFORNIA and ANDREW ORNELAS, on the other hand, through their
8  respective attorneys of record, that Exhibit 24 (10.75-inch pipe) may be brought to
9  Courtroom 9D of the Ronald Reagan Courthouse located at 411 W 4th St, Santa
10 Ana, CA 92701; and

11 　　　　IT IS FURTHER STIPULATED that Deputy Attorney General David Klehm
12 will take possession of the pipe throughout the trial unless and until it is admitted
13 into evidence or returned to Ontario Police Department at the end of trial.

15 Dated: December 2, 2024　　　　　　　　Respectfully submitted,

16 　　　　　　　　　　　　　　　　　　　ROB BONTA
17 　　　　　　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　　　　　　　DONNA M. DEAN
18 　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General

20 　　　　　　　　　　　　　　　　　　　*/s/ David Klehm*
　　　　　　　　　　　　　　　　　　　　DAVID KLEHM
21 　　　　　　　　　　　　　　　　　　　TAMMY KIM
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
22 　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

23 Dated: December 2, 2024　　　　　　　　LAW OFFICES OF DALE K. GALIPO

24 　　　　　　　　　　　　　　　　　　　s/ Dale K. Galipo

26 　　　　　　　　　　　　　　　　　　　DALE K. GALIPO
　　　　　　　　　　　　　　　　　　　　COOPER ALISON-MAYNE
27 　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*