1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT
9        FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | Case No. 5:21-cv-1694-JWH (KKx)<br><br>**[PROPOSED] ORDER REGARDING EXHIBIT 24 (10.75 INCH METAL PIPE)** |

Upon the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. Exhibit 24 (10.75-inch pipe) may be brought to Courtroom 9D of the Ronald Reagan Courthouse located at 411 W 4th St, Santa Ana, CA 92701; and

2. Deputy Attorney General David Klehm will take possession of the pipe throughout the trial unless and until it is admitted into evidence or returned to Ontario Police Department at the end of trial

Dated: _____          _____
                                        Hon. John W. Holcomb