IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>　　　　　　Defendants. | Case No. 5:21-cv-1694-JWH (KKx)<br><br>**ORDER REGARDING EXHIBIT 24 (10.75 INCH METAL PIPE)** |

Upon the stipulation of the parties, and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. Exhibit 24 (10.75-inch pipe) may be brought to Courtroom 9D of the Ronald Reagan Courthouse located at 411 W 4th St, Santa Ana, CA 92701, for the purpose of trial in this case.

2. Deputy Attorney General David Klehm will take possession of the pipe throughout the trial unless and until it is admitted into evidence or returned to Ontario Police Department at the end of trial.

**IT IS SO ORDERED.**

Dated: December 3, 2024

Hon. John W. Holcomb
United States District Judge