
1  ROB BONTA
   Attorney General of California
2  DONNA M. DEAN
   Supervising Deputy Attorney General
3  DAVID KLEHM
   Deputy Attorney General
4  State Bar No. 165302
   TAMMY KIM
5  Deputy Attorney General
   State Bar No. 262510
6    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013-1230
7    Telephone:  (213) 269-6182
     Fax:  (916) 731-2119
8    E-mails:  David.Klehm@doj.ca.gov;
     Tammy.Kim@doj.ca.gov
9  *Attorneys for Defendants*
   *State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,** | 5:21-cv-01694-JWH-DTB |
| Plaintiffs, | **DEFENDANTS' PROPOSED CURATIVE INSTRUCTION** |
| v. | Courtroom:  9D |
| | Judge:  The Honorable John W. Holcomb |
| **STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,** | Trial Date:  December 2, 2024 |
| | Action Filed: 7/30/2021 |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 49, Defendants State of California and Andrew Ornelas hereby propose the following curative instruction regarding the graphical ballistics diagram.

1

| | | |
|---|---|---|
| 1 | Dated: December 8, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | DONNA M. DEAN<br>Supervising Deputy Attorney General |
| 4 | | DAVID KLEHM<br>Deputy Attorney General |
| 5 | | |
| 6 | | *s/ Tammy Kim* |
| 7 | | TAMMY KIM<br>Deputy Attorney General |
| 8 | | *Attorneys for Defendants State of California and Andrew Ornelas* |

1 | At the end of the day on Friday, some of you may have seen a diagram on a
2 | piece of paper being held by plaintiffs' counsel.  The diagram has not been received
3 | into evidence and should be disregarded, and you should not consider it for any
4 | purpose.

## CERTIFICATE OF SERVICE

| Case Name: | **Candido Sesma, et al. v. State of California, et al.** | No. | **5:21-cv-01694-JWH-DTB** |

I hereby certify that on <u>December 8, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' PROPOSED CURATIVE INSTRUCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 8, 2024</u>, at Los Angeles, California.

| Tammy Kim | /s/ Tammy Kim |
|---|---|
| Declarant | Signature |