# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 5:21-cv-01694-JWH-DTB |
| Title: | Candido Sesma et al v. State of California et al |
| Date | December 11, 2024 |

Present: The Honorable **John W. Holcomb**

| Clarissa Lara | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K Galipo; Cooper Alison-Mayne | David Klehm; Tammy Kim |

_____ Day Court Trial    7 Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  _____ Held & Continued;  **X** Completed by jury verdict/submitted to court.

- _____ The Jury is impaneled and sworn.
- _____ Opening statements made by _____
- _____ Witnesses called, sworn and testified.  _____ Exhibits Identified  _____ Exhibits admitted.
- _____ Plaintiff(s) rest.  _____ Defendant(s) rest.
- _____ Closing arguments made by  _____ plaintiff(s)  _____ defendant(s).  _____ Court instructs jury.
- ✓ Bailiff(s) sworn.  _____ Jury retires to deliberate.  ✓ Jury resumes deliberations.
- ✓ Jury Verdict in favor of  _____ plaintiff(s)  ✓ defendant(s) is read and filed.
- ✓ Jury polled.  _____ Polling waived.
- ✓ Filed Witness & Exhibit Lists  ✓ Filed jury notes.  ✓ Filed jury instructions.
- _____ Judgment by Court for  _____ plaintiff(s)  _____ defendant(s).
- _____ Findings, Conclusions of Law & Judgment to be prepared by  _____ plaintiff(s)  _____ defendant(s).
- _____ Case submitted.  Briefs to be filed by _____
- _____ Motion to dismiss by _____ is _____ granted.  _____ denied.  _____ submitted.
- _____ Motion for mistrial by _____ is _____ granted.  _____ denied.  _____ submitted.
- _____ Motion for Judgment/Directed Verdict by _____ is _____ granted.  _____ denied.  _____ submitted.
- _____ Settlement reached and placed on the record.
- _____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- _____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- _____ Trial subpoenaed documents returned to subpoenaing party.
- _____ Case continued to _____ for further trial/further jury deliberation.
- _____ Other:

|  | 1 : 33 |
|---|---|
| Initials of Deputy Clerk | cla |

cc: