# LIST OF EXHIBITS AND WITNESSES

| Case Number | 5:21-cv-01694-JWH-DTB | Title | Candido Sesma et al v. State of California et al |
|---|---|---|---|
| Judge | John W. Holcomb | | |
| Dates of Trial or Hearing | 12/2/24; 12/3/24; 12/4/24; 12/5/24; 12/9/24; 12/10/24; 12/11/24 | | |
| Court Reporters or Tape No. | Miriam Baird | | |
| Deputy Clerks | Clarissa Lara | | |

FILED
CLERK, U.S. DISTRICT COURT
12/11/24
CENTRAL DISTRICT OF CALIFORNIA
BY: cla DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dale K Galipo | David Klehm |
| Cooper Alison-Mayne | Tammy Kim |
| | Donna M Dean |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,

Plaintiffs,

vs.

STATE OF CALIFORNIA, ANDREW ORNELAS,

Defendants.

Case No. 5:21-cv-1694- JWH (KKx)

**THIRD AMENDED JOINT EXHIBIT LIST**

Judge: Hon. John W. Holcomb
Trial: December 2, 2024, 9:00 a.m.
Court: Ronald Reagan Federal Building,
411 W. 4th Street, Santa Ana, CA
Courtroom: 9D

The Parties anticipate they may offer the following exhibits into evidence at trial of the above matter:

