NAME & ADDRESS:

**FILED**
CLERK, U.S. DISTRICT COURT

12/11/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___cla___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Candido Sesma et al

PLAINTIFF(S)

v.

State of California et al

DEFENDANT(S)

CASE NUMBER: 5:21-cv-01694-JWH-DTB

**RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING**

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the __joint__ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

12/10/2024
Date

Cooper Alison-Mayor
Counsel for: ☒Plaintiff ☐Defendant

Signature                           Telephone Number

12/10/2024
Date

Tammy Kim
Counsel for: ☐Plaintiff ☒Defendant

Signature                           Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

12/10/24
Date

Clerk, U.S. District Court

By _____
Deputy Clerk

G-38 (08/16)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING