F I L E D
CLERK, U.S. DISTRICT COURT

12/11/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ cla _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

## JURY NOTE • NUMBER ___1___

Case No. 5:21-cv-01694-JWH(DTBx)

Title:  Candido Sesma et al v. State of California et al
===============================================================================

☐  The Jury has reached a unanimous verdict.

☒  Other:  We will finish tonight at 5pm

_____ • Where does shred paper go for ballots etc?_____

Dated this ___10___ day of ___Dec___, 2024.

Time:  4 : 45  am/pm

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Foreperson of the Jury

Court's Response: