```
                                              FILED
                                        CLERK, U.S. DISTRICT COURT

                                              12/11/24

         UNITED STATES DISTRICT COURT    CENTRAL DISTRICT OF CALIFORNIA
         CENTRAL DISTRICT OF CALIFORNIA  BY:_____cla_____DEPUTY
```

JURY NOTE

# JURY NOTE • NUMBER 2

Case No. 5:21-cv-01694-JWH(DTBx)

Title: Candido Sesma et al v. State of California et al
================================================================

☐ The Jury has reached a unanimous verdict.

☒ Other:
- Some of us are concerned that our full names were used during jury selection.
- With a simple Google search our private info can be found.
- What instructions have both sides received, if any, about contacting juror after the trial.

Dated this 11 day of Dec, 2024.

Time: 9:00 am/~~pm~~

Foreperson of the Jury

Court's Response: