UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

FILED
CLERK, U.S. DISTRICT COURT
12/11/24
CENTRAL DISTRICT OF CALIFORNIA
BY: cla    DEPUTY

## JURY NOTE • NUMBER 3

Case No. 5:21-cv-01694-JWH(DTBx)

Title: Candido Sesma et al v. State of California et al

==================================================================

☐ The Jury has reached a unanimous verdict.

☒ Other:
- From Ornelas Testimony:
Day 1 - description of Sesma's stance after coming to the ground before second set of shots

Day 2 - During Cross: "Sesma did not get his feet under him" with regard to getting up after the 1st set of shots

Dated this 11 day of Dec, 2024.

Time: 10:24 am/(pm)

Foreperson of the Jury

Court's Response: