**FILED**
CLERK, U.S. DISTRICT COURT

12/11/24

CENTRAL DISTRICT OF CALIFORNIA
BY: cla DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

JURY NOTE • NUMBER __4__

Case No. 5:21-cv-01694-JWH(DTBx)

Title: Candido Sesma et al v. State of California et al

==========================================================================

☐ The Jury has reached a unanimous verdict.

☒ Other: Court Instruction #18
- defending human life - stated 5x
- defending bodily injury or harme - stated 4x
- Question: which one is the standard?

Dated this __11__ day of __Dec__, 2024.

Time: 2:03 am/**pm**

Foreperson of the Jury

Court's Response: