UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

FILED
CLERK, U.S. DISTRICT COURT
12/11/24
CENTRAL DISTRICT OF CALIFORNIA
BY: cla DEPUTY

# JURY NOTE • NUMBER  5

Case No. 5:21-cv-01694-JWH(DTBx)

Title: Candido Sesma et al v. State of California et al

==============================================================

[X] The Jury has reached a unanimous verdict.

[ ] Other:

_____
_____
_____
_____
_____
_____

Dated this  11  day of  December , 2024.

Time:  3 : 10  am/(pm)

Foreperson of the Jury

Court's Response: