FILED
CLERK, U.S. DISTRICT COURT

12/11/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___cla___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS, and DOES 2-20, inclusive,<br><br>Defendants. | Case No. 5:21-cv-01694-JWH-DTBx<br><br>**VERDICT FORM** |

In the matter of Candido Sesma and Cecilia Sesma, individually and as successors in interest to Charles Sesma, deceased, ("Plaintiffs") v. State of California and Officer Andrew Ornelas, we, the jury, find as follows:

**A.  Fourth Amendment Excessive Force Claim**

1. Did Officer Andrew Ornelas use excessive or unreasonable force against Charles Sesma?

    Yes _____    No __X__

*If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, please proceed to Question 3.*

2. Was Officer Andrew Ornelas's use of excessive or unreasonable force a cause of injury, harm, damage, or death to Charles Sesma?

    Yes _____    No _____

*Please proceed to Question 3.*

**B.  Battery Claim**

3. Did Officer Andrew Ornelas commit a battery upon Charles Sesma by using excessive or unreasonable force against him?

Yes _____    No ___X___

*If you answered "Yes" to Question 3, please proceed to Question 4. If you answered "No" to Question 3, please proceed to Question 5.*

4. Was Officer Andrew Ornelas's battery a cause of Charles Sesma's death?

Yes _____    No _____

*Please proceed to Question 5.*

C. **Negligence Claim**

5. Was Officer Andrew Ornelas negligent toward Charles Sesma?

    Yes _____ No \_\_\_X\_\_\_\_

*If you answered "Yes" to Question 5, please proceed to Question 6. If you answered "No" to Question 5, please proceed to the Damages Section D below.*

6. Was Officer Andrew Ornelas's negligence a cause of Charles Sesma's death?

    Yes _____ No _____

*Please proceed to Question 7.*

7. Was Charles Sesma negligent?

    Yes \_\_\_X\_\_\_\_ No _____

*If you answered "Yes" to Question 7, please proceed to Question 8. If you answered "No" to Question 7, please proceed to the Damages Section D below.*

8. Was Charles Sesma's negligence a cause of his death?

    Yes \_\_\_X\_\_\_\_ No _____

*If you answered "Yes" to Question 8, please proceed to Question 9. If you answered "No" to Question 8, please proceed to the Damages Section D below.*

9. What percentage of negligence that was a cause of Charles Sesma's death do you assign to Officer Andrew Ornelas, and what percentage of negligence that was a cause of Charles Sesma's death do you assign to Charles Sesma?

        Andrew Ornelas    _____

        Charles Sesma    _____

(Your total should equal 100%.)

*Please proceed to the Damages Section D below.*

**D.  Damages**

If you answered "Yes" to Question 2, please answer Question 10. If you answered "Yes" to either Question 4 or Question 6, please answer Question 11. If you did not answer "Yes" to any of Questions 2, 4, or 6, please sign this verdict form and return it to the Court.

10.  What are Charles Sesma's damages for his pre-death pain and suffering and loss of life?

    Pre-death pain and suffering   $ _____

    Loss of Life   $ _____

If you answered "Yes" to either Question 4, Question 6, or both, please answer Question 11. If you did not answer "Yes" to either Question 4 or 6, please sign this verdict form and return it to the Court.

11. What are Plaintiffs' wrongful death damages for the loss of Charles Sesma caused by the battery that Officer Andrew Ornelas committed and/or caused by Officer Andrew Ornelas's negligence?

Cecilia Sesma's past wrongful death damages    $_____

Cecilia Sesma's future wrongful death damages  $_____

Candido Sesma past wrongful death damages     $_____

Candido Sesma future wrongful death damages   $_____

*Please sign and date this verdict form and return it to the Court.*

Dated: 12-11-24         ███████████████████
                        Jury Foreperson