JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS, and DOES 2-20, inclusive,<br><br>Defendants. | Case No. 5:21-cv-1694-JWH-DTBx<br><br>**JUDGMENT** |

Pursuant to the Verdict rendered in the above-captioned action on December 11, 2024 [ECF No. 147], and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(a), & 1367.

2. The parties in this case are:

    a. Plaintiffs Candido Sesma and Cecilia Sesma, individually and as successors in interest to Charles Sesma (jointly, "Plaintiffs");

    b. Defendant State of California; and

    c. Defendant Andrew Ornelas.

3. Fictitiously named Defendants Does 2-20 were **DISMISSED** on or about October 28, 2024.

4. The operative pleadings in this case are the First Amended Complaint [ECF No. 25] and Defendants' respective answers [ECF Nos. 29 & 31].

5. Defendants State of California and Andrew Ornelas shall have **JUDGMENT** in their **FAVOR** on all claims, and **AGAINST** Plaintiffs. Plaintiffs shall take nothing by way of their First Amended Complaint. This action is **DISMISSED.**

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 16, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE