Donna Dean
Supervising Deputy Attorney General
David Klehm
Deputy Attorney General
State Bar No. 135302
600 West Broadway, Suite 1800
San Diego, CA 92101

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Candido Sesama and Cecilia Sesama, Individually and as Successors in Interest to Charles Sesma, Deceased,<br><br>PLAINTIFF(S),<br><br>v.<br><br>State of California, Andrew Ornelas, and DOES 2-20, inclusive,<br><br>DEFENDANT(S) | **CASE NUMBER**<br><br>5:21-cv-01694-JWH-DTB<br><br>---<br><br>**APPLICATION TO THE CLERK TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov.  See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| Name(s) of party or parties claiming costs: | Defendant, State of California | | |
|---|---|---|---|
| Judgment entered on: | December 16, 2024 | Docket #: | 5:21-cv-01694-JWH-DTB |
| Names of party(ies) against whom judgment was entered: | Plaintiffs Candio Sesma and Cecilia Sesma, individually and as successors in interest to Charles Sesma | | |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: December 30, 2024

Signature: _____ /s/ David Klehm _____

Name: David Klehm

☒ Attorney of Record for: Defendants, State of California and Andrew Ornelas

### COURT USE ONLY

☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.*
☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1).
                   ☐ Insufficient supporting documentation provided (L.R. 54-2.1).
                   ☐ Filer is not prevailing party (L.R. 54-1).

Date: *Enter date here.*

**Brian D. Karth, District Court Executive/Clerk of Court**

By: _____
      Deputy Clerk

**Case Title:** <u>Sesma v. State of California, et al.</u>; **Case No:** 5:21-cv-01694-JWH-DTB

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| 1 | | *L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | | $402.00 | Fee Ntc of Removal from San Bernardino | | | | |
| 2 | | *L.R. 54-3.2 Fees for Service of Process* | | | | | |
| | | $2,191.80 | Advance Microsystems Fees for Services of Process | | | | |
| 3 | | *L.R. 54-3.3 United States Marshal's Fees* | | | | | |
| | | | | | | | |
| 4 | | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | | |
| | | $16,777.20 | Daily Trial Transcripts | | | | |
| 5 | | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* | | | | | |
| | | $9,494.17 | Deposition Invoices | | | | |
| 6 | | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | $10,600.84 | Witness Fees: Kyle Bumanlag; Dr. Bennett; D. Williams x2; D. Lauritzen x2; G. Naranjo x2 ; G. Salvador x2; J. Higgins x2; P. Wolweaver x2; R. Ballard x3; W. Kwon x2; J Nichols; J. Steen; A. Ornelas; S. Burris x2; R. Sturgis; A Valentin; V. Taylor; W. Mlodzinski; S. Burris - Metal Pipe; | | | | |
| 7 | | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | | |
| | | $305.10 | Cecilia Sesma Deposition Interpreter | | | | |
| 8 | | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | | | | | | |
| 9 | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | | |
| | | | | | | | |
| 10 | (a) | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | | |
| | | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | $363.33 | Copies for Court | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | | | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | | | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | | | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | $510.00 | Certified Copies of Court Records; Coroners Discovery | | | | |
| | (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | $3,454.50 | Trial Binders Reproduction for DAG TK and DAG DK; Exhibit Binders | | | | |
| 11 | | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | | |
| | | | | | | | |
| 12 | | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | | | | | | | |
| 13 | | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | | $435.00 | First Appearance Fee before removal | | | | |
| 14 | | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | | | | | | | |
| 15 | | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | | |
| | | | | | | | |
| TOTAL | | $44,533.94 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.

"B" – Order/Stip required but not provided.

"C" – Documents provided do not support full amount claimed.

"D" – Item does not fall within the scope of the Local Rule.

"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.

"F" – Amount claimed reduced by agreement after meet and confer.

"G" – Other.

**Case Title:** <u>Sesma v. State of California, et al.</u>; **Case No:** 5:21-cv-01694-JWH-DTB

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **NAME, CITY AND STATE** | Days | Total Cost | Days | Total Cost | Miles | Total Cost | **Total Cost Each Witness** |
| Kyle Bumanlag | 1 | $40.00 | | | 154 | $57.34 | $97.34 |
| Hilary Bennett, M.D. | 1 | $40.00 | | | 63.40 | $46.92 | $86.92 |
| Darren Williams | 1 | $40.00 | | | 83.20 | $61.56 | $101.56 |
| Darryl Lauritzen | 1 | $40.00 | | | 83.20 | $61.56 | $101.56 |
| Garry Naranjo | 1 | $40.00 | | | 83.20 | $61.56 | $101.56 |
| Giana Salvador | 1 | $40.00 | | | 83.20 | $61.56 | $101.56 |
| Jonathan Higgins | 1 | $40.00 | | | 83.20 | $61.56 | $101.56 |
| Patrcik Woolweaver | 1 | $40.00 | | | 83.20 | $61.56 | $101.56 |
| Richard Ballard | 1 | $40.00 | | | 83.20 | $61.56 | $101.56 |
| William Kwon | 1 | $40.00 | | | 236 | $161.66 | $201.66 |
| | | | | | | **TOTAL** | $3,282.77 |

*(Table title: WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees))*

**TAB 1**

**L.R. 54-3.1 Clerk's Fees**

**ROB BONTA**
**Attorney General**

*State of California*
**DEPARTMENT OF JUSTICE**
1300 I STREET, SACRAMENTO, CA  95814
Billing Inquiries:  (916) 210-7048



# Cost of Suit Summary

As of  Dec 20, 2024

**MatterID:** LA2021603706        **Date Opened:** Sep 18, 2021        **Total Legal Costs:**
**Description:** Sesma, Candido, et al. v. State of California, et al.        **Cost of Suit:**
**Grand Total:**

| Entry No | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount | |
|---|---|---|---|---|---|---|---|
| | | | **Cost of Suit** | | | | |
| | | | | *Totals For:* **Non Contract Transcript Fees** | | | |
| | | | | | *Totals For:* **2022-2023** | | |
| **2021-2022** | | | | | | | |
| **Admission Fees** | | | | | | | |
| 300039919 | 11/17/21 | 000077818 | Us Bank Corp Payment Syste | 211324 | 044555639792 | $402.00 | * |
| | | | | | *Totals For:* **Admission Fees** | | |
| **Legal Messenger Services-Contracted** | | | | | | | |
| 300047297 | 4/5/22 | 000079550 | Ace Attorney Service Inc | 213059 | 58245-01 | | * |
| 300047298 | 4/5/22 | 000079550 | Ace Attorney Service Inc | 213059 | 58245-01 | | * |
| 300047299 | 4/5/22 | 000079550 | Ace Attorney Service Inc | 213059 | 58245-01 | | * |
| 300050850 | 4/19/22 | 000079550 | Ace Attorney Service Inc | 213259 | 435770 | | * |
| 300059406 | 4/19/22 | 000079550 | Ace Attorney Service Inc | 213259 | 435770 | | * |
| 300059793 | 5/2/22 | 000079550 | Ace Attorney Service Inc | 213382 | 58638-01 | | * |
| 300061385 | 5/17/22 | 000079550 | Ace Attorney Service Inc | 213652 | 443829 | | * |
| 300061388 | 5/17/22 | 000079550 | Ace Attorney Service Inc | 213652 | 443829 | | * |
| 300062568 | 6/6/22 | 000079550 | Ace Attorney | 213860 | 450272 | | * |

* Denotes soft costs which are not included in totals.

**TAB 2**

**L.R. 54-3.2 Fees for Service of Process**

# INVOICE

**ADVANCED**
**MICROSYSTEMS**
LITIGATION SUPPORT SERVICES

**State of California**
**Small business**
**Registration #** 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**
CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**
CHARLES GABRIEL    SESMA

**INVOICE** 439995

**ORDER DATE:** 11/16/2021

**INVOICE DATE:** 12/23/2021

**CLIENT FILE NUMBER 14351180LA2021603706**

**CUSTODIAN OF RECORDS**

LOS ANGELES COUNTY CORONER OFFICE

1104 N MISSION RD

LOS ANGELES, CA 90033

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| Round Trip (Downtown Los Angeles) | 1 | 90.00 | 90.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| Witness Fee (Per Code) | 1 | 15.00 | 15.00 |
| Photocopying | | | |
| Heavy Preparation | 54 | 0.15 | 8.10 |

NONTAXABLE SUBTOTAL 168.10
TAXABLE SUBTOTAL
INVOICE SUBTOTAL 168.10
SALES TAX 0.00
TOTAL DUE **168.10** .

**PLEASE ENCLOSE ONE COPY OF THE**
**INVOICE TO ENSURE PROPER CREDIT**
**Federal Tax ID: 14-1872597**

**━ *DUE UPON RECEIPT* ━**
**\*\*\* Late charges willl apply after 30 days \*\*\***

# INVOICE

**Advanced Microsystems**
LITIGATION SUPPORT SERVICES

State of California
**Small business**
**Registration #** 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**

CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL    SESMA

**INVOICE**  440002

**ORDER DATE:**  11/16/2021

**INVOICE DATE:**  1/18/2022

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

LOS ANGELES COUNTY CORONER OFFICE

1104 N MISSION RD

LOS ANGELES, CA 90033

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| Round Trip(Los Angeles) * No Charge * | 1 | | 0.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| Witness Fee (Per Code) | 1 | 15.00 | 15.00 |
| Fee Check Advance Charge | 1 | | 1.50 |
| | | NONTAXABLE SUBTOTAL | 71.50 |
| | | TAXABLE SUBTOTAL | |
| **PLEASE ENCLOSE ONE COPY OF THE** | | INVOICE SUBTOTAL | 71.50 |
| **INVOICE TO ENSURE PROPER CREDIT** | | SALES TAX | 0.00 |
| **Federal Tax ID: 14-1872597** | | TOTAL DUE | **71.50** . |

**━ DUE UPON RECEIPT ━**

*** Late charges willl apply after 30 days ***

**INVICE**

## Advanced
## Microsystems
LITIGATION SUPPORT SERVICES

State of California
Small business
Registration #    2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**

CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL    SESMA

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

**INVOICE**    440003

**ORDER DATE:**    11/16/2021

**INVOICE DATE:**    1/18/2022

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

CANYON RIDGE HOSPITAL - MEDICAL RECORDS
DEPARTMENT

5353 G ST

CHINO, CA 91710

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| One Way Trip (San Bernardino) | 1 | 54.00 | 54.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| | | NONTAXABLE SUBTOTAL | 109.00 |
| | | TAXABLE SUBTOTAL | |
| | | INVOICE SUBTOTAL | 109.00 |
| | | SALES TAX | 0.00 |
| | | TOTAL DUE | **109.00** . |

**PLEASE ENCLOSE ONE COPY OF THE
INVOICE TO ENSURE PROPER CREDIT**
**Federal Tax ID: 14-1872597**

━━ *DUE UPON RECEIPT* ━━
*** Late charges willl apply after 30 days ***

# INVOICE



## Advanced Microsystems
### LITIGATION SUPPORT SERVICES

State of California
Small business
Registration # 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**

CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL    SESMA

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

**INVOICE** 440005

**ORDER DATE:** 11/16/2021

**INVOICE DATE:** 1/18/2022

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

CANYON RIDGE HOSPITAL - PATIENT ACCOUNTS

5353 G ST

CHINO, CA 91710

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| One Way Trip (San Bernardino) * No Charge * | 1 | | 0.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| | | NONTAXABLE SUBTOTAL | 55.00 |
| | | TAXABLE SUBTOTAL | |
| | | INVOICE SUBTOTAL | 55.00 |
| | | SALES TAX | 0.00 |
| | | TOTAL DUE | **55.00** . |

**PLEASE ENCLOSE ONE COPY OF THE
INVOICE TO ENSURE PROPER CREDIT**

**Federal Tax ID: 14-1872597**

—*DUE UPON RECEIPT* —

*** Late charges willl apply after 30 days ***

# INVOICE

**ADVANCED MICROSYSTEMS**
LITIGATION SUPPORT SERVICES

**State of California**
**Small business**
**Registration #** 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**
CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**
CHARLES GABRIEL    SESMA

|  |  |
|---|---|
| **INVOICE** | 440006 |
| **ORDER DATE:** | 11/16/2021 |
| **INVOICE DATE:** | 1/18/2022 |

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

CANYON RIDGE HOSPITAL - RADIOLOGY DEPARTMENT

5353 G ST

CHINO, CA 91710

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) |  |  |  |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| One Way Trip (San Bernardino) * No Charge * | 1 |  | 0.00 |
| Service of Process | 1 | 38.00 | 38.00 |
|  |  | NONTAXABLE SUBTOTAL | 55.00 |
|  |  | TAXABLE SUBTOTAL |  |
|  |  | INVOICE SUBTOTAL | 55.00 |
|  |  | SALES TAX | 0.00 |
|  |  | TOTAL DUE | **55.00** . |

