# Exhibit B

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3            HONORABLE JOHN W. HOLCOMB, JUDGE PRESIDING

 4   CANDIDO SESMA, ET AL.,          )
                                     )
 5                                   )
                                     )
 6                  Plaintiffs,      )
                                     )
 7                                   )
                                     )
 8        Vs.                        )   No. CV21-01694-JWH
                                     )
 9                                   )
                                     )
10   STATE OF CALIFORNIA, ET AL.,    )
                                     )
11                                   )
                                     )
12                  Defendants.      )
                                     )
13   _____ )

14

15

16             REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                       JURY TRIAL, DAY 3

18                     LOS ANGELES, CALIFORNIA

19                   WEDNESDAY, DECEMBER 4, 2024

20

21

22

23            MIRIAM V. BAIRD, CSR 11893, CCRA
              OFFICIAL U.S. DISTRICT COURT REPORTER
24             411 WEST FOURTH STREET, SUITE 1-053
                 SANTA ANA, CALIFORNIA 97201
25                VELIZBAIRDMIRIAM@GMAIL.COM
```

                        UNITED STATES DISTRICT COURT

1  for those five seconds after your first volley of shots?
2  A.   Again, just an approximation, 20 feet or less, sir.
3  Q.   Well, that's where I'm trying to figure this out,
4  because item 11 you just told me was 24 or 26 feet from the
5  end of the fence, correct?
6  A.   Yes, sir.
7  Q.   But that's where he ended up after all the shots
8  happened?
9  A.   That's correct, sir.
10 Q.   So when he went down to the ground the first time, are
11 you saying he was near item 11 or further back?  In other
12 words, did he move at all in your direction in between the
13 two volleys?
14 A.   No, I don't believe so, sir.
15 Q.   Okay.  So if I'm understanding you, then, it is your
16 testimony that he was not moving in your direction at all
17 between him going down after the first volley and the second
18 volley.  Do I have that correct?
19 A.   Well, there had to be some movement prior to the second
20 volley in order for me to fire my weapon a second time.  So
21 excluding that, no, I don't believe he was moving forward.
22 Q.   Okay.  So obviously it wasn't as if he was -- after the
23 first volley of shots, it's not like he went down to the
24 ground, got up, and started running at you again.  Would you
25 at least agree with that?

```
1    A.   Correct, sir.
2    Q.   I don't know if you have your declaration memorized or
3    not, but do you recall in the declaration you submitted to
4    this Court under penalty of perjury that you said after your
5    first volley of shots, he got up quickly and started running
6    at me again?
7    A.   I do recall that, sir.  Yes.
8    Q.   Would you agree, sir, that is inaccurate?
9    A.   Yes, sir.
10   Q.   In this Exhibit 14-1, do you see identifier number 7?
11   A.   Yes, sir.
12   Q.   I'm going to point to it, but is that basically where it
13   is?
14   A.   Yes, sir.
15   Q.   And I think you told us earlier regarding the pipe, you
16   thought it was potentially underneath his body?
17   A.   Yes, sir.
18   Q.   After all the shots occurred?
19   A.   Yes, sir.
20   Q.   And I know counsel showed you the pipe again and asked
21   you whether you saw it in his hand.  And just again, so we're
22   clear, you don't recall which hand it was in?
23   A.   That's correct, sir.
24   Q.   And that includes for your first volley of shots and
25   second volley of shots?
```

1  Q.  Nobody was shooting him at that time, correct?
2  A.  Correct.
3  Q.  What were they doing for him?
4  A.  Medical aid.
5          MR. KLEHM:  No further questions.  Thank you.
6          THE COURT:  Go ahead, Mr. Galipo.
7          MR. GALIPO:  Yeah, just on this last point.

**FURTHER REDIRECT EXAMINATION**

BY MR. GALIPO:
10 Q.  When you say he did like a push-up position, is that
11 what you're saying?
12 A.  It looked like he was possibly going to get up, because
13 we didn't -- because I didn't want to approach him yet to get
14 hit by the pipe.
15 Q.  Okay.  How long after you got to the top of the
16 embankment did you see him possibly try to get up?
17 A.  Probably a few seconds after I got to the top, because I
18 had my gun out at the same time.
19 Q.  Okay.  And he would've been on his chest about 25 feet
20 away from you?
21 A.  Correct.
22 Q.  Did you think from your perspective it would have been
23 appropriate to shoot him at that time?
24 A.  What do you --
25 Q.  You didn't shoot him, correct?

```
 1    A.   Correct.
 2    Q.   I mean, you're not going to just shoot someone for
 3    trying to get back up from 25 feet away; are you?
 4    A.   Correct, but he wasn't -- we weren't sure if he was
 5    armed or not.
 6    Q.   Correct.  That's my next point, because you didn't know
 7    where the pipe was at that time when you saw him doing this
 8    push-up, correct?
 9    A.   Correct.  I thought it was under his body.
10    Q.   You could not see the pipe at the time he was doing this
11    push-up from 25 feet away a few seconds after you got to the
12    top of the embankment, true?
13    A.   True.  When we got to the top, I did not see the pipe
14    because I thought it was underneath his body.  That's why we
15    didn't approach yet, because I didn't want to get hit with
16    the pipe.
17    Q.   When he was doing the push-up, you were looking at him,
18    correct?
19    A.   Correct.
20    Q.   And when he was doing the push-up, he was lifting --
21    starting to lift his upper body off the ground?
22    A.   Not a lot.  It was like he tried but he -- he was out of
23    energy.  Like, he tried and then just gave up.  It's not like
24    he went, like, halfway or anything like that.  It was just
25    like an effort push-up, and then he went down.
```

```
1    TRANSCRIPT OF THE STENOGRAPHICALLY RECORDED PROCEEDINGS IN

2    THE ABOVE MATTER.

3    FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

4    REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

5    REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

6

7    /s/ Miriam V. Baird              12/05/2024

8    MIRIAM V. BAIRD                  DATE
     OFFICIAL REPORTER
```