Exhibit C

1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3      HONORABLE JOHN W. HOLCOMB, JUDGE PRESIDING

4  CANDIDO SESMA, ET AL.,      )
                          )

5                         )
                          )

6             Plaintiffs,  )
                         )

7                         )
                         )

8       Vs.            )  No. CV21-01694-JWH
                         )

9                         )
                         )

10 STATE OF CALIFORNIA, ET AL.,  )
                         )

11                        )
                         )

12           Defendants.  )
                         )

13 _____  )

14

15

16       REPORTER'S TRANSCRIPT OF PROCEEDINGS

17            *JURY TRIAL, DAY 4*

18          LOS ANGELES, CALIFORNIA

19       THURSDAY, DECEMBER 5, 2024

20

21

22

23      MIRIAM V. BAIRD, CSR 11893, CCRA
      OFFICIAL U.S. DISTRICT COURT REPORTER
24     411 WEST FOURTH STREET, SUITE 1-053
       SANTA ANA, CALIFORNIA 97201
25      VELIZBAIRDMIRIAM@GMAIL.COM

1   threat of serious bodily injury or death to Officer Ornelas

2   when Officer Ornelas fired his weapon the second time?

3   A.    That is my opinion, yes.

4   Q.    In your opinion did Officer Ornelas use a reasonable or

5   justifiable force when he fired the first time?

6           MR. GALIPO:  I apologize, Your Honor.  That

7   question may go to an ultimate issue to be decided by the

8   jury.

9           MR. KLEHM:  I can rephrase, Your Honor.

10           THE COURT:  Very well.

11  BY MR. KLEHM:

12  Q.    In your opinion did Officer Ornelas use justifiable

13  force?

14           MR. GALIPO:  Same objection, Your Honor, as

15  phrased.  I think there was a motion in limine on this issue,

16  Your Honor.

17           THE COURT:  Mr. Klehm, why don't you move on while

18  I'm checking that, please.

19  BY MR. KLEHM:

20  Q.    In your opinion was it reasonable -- sorry.  In your

21  opinion was it feasible for Officer Ornelas to give a verbal

22  warning that he was going to use deadly force the first time

23  as Mr. Sesma was running towards him?

24  A.    Not at that time other than the proviso to:  Drop it.

25  Drop it.

1    Q.    In other words, if Mr. Sesma was holding the pipe down

2    by his knee as opposed to up high, would that make a

3    difference in your opinion?

4    A.    It's possible, yes.

5    Q.    Is it required for an officer to look at the totality of

6    circumstances?

7    A.    Yes.  Yes.  That's in the training.

8    Q.    Were any of the shots in your opinion fired by Officer

9    Ornelas excessive?

10          MR. GALIPO:  Again, Your Honor, it goes to the

11    ultimate issue for the jury.

12          THE COURT:  Sustained.

13   BY MR. KLEHM:

14   Q.    Did you review as part of your involvement in this case

15   the photographs taken by the Ontario Police Department of the

16   scene?

17   A.    Yes, I did.

18   Q.    And that included the photographs of the suspect's

19   bloody shirt on the tracks and where that was?

20   A.    Yes, sir.

21   Q.    And what was your understanding of where Officer Ornelas

22   was standing during the time he was firing his duty weapon?

23   A.    In the second volley, approximately seven to nine feet

24   away and to the east.

25   Q.    Thank you.

```
 1   wasn't getting up with the pipe to attack the officer, I
 2   mean, it makes no sense.  But in an absolutely fantastical
 3   context, it wouldn't be appropriate to shoot a person doing a
 4   push-up with a pipe in their hand.
 5           That doesn't make any sense, and that wouldn't be
 6   reasonable for any officer to do that.  And I would be
 7   absolutely critical if they did.
 8   BY MR. GALIPO:
 9   Q.   Okay.  Now, are you aware that according to Officer
10   Ornelas, after Mr. Sesma went down -- so this is after the
11   first volley of shots and he's down for five seconds on his
12   chest -- he never was able to get his feet underneath him to
13   start running at him again.  Are you aware of that?
14   A.   That's not my understanding.
15   Q.   Okay.  Would it change your opinion if you assume that
16   fact to be true, that Mr. Sesma never got up with his feet
17   underneath him to start running towards Officer Ornelas again
18   after the first volley?
19   A.   Well, this is not a hypothetical.  It certainly goes
20   against what I saw in the video, because Mr. Sesma certainly
21   got up off the ground and was sprinting forward.
22           But if you're saying in a hypothetical if that
23   never happened, what I saw in the video, then, yeah, sure.
24   It would probably not rise to the level of deadly force.  But
25   that's not what I saw in the evidence.
```

1              THE WITNESS:  We have an understanding.

2              MR. GALIPO:  Thank you.

3              THE COURT:  Anything else we have to do?

4              MR. KLEHM:  We're still on track for Wednesday

5      closing, Your Honor.

6              THE COURT:  That's terrific.  Happy to hear that.

7      You've heard the promises that I've made.

8              MR. GALIPO:  Thank you, Your Honor.

9              THE COURT:  Okay.  Anything else?

10             MR. GALIPO:  No.  I think we're good.

11             THE COURT:  Okay.  Well, have a good and restful

12     weekend.  I wish you peace.  I'll see you Monday morning at

13     8:00 o'clock.  Thank you.

14             MR. GALIPO:  Thank you, Your Honor.

15             MR. KLEHM:  Thank you, Your Honor.

16             MS. DEAN:  Thank you, Your Honor.

17             (Proceedings adjourned at 4:52 p.m.)

18                          CERTIFICATE

19     I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

20     TRANSCRIPT OF THE STENOGRAPHICALLY RECORDED PROCEEDINGS IN

21     THE ABOVE MATTER.

22     FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

23     REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

24     REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

25



1    /s/ Miriam V. Baird          12/06/2024

2    MIRIAM V. BAIRD                    DATE
     OFFICIAL REPORTER

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT