# Exhibit D

Video Cichella Clip