# Exhibit E

## Shot Times From MVARS Audio

| Shot | Time | Video Frame* |
|---|---|---|
| 1 | 5:07.03 | 9199 |
| 2 | 5:07.31 | 9207 |
| 3 | 5:07.58 | 9216 |
| 4 | 5:07.86 | 9224 |
| 5 | 5:08.14 | 9233 |
|   |   |   |
| 6 | 5:15.06 | 9440 |
| 7 | 5:15.75 | 9460 |

*Represents 2 frames prior to video-audio stream sync to account for the distance sound traveled, from the shooting location to the in-car microphone.