# Exhibit F