**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Email: dalekgalipo@yahoo.com
          cmayne@galipolaw.com

*Attorneys for All Plaintiffs*

# UNTIED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>                    Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFFS' MOTION FOR NEW TRIAL JUDGMENT OR IN THE ALTERNATIVE FOR JUDGMENT AS A MATTER OF LAW**<br><br>Hearing Date: February 14, 2025, 9:00 a.m.<br>Judge: Hon. John W. Holcomb<br>Court: Ronald Reagan Federal Building,<br>          411 W. 4th Street, Santa Ana, CA<br>Courtroom: 9D |

# DECLARATION OF COOPER ALISON-MAYNE

I, Cooper Alison-Mayne, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs. I make this declaration in support of Plaintiffs' Plaintiffs' Motion for New Trial Judgment, or in the Alternative, for Judgment as a Matter of Law. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "Exhibit A" is a true and correct copy of the relevant portions of the Trial Transcript from December 3, 2024.

3. Attached hereto as "Exhibit B" is a true and correct copy of the relevant portions of the Trial Transcript from December 4, 2024.

4. Attached hereto as "Exhibit C" is a true and correct copy of the relevant portions of the Trial Transcript from December 5, 2024.

5. Attached hereto as "Exhibit D" is a true and correct copy of Trial Exhibit 3, Officer Cichella's MVARS footage.

6. Attached hereto as "Exhibit E" is a true and correct copy of Trial Exhibit 45.

7. Attached hereto as "Exhibit F" is a true and correct copy of Trial Exhibit 47.

8. I was present throughout the trial, including during opening statements and closing arguments. During his opening statement on December 3, 2024, I heard defense counsel, Mr. Klehm, state that this shooting was the first time "in his entire career" that Officer Ornelas had used lethal force. I also believe he may have brought this up again in his closing argument.

9. Defense expert Rocky Edwards testified that Ornelas' last two shots caused reentry injuries, first causing grazing wounds to Mr. Sesma's face before reentering his right chest area. He testified that this pattern of injuries is consistent with Mr. Sesma being in a partially prone position.

10. Defense expert Paris Ward analyzed Ornelas' MVARS footage of the incident and identified the exact frames of the video when the last two shots occurred.

11. Throughout the trial, I observed Mr. Klehm's use of the metal pipe that was permitted as a demonstrative exhibit. On multiple occasions, I observed him bang the pipe against the podium while questioning witnesses. I also observed him wave and brandish the pipe above his head during witness examinations, despite no evidence that Mr. Sesma had held the object in this manner. During his examinations of multiple witnesses, I observed Mr. Klehm repeatedly emphasize the pipe's weight and commenting on its solid construction. I observed these demonstrations occur during the examinations of Officer Ornelas, Officer Nichols, and Mr. Chapman.

12. During closing arguments, I heard Mr. Klehm discuss the meaning of the word "immediate." Specifically, I recall him using an analogy about parental discipline, comparing the situation to a parent instructing their child to go to their room. He argued that a child who takes three seconds to comply with such an instruction has still acted immediately, and used this comparison to suggest that three seconds would be "immediate" in the context of the law at issue in this case.

13. On January 3, 2025, I met and conferred telephonically with opposing counsel, Mr. Klehm and Ms. Kim, regarding the issues raised in this motion; unfortunately, we were unable to resolve our differences of opinion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of October 2023.

Dated: January 13, 2025

/s/*Cooper Alison-Mayne*
Cooper Alison-Mayne

*Attorneys for Plaintiffs*