1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,

12

13

14 Plaintiffs,

15 v.

16 STATE OF CALIFORNIA, ANDREW ORNELAS,

17

Defendant.

18

Case No. 5:21-cv-1694- JWH (KKx)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR NEW TRIAL**

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER RESCHEDULING FINAL PRE-TRIAL CONFERENCE FROM TO JUNE 13, 2024.

1

2   Having considered Plaintiffs' Motion for New Trial or, in the Alternative,

3   Judgment as a Matter of Law, all supporting and opposing papers, oral argument

4   of counsel, and the complete record in this matter, the Court hereby ORDERS

5   as follows:

6

7   The Court GRANTS Plaintiffs' motion for new trial pursuant to Federal Rule of

8   Civil Procedure 59 with respect to all claims.

9

10        **IT IS SO ORDERED.**

11

12   Dated:_____          _____
                                          John W. Holcomb
13                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28