**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Email: dalekgalipo@yahoo.com
          cmayne@galipolaw.com

## UNTIED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDO SESMA and CECILIA SESMA, individually and as successors in interest to CHARLES SESMA, deceased,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>STATE OF CALIFORNIA, ANDREW ORNELAS,<br><br>                    Defendants. | Case No. 5:21-cv-1694- JWH (KKx)<br><br>**NOTICE OF LODGING EXHIBITS D AND F TO DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFFS' MOTION FOR NEW TRIAL OR, IN THE ALTERNATIVE, JUDGMENT AS A MATTER OF LAW**<br><br><u>Hearing Date</u>: February 14, 2025, 9:00 a.m.<br><u>Judge</u>: Hon. John W. Holcomb<br><u>Court</u>: Ronald Reagan Federal Building,<br>        411 W. 4th Street, Santa Ana, CA<br><u>Courtroom</u>: 9D |

## <u>NOTICE OF LODGING</u>

    Attached hereto is a CDROM containing true and correct copies of the following exhibits:

**Exhibit D** – VIDEO, Trial Exhibit 3, Officer Cichella's MVARS footage.

**Exhibit F** – AUIDO Trial Exhibit 47, Frame by Frame of Officer Ornelas' MVARS footage

These exhibits are being manually filed in relation to the Declaration of Cooper Alison-Mayne file on January 13, 2025 (Dkt. 159-7).

Dated: January 15, 2025                    LAW OFFICES OF DALE K. GALIPO

/s/ *Cooper Alison-Mayne*

Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

**NOTICE OF LODGING**