David Klehm, Deputy Attorney General
Office of the Attorney General, California Department of Justice
600 W. Broadway, Ste 1800
San Diego, CA 92101-3375

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Candido Sesma and Cecilia Sesma, Individually and as Successors in Interest to Charles Sesma, Deceased, <br><br> PLAINTIFF(S) <br><br> v. <br><br> State of California, et al. <br><br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:21-cv-1694-JWH (KKx) <br><br><br> **NOTICE OF MANUAL FILING** <br> **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

The following exhibits identified in the Declaration of David Klehm in support of Opposition to Plaintiffs' Motion for New Trial/Judgment as Matter of Law:
(1) EXH G to Klehm Declaration, which is Ornelas's MVARS video that was admitted at trial as Trial Exhibit 1;
(2) EXH H to Klehm Declaration, which is Steen's MVARS video that was admitted at trial as Trial Exhibit 2;
(3) EXH I to Klehm Declaration, which is the CHP Audio Dispatch recording that was admitted at trial as Trial Exhibit 20;
(4) EXH L to Klehm Declaration, which is the Shooting Clip+Frame Numbers.mp4 video that was admitted at trial as Trial Exhibit 48.

**Reason:**
[ ] Under Seal
[ ] In Camera
[✓] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

January 23, 2025
Date

/s/ David Klehm
Attorney Name

Defendants State of California & Andrew Ornelas
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                      NOTICE OF MANUAL FILING OR LODGING

# DECLARATION OF ELECTRONIC SERVICE

Case Name:   **Candido Sesma, et al. v. State of California, et al.**
Case No.:    **5:21-cv-01694-JWH-DTB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On <u>January 22, 2025</u>, I served the attached **NOTICE OF MANUAL FILING OR LODGING,** as well as **EXHIBITS "G," "H," "I," AND "L"** identified in said Notice, by transmitting a true copy via electronic mail through a file sharing system, File Exchange, as follows:

Dale K. Galipo, Esq.
Cooper Alison-Mayne, Esq.
Law Offices of Dale K. Galipo
Email: dalekgalipo@yahoo.com
          cmayne@galipolaw.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 23, 2025, at Los Angeles, California.

|   |   |
|---|---|
| Lisa Martinez | *[signature: Lisa Mtz]* |
| Declarant | Signature |

LA2021603706