Rob Bonta
Attorney General of California
Donna M. Dean
Supervising Deputy Attorney General
Tammy Kim
Deputy Attorney General
State Bar No. 262510
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6182
  Fax:  (916) 731-2119
  E-mail:  Tammy.Kim@doj.ca.gov
*Attorneys for Defendants*
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | 5:21-cv-01694-JWH-DTB<br><br>**NOTICE OF ERRATA REGARDING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR NEW TRIAL OR, IN THE ALTERNATIVE, JUDGMENT AS A MATTER OF LAW FILED AS ECF 163**<br><br>Date:        February 14, 2025<br>Time:       9:00 a.m.<br>Courtroom:  9D<br>Judge:      Hon. John W. Holcomb<br>Trial Date:  12/02/2024<br>Action Filed: 7/30/2021 |

TO THE HONORABLE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Defendants State of California and Andrew Ornelas submits this hereby Notice of Errata to correct an inadvertent typographical error in Defendants' Opposition to Plaintiffs' Motion for New Trial or, in the

Alternative, Judgment as a Matter of Law (hereinafter, "Opposition"), which was filed as ECF 163.

The following correction is hereby made:

In the Opposition, at page 3, line 13, "…frames per minute increments…" should be, and is hereby, corrected to read, "…frames per second increments…"

The aforementioned correction to the Opposition does not change the word count of said Opposition.

Dated:  January 23, 2025        Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

*/s/ Tammy Kim*
TAMMY KIM
Deputy Attorney General
*Attorneys for Defendants State of California and Andrew Ornelas*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Candido Sesma, et al. v. State of California, et al.** | No. | **5:21-cv-01694-JWH-DTB** |

I hereby certify that on <u>January 23, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ERRATA REGARDING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR NEW TRIAL OR, IN THE ALTERNATIVE, JUDGMENT AS A MATTER OF LAW FILED AS ECF 163**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 23, 2025</u>, at San Diego, California.

| C Henson | *[signature]* |
|---|---|
| Declarant | Signature |

LA2021603706
84931872.docx