ROB BONTA  
Attorney General of California  
DONNA M. DEAN  
Supervising Deputy Attorney General  
DAVID KLEHM  
Deputy Attorney General  
State Bar No. 165302  
TAMMY KIM  
Deputy Attorney General  
State Bar No. 262510  
 300 South Spring Street, Suite 1702  
 Los Angeles, CA  90013-1230  
 Telephone:  (213) 269-6182  
 Fax:  (916) 731-2119  
 E-mail:  Tammy.Kim@doj.ca.gov  
*Attorneys for Defendants*  
*State of California and Andrew Ornelas*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDO SESMA AND CECILIA SESMA, INDIVIDUALLY AND AS SUCCESSORS IN INTEREST TO CHARLES SESMA, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; AND DOES 1-20, INCLUSIVE,**<br><br>Defendants. | 5:21-cv-01694-JWH-DTB<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>Courtroom:  9D<br>Judge:  Hon. John W. Holcomb<br>Trial Date:  12/02/2024<br>Action Filed: 7/30/2021 |

TO THE HONORABLE COURT, THE CLERK OF COURT, PLAINTIFFS, AND PLAINTIFFS' ATTORNEYS OF RECORD:

Defendants State of California and Andrew Ornelas hereby withdraw their Application to the Clerk to Tax Costs, which was filed on December 20, 2024, as ECF No. 158.

| | |
|---|---|
| Dated: September 15, 2025 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>DONNA M. DEAN<br>Supervising Deputy Attorney General<br><br>*/s/ Tammy Kim*<br>TAMMY KIM<br>Deputy Attorney General<br>*Attorneys for Defendants State of California and Andrew Ornelas* |

LA2021603706
67933410.docx