**JOINT EXHIBIT LIST**

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Video Clip: MVARS Ornelas | 12/3/24 | 12/3/24 |
| 2. | Video Clip: MVARS Officer Steen | 12/3/24 | 12/3/24 |
| 3. | Video Clip: MVARS Officer Cichella | 12/3/24 | 12/3/24 |
| 4. | Holdaway Video Exhibits | 12/4/24 | 12/4/24 |
| 5. | American Medical Response Records | 12/9/24 | 12/9/24 |
| 6. | Ontario Fire Department Records | 12/4/24 | 12/4/24 |
| 7. | X-Ray Photos | | |
| 8. | Autopsy Report | | |
| 9. | Autopsy Photos | 12/5/24 | 12/5/24 |
| 10. | Post-incident photos of Sesma | 12/5/24 | 12/5/24 |
| 11. | Photos of Sesma's Pants | 12/3/24 | 12/3/24 |
| 12. | Photos of Sesma's Shirt | 12/3/24 | 12/3/24 |
| 13. | Google Map of Scene | | |
| 14. | Photos of Scene | | |
| 14-1 | | 12/3/24 | 12/3/24 |
| 14-2 | | 12/3/24 | 12/3/24 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 14-2-1 | | 12/9/24 | 12/9/24 |
| 14-3 | | 12/3/24 | 12/3/24 |
| 14-5 | | 12/4/24 | 12/4/24 |
| 14-11 | | 12/3/24 | 12/3/24 |
| 15. | Post-incident Photos of Ornelas | 12/3/24 | 12/3/24 |
| 16. | Photos of Ornelas' Handgun | 12/3/24 | 12/3/24 |
| 17. | Photos Marked by Officers | | |
| 17-1 | | 12/4/24 | 12/4/24 |
| 18. | Family Photos | 12/5/24 | 12/5/24 |
| 19. | Funeral and Burial Costs | 12/5/24 | 12/5/24 |
| | **DEFENDANTS** | | |
| 20. | Audio recording: Dispatch Audio, CHP-000512 | 12/3/24 | 12/3/24 |
| 21. | Incident Detail Report (44 pages), Incident No. 200806IN00784 | | |
| 22. | Audio recording: Ontario P.D. Dispatch Audio, CHP-000514 | | |
| 23. | Audio record: Ontario Fire Dept. Dispatch Audio, CHP-000513 | | |
| 24. | *Disputed Title<br><br>*Defendants' version*: "Metal | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Pipe 10.75 inches”;<br>*Plaintiffs’ version*: “Metal Pipe” | | |
| 25. | CIIT Report, CHP-000050 – CHP-000174, CHP-000177 – CHP-000179, CHP-000181 – CHP-000185, CHP-000253 – CHP-000497 | | |
| 26. | Audio: Interview of Officer Cichella, CHP-000508 | | |
| 27. | Audio: Interview of Officer Nichols, CHP-000509 | | |
| 28. | Audio: Interview of Officer Ornelas, CHP-000510 | | |
| 29. | Audio: Interview of Officer Steen, CHP-000511 | | |
| 30. | Ontario Police Department OIS DR #200800297, CHP-000790 – CHP-000842, CHP-000859 - CHP-000860, and CHP-000867 – CHP-001178 | | |
| 31. | Photos – Ontario Police, CHP-000789 | | |
| 31-1 | | 12/3/24 | 12/3/24 |
| 31-3 | | 12/4/24 | 12/4/24 |
| 31-5 | | 12/3/24 | 12/3/24 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 31-7 | | 12/3/24 | 12/3/24 |
| 31-9 | | 12/3/24 | 12/3/24 |
| 31-11 | | 12/9/24 | 12/9/24 |
| 31-11-1 | | 12/9/24 | 12/9/24 |
| 31-15 | | 12/9/24 | 12/9/24 |
| 31-21 | | 12/3/24 | 12/3/24 |
| 31-24 | | 12/3/24 | 12/3/24 |
| 31-25 | | 12/5/24 | 12/5/24 |
| 31-26 | | 12/3/24 | 12/3/24 |
| 31-29 | | 12/4/24 | 12/4/24 |
| 31-32 | | 12/9/24 | 12/9/24 |
| 31-37 | | 12/3/24 | 12/3/24 |
| 31-41 | | 12/4/24 | 12/4/24 |
| 31-44 | | 12/4/24 | 12/4/24 |
| 31-45 | | 12/10/24 | 12/10/24 |
| 31-46 | | 12/10/24 | 12/10/24 |
| 31-47 | | 12/10/24 | 12/10/24 |
| 32. | Decedent's Black Composition Notebook, CHP-002203-CHP-002290 [Bates numbers referenced for identification; physical notebook has been subpoenaed for trial] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 33. | Photos: Officer Steen's Exhibit 2 | | |
| 34. | Ontario Police Department Laser Scans, including PDFs and thumb drive | | |
| 35. | Decedent's Subpoenaed Employment Records from Bilingual Dictionaries, Inc. | | |
| 35-31 | | 12/5/24 | 12/5/24 |
| 35-35 | | 12/5/24 | 12/5/24 |
| 36. | Decedent's Subpoenaed Medical Records from Temecula Valley Hospital | | |
| 37. | Ontario Police Department Body Cam Video – CHP-002316 | | |
| 38. | Canyon Ridge Hospital Records, CHP-000515 - CHP-000638 | | |
| 39. | Decedent's Subpoenaed Medical Records from Kaiser Permanente | | |
| 40. | [Reserved] | | |
| 41. | Certified copies of criminal records in People v. Charles Sesma, Riverside County Superior Court Case No. | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | SWM1705146 | | |
| 42. | Rule 26 Report of Defendant's Retained Expert Clarence Chapman | | |
| 43. | Rule 26 Report of Defendant's Retained Expert Rocky Edwards | | |
| 44. | Rule 26 Report of Defendant's Retained Expert Parris Ward | | |
| 45. | Audio timing spreadsheet.pdf | **12/9/24** | **12/9/24** |
| 46. | MVARS audio pattern annotated.pdf | | |
| 47. | Sesma Image Sequence.pdf | **12/9/24** | **12/9/24** |
| 48. | Sesma Shooting Clip+Frame Numbers.mp4 | **12/9/24** | **12/9/24** |
| 49. | Expert Parris Ward's Supplemental Report | | |
| 50. | Expert Parris Ward's Supplemental Report II | | |
| 51. | Parris Ward Overlay Diagrams | | |
| 52. | Parris Ward October 2024 Color Laser Scans | | |
| 53. | Plaintiff Candido Sesma's Responses to Defendant State of California Interrogatories | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | (Set One) | | |
| 54. | Plaintiff Candido Sesma's Responses to Defendant State of California Requests For Production of Documents (Set One) | | |
| 55. | Plaintiff Candido Sesma's Supplemental Responses to Defendant State of California's Requests For Production of Documents (Set One) | | |
| 56. | Plaintiff Candido Sesma's Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 57. | Plaintiff Candido Sesma's Supplemental Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 58. | Plaintiff Cecilia Sesma's Responses to Defendant State of California Interrogatories (Set One) | | |
| 59. | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California's Requests For Production of | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Documents (Set One) | | |
| 60. | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California's Requests For Production of Documents (Set One) | | |
| 61. | Plaintiff Cecilia Sesma's Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 62. | Plaintiff Cecilia Sesma's Supplemental Responses to Defendant State of California Requests For Production of Documents (Set Two) | | |
| 63. | Longer Video Clip: MVARS Ornelas | | |
| 64. | Longer Video Clip: MVARS Officer Cichella | | |
| 65. | Longer Video Clip: MVARS Officer Steen | | |
| 66. | | **12/9/24** | **12/9/24** |