**PLEASE ENCLOSE ONE COPY OF THE
INVOICE TO ENSURE PROPER CREDIT**

**Federal Tax ID: 14-1872597**

**━DUE UPON RECEIPT━**

**\*\*\* Late charges willl apply after 30 days \*\*\***

# INVOCE

**ADVANCED**
**MICROSYSTEMS**
LITIGATION SUPPORT SERVICES

State of California
Small business
Registration # 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**

CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL    SESMA

**INVOICE**  440007

**ORDER DATE:**  11/16/2021

**INVOICE DATE:**  1/18/2022

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

TEMECULA VALLEY HOSPITAL - MEDICAL RECORDS
DEPARTMENT

25485 MEDICAL CENTER DR STE 208

MURRIETA, CA 92562

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| Round Trip (Riverside) | 1 | 104.00 | 104.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| Witness Fee (Per Code) | 1 | 15.00 | 15.00 |
| Fee Check Advance Charge | 1 | | 1.50 |

|  |  |
|---|---|
| NONTAXABLE SUBTOTAL | 175.50 |
| TAXABLE SUBTOTAL | |
| INVOICE SUBTOTAL | 175.50 |
| SALES TAX | 0.00 |
| TOTAL DUE | **175.50** |

**PLEASE ENCLOSE ONE COPY OF THE
INVOICE TO ENSURE PROPER CREDIT**
**Federal Tax ID: 14-1872597**

━━ *DUE UPON RECEIPT* ━━

*** Late charges willl apply after 30 days ***

# INVOCE

**ADVANCED**
**MICROSYSTEMS**
LITIGATION SUPPORT SERVICES

State of California
Small business
Registration # 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**
CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**
CHARLES GABRIEL    SESMA

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

**INVOICE**   440008

**ORDER DATE:**   11/16/2021

**INVOICE DATE:**   1/18/2022

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

TEMECULA VALLEY HOSPITAL - PATIENT ACCOUNTS

25485 MEDICAL CENTER DR STE 208

MURRIETA, CA 92562

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| Round Trip (Riverside)*No Charge* | 1 | 0.00 | 0.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| Witness Fee (Per Code) | 1 | 15.00 | 15.00 |
| Fee Check Advance Charge | 1 | | 1.50 |

|  |  |
|---|---|
| NONTAXABLE SUBTOTAL | 71.50 |
| TAXABLE SUBTOTAL | |
| INVOICE SUBTOTAL | 71.50 |
| SALES TAX | 0.00 |
| TOTAL DUE | **71.50** . |

**PLEASE ENCLOSE ONE COPY OF THE
INVOICE TO ENSURE PROPER CREDIT**
**Federal Tax ID: 14-1872597**

━*DUE UPON RECEIPT* ━

*** Late charges willl apply after 30 days ***

**INVOICE**

**ADVANCED MICROSYSTEMS**
LITIGATION SUPPORT SERVICES

State of California
Small business
Registration # 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**
CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**
CHARLES GABRIEL   SESMA

| | |
|---|---|
| **INVOICE** | 440009 |
| **ORDER DATE:** | 11/16/2021 |
| **INVOICE DATE:** | 1/18/2022 |

**CLIENT FILE NUMBER 14351180LA2021603706**

**CUSTODIAN OF RECORDS**

TEMECULA VALLEY HOSPITAL - RADIOLOGY DEPARTMENT

25485 MEDICAL CENTER DR STE 208

MURRIETA, CA 92562

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| Round Trip (Riverside) * No Charge * | 1 | 0.00 | 0.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Witness Fee (Per Code) | 1 | 15.00 | 15.00 |
| Fee Check Advance Charge | 1 | | 1.50 |

| | |
|---|---|
| NONTAXABLE SUBTOTAL | 71.50 |
| TAXABLE SUBTOTAL | |
| INVOICE SUBTOTAL | 71.50 |
| SALES TAX | 0.00 |
| TOTAL DUE | **71.50** . |

**PLEASE ENCLOSE ONE COPY OF THE INVOICE TO ENSURE PROPER CREDIT**

**Federal Tax ID: 14-1872597**

**━ *DUE UPON RECEIPT* ━**

**\*\*\* Late charges willl apply after 30 days \*\*\***

# INVOICE

**ADVANCED Microsystems**
LITIGATION SUPPORT SERVICES

State of California
**Small business**
**Registration #** 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**

CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL    SESMA

**INVOICE**  440010

**ORDER DATE:**  11/16/2021

**INVOICE DATE:**  12/23/2021

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

KAISER PERMANENTE -RIVERSIDE MEDICAL FACILITY -
MEDICAL RECORDS DEPARTMENT

10800 MAGNOLIA AVE

RIVERSIDE, CA 92505

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| Round Trip (Riverside) | 1 | 104.00 | 104.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| Witness Fee (Per Code) | 1 | 15.00 | 15.00 |
| Photocopying | | | |
| Heavy Preparation | 27 | 0.15 | 4.05 |
| | | NONTAXABLE SUBTOTAL | 178.05 |
| | | TAXABLE SUBTOTAL | |
| | | INVOICE SUBTOTAL | 178.05 |
| | | SALES TAX | 0.00 |
| | | TOTAL DUE | **178.05** . |

**PLEASE ENCLOSE ONE COPY OF THE
INVOICE TO ENSURE PROPER CREDIT**

**Federal Tax ID: 14-1872597**

**━DUE UPON RECEIPT ━**

**\*\*\* Late charges willl apply after 30 days \*\*\***

# INVOICE

**Advanced Microsystems**
LITIGATION SUPPORT SERVICES

State of California
Small business
Registration # 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**

CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL   SESMA

| | |
|---|---|
| **INVOICE** | 440011 |
| **ORDER DATE:** | 11/16/2021 |
| **INVOICE DATE:** | 12/27/2021 |

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

KAISER PERMANENTE -RIVERSIDE MEDICAL FACILITY - PATIENT ACCOUNTS

10800 MAGNOLIA AVE

RIVERSIDE, CA 92505

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| Round Trip (Riverside) * No Charge * | 1 | 0.00 | 0.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| Witness Fee (Per Code) | 1 | 15.00 | 15.00 |
| | | NONTAXABLE SUBTOTAL | 70.00 |
| | | TAXABLE SUBTOTAL | |
| | | INVOICE SUBTOTAL | 70.00 |
| | | SALES TAX | 0.00 |
| | | TOTAL DUE | **70.00** . |

**PLEASE ENCLOSE ONE COPY OF THE INVOICE TO ENSURE PROPER CREDIT**

**Federal Tax ID: 14-1872597**

**━ DUE UPON RECEIPT ━**

**\*\*\* Late charges willl apply after 30 days \*\*\***

# INVOICE

**ADVANCED MICROSYSTEMS**
LITIGATION SUPPORT SERVICES

State of California
Small business
Registration # 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**
CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**
CHARLES GABRIEL    SESMA

**INVOICE** 440012

**ORDER DATE:** 11/16/2021

**INVOICE DATE:** 12/23/2021

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**
KAISER PERMANENTE -RIVERSIDE MEDICAL FACILITY -
RADIOLOGY DEPARTMENT
10800 MAGNOLIA AVE
RIVERSIDE, CA 92505

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| Round Trip (Riverside) * No Charge * | 1 | 0.00 | 0.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| Witness Fee (Per Code) | 1 | 15.00 | 15.00 |
| Fee Check Advance Charge | 1 | | 1.50 |
| Heavy Preparation | 13 | 0.15 | 1.95 |

| | |
|---|---|
| NONTAXABLE SUBTOTAL | 73.45 |
| TAXABLE SUBTOTAL | |
| INVOICE SUBTOTAL | 73.45 |
| SALES TAX | 0.00 |
| TOTAL DUE | **73.45** . |

**PLEASE ENCLOSE ONE COPY OF THE INVOICE TO ENSURE PROPER CREDIT**

**Federal Tax ID: 14-1872597**

━━ *DUE UPON RECEIPT* ━━

*** Late charges willl apply after 30 days ***

# INVOKE

**ADVANCED**
**MICROSYSTEMS**
LITIGATION SUPPORT SERVICES

State of California
Small business
Registration #  2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**

CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL    SESMA

**INVOICE**    440015

**ORDER DATE:**    11/16/2021

**INVOICE DATE:**    1/18/2022

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

KAISER PERMANENTE ROSEVILLE MEDICAL OFFICES-
RIVERSIDE - MEDICAL RECORDS DEPARTMENT

1011 RIVERSIDE AVE

ROSEVILLE, CA 95678

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| One Way Trip (Placer County) | 1 | 4.00 | 4.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| | | NONTAXABLE SUBTOTAL | 59.00 |
| | | TAXABLE SUBTOTAL | |
| | | INVOICE SUBTOTAL | 59.00 |
| | | SALES TAX | 0.00 |
| | | TOTAL DUE | **59.00** . |

**PLEASE ENCLOSE ONE COPY OF THE**
**INVOICE TO ENSURE PROPER CREDIT**
**Federal Tax ID: 14-1872597**

━━ *DUE UPON RECEIPT* ━━

*** Late charges willl apply after 30 days ***

# INVICE

**ADVANCED MICROSYSTEMS**

LITIGATION SUPPORT SERVICES

State of California
Small business
Registration # 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**
CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**
CHARLES GABRIEL    SESMA

**INVOICE**  440016

**ORDER DATE:**  11/16/2021

**INVOICE DATE:**  1/18/2022

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**
KAISER PERMANENTE ROSEVILLE MEDICAL OFFICES-RIVERSIDE - PATIENT ACCOUNTS

1011 RIVERSIDE AVE

ROSEVILLE, CA 95678

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| One Way Trip (Placer County) * No Charge * | 1 | 0.00 | 0.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| | | NONTAXABLE SUBTOTAL | 55.00 |
| | | TAXABLE SUBTOTAL | |
| | | INVOICE SUBTOTAL | 55.00 |
| | | SALES TAX | 0.00 |
| | | TOTAL DUE | **55.00** . |

**PLEASE ENCLOSE ONE COPY OF THE INVOICE TO ENSURE PROPER CREDIT**
**Federal Tax ID: 14-1872597**

**━━ *DUE UPON RECEIPT* ━━**

**\*\*\* Late charges willl apply after 30 days \*\*\***

# INVOICE

**ADVANCED MICROSYSTEMS**

LITIGATION SUPPORT SERVICES

State of California
**Small business
Registration #** 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**
CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**
CHARLES GABRIEL    SESMA

**INVOICE** 440017

**ORDER DATE:** 11/16/2021

**INVOICE DATE:** 1/18/2022

**CLIENT FILE NUMBER 14351180LA2021603706**

**CUSTODIAN OF RECORDS**

KAISER PERMANENTE ROSEVILLE MEDICAL OFFICES-
RIVERSIDE - RADIOLOGY DEPARTMENT

1011 RIVERSIDE AVE

ROSEVILLE, CA 95678

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| One Way Trip (Placer County) * No Charge * | 1 | 0.00 | 0.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| | | NONTAXABLE SUBTOTAL | 55.00 |
| | | TAXABLE SUBTOTAL | |
| **PLEASE ENCLOSE ONE COPY OF THE INVOICE TO ENSURE PROPER CREDIT** | | INVOICE SUBTOTAL | 55.00 |
| | | SALES TAX | 0.00 |
| **Federal Tax ID: 14-1872597** | | TOTAL DUE | **55.00** . |

**━━ *DUE UPON RECEIPT* ━━**

*** Late charges willl apply after 30 days ***

# INVOICE

**ADVANCED MICROSYSTEMS**
LITIGATION SUPPORT SERVICES

State of California
**Small business
Registration #** 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**

CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL    SESMA

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

**INVOICE**  440018

**ORDER DATE:**  11/16/2021

**INVOICE DATE:**  12/27/2021

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

AMERICAN MEDICAL RESPONSE

8 CITY BLVD STE 400

NASHVILLE, TN 37209

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| **Subpoena Preparation (Regular Service)** | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| Round Trip (Rancho Cucamonga) | 1 | 104.00 | 104.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| Witness Fee (Per Code) | 1 | 15.00 | 15.00 |
| **Copies/Scanning of Records Obtained** | | | |
| 3rd Party Records Retrieval Fee | 1 | 32.80 | 32.80 |

|  |  |
|---|---|
| NONTAXABLE SUBTOTAL | 206.80 |
| TAXABLE SUBTOTAL | |
| INVOICE SUBTOTAL | 206.80 |
| SALES TAX | 0.00 |
| TOTAL DUE | **206.80** . |

**PLEASE ENCLOSE ONE COPY OF THE
INVOICE TO ENSURE PROPER CREDIT**

**Federal Tax ID: 14-1872597**

**━DUE UPON RECEIPT ━**

*** Late charges willl apply after 30 days ***

# INVOICE

**Advanced Microsystems**
LITIGATION SUPPORT SERVICES

State of California
**Small business**
**Registration #**  2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**
CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**
CHARLES GABRIEL    SESMA

**INVOICE**  440019

**ORDER DATE:**  11/16/2021

**INVOICE DATE:**  1/18/2022

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**
POMONA VALLEY HOSPITAL MEDICAL CENTER - MEDICAL
RECORDS DEPARTMENT
1798 N GAREY AVE
POMONA, CA 91767

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| One Way Trip (Los Angeles) | 1 | 45.00 | 45.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| | | NONTAXABLE SUBTOTAL | 100.00 |
| | | TAXABLE SUBTOTAL | |
| **PLEASE ENCLOSE ONE COPY OF THE INVOICE TO ENSURE PROPER CREDIT** | | INVOICE SUBTOTAL | 100.00 |
| | | SALES TAX | 0.00 |
| **Federal Tax ID: 14-1872597** | | TOTAL DUE | **100.00** . |

━━*DUE UPON RECEIPT* ━━

**\*\*\* Late charges willl apply after 30 days \*\*\***

# INVOKE

**ADVANCED**
**MICROSYSTEMS**
LITIGATION SUPPORT SERVICES

State of California
**Small business**
**Registration #** 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**
CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL    SESMA

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

**INVOICE**  440020

**ORDER DATE:**  11/16/2021

**INVOICE DATE:**  1/18/2022

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

POMONA VALLEY HOSPITAL MEDICAL CENTER - PATIENT ACCOUNTS

1798 N GAREY AVE

POMONA, CA 91767

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| One Way Trip (Los Angeles) * No Charge * | 1 | 0.00 | 0.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| | | NONTAXABLE SUBTOTAL | 55.00 |
| | | TAXABLE SUBTOTAL | |
| **PLEASE ENCLOSE ONE COPY OF THE INVOICE TO ENSURE PROPER CREDIT** | | INVOICE SUBTOTAL | 55.00 |
| | | SALES TAX | 0.00 |
| **Federal Tax ID: 14-1872597** | | TOTAL DUE | **55.00** . |

━ *DUE UPON RECEIPT* ━

*** Late charges willl apply after 30 days ***

# INVOICE

**ADVANCED**
**MICROSYSTEMS**
LITIGATION SUPPORT SERVICES

**State of California**
**Small business**
**Registration #**    2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**

CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL    SESMA

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

**INVOICE**    440021

**ORDER DATE:**    11/16/2021

**INVOICE DATE:**    1/18/2022

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

POMONA VALLEY HOSPITAL MEDICAL CENTER -
RADIOLOGY DEPARTMENT

1798 N GAREY AVE

POMONA, CA 91767

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| One Way Trip (Los Angeles) * No Charge * | 1 | 0.00 | 0.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |

| | |
|---|---|
| NONTAXABLE SUBTOTAL | 55.00 |
| TAXABLE SUBTOTAL | |
| INVOICE SUBTOTAL | 55.00 |
| SALES TAX | 0.00 |
| TOTAL DUE | **55.00** . |

**PLEASE ENCLOSE ONE COPY OF THE**
**INVOICE TO ENSURE PROPER CREDIT**
**Federal Tax ID: 14-1872597**

**━━ *DUE UPON RECEIPT* ━━**
*** Late charges willl apply after 30 days ***

# INVOKE

**State of California**
**Small business**
**Registration #**  2019299

## Advanced Microsystems
### LITIGATION SUPPORT SERVICES

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**

CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL    SESMA

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

|  | **INVOICE** | 440022 |
| --- | --- | --- |
|  | **ORDER DATE:** | 11/16/2021 |
|  | **INVOICE DATE:** | 12/28/2021 |

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

ONTARIO FIRE DEPARTMENT

303 E B ST

ONTARIO, CA 91764

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
| --- | --- | --- | --- |
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| Round Trip (Rancho Cucamonga) | 1 | 104.00 | 104.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Follow-Up Proof of Service | 1 | | 0.00 |
| Witness Fee (Per Code) | 1 | 15.00 | 15.00 |
| | | NONTAXABLE SUBTOTAL | 174.00 |
| | | TAXABLE SUBTOTAL | |
| | | INVOICE SUBTOTAL | 174.00 |
| | | SALES TAX | 0.00 |
| | | TOTAL DUE | **174.00** . |

**PLEASE ENCLOSE ONE COPY OF THE INVOICE TO ENSURE PROPER CREDIT**

**Federal Tax ID: 14-1872597**

━━ *DUE UPON RECEIPT* ━━

*** Late charges willl apply after 30 days ***

# INVOICE

**ADVANCED**
**MICROSYSTEMS**
LITIGATION SUPPORT SERVICES

State of California
Small business
Registration # 2019299

8816 S. Sepulveda Blvd., #101
Los Angeles, California 90045
Tel- (310) 314-6300 Fax-(310) 314-6344
www.photocopyservice.com

**BILL TO:**

STANDARD AGREEMENT NUMBER: 21-0110

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

(213) 269-6512

**CASE NAME :**

CANDIDO SESMA, ET AL.

**VS**

STATE OF CALIFORNIA, ET AL.

**RECORDS OF:**

CHARLES GABRIEL    SESMA

**DELIVER TO:**

PATTY MENDIOLA

OFFICE OF THE ATTORNEY GENERAL

300 S. SPRING STREET, SUITE 1702

LOS ANGELES, CA 90013

| | | |
|---|---|---|
| **INVOICE** | 440023 | |
| **ORDER DATE:** | 11/16/2021 | |
| **INVOICE DATE:** | 1/15/2022 | |

**CLIENT FILE NUMBER  14351180LA2021603706**

**CUSTODIAN OF RECORDS**

ONTARIO POLICE DEPARTMENT

2500 S ARCHIBALD AVE

ONTARIO, CA 91761

| DESCRIPTION OF SERVICES | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|
| Subpoena Preparation (Regular Service) | | | |
| Subpoena Document Preparation | 1 | 17.00 | 17.00 |
| Round Trip ( San Bernardino) | 1 | 104.00 | 104.00 |
| Service of Process | 1 | 38.00 | 38.00 |
| Fee Charged By Custodian | 1 | 125.00 | 125.00 |
| Witness Fee (Per Code) | 1 | 15.00 | 15.00 |
| Copies/Scanning of Records Obtained | | | |
| Photocopying - Light Preparation | 170 | | 20.40 |
| Fee Check Advance Charge | 1 | | 1.50 |
| Fee Check Advance Charge | 1 | | 12.50 |

| | |
|---|---|
| NONTAXABLE SUBTOTAL | 333.40 |
| TAXABLE SUBTOTAL | |
| INVOICE SUBTOTAL | 333.40 |
| SALES TAX | 0.00 |
| TOTAL DUE | **333.40** . |

**PLEASE ENCLOSE ONE COPY OF THE**
**INVOICE TO ENSURE PROPER CREDIT**
**Federal Tax ID: 14-1872597**

**━━ *DUE UPON RECEIPT* ━━**

**\*\*\* Late charges willl apply after 30 days \*\*\***

**TAB 4**

**L.R. 54-3.4 Transcripts of Court Proceedings**

1

MIRIAM V. BAIRD
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
2   CALIFORNIA, CSR 11893

3   411 WEST FOURTH STREET
SUITE 1-053
4   SANTA ANA, CA 97201
TAX ID #561871507

5

6   INVOICE
DEPARTMENT OF JUSTICE
7   OFFICE OF THE ATTORNEY GENERAL
600 WEST BROADWAY
8   SUITE 1800
SAN DIEGO, CA 92010

9

10   **SESMA, ET AL V. CHP**
**CV21-01694-JWH**
11   **DAILY TRIAL TRANSCRIPTS**
**DAY 1 THROUGH DAY 3, MONDAY DECEMBER 2 THROUGH WEDNESDAY**
12   **DECEMBER 4, 2024,**

13   +3500.00 DEPOSIT CREDIT VIA CHECK NO. 253833

14   900 pages @ $7875.00

15

**BALANCE DUE - $4375.00**
16   **+ 4500.00 deposit estimate for two more days of trial**

17   **Total Balance $8875.00**

18

**This amount is due and owing.**
19   **Check delivered to address above.**

20

21

22

23

24

25

```
 1    MIRIAM V. BAIRD
      UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
 2    CALIFORNIA, CSR 11893

 3    411 WEST FOURTH STREET
      SUITE 1-053
 4    SANTA ANA, CA 97201
      TAX ID #561871507
 5

 6    INVOICE
      DEPARTMENT OF JUSTICE
 7    OFFICE OF THE ATTORNEY GENERAL
      600 WEST BROADWAY
 8    SUITE 1800
      SAN DIEGO, CA 92010
 9

10    SESMA, ET AL V. CHP
      CV21-01694-JWH
11    DAILY TRIAL TRANSCRIPTS
      DAY 4 THROUGH DAY 6, MONDAY DECEMBER 9 THROUGH TUESDAY
12    DECEMBER 10, 2024,

13    + 4500.00 CREDIT VIA CHECK.

14    751 PAGES @ $6571.25
      206 PAGES REALTIME ROUGH @ 762.20
15        TOTAL =   7333.45
                  + 4500.00 CREDIT
16
      BALANCE DUE = $2833.45
17


18
      This amount is due and owing.
19    Check delivered to address above.

20

21

22

23

24

25
```

```
 1   MIRIAM V. BAIRD
     UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
 2   CALIFORNIA, CSR 11893

 3   411 WEST FOURTH STREET
     SUITE 1-053
 4   SANTA ANA, CA 97201
     TAX ID #561871507
 5

 6   INVOICE
     DEPARTMENT OF JUSTICE
 7   OFFICE OF THE ATTORNEY GENERAL
     600 WEST BROADWAY
 8   SUITE 1800
     SAN DIEGO, CA 92010
 9

10   SESMA, ET AL V. CHP
     CV21-01694-JWH
11   DAILY TRIAL TRANSCRIPTS
     DAY 7 VERDICT AND DELIBERATIONS
12
     65 PAGES @ 568.75
13
     BALANCE DUE = $568.75
14

15
     This amount is due and owing.
16   Check delivered to address above.

17

18

19

20

21

22

23

24

25
```

**TAB 5**

**L.R. 54-3.5 Depositions**

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Donna Dean | | | |
|---|---|---|---|---|
| | California Department of Justice Attorney General | | **Invoice #:** | **5908648** |
| | 300 South Spring Street | | **Invoice Date:** | **7/19/2022** |
| | Los Angeles, CA, 90013 | | **Balance Due:** | **$814.00** |

| Case: Sesma, Candido Et Al.  v. State Of California (21CV1694JWH) | Proceeding Type: Depositions |
|---|---|

Job #: 5293871    |    Job Date: 6/29/2022    |    Delivery: Normal          Third Party:

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Donna Dean |
| Scheduling Atty: | Donna Dean | California Department of Justice Attorney General |

| Witness: Alexander Sesma | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 90.00 | $5.55 | $499.50 |
| Exhibits | 30.00 | $0.65 | $19.50 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $0.00 | $0.00 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Electronic Delivery and Handling | 1.00 | $45.00 | $45.00 |

| Notes: | Invoice Total: | $814.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $814.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5908648** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **7/19/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$814.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Donna Dean | Invoice #: | **5908649** |
| California Department of Justice Attorney General | Invoice Date: | **7/19/2022** |
| 300 South Spring Street | Balance Due: | **$890.00** |
| Los Angeles, CA, 90013 | | |

| | |
|---|---|
| **Case: Sesma, Candido Et Al.  v. State Of California (21CV1694JWH)** | **Proceeding Type: Depositions** |