Respectfully submitted,

DATED: December 11, 2024, **LAW OFFICES OF DALE K. GALIPO**

*/s/ Cooper Alison-Mayne*

Dale K. Galipo
Cooper Alison-Mayne
*Attorney for Plaintiffs*

DATED: December 11, 2024

Office of Attorney General of California

By */s/ Tammy Kim*[1]
ROB BONTA
Attorney General of California
DONNA DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
TAMMY KIM
Deputy Attorney General
*Attorneys for Defendants State of California and Andrew Ornelas*

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
Tammy Kim
Deputy Attorney General
State Bar No. 262510
600 W Broadway, Ste 1800
San Diego, CA 92101-3375
Ph: (619) 738-9733
Fax: (916) 731-2120
E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | 5:21-cv-1694-JWH (KKx)<br><br>**DEFENDANTS' SECOND AMENDED WITNESS LIST**<br><br>Trial Date: December 2, 2024<br>Time: 9:00 a.m.<br>Courtroom: 9D<br><br>Judge: The Honorable John W. Holcomb<br><br>Action Filed: July 30, 2021 |

Defendants State of California and Andrew Ornelas submit the following witness list, pursuant to L.R. 16-5. Defendants reserve the right to supplement or modify this list to the extent permitted by the Court.

//

//

//

| Case No.: 5:21-cv-1694-JWH (KKx) | Case Name: *Sesma, et al. v. State of California, et al.* |
|---|---|
| **Witness Name** | **Date Called to Testify** |
| Andrew Ornelas | |
| Jason Nichols | |
| Jason Steen | |
| Anthony Cichella | 12/9/24 |
| William Kwon | |
| Darren Williams | |
| Stacy Burris | |
| Richard Ballard | |
| Heather Rushton | |
| Alex Sesma | |
| Susan Sesma | |
| Ashleigh Guardado | |
| Clarence Chapman | 12/5/24; 12/10/24 |
| Rocky Edwards | 12/9/24 |
| Parris Ward | 12/9/24 |

| Case No.: 5:21-cv-1694-JWH (KKx) | Case Name: *Sesma, et al. v. State of California, et al.* |
|---|---|
| **Witness Name** | **Date Called to Testify** |
| Custodian of Records – Ontario Police Department | |
| Sarah P. Martinez | |
| Darryl Lauritzen | |
| Giana Salvador | |
| Jonathan Higgins | |
| Patrick Woolweaver | |
| Roger Sturgis | |
| Valerie Taylor | |
| William Mlodzinski | |

Dated: November 19, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ Tammy Kim*
DAVID KLEHM
TAMMY KIM
Deputy Attorney General
*Attorneys for Defendants State of California and Andrew Ornelas*

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA and ANDREW ORNELAS,<br><br>Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**PLAINTIFFS' AMENDED WITNESS LIST**<br><br>Judge: Hon. John W. Holcomb<br>Trial: December 2, 2024, 9:00 a.m.<br>Court: Ronald Reagan Federal Building, 411 W. 4th Street, Santa Ana, CA<br>Courtroom: 9D |

## PLAINTIFFS' AMENDED WITNESS LIST

| Witness | Date Called |
|---|---|
| Andrew Ornelas | 12/3/24; 12/4/24 |
| Jason Steen | 12/4/24 |
| Jason Nichols | 12/3/24 |
| Candido Sesma | |
| Cecilia Sesma | 12/5/24 |
| Alex Sesma | 12/5/24 |
| Scott Holdaway | |
| Roger Clark | 12/4/24 |
| Julie Huss-Bawab | 12/5/24 |
| Anthony Cichella | |
| Bowen, Christopher* | 12/4/24 |
| White, Nicholas* | |

| | |
|---|---|
| Bumanlag, Kyle* | 12/9/24 |
| Ashleigh Guardado* | |
| Brittany Sesma* | |
| Susan Sesma* | 12/5/24 |

*Indicates that witness may be called if needed.

Plaintiffs reserve their right to amend this witness list as permitted by this Court.

Respectfully submitted,

DATED: December 11, 2024, **LAW OFFICES OF DALE K. GALIPO**

*/s/ Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorney for Plaintiffs*