Job #: 5293871   |   Job Date: 6/29/2022   |   Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Donna Dean |
| Scheduling Atty: | Donna Dean | California Department of Justice Attorney General |

| Witness: Ashleigh Guardado | Quantity | Price | Amount |
|---|---|---|---|
| Minimum Charge for Services Rendered | 1.00 | $495.00 | $495.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Electronic Delivery and Handling | 1.00 | $45.00 | $45.00 |

| Notes: * Transcripts with less than 100 pgs are subject to a min. for the court reporter time/work product | | |
|---|---|---|
| | Invoice Total: | **$890.00** |
| | Payment: | **$0.00** |
| | Credit: | **$0.00** |
| | Interest: | **$0.00** |
| | Balance Due: | **$890.00** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice #: | **5908649** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Invoice Date: | **7/19/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | Balance Due: | **$890.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Donna Dean
California Department of Justice Attorney General
300 South Spring Street
Los Angeles, CA, 90013

| | |
|---|---|
| **Invoice #:** | **5909608** |
| **Invoice Date:** | **7/15/2022** |
| **Balance Due:** | **$1,043.25** |

| Case: Sesman, Candido, Et Al. v. State Of California, Et Al. (5:21cv1694JWH (KKx)) | Proceeding Type: Depositions |
|---|---|

Job #: 5315013     |     Job Date: 7/11/2022     |     Delivery: Normal          Case No:          5:21cv1694JWH(KKx)

Location:          Los Angeles, CA

Billing Atty:          Donna Dean

Scheduling Atty:          Donna Dean | California Department of Justice Attorney General

| Witness: Brittney Sesma | Quantity | Price | Amount |
|---|---|---|---|
| Minimum Charge for Services Rendered | 1.00 | $495.00 | $495.00 |
| Exhibits | 5.00 | $0.65 | $3.25 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $45.00 | $45.00 |

| Notes: Transcripts with less than 100 pgs are subject to a min. charge for the court reporter time/work product | | |
|---|---|---|
| | **Invoice Total:** | **$1,043.25** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,043.25** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| **Invoice #:** | **5909608** |
|---|---|
| **Invoice Date:** | **7/15/2022** |
| **Balance Due:** | **$1,043.25** |

106460

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Donna Dean | **Invoice #:** | **5892828** |
| California Department of Justice Attorney General | **Invoice Date:** | **7/7/2022** |
| 300 South Spring Street | **Balance Due:** | **$1,914.05** |
| Los Angeles, CA, 90013 | | |

| Case: Sesma, Candido Et Al.  v. State Of California (21CV1694JWH) | Proceeding Type: Depositions |
|---|---|

Job #: 5293831    |    Job Date: 6/27/2022   |   Delivery: Normal          Third Party:

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Donna Dean |
| Scheduling Atty: | Donna Dean | California Department of Justice Attorney General |

| Witness: Candido  Sesma | Quantity | Price | Amount |
|---|---|---|---|
| Minimum Charge for Services Rendered | 1.00 | $495.00 | $495.00 |
| Exhibits | 12.00 | $0.65 | $7.80 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| **Witness: Cecilia  Sesma** | **Quantity** | **Price** | **Amount** |
| Minimum Charge for Services Rendered | 1.00 | $495.00 | $495.00 |
| Exhibits | 25.00 | $0.65 | $16.25 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| | **Quantity** | **Price** | **Amount** |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Attendance (Full Day) | 1.00 | $300.00 | $300.00 |
| Surcharge - Interpreted Proceeding | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $45.00 | $45.00 |

Notes:

---

| | | |
|---|---|---|
| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | |
| Veritext | A/C Name: Veritext | **Invoice #:** **5892828** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** **7/7/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** **$1,914.05** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | |
| | Pay by Credit Card: www.veritext.com | |

106460

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| * Transcripts with less than 100 pgs are subject to a min. charge for the court reporter time/work product | | |
|---|---|---|
| | **Invoice Total:** | **$1,914.05** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,914.05** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| **Invoice #:** | **5892828** |
|---|---|
| **Invoice Date:** | **7/7/2022** |
| **Balance Due:** | **$1,914.05** |

106460



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 752271 | 9/21/2022 | 414413 |

| Job Date | Case No. | |
|---|---|---|
| 8/23/2022 | 5:21-cv-1694- JWH (KKx) | |

| Case Name |
|---|
| Candido Sesma, et al. vs. State of California, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Donna Dean, Esq.
Office of the Attorney General - California Department of Justice
300 S Spring St
Ste 1702
Los Angeles, CA 90013

1 COPY OF TRANSCRIPT OF:
   Clarence Chapman

   560.00

**TOTAL DUE  >>>**   **$560.00**

Location of Job  : All Parties Appearing Remotely
               Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Donna Dean, Esq.
Office of the Attorney General - California Department of Justice
300 S Spring St
Ste 1702
Los Angeles, CA 90013

Job No.    : 414413        BU ID       : California
Case No.   : 5:21-cv-1694- JWH (KKx)
Case Name : Candido Sesma, et al. vs. State of California, et al.
Invoice No. : 752271      Invoice Date : 9/21/2022
**Total Due**  : **$560.00**

Remit To: **Huseby Global Litigation**
            **P.O. Box 6180**
            **Hermitage, PA 16148-0922**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:        Phone#: | |
| Billing Address: | |
| Zip:    Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# I N V O I C E

1 of 1



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 737146 | 6/21/2022 | 397701 |

| Job Date | Case No. | |
|---|---|---|
| 5/20/2022 | 5:21-cv-1694- JWH (KKx) | |

| Case Name |
|---|
| Candido Sesma, et al. vs. State of California, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Donna Dean, Esq.
Office of the Attorney General - California Department
of Justice
300 S Spring St
Ste 1702
Los Angeles, CA 90013

1 COPY OF TRANSCRIPT OF:
   Jason Nichols

   263.75

**TOTAL DUE  >>>**　　**$263.75**

Location of Job　　: Web Conference All Parties Joining Remotely
                Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Donna Dean, Esq.
Office of the Attorney General - California
Department of Justice
300 S Spring St
Ste 1702
Los Angeles, CA 90013

| | | | |
|---|---|---|---|
| Job No. | : 397701 | BU ID | : California |
| Case No. | : 5:21-cv-1694- JWH (KKx) | | |
| Case Name | : Candido Sesma, et al. vs. State of California, et al. | | |
| Invoice No. | : 737146 | Invoice Date | : 6/21/2022 |
| **Total Due** | : **$263.75** | | |

**PAYMENT WITH CREDIT CARD**　　AMEX　MasterCard　VISA

Cardholder's Name:
Card Number:
Exp. Date:　　　　　　　Phone#:
Billing Address:
Zip:　　　Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:　**Huseby Global Litigation**
           **P.O. Box 6180**
           **Hermitage, PA 16148-0922**

# I N V O I C E

1 of 1



Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 737155 | 6/22/2022 | 397702 |

| Job Date | Case No. | |
|---|---|---|
| 5/19/2022 | 5:21-cv-1694- JWH (KKx) | |

| Case Name | | |
|---|---|---|
| Candido Sesma, et al. vs. State of California, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Donna Dean, Esq.
Office of the Attorney General - California Department
of Justice
300 S Spring St
Ste 1702
Los Angeles, CA 90013

1 COPY OF TRANSCRIPT OF:
   Andrew Ornelas

   586.25

**TOTAL DUE  >>>**     **$586.25**

Location of Job   : Web Conference All Parties Joining Remotely
   Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Donna Dean, Esq.
Office of the Attorney General - California
Department of Justice
300 S Spring St
Ste 1702
Los Angeles, CA 90013

Job No.   : 397702       BU ID       : California
Case No.   : 5:21-cv-1694- JWH (KKx)
Case Name   : Candido Sesma, et al. vs. State of California, et al.
Invoice No.   : 737155     Invoice Date  : 6/22/2022
**Total Due**   : **$586.25**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:         Phone#: | |
| Billing Address: | |
| Zip:      Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Huseby Global Litigation**
           **P.O. Box 6180**
           **Hermitage, PA 16148-0922**

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Donna Dean
California Department of Justice Attorney General
300 North Los Angeles Street
Suite 1702
Los Angeles, CA, 90012

| | |
|---|---|
| **Invoice #:** | **5989193** |
| **Invoice Date:** | **8/23/2022** |
| **Balance Due:** | **$1,251.60** |

| Case: Sesma, Candido Et Al.  v. State Of California  (521CV1694JWH) | Proceeding Type: Depositions |
|---|---|

Job #: 5336464   |   Job Date: 8/8/2022   |   Delivery: Normal                     Third Party:

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Donna Dean |
| Scheduling Atty: | Donna Dean | California Department of Justice Attorney General |

| Witness: Roger A Clark | Quantity | Price | Amount |
|---|---|---|---|
| Minimum Charge for Services Rendered | 1.00 | $495.00 | $495.00 |
| Exhibits | 71.00 | $0.65 | $46.15 |
| Rough Draft | 73.00 | $1.65 | $120.45 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Electronic Delivery and Handling | 1.00 | $45.00 | $45.00 |

| Notes: | Transcripts with less than 100 pgs are subject to a min. charge for the court reporter time/work product | | |
|---|---|---|---|
| | | **Invoice Total:** | **$1,251.60** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,251.60** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | |
|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** **5989193** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** **8/23/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** **$1,251.60** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | |
| | Pay by Credit Card: www.veritext.com | |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID:20-3132569



| Bill To: | Donna Dean | | |
|---|---|---|---|
| | California Department of Justice Attorney General | **Invoice #:** | **5941417** |
| | 300 South Spring Street | **Invoice Date:** | **7/29/2022** |
| | Suite 1702 | **Balance Due:** | **$1,123.20** |
| | Los Angeles, CA, 90013 | | |

| **Case: Sesma, Candido Et Al.  v. State Of Ca (521CV1694JWH)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5339383    |    Job Date: 7/27/2022   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Donna Dean |
| Scheduling Atty: | Donna Dean | California Department of Justice Attorney General |

| Witness: Scott Holdaway | Quantity | Price | Amount |
|---|---|---|---|
| Minimum Charge for Services Rendered | 1.00 | $495.00 | $495.00 |
| Exhibits | 128.00 | $0.65 | $83.20 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $45.00 | $45.00 |

| Notes: | Transcripts with less than 100 pgs are subject to a min. transcript for the court reporter time/work product | **Invoice Total:** | **$1,123.20** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,123.20** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5941417** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **7/29/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,123.20** |
| Fed. Tax ID:20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Donna Dean | | |
|---|---|---|---|
| | California Department of Justice Attorney General | **Invoice #:** | **5903189** |
| | 300 South Spring Street | **Invoice Date:** | **7/13/2022** |
| | Los Angeles, CA, 90013 | **Balance Due:** | **$1,047.80** |

| Case: Sesma, Candido Et Al.  v. State Of California (21CV1694JWH) | Proceeding Type: Depositions |
|---|---|

Job #: 5293852   |   Job Date: 6/28/2022   |   Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Donna Dean |
| Scheduling Atty: | Donna Dean | California Department of Justice Attorney General |

| Witness: Susan Sesma | Quantity | Price | Amount |
|---|---|---|---|
| Minimum Charge for Services Rendered | 1.00 | $495.00 | $495.00 |
| Exhibits | 12.00 | $0.65 | $7.80 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 | $55.00 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Electronic Delivery and Handling | 1.00 | $45.00 | $45.00 |

| Notes: | Transcripts less than 100 pgs are subject to a min. charge for the reporter time/work product | Invoice Total: | $1,047.80 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,047.80 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5903189** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **7/13/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,047.80** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

**TAB 6**

**L.R. 54-3.6 Witness Fees**

Ace Attorney Service, Inc.

```
==================================================================
|Cntl# 2328128 Cust#10869Ref#14351-180-LA202 BOL#SRV TODAY  DATE 6/05/24 14:31 |
==================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000              |
==================================================================
|  DOJ-SAN DIEGO                  |  Andrew Ornelas, Sergea            |
|  600 WEST BROADWAY       1800   |  14039 Francisquito Ave            |
|  SAN DIEGO                      |  BALDWIN PARK                      |
------------------------------------------------------------------
5:21-cv-01694                       ADVANCE FEES                     |
Sesma v STATE                       $275                             |
AUBPOENA TO APP
JULY 8          6/05/24
------------------------------------------------------------------
PDF PSD                               POS- 5                  GER |
------------------------------------------------------------------
                      DRIVER: 1257
  Charges:
      155.00   Base



      155.00   Total
```

Ace Attorney Service, Inc.

```
================================================================
|Cntl# 2386627 Cust#10869Ref#14351-180-LA202        DATE11/20/24 16:38 |
================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000          |
================================================================
|  DOJ-SAN DIEGO                    |  WILLIAM KWON, CHP OFFISUBPOENA CLE |
|  600 WEST BROADWAY        1800    |  2041 WEST AVEUNE I    CHP ANTELO   |
|  SAN DIEGO                        |  LANCASTER                         |
-----------------------------------------------------------------
5:21-CV01694                        *SERVE ON THURSDAY,              |
SESMA V STATE                       11/21                           |
FED SUP TO TESTIFY                  ADVANCE FEES: $275               |
12/02, 9AM         11/20/24                                         |
-----------------------------------------------------------------
PDF PSD                             POS- 5                      AL |
-----------------------------------------------------------------
                    DRIVER:  175    8888
   Charges:
      155.00   Base




      275.00   Advance
       27.50   Chk.Charge


      457.50   Total
```

Ace Attorney Service, Inc.

```
=================================================================
|Cntl# 2376212 Cust#10869Ref#14351-180-LA202 BOL#EMAIL    DATE10/21/24 15:51 |
=================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000              |
=================================================================
|  DOJ-SAN DIEGO                  |  Alondra Valentin,ForenOntario P.D |
|  600 WEST BROADWAY      1800    |  2500 S. Archibald Aven            |
|  SAN DIEGO                      |  ONTARIO                           |
-----------------------------------------------------------------
5:21-cv-01694-JWH              ADV FEES $275.00                   |
SESMA V STATE OF CA                                               |
FED SUP TO TESTIFY                                                |
12/2 9AM            10/21/24                                      |
-----------------------------------------------------------------
PDF PND                      *MULTI...   POS- 5              CM   |
-----------------------------------------------------------------
                      DRIVER: 2185
```

  Charges:
      195.00   Base




      275.00   Advance
       27.50   Chk.Charge


      497.50   Total

Ace Attorney Service, Inc.

```
=============================================================================
|Cntl# 2327861 Cust#10869Ref#14351-180-LA202 BOL#EMAIL      DATE 6/05/24 08:34 |
=============================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                     |
-----------------------------------------------------------------------------
|  DOJ-SAN DIEGO                     |  Darren Williams, SergeSgt. Melissa    |
|  600 WEST BROADWAY        1800     |  2500 S. Archibald Ave                 |
|  SAN DIEGO                         |  ONTARIO                               |
-----------------------------------------------------------------------------
5:21-cv-01694                          Adv. fees                            |
Sesma v. State of Ca                                                        |
SUBPOENA
Sub date 7/8 9AM      6/05/24
-----------------------------------------------------------------------------
PDF PSD                        *MULTI...    POS- 5                    VR   |
-----------------------------------------------------------------------------
                       DRIVER: 2156
  Charges:
     175.00   Base




     275.00   Advance
      27.50   Chk.Charge


     477.50   Total
```

Ace Attorney Service, Inc.

```
========================================================================
|Cntl# 2376143 Cust#10869Ref#14351-180-LA202 BOL#EMAIL      DATE10/21/24 14:56 |
========================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                      |
------------------------------------------------------------------------
|  DOJ-SAN DIEGO                      |   DARREN WILLIAMS, SERGEONTARIO P.D  |
|  600 WEST BROADWAY       1800       |   2500 S ARCHIBALD AVENU             |
|  SAN DIEGO                          |   ONTARIO                            |
------------------------------------------------------------------------
5:21-cv-01694-JWH                    ADV FEES $275.00                      |
SESMA V STATE OF CA                                                        |
FED SUP TO TESTIFY                                                         |
12/02 9AM           10/21/24                                              |
------------------------------------------------------------------------
PDF PND                     *MULTI...   POS- 5                    CM  |
------------------------------------------------------------------------
                        DRIVER: 2185
```

Charges:
    195.00   Base




    275.00   Advance
     27.50   Chk.Charge


    497.50   Total

Ace Attorney Service, Inc.

```
===============================================================
|Cntl# 2327864 Cust#10869Ref#14351-180-LA202 BOL#EMAIL    DATE 6/05/24 08:35 |
===============================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                   |
---------------------------------------------------------------
| DOJ-SAN DIEGO                       | Darryl Lauritzen, SergSgt. Melissa  |
| 600 WEST BROADWAY         1800      | 2500 S. Archibald Aven              |
| SAN DIEGO                           | ONTARIO                             |
---------------------------------------------------------------
5:21-cv-01694                           Adv. fees                          |
Sesma v. State of Ca                                                        |
SUBPOENA
Sub date 7/8 9AM      6/05/24
---------------------------------------------------------------
PDF PSD                        *MULTI...   POS- 5               VR   |
---------------------------------------------------------------
                        DRIVER: 2156
   Charges:
       85.00   Base



      275.00   Advance
       27.50   Chk.Charge


      387.50   Total
```

Ace Attorney Service, Inc.

```
=============================================================================
|Cntl# 2376155 Cust#10869Ref#14351-180-LA202 BOL#EMAIL      DATE10/21/24 15:01 |
=============================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                     |
=============================================================================
|  DOJ-SAN DIEGO                      |  Darryl Lauritzen, SergOntario P.D     |
|  600 WEST BROADWAY          1800    |  2500 S. Archibald Aven                |
|  SAN DIEGO                          |  ONTARIO                               |
-----------------------------------------------------------------------------
5:21-cv-01694-JWH              ADV FEES $275.00                               |
SESMA V STATE OF CA                                                           |
FED SUP TO TESTIFY                                                            |
12/02 9AM            10/21/24                                                 |
-----------------------------------------------------------------------------
PDF PND                        *MULTI...   POS- 5                    CM  |
-----------------------------------------------------------------------------
                         DRIVER: 2185
```

   Charges:
        85.00    Base




       275.00    Advance
        27.50    Chk.Charge


       387.50    Total

Ace Attorney Service, Inc.

```
===============================================================
|Cntl# 2381442 Cust#10551Ref#14351 180 LA202        DATE11/05/24 13:59 |
===============================================================
|DOJ-ATTORNEY GE  Caller:  ROSA VAQUERA-M  Ph:213 269-6000            |
===============================================================
|  DOJ-ATTORNEY GENERAL          | Hilary Bennett, M.D.              |
|  300 SOUTH SPRING STREET  1700 1ST F| 5353 G Street                |
|  LOS ANGELES                   | CHINO                            |
---------------------------------------------------------------
5:21-cv-01694-JWH-DT                                            |
SESMA V STATE                                                   |
FED SUP TO APPEAR                                               |
12/02              11/05/24                                     |
---------------------------------------------------------------
PDF P3D                              POS- 3              SO |
---------------------------------------------------------------
                    DRIVER: 2156    2185
  Charges:
     195.00   Base




     195.00   Total
```

Ace Attorney Service, Inc.

```
=================================================================
|Cntl# 2382307 Cust#10551Ref#14351 180 LA202      DATE11/07/24 12:45 |
=================================================================
|DOJ-ATTORNEY GE  Caller:  ROSA VAQUERA-M  Ph:213 269-6000      |
-----------------------------------------------------------------
| DOJ-ATTORNEY GENERAL         | HILARY BENNETT, M.D.           |
| 300 SOUTH SPRING STREET  1700 1ST F| 2841 VERSANTE TERRACE RESIDENCE |
| LOS ANGELES                  | CHINO HILLS                    |
-----------------------------------------------------------------
5:21-cv-01694-JWH-DT            XA=7 ATTEMPTS TOTAL             |
SESMA V STATE                                                   |
FED SUP TO APPEAR                                               |
12/02            11/07/24                                       |
-----------------------------------------------------------------
PDF P3D                         POS- 3                    AL |
-----------------------------------------------------------------
                   DRIVER:  64   8888
   Charges:
      195.00   Base




      80.00   Advance
       8.00   Chk.Charge


      283.00   Total
```

Ace Attorney Service, Inc.

```
=================================================================
|Cntl# 2376166 Cust#10869Ref#14351-180-LA202 BOL#EMAIL    DATE10/21/24 15:07 |
=================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                   |
=================================================================
| DOJ-SAN DIEGO                      | Gary Naranjo, SergeantOntario P.D |
| 600 WEST BROADWAY        1800      | 2500 S. Archibald Aven            |
| SAN DIEGO                          | ONTARIO                           |
-----------------------------------------------------------------
5:21-cv-01694-JWH                 ADV FEES $275.00                 |
SESMA V STATE OF CA                                                |
FED SUP TO TESTIFY                                                 |
12/02 9AM           10/21/24                                       |
-----------------------------------------------------------------
PDF PND                       *MULTI...   POS- 5              CM   |
-----------------------------------------------------------------
                       DRIVER: 2185
```

Charges:
     85.00   Base




    275.00   Advance
     27.50   Chk.Charge


    387.50   Total

Ace Attorney Service, Inc.

```
=================================================================
|Cntl# 2327865 Cust#10869Ref#14351-180-LA202 BOL#EMAIL    DATE 6/05/24 08:36 |
=================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                    |
=================================================================
| DOJ-SAN DIEGO                      | Gary Naranjo, SergeantSgt. Melissa |
| 600 WEST BROADWAY          1800    | 2500 S. Archibald Aven             |
| SAN DIEGO                          | ONTARIO                            |
-----------------------------------------------------------------
5:21-cv-01694                        Adv. fees                          |
Sesma v. State of Ca                                                    |
SUBPOENA
Sub date 7/8 9AM      6/05/24
-----------------------------------------------------------------
PDF PSD                    *MULTI...   POS- 5                    VR  |
-----------------------------------------------------------------
                         DRIVER: 2156
  Charges:
      85.00   Base



     275.00   Advance
      27.50   Chk.Charge


     387.50   Total
```

Ace Attorney Service, Inc.

```
=================================================================
|Cntl# 2376170 Cust#10869Ref#14351-180-LA202 BOL#EMAIL    DATE10/21/24 15:12 |
=================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000            |
=================================================================
|  DOJ-SAN DIEGO                   |  Giana Salvador, ForensOntario P.D  |
|  600 WEST BROADWAY        1800   |  2500 S. Archibald Aven             |
|  SAN DIEGO                       |  ONTARIO                            |
-----------------------------------------------------------------
5:21-cv-01694-JWH              ADV FEES $275.00                |
SESMA V STATE OF CA                                            |
FED SUP TO TESTIFY                                             |
12/02 9AM          10/21/24                                   |
-----------------------------------------------------------------
PDF PND                     *MULTI...   POS- 5              CM |
-----------------------------------------------------------------
                      DRIVER: 2185
  Charges:
      85.00   Base




     275.00   Advance
      27.50   Chk.Charge


     387.50   Total
```

Ace Attorney Service, Inc.

```
===================================================================
|Cntl# 2327866 Cust#10869Ref#14351-180-LA202 BOL#EMAIL   DATE 6/05/24 08:37 |
===================================================================
|DOJ-SAN DIEGO   Caller:  CHRISTINA RAMI  Ph:619 738-9000             |
-------------------------------------------------------------------
|  DOJ-SAN DIEGO                   |  Giana Salvador, ForensSgt. Melissa |
|  600 WEST BROADWAY        1800   |  2500 S. Archibald Aven           |
|  SAN DIEGO                       |  ONTARIO                          |
-------------------------------------------------------------------
5:21-cv-01694                      Adv. fees                         |
Sesma v. State of Ca                                                 |
SUBPOENA
Sub date 7/8 9AM     6/05/24
-------------------------------------------------------------------
PDF PSD                    *MULTI...   POS- 5               VR   |
-------------------------------------------------------------------
                        DRIVER: 2156
```

   Charges:
       85.00   Base




      275.00   Advance
       27.50   Chk.Charge


      387.50   Total

Ace Attorney Service, Inc.

```
==============================================================
|Cntl# 2376173 Cust#10869Ref#14351-180-LA202 BOL#EMAIL    DATE10/21/24 15:17 |
==============================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000              |
==============================================================
| DOJ-SAN DIEGO                      | Jonathan Higgins, CorpOntario P.D |
| 600 WEST BROADWAY         1800     | 2500 S. Archibald Aven            |
| SAN DIEGO                          | ONTARIO                           |
--------------------------------------------------------------
5:21-cv-01694-JWH              ADV FEES $275.00                |
SESMA V STATE OF CA                                            |
FED SUP TO TESTIFY                                             |
12/02 9AM          10/21/24                                    |
--------------------------------------------------------------
PDF PND                        *MULTI...   POS- 5                      CM |
--------------------------------------------------------------
                        DRIVER: 2185
  Charges:
      85.00    Base




     275.00    Advance
      27.50    Chk.Charge


     387.50    Total
```

Ace Attorney Service, Inc.

```
===============================================================
|Cntl# 2327867 Cust#10869Ref#14351-180-LA202 BOL#EMAIL    DATE 6/05/24 08:38 |
===============================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000              |
---------------------------------------------------------------
|  DOJ-SAN DIEGO                    |  Jonathan Higgins, CorpSgt. Melissa |
|  600 WEST BROADWAY        1800    |  2500 S. Archibald Aven              |
|  SAN DIEGO                        |  ONTARIO                            |
---------------------------------------------------------------
5:21-cv-01694                      Adv. fees                            |
Sesma v. State of Ca                                                    |
SUBPOENA
Sub date 7/8 9AM      6/05/24
---------------------------------------------------------------
PDF PSD                    *MULTI...   POS- 5                    VR  |
---------------------------------------------------------------
                       DRIVER: 2156
  Charges:
      85.00    Base




     275.00    Advance
      27.50    Chk.Charge


     387.50    Total
```

Ace Attorney Service, Inc.

```
===============================================================
|Cntl# 2328217 Cust#10869Ref#14351-180-LA202 BOL#SRV TODAY  DATE 6/05/24 16:19 |
===============================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                      |
===============================================================
|  DOJ-SAN DIEGO                    |  Jason Nichols, CHP OffCHP ACADEMY         |
|  600 WEST BROADWAY        1800    |  3500 Reed Avenue                          |
|  SAN DIEGO                        |  WEST SACRAMENTO                           |
---------------------------------------------------------------
5:21-cv-01694                       ADVANCE FEES                                 |
Sesma V STATE                       $275                                         |
SUBPOENA TO APP
JULY 8            6/05/24
---------------------------------------------------------------
PROCESS                                POS- 5                        GER |
---------------------------------------------------------------
                         DRIVER: 2187
```

Charges:
    105.00   Base

    275.00   Advance
     27.50   Chk.Charge

    407.50   Total

Ace Attorney Service, Inc.

```
=============================================================
|Cntl# 2340214 Cust#10869Ref#14351-180-LA202        DATE 7/11/24 08:41 |
=============================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000            |
=============================================================
| DOJ-SAN DIEGO                  | Jason Steen, CHP Offic             |
| 600 WEST BROADWAY        1800  | 9530 Pittsburg Avenue              |
| SAN DIEGO                      | RANCHO CUCAMONGA                   |
-------------------------------------------------------------
5:21-cv-01694                    ADDBILL MISSED ADV                  |
Sesma v STATE                    ON ORDER 2328110                    |
SUBPOENA TO APP
JULY 8          6/05/24
-------------------------------------------------------------
ADDBILL                                                       JAV |
-------------------------------------------------------------
                   DRIVER: 2156
  Charges:




     275.00   Advance
      27.50   Chk.Charge


     302.50   Total
```

Ace Attorney Service, Inc.

```
================================================================================
|Cntl# 2391537 Cust#10869Ref#14351-180- LA20 BOL#VIA EMAIL  DATE12/06/24 16:07 |
================================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                      |
================================================================================
|  DOJ-SAN DIEGO                      |  Kyle Bumanlag                          |
|  600 WEST BROADWAY        1800      |  7820 MONTARA AVE                       |
|  SAN DIEGO                          |  RANCHO CUCAMONGA                       |
--------------------------------------------------------------------------------
5:21-cv-01694-JWH-DT                                                           |
CANDIDO V ST CA                                                                |
DELIVER WITNESS FEE                                                            
CHECK $97.34         12/06/24                                                  
--------------------------------------------------------------------------------
REGULAR                                                                    VU  |
--------------------------------------------------------------------------------
                         DRIVER: 2156
 Charges:
```

Ace Attorney Service, Inc.

```
===========================================================================
|Cntl# 2376181 Cust#10869Ref#14351-180-LA202 BOL#EMAIL      DATE10/21/24 15:22 |
===========================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                    |
===========================================================================
|  DOJ-SAN DIEGO                    |  Patrick Woolweaver, SeOntario P.D      |
|  600 WEST BROADWAY        1800    |  2500 S. Archibald Aven                 |
|  SAN DIEGO                        |  ONTARIO                                |
---------------------------------------------------------------------------
5:21-cv-01694-JWH              ADV FEES $275.00                              |
SESMA V STATE OF CA                                                          |
FED SUP TO TESTIFY                                                           |
12/02 9AM           10/21/24                                                 |
---------------------------------------------------------------------------
PDF PND                        *MULTI...   POS- 5                       CM   |
---------------------------------------------------------------------------
                          DRIVER: 2185
   Charges:
       85.00    Base




      275.00    Advance
       27.50    Chk.Charge


      387.50    Total
```

Ace Attorney Service, Inc.

```
===============================================================
|Cntl# 2327869 Cust#10869Ref#14351-180-LA202 BOL#EMAIL      DATE 6/05/24 08:38 |
===============================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                     |
===============================================================
|  DOJ-SAN DIEGO                     |  Patrick Woolweaver, SeSgt. Melissa  |
|  600 WEST BROADWAY          1800   |  2500 S. Archibald Aven              |
|  SAN DIEGO                         |  ONTARIO                             |
-----------------------------------------------------------------
5:21-cv-01694                        Adv. fees                               |
Sesma v. State of Ca                                                         |
SUBPOENA
Sub date 7/8 9AM      6/05/24
-----------------------------------------------------------------
PDF PSD                      *MULTI...   POS- 5                    VR  |
-----------------------------------------------------------------
                      DRIVER: 2156
  Charges:
      175.00   Base




      275.00   Advance
       27.50   Chk.Charge


      477.50   Total
```

Ace Attorney Service, Inc.

```
================================================================
|Cntl# 2329082 Cust#10869Ref#14351-180-LA202 BOL#EMAIL    DATE 6/07/24 13:45 |
================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                    |
================================================================
|  DOJ-SAN DIEGO                  | Richard Ballard, DetecSgt. Melissa |
|  600 WEST BROADWAY       1800   | 2500 S. Archibald Aven             |
|  SAN DIEGO                      | ONTARIO                            |
----------------------------------------------------------------
5:21-cv-01694                                                    |
Sesma v. State of Ca                                             |
AMENDED SUBPOENA
Sub date 7/8 9AM      6/07/24
----------------------------------------------------------------
PDF PSD                      *MULTI...   POS- 5                GER |
----------------------------------------------------------------
                       DRIVER: 2156
  Charges:
      175.00   Base



      175.00   Total
```

Ace Attorney Service, Inc.

```
===============================================================
|Cntl# 2327872 Cust#10869Ref#14351-180-LA202 BOL#EMAIL     DATE 6/05/24 08:41 |
===============================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000              |
===============================================================
| DOJ-SAN DIEGO                   | Richard Ballard, DetecSgt. Melissa |
| 600 WEST BROADWAY       1800    | 2500 S. Archibald Aven             |
| SAN DIEGO                       | ONTARIO                            |
---------------------------------------------------------------
5:21-cv-01694                    Adv. fees                     |
Sesma v. State of Ca                                           |
SUBPOENA
Sub date 7/8 9AM     6/05/24
---------------------------------------------------------------
PDF PSD                    *MULTI...   POS- 5              VR  |
---------------------------------------------------------------
                    DRIVER: 2156
  Charges:
     85.00   Base




    275.00   Advance
     27.50   Chk.Charge


    387.50   Total
```

Ace Attorney Service, Inc.

```
=================================================================
|Cntl# 2376185 Cust#10869Ref#14351-180-LA202 BOL#EMAIL   DATE10/21/24 15:25 |
=================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                   |
=================================================================
| DOJ-SAN DIEGO                     | Richard Ballard, DetecOntario P.D     |
| 600 WEST BROADWAY       1800      | 2500 S. Archibald Aven                |
| SAN DIEGO                         | ONTARIO                               |
-----------------------------------------------------------------
5:21-cv-01694-JWH               ADV FEES $275.00                  |
SESMA V STATE OF CA                                               |
FED SUP TO TESTIFY                                                |
12/02 9AM          10/21/24                                       |
-----------------------------------------------------------------
PDF PND                    *MULTI...   POS- 5                 CM  |
-----------------------------------------------------------------
                         DRIVER: 2185
```

Charges:
    195.00   Base



    275.00   Advance
     27.50   Chk.Charge


    497.50   Total

Ace Attorney Service, Inc.

```
========================================================================
|Cntl# 2376223 Cust#10869Ref#14351-180-LA202 BOL#EMAIL      DATE10/21/24 15:54 |
========================================================================
|DOJ-SAN DIEGO     Caller:  CHRISTINA RAMI  Ph:619 738-9000                |
========================================================================
|  DOJ-SAN DIEGO                      |  Robert Sturgis, SergeaOntario P.D  |
|  600 WEST BROADWAY        1800      |  2500 S. Archibald Aven             |
|  SAN DIEGO                          |  ONTARIO                            |
------------------------------------------------------------------------
5:21-cv-01694-JWH              ADV FEES $275.00                         |
SESMA V STATE OF CA                                                     |
FED SUP TO TESTIFY                                                      |
12/2 9AM            10/21/24                                            |
------------------------------------------------------------------------
PDF PND                      *MULTI...   POS- 5                    CM   |
------------------------------------------------------------------------
                      DRIVER: 2185
   Charges:
       85.00    Base



      275.00    Advance
       27.50    Chk.Charge


      387.50    Total
```

Ace Attorney Service, Inc.

```
=================================================================
|Cntl# 2329085 Cust#10869Ref#14351-180-LA202 BOL#EMAIL      DATE 6/07/24 13:48 |
=================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000              |
=================================================================
|  DOJ-SAN DIEGO                    |  Stacey Burris, Senior Sgt. Melissa |
|  600 WEST BROADWAY        1800    |  2500 S. Archibald Aven             |
|  SAN DIEGO                        |  ONTARIO                            |
-----------------------------------------------------------------
5:21-cv-01694                        ADVANCE FEES                         |
Sesma v. State of Ca                 $275                                 |
AMENDED SUBPOENA
Sub date 7/8 9AM      6/07/24
-----------------------------------------------------------------
PDF PSD                         *MULTI...   POS- 5                    GER |
-----------------------------------------------------------------
                         DRIVER: 2156
   Charges:
        85.00    Base




       275.00    Advance
        27.50    Chk.Charge


       387.50    Total
```

Ace Attorney Service, Inc.

```
==================================================================
|Cntl# 2376224 Cust#10869Ref#14351-180-LA202 BOL#EMAIL      DATE10/21/24 15:56 |
==================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                     |
==================================================================
|  DOJ-SAN DIEGO                    |  Stacey Burris, Senior Ontario P.D       |
|  600 WEST BROADWAY        1800    |  2500 S. Archibald Aven                  |
|  SAN DIEGO                        |  ONTARIO                                 |
------------------------------------------------------------------
5:21-cv-01694-JWH                      ADV FEES $275.00                        |
SESMA V STATE OF CA                                                            |
FED SUP TO TESTIFY                                                             |
12/2 9AM            10/21/24                                                   |
------------------------------------------------------------------
PDF PND                            *MULTI...    POS- 5                 CM  |
------------------------------------------------------------------
                          DRIVER: 2185
   Charges:
        85.00    Base



       275.00    Advance
        27.50    Chk.Charge


       387.50    Total
```

Ace Attorney Service, Inc.

```
==============================================================================
|Cntl# 2386357 Cust#10869Ref#14351-180-LA202              DATE11/20/24 09:13 |
==============================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                    |
==============================================================================
|  DOJ-SAN DIEGO                      |  STACEY BURRIS c/o MELICITY OF ONTA    |
|  600 WEST BROADWAY        1800      |  303 S. B STREET                       |
|  SAN DIEGO                          |  ONTARIO                               |
------------------------------------------------------------------------------
5:21-CV01694                       *DO NOT ADVANCE FEES                      |
SESMA V STATE                                                                |
FED SUP TO TESTIFY                                                           |
12/02, 9AM          11/20/24                                                 |
------------------------------------------------------------------------------
PDF PSD                            POS- 5                          EMM |
------------------------------------------------------------------------------
                        DRIVER: 2185
  Charges:
     195.00   Base



     195.00   Total
```

Ace Attorney Service, Inc.

```
===============================================================
|Cntl# 2376225 Cust#10869Ref#14351-180-LA202 BOL#EMAIL     DATE10/21/24 15:58 |
===============================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                    |
===============================================================
|  DOJ-SAN DIEGO                      |  Valarie Taylor, ForensOntario P.D   |
|  600 WEST BROADWAY        1800      |  2500 S. Archibald Aven              |
|  SAN DIEGO                          |  ONTARIO                             |
---------------------------------------------------------------
5:21-cv-01694-JWH              ADV FEES $275.00                |
SESMA V STATE OF CA                                            |
FED SUP TO TESTIFY                                             |
12/2 9AM            10/21/24                                   |
---------------------------------------------------------------
PDF PND                       *MULTI...   POS- 5              CM |
---------------------------------------------------------------
                       DRIVER: 2185
   Charges:
       85.00    Base




      275.00    Advance
       27.50    Chk.Charge


      387.50    Total
```

Ace Attorney Service, Inc.

```
=================================================================
|Cntl# 2328179 Cust#10869Ref#14351-180-LA202 BOL#SRV TODAY  DATE 6/05/24 15:35 |
=================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000              |
=================================================================
|  DOJ-SAN DIEGO                    |  William Kwon, CHP Offi           |
|  600 WEST BROADWAY        1800    |  2041 West Avenue I               |
|  SAN DIEGO                        |  LANCASTER                        |
-----------------------------------------------------------------
5:21-cv-01694                        ADVANCE FEES                      |
Sesma v STATE                        $275                              |
SUBPOENA TO APP
JULY 8            6/05/24
-----------------------------------------------------------------
PDF PSD                              POS- 5                      GER  |
-----------------------------------------------------------------
                     DRIVER: 2202    8888
```

Charges:
   155.00   Base

   275.00   Advance
    27.50   Chk.Charge

   457.50   Total

Ace Attorney Service, Inc.

```
===============================================================
|Cntl# 2376229 Cust#10869Ref#14351-180-LA202 BOL#EMAIL    DATE10/21/24 16:01 |
===============================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:619 738-9000                    |
===============================================================
|  DOJ-SAN DIEGO                      |  Willim Mlodzinski, CorOntario P.D     |
|  600 WEST BROADWAY          1800    |  2500 S. Archibald Aven                |
|  SAN DIEGO                          |  ONTARIO                               |
---------------------------------------------------------------
5:21-cv-01694-JWH                    ADV FEES $275.00                         |
SESMA V STATE OF CA                                                           |
FED SUP TO TESTIFY                                                            
12/2 9AM            10/21/24                                                  
---------------------------------------------------------------
PDF PND                              *MULTI...   POS- 5              CM  |
---------------------------------------------------------------
                         DRIVER: 2185
  Charges:
       85.00    Base




      275.00    Advance
       27.50    Chk.Charge


      387.50    Total
```

**TAB 7**

**L.R. 54-3.7 Interpreter's Fees**



**CONTINENTAL INTERPRETING**

URGENT PAST DUE
102 days

| INVOICE # 288852 | |
|---|---|
| Invoice Date: | 6/30/2022 |
| Payment Due: | 7/30/2022 |
| Amount Due: | $305.10 |

Continental Interpreting Services, Inc.

3230 E. Imperial Hwy.,  Suite 203
Brea, CA 92821

(800) 201-7121    (800) 259-3840 Fax

**BILL TO:**

Donna M. Dean
**ATTORNEY GENERAL'S OFFICE-LOS ANGELES**
**300 South Spring Street, 1702**
**Los Angeles, CA  90013**

**LEGAL SERVICES ORDERED BY DEFENSE COUNSEL:**

Calendar
**VERITEXT-LOS ANGELES**
**707 Wilshire Boulevard**
**Los Angeles, CA  90017**

**CASE & CLAIM INFORMATION:**

**Case Name:** CANDIDO SESMA vs. STATE OF CALIFORNIA
**LEP/Patient Name:**  Cecilia Sesma

**Claim Number:**
**Date of Loss:**

**Insured:**
**Case Number:**    5:21-cu-1694-JWH(KKX)
**File Number:**    5293831
**Other:**

**LEGAL INTERPRETING SERVICE DETAILS:**

**Date of Service:**  6/27/2022
**Language:**  Spanish
**Assignment Type:**   Deposition

**Location:**
REMOTE  PROCEEDING

Los Angeles, CA 90017

| Interpreter's Name: | Cert #: | Time In: | Time out: |
|---|---|---|---|
| Janet M. Green | 300785 | 02:00 PM | 05:00 PM |

| ITEM DESCRIPTION | QUANTITY | PRICE | DISCOUNT | TOTAL |
|---|---|---|---|---|
| Interpreter Fee (Spanish) | 1 | $300.00 | $0.00 | $300.00 |

**Billing Notes:**

Half day fee billed.  Veritext contract fee billed.

| | |
|---|---|
| **Total Invoiced:** | **$300.00** |
| **Late Charges:** | **$5.10** |
| **Payment Received:** | **$0.00** |
| **Amount Due:** | **$305.10** |

**Tax ID:**  33-0816515

Questions about your bill?
Email billing@cis-inc.com or call (800) 201-7121

Please make checks payable to:
Continental Interpreting Services, Inc.
3230 E. Imperial Hwy., Suite 203
Brea, CA 92821

To make payment by Credit Card:
Visit our secure payment at www.cis-inc.com/pay

To make payment by EFT:
Please email payment to billing@cis-inc.com

Payment terms:

Net 30 from date of invoice. A late fee of 10% annually will be
added to all outstanding balances. Outstanding invoices over
120 days will be sent to collections.

**TAB 10(a)**

**L.R. 54-3.10(a): Costs of Copies of Documents Necessarily Filed and
Served**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2106238 Cust#10551Ref#14351180LA20216 BOL#VIA PDF     DATE 9/19/22 17:57 |
===============================================================================
|DOJ-ATTORNEY GE  Caller: CYNTHIA GOMEZ   Ph:213 269-6000                      |
===============================================================================
|  DOJ-ATTORNEY GENERAL              |  USDC                CCJ-HOLCOMB         |
|  300 SOUTH SPRING STREET  1700 1ST F|  411 W.4TH ST                          |
|  LOS ANGELES                       |  SANTA ANA                              |
-------------------------------------------------------------------------------
5:21-cv-1694-JWH (KK                    DELIVER CHAMBERS                       |
SESMA V STATE OF CA                     COPY IN THE A.M.                        |
NOTICE OF ERRATE
                      9/19/22
-------------------------------------------------------------------------------
PDFCJSD                                 POS- 4                      FHM |
-------------------------------------------------------------------------------
                       DRIVER: 2134
```

Charges:
       75.00   Base




       75.00   Total

Ace Attorney Service, Inc.

```
=================================================================
|Cntl# 2113249 Cust#10551Ref#14351180LA20216 BOL#VIA EMAIL  DATE10/10/22 10:01 |
=================================================================
|DOJ-ATTORNEY GE  Caller:  LISA MARTINEZ   Ph:213 269-6000               |
=================================================================
| DOJ-ATTORNEY GENERAL              | USDC                  JUDGE HOLCOM |
| 300 SOUTH SPRING STREET   1700 1ST F| 411 W.4TH ST                    |
| LOS ANGELES                       | SANTA ANA                         |
-----------------------------------------------------------------
5:21-CV-1694-JWH                   MISC. = 3 TABS                  |
SESMA V STATE OF CA                                               |
REPLY                                                             |
                  10/10/22                                        |
-----------------------------------------------------------------
PDFCJND                            POS-32                     RAM |
-----------------------------------------------------------------
                  DRIVER: 2134
  Charges:
       55.00   Base

       56.00   PDF Pages

        1.50   Misc.

      112.50   Total
```

Ace Attorney Service, Inc.

```
================================================================================
|Cntl# 2389410 Cust#10551Ref#14351180LA20216 BOL#READY NOW  DATE12/02/24 10:50 |
================================================================================
|DOJ-ATTORNEY GE  Caller:  LISA MARTINEZ   Ph:213 269-6000                      |
================================================================================
| DOJ-ATTORNEY GENERAL            | USDC SANTA ANA/MANDATOHON HOLCOMB           |
| 300 SOUTH SPRING STREET  1700 1ST F| 411 W. 4TH ST.          9TH FLOOR        |
| LOS ANGELES                     | SANTA ANA                                  |
--------------------------------------------------------------------------------
3 BANKERS BOXES                                   |
                                                  |

               12/02/24
--------------------------------------------------------------------------------
CCJ SD                                                               GV  |
--------------------------------------------------------------------------------
                    DRIVER: 2208    1471
  Charges:
       60.00   Base

        8.25   Weight




       68.25  Total
```

Ace Attorney Service, Inc.

```
==============================================================
|Cntl# 2389483 Cust#10551Ref#14351180LA20216        DATE12/02/24 12:58 |
==============================================================
|DOJ-ATTORNEY GE  Caller:  LISA MARTINEZ    Ph:213 269-6000           |
==============================================================
|  DOJ-ATTORNEY GENERAL            | USDC            Donna Dean       |
|  300 SOUTH SPRING STREET   1700 1ST F| 411 W.4TH ST   Holcomb.s     |
|  LOS ANGELES                     | SANTA ANA                        |
--------------------------------------------------------------
5:21-cv-01694-JWH-DT          MISC=15 COPIES=$2.55              |
SESMA V STATE OF CA                                            |
NOTICE (6 SETS)                                               |
               12/02/24                                        |
--------------------------------------------------------------
PDFASAP                            POS- 3               RAM |
--------------------------------------------------------------
               DRIVER: 2243
  Charges:
     105.00   Base




       2.55   Misc.

     107.55   Total
```

Ace Attorney Service, Inc.

```
==================================================================
|Cntl# 2326124 Cust#10869Ref#LA2021603706            DATE 5/30/24 14:49 |
==================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:909 408-1819 Ph2:619 738-9514  |
==================================================================
|  ONTARIO POLICE DEPT/      MELISSA E | DOJ-SAN DIEGO                  |
|  2500 ARCHIBALD AVE                  | 600 WEST BROADWAY     SUITE 1800 |
|  ONTARIO                             | SAN DIEGO                     |
------------------------------------------------------------------
                                        DEL THUMB DRIVE ON             |
SESMA V STATE OF CA                     05-31-24                       |
P/U THUMB DRIVE
              5/30/24
------------------------------------------------------------------
ASAP                                                          LOV  |
------------------------------------------------------------------
                        DRIVER: 2217
  Charges:
     175.00   Base



     175.00   Total
```

**TAB 10(f)**

**L.R. 54-3.10(f): Fees for Certification or Exemplification of any Document or Record Necessarily Obtained for Use in the Case**

Ace Attorney Service, Inc.

```
=============================================================================
|Cntl# 2029443 Cust#10551Ref#14351180LA20216          DATE 1/31/22 13:06 |
=============================================================================
|DOJ-ATTORNEY GE  Caller:  BRIANA CABRERA              Ph2:213 269-6000   |
=============================================================================
|   MURRIETA SUPERIOR CO              | DOJ-ATTORNEY GENERAL-L            |
|   30755 -D AULD ROAD       #1126    | 300 SOUTH SPRING STREE1700 1ST F  |
|   MURRIETA                          | LOS ANGELES                       |
-----------------------------------------------------------------------------
SW190990033/SWM17051                                                      |
46                                                                        |
CHARLES SESMA
ENTIRE CASE (2)      1/31/22
-----------------------------------------------------------------------------
RES SD                                                                 FGO |
-----------------------------------------------------------------------------
                         DRIVER: 1534     1240
```

Charges:
    165.00   Base



    165.00   Total

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2030750 Cust#10551Ref#14351180LA20216            DATE 2/03/22 10:20 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  BRIANA CABRERA              Ph2:213 269-6000    |
===============================================================================
|   MURRIETA SUPERIOR CO          |  DOJ-ATTORNEY GENERAL-L               |
|   30755 -D AULD ROAD       #1126 |  300 SOUTH SPRING STREE1700 1ST F     |
|   MURRIETA                      |  LOS ANGELES                          |
-------------------------------------------------------------------------------
te244089cs/329250cs                                                        |
CHARLES SESMA                                                              |
entire case, certifi                                                      |
ed. CV58878CS        2/03/22                                              |
-------------------------------------------------------------------------------
RES SD                                                                 FGO |
-------------------------------------------------------------------------------
                        DRIVER: 1534    1240
  Charges:
     165.00   Base



     165.00   Total
```

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2032862 Cust#10551Ref#14351180 LA2021 BOL#RESEARCH   DATE 2/09/22 15:57 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  BRIANA CABRERA  Ph:213 269-6000                     |
===============================================================================
|  DOJ-ATTORNEY GENERAL              | SDSC                                    |
|  300 SOUTH SPRING STREET   1700 1ST F| 1100 UNION ST                         |
|  LOS ANGELES                       | SAN DIEGO                               |
-------------------------------------------------------------------------------
T189998                                                                       |
CHARLES G. SESMA                                                              |
CERTIFIED COPIES                                                              |
                      2/09/22
-------------------------------------------------------------------------------
RES SD                                                                  RA  |
-------------------------------------------------------------------------------
                        DRIVER: 1726
  Charges:
      120.00   Base



      120.00   Total
```

Ace Attorney Service, Inc.

```
================================================================
|Cntl# 2039885 Cust#10551Ref#14351180LA20216        DATE 3/03/22 09:41 |
================================================================
|DOJ-ATTORNEY GE  Caller:  LISA MARTINEZ          Ph2:213 269-6000     |
================================================================
|  CORONERS OFFICE/EDNA           |  DOJ-ATTORNEY GENERAL-L            |
|  1104 N. MISSION ROAD           |  300 SOUTH SPRING STREE1700 1ST F  |
|  BOYLE HEIGHTS                  |  LOS ANGELES                      |
----------------------------------------------------------------
PICK DOCS REGARDING                 PICK A PACKAGE FROM                 |
SESMA                               CORONERS OFFICE                     |
                                    EDNA SUBPOENA CLERK                 |
            3/03/22
----------------------------------------------------------------
REGULAR                                                  EMM |
----------------------------------------------------------------
                  DRIVER: 1656
  Charges:
      20.00   Base



      20.00   Total
```

Ace Attorney Service, Inc.

```
================================================================
|Cntl# 2052877 Cust#10551Ref#14351180LA20216 BOL#READY NOW  DATE 4/11/22 10:17 |
================================================================
|DOJ-ATTORNEY GE  Caller:  LISA MARTINEZ               Ph2:213 269-6524    |
----------------------------------------------------------------
| MEDICAL EXAMINER'S O          | DOJ-ATTORNEY GENERAL-L         |
| 1104 N. MISSION RD.    SUBPOENA D| 300 SOUTH SPRING STREE1700 1ST F |
| BOYLE HEIGHTS                 | LOS ANGELES                    |
----------------------------------------------------------------
RE: CHARLES SESMA              #213-269-6524                  |
P/U DISCOVERY RECORD                                         |
                                                             |
ANY PROB, CALL      4/11/22                                  |
----------------------------------------------------------------
REGULAR                                              JIM |
----------------------------------------------------------------
               DRIVER: 1656
 Charges:
    20.00   Base




    20.00   Total
```

Ace Attorney Service, Inc.

```
=================================================================
|Cntl# 2052877 Cust#10551Ref#14351180LA20216 BOL#READY NOW  DATE 4/11/22 10:17 |
-----------------------------------------------------------------
|DOJ-ATTORNEY GE  Caller:  LISA MARTINEZ                 Ph2:213 269-6524      |
=================================================================
| MEDICAL EXAMINER'S O            | DOJ-ATTORNEY GENERAL-L             |
| 1104 N. MISSION RD.      SUBPOENA D| 300 SOUTH SPRING STREE1700 1ST F |
| BOYLE HEIGHTS                   | LOS ANGELES                        |
-----------------------------------------------------------------
RE: CHARLES SESMA               #213-269-6524                     |
P/U DISCOVERY RECORD                                              |

ANY PROB, CALL     4/11/22
-----------------------------------------------------------------
REGULAR                                                      JIM |
-----------------------------------------------------------------
                    DRIVER: 1656
  Charges:
     20.00   Base




     20.00   Total
```

**TAB 10(g)**

**L.R. 54-3.10(g): Cost of Physically Replicating or Reproducing Material Necessarily Obtained for Use in the Case**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2389668 Cust#10869Ref#14351-180-LA202              DATE12/02/24 21:11 |
===============================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:213 623-3979 Ph2:619 436-7214  |
===============================================================================
| ACE                        RODRIGO  | HOLIDAY INN EXPRESS    CHRISTINA RA  |
| 800 S. FIGUEROA ST.        SUITE 900 | 1600 E. FIRST ST.                    |
| LOS ANGELES                          | SANTA ANA                            |
-------------------------------------------------------------------------------
5:21-CV-01694JWH-DTB                    WT = STANDBY TIME                      |
SESMA, CANDIDO VS.                                                            |
STATE OF CA                                                                    
2 BOXES BY 7AM       12/03/24                                                  
-------------------------------------------------------------------------------
ASAP                                                                     SD |
-------------------------------------------------------------------------------
                            DRIVER: 1553
```

Charges:
　　　75.00　　Base

　　　45.00　　Wait/Rsrch

　　　120.00　　Total

Ace Attorney Service, Inc.

```
==================================================================
|Cntl# 2389108 Cust#10869Ref#14351-180-LA202 BOL#LA024963   DATE11/27/24 15:04 |
==================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:213 623-3979 Ph2:619 436-7214    |
==================================================================
|  ACE                    RODRIGO  |  HOLIDAY INN EXPRESS    CHRISTINA RA  |
|  800 S. FIGUEROA ST.    SUITE 900 |  1600 E. FIRST ST.                   |
|  LOS ANGELES                     |  SANTA ANA                           |
------------------------------------------------------------------
5:21-CV-01694JWH-DTB                 MISC.=OVER 200 MILES               |
SESMA, CANDIDO VS.                                                      |
STATE OF CA                          WEIGHT = 10 BOXES                  |
              11/27/24                                                  |
------------------------------------------------------------------
ASAP                                                            STE |
------------------------------------------------------------------
                       DRIVER: 1553
    Charges:
         75.00   Base

         45.00   Weight




        350.00  Misc.

        470.00  Total
```

Ace Attorney Service, Inc.

```
==============================================================================
|Cntl# 2389361 Cust#10869Ref#14351-180-LA202 BOL#LA024963   DATE12/02/24 09:16 |
==============================================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:213 623-3979                     |
==============================================================================
|  ACE                     RODRIGO  |  RONALD REAGAN FED BUILJUDGE HOLCOM     |
|  800 S. FIGUEROA ST.     SUITE 900 |  411 W 4TH STREET       CRTRM 9D        |
|  LOS ANGELES                      |  SANTA ANA                              |
------------------------------------------------------------------------------
5:21-CV-01694JWH-DTB                 ATTN: CHRISTINA                           |
SESMA, CANDIDO VS.                   RAMIREZ                                   |
STATE OF CA                                                                    |
1 BINDER          12/02/24                                                     |
------------------------------------------------------------------------------
ASAP                                                                     STE  |
------------------------------------------------------------------------------
                         DRIVER: 1504
  Charges:
       75.00   Base



       75.00   Total
```

Ace Attorney Service, Inc.

```
================================================================
|Cntl# 2378029 Cust#10869Ref#14351-180-LA202 BOL#LA024892   DATE10/25/24 10:55 |
================================================================
|DOJ-SAN DIEGO   Caller:  CHRISTINA RAMI  Ph:213 623-3979            |
================================================================
| ACE                  RODRIGO  | DAVID KLEHM                 |
| 800 S. FIGUEROA ST.   SUITE 900 | 33162 VIA LA PLUMA         |
| LOS ANGELES             | SAN JUAN CAPISTR              |
------------------------------------------------------------------
5:21-CV-01694-JWH-DT            MISC.=101-200 MILES          |
SESMA, CANDIDO V                                            |
STATE OF CA                                                 |
          10/25/24
------------------------------------------------------------------
ASAP                    *MULTI...                      STE |
------------------------------------------------------------------
                  DRIVER: 2115
```

Charges:
     75.00   Base




    150.00   Misc.

    225.00   Total

Ace Attorney Service, Inc.

```
=============================================================
|Cntl# 2378027 Cust#10869Ref#14351-180-LA202 BOL#LA024892   DATE10/25/24 10:53 |
=============================================================
|DOJ-SAN DIEGO    Caller:  CHRISTINA RAMI  Ph:213 623-3979                     |
=============================================================
| ACE                     RODRIGO  | TAMMY KIM                                 |
| 800 S. FIGUEROA ST.     SUITE 900 | 3729 MAYFIELD AVE                        |
| LOS ANGELES                      | LA CRESCENTA                              |
-------------------------------------------------------------
5:21-CV-01694-JWH-DT                                                           |
SESMA, CANDIDO V                                                               |
STATE OF CA                                                                    |
               10/25/24
-------------------------------------------------------------
ASAP                         *MULTI...                             STE |
-------------------------------------------------------------
                       DRIVER: 1504
   Charges:
        75.00   Base




        75.00   Total
```

**Litigation-Tech Inc.** https://litigationtech.com
**888-907-4434**
**Monthly Time Sheet**

| MATTER: | Sesma v. State of CA |
|---|---|
| FIRM: | CA DOJ |
| ATTORNEY: | Tammy Kim, David Klehm |
| CONTACT: | Christina Ramirez |

| Month/Year | November-24 |
|---|---|
| Name: | Ted Brooks |

| DATE | HOURS | DESCRIPTION |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | 2.25 | Download and organize video exhibits and demonstratives; Review files; Edit video excerpts |
| 23 | | |
| 24 | | |
| 25 | 7.00 | Download depos and video exhibits; Edit video excerpts; Trial Prep; Review files; Call C Ramirez; Case management |
| 26 | | |
| 27 | 3.25 | Download and review trial exhibits; Case emails; Case management |
| 28 | | |
| 29 | 2.50 | Trial Prep Teams Meeting |
| 30 | | |
| 31 | | |

**TOTAL** 15.00

**COMMENTS:**



**P.O. Box 342**
**Clayton, CA 94517**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/16/2024 | 120124-05 |

Bill To

State of California, Dept. of Justice
Office of the Attorney General
1515 Clay Street, 21st Floor
P.O. Box 70550
Oakland, CA  94612-0550

| Firm Contact | Matter |
|--------------|--------|
| Tammy Kim | Sesma v. State of CA |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 12.75 | Litigation Support/Graphic Design Services: T. Brooks | 295.00 | 3,761.25 |
| 2.25 | Litigation Support/Graphic Design Services: T. Brooks | 225.00 | 506.25 |
| 70.5 | Litigation Support/Graphic Design Services: J. Abalos | 225.00 | 15,862.50 |
| 2 | Litigation Support/Graphic Design Services: K. Marchand (Equipment testing) | 225.00 | 450.00 |
| | | | |
| | EQUIPMENT RENTAL: | | |
| 2 | Printer | 250.00 | 500.00T |
| 2 | Misc. items: Cabling, cart, etc. | 250.00 | 500.00T |
| | | | |
| | EXPENSES: | | |
| | Parking | 126.00 | 126.00 |
| 5 | Thumb Drives | 10.00 | 50.00T |
| 189 | B/W Printing | 0.25 | 47.25 |
| 461 | Color Printing | 1.00 | 461.00 |
| | | | |
| | Contract 23-0322 | | |
| | BILLED TO DATE: $85,608.37 | | |

Thank you for your business. Please see attached timesheet(s).

| | |
|--|--|
| **Subtotal** | $22,264.25 |
| **Sales Tax (9.5%)** | $99.75 |
| **Total** | $22,364.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22,364.00 |

**Phone #  (888) 907-4434**

**E-mail:  accounting@litigationtech.com**

**Tax ID# 04-3634736**

SAM.gov ID # XTPLB9621HD3

# CERTIFICATE OF SERVICE

Case Name: **Candido Sesma, et al. v. State of California, et al.**          No.          **5:21-cv-01694-JWH-DTB**

I hereby certify that on <u>December 30, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## APPLICATION TO THE CLERK
## TO TAX COSTS (CV-59)

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 30, 2024</u>, at Los Angeles, California.

| J. Sissov | */s/ J. Sissov* |
|-----------|-----------------|
| Declarant | Signature |

LA2021603706
67323656.